# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

___

**REBECCA TERRY,**

               Plaintiff,

                                          Case No. 17-CV-1112

**v.**

**COUNTY OF MILWAUKEE, et al.,**

               Defendants.

___

## NOTICE OF APPEARANCE OF DOUGLAS S. KNOTT

___

**PLEASE TAKE NOTICE** that Douglas S. Knott of Leib Knott Gaynor LLC, whose address is 219 North Milwaukee Street, Suite 710, Milwaukee, Wisconsin 53202, hereby enters an appearance on behalf of Defendants Milwaukee County, Sheriff David Clarke, Brian Wenzel, Carolyn Exum and Margaret Hoover. All pleadings and other documents should be served upon her by ECF or at the foregoing address.

Dated this 13th day of October, 2017.

                                      **LEIB KNOTT GAYNOR LLC**

                                      By: *s/ Douglas S. Knott*
                                             Douglas S. Knott, SBN 1001600
                                             Attorneys for Defendants Milwaukee County,
                                             Sheriff David Clarke, Brian Wenzel, Carolyn Exum
                                             and Margaret Hoover
                                             219 N. Milwaukee Street, Suite 710
                                             Milwaukee, WI 53202
                                             Telephone: (414) 276-2102
                                             Fax (414) 276-2140
                                                      dknott@lkglaw.net