IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

REBECCA TERRY,

                Plaintiff,

                                              Case No. 17-CV-1112

v.

COUNTY OF MILWAUKEE, et al.,

                Defendants.

## NOTICE OF APPEARANCE OF CORY J. BREWER

**PLEASE TAKE NOTICE** that Cory J. Brewer of Leib Knott Gaynor LLC, whose address is 219 North Milwaukee Street, Suite 710, Milwaukee, Wisconsin 53202, hereby enters an appearance on behalf of Defendants Milwaukee County, Sheriff David Clarke, Brian Wenzel, Carolyn Exum and Margaret Hoover. All pleadings and other documents should be served upon her by ECF or at the foregoing address.

Dated this 13th day of October, 2017.

                                            **LEIB KNOTT GAYNOR LLC**

                                            By: *s/ Cory J. Brewer*
                                                Cory J. Brewer, SBN 1105913
                                                Attorneys for Defendants Milwaukee County,
                                                Sheriff David Clarke, Brian Wenzel,
                                                Carolyn Exum and Margaret Hoover
                                                219 N. Milwaukee Street, Suite 710
                                                Milwaukee, WI 53202
                                                Telephone: (414) 276-2102
                                                Fax (414) 276-2140
                                                        cbrewer@lkglaw.net