IN THE UNITED STATES DISCTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

**REBECCA TERRY,**

       **Plaintiff,**

                Case No. 17-CV-1112

**v.**

**COUNTY OF MILWAUKEE,** *et al.***,**

       **Defendants.**

---

### JOINT STIPULATION FOR PROTECTIVE ORDER
---

  Plaintiff, Rebecca Terry, and the Defendants, County of Milwaukee, David A. Clarke, Jr., Brian Wenzel, Carolyn Exum, Morgan Bevenue, Margaret Hoover and Armor Correctional Health Services, Inc., by their respective counsel, hereby agree to the entry of the accompanying Protective Order without further notice. In accordance with Federal Rule of Civil Procedure 26(c)(1), the parties move the Court to adopt and enter the same.

  Respectfully submitted this 23rd day of January, 2018.

              /s/ Aisha N. Davis
              *One of the Attorneys for Plaintiff*

              Arthur Loevy
              Jon Loevy
              Scott Rauscher
              Theresa Kleinhaus
              Aisha N. Davis
              LOEVY & LOEVY
              311 N. Aberdeen Street, Third Floor
              Chicago, IL 60607
              312-243-5900

/s/ Michael P. Russart
*One of the Attorneys for Defendant Armor Correctional Health Services*

Michael P. Russart
Mollie Kugler
Hinshaw & Culbertson LLP
100 E. Wisconsin Avenue, Suite 2600
Milwaukee, WI 53202
414-225-4803


/s/ Douglas S. Knott
*Attorney for Defendants County of Milwaukee, David A. Clarke, Jr., Brian Wenzel, Carolyn Exum, Morgan Bevenue and Margaret Hoover*

Douglas S. Knott
Leib Knott Gaynor LLC
219 N. Milwaukee Street, Suite 710
Milwaukee, WI 53202
414-276-2109


**CERTIFICATE OF SERVICE**

I, Douglas S. Knott, an attorney, certify that on January 23, 2018, I caused the foregoing **Joint Stipulation for Protective Order** to be filed via the Court's CM/ECF electronic filing system, which effected service on all counsel of record.

/s/ Douglas S. Knott