IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| REBECCA TERRY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 17-cv-01112 |
| COUNTY OF MILWAUKEE, *et al.*, | ) ) | Hon. J.P. Stadtmueller |
| Defendants. | ) | |

## NOTICE OF DEPOSITIONS

To: Douglas S. Knott  
Leib Knott Gaynor LLC  
219 N. Milwaukee Street, Suite 710  
Milwaukee, WI 53202  
dknott@lkglaw.net

Michael Russart  
Mollie Kugler  
Hinshaw & Culbertson LLP  
100 East Wisconsin Avenue, Suite 2600  
Milwaukee, WI 53202  
mrussart@hinshawlaw.com  
mkugler@hinshawlaw.com

**YOU ARE HEREBY NOTIFIED** that pursuant to the rules of Civil Procedure for the United States District Court for the Eastern District of Wisconsin, the undersigned requires the appearance for the following person at **Leib Knott Gaynor LLC, 219 N. Milwaukee Street, Suite 710, Milwaukee, WI 53202**, on the date and time indicated:

| **Deponent** | **Date** | **Time** | **Court Reporter** |
|---|---|---|---|
| Brian Wenzel | March 13, 2018 | 10:00 a.m. | Gramann Reporting |
| Margaret Hoover | March 14, 2018 | 4:00 p.m. | Gramann Reporting |
| Carolyn Exum | March 15, 2018 | 10:00 a.m. | Gramann Reporting |

Exhibit A

Respectfully submitted,

/s/ Theresa Kleinhaus
*One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Scott Raushcer
Theresa Kleinhaus
Aisha N. Davis
LOEVY & LOEVY
311 N Aberdeen, 3rd Floor
Chicago, IL 60607

## CERTIFICATE OF SERVICE

I, Theresa Kleinhaus, an attorney, hereby certify that on March 1, 2018, I caused to be served a copy of the foregoing Notice of Depositions to be served on all counsel of record via electronic mail.

/s/ Theresa Kleinhaus