UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

REBECCA TERRY,

        Plaintiff,

v.

COUNTY OF MILWAUKEE, DAVID A. CLARKE, JR., in his personal and official capacities, OFFICER BRIAN WENZEL, JANE AND JOHN DOE, UNKNOWN EMPLOYEES OF MILWAUKEE COUNTY JAIL, JANE AND JOHN DOE, UNKNOWN JAIL SUPERVISORS, ARMOR CORRECTIONAL HEALTH SERVICES, CAROLYN EXUM, MORGAN BEVENUE, MARGARET HOOVER, JANE AND JOHN DOE, UNKNOWN EMPLOYEES OF ARMOR CORRECTIONAL HEALTH SERVICES, JANE AND JOHN DOE, UNKNOWN ARMOR HEALTHCARE SUPERVISORS,

        Defendants.

Case No.: 17-CV-1112

# CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2018 using the CM/ECF system on behalf of the defendant, Armor Correctional Health Services, Inc., my office electronically filed with the Clerk of Court for the United States Eastern District of Wisconsin the following documents:

1. **Armor's Civil L.R. 7(h) Expedited Non-Dispositive Motion for Protective Order to Stay all Discovery, Including a March 13, 2018 Deposition Noticed for Brian Wenzel, Until the Court Rules on Armor's Motion for a Stay of Proceeding and Discovery (Dkt 54);**

2. **Declaration of Attorney Michael P. Russart;**

3. **Index of Unpublished Cases; and**

4. **Certificate of Service.**

301333705v1 1003420

Dated this 8th day of March, 2018.

/s/ Michael P. Russart
Michael P. Russart
State Bar No. 1023128
Attorneys for Armor Correctional Health Services
**HINSHAW & CULBERTSON LLP**
100 E. Wisconsin Avenue, Suite 2600
Milwaukee, WI 53202
Phone No. 414-276-6464
Fax No. 414-276-9220
E-mail Address: mrussart@hinshawlaw.com

301333705v1 1003420