IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| REBECCA TERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17-cv-01112 |
| | ) | |
| COUNTY OF MILWAUKEE, *et al.*, | ) | Hon. J.P. Stadtmueller |
| | ) | |
| Defendants. | ) | JURY TRIAL |
| | ) | DEMANDED |
| | ) | |

## **DECLARATION OF THERESA KLEINHAUS**

1.  To date, Plaintiff has served eleven sets of written discovery to Defendants. Specifically, Plaintiff has served Defendants with two sets of requests to admit, three sets of interrogatories, and eight sets of requests for production. *See* Group Ex. A, Plaintiff's Written Discovery.

2.  On March 13, 2018, I emailed counsel for the Milwaukee County Defendants (Douglas Knott) about supplemental document production pursuant to the Court's order on March 5, 2018. *See* Ex. B, March 13, 2018 Email to Doug Knott.

3.  On March 14, 2018, I emailed to follow up about video production from the Milwaukee County Defendants. *See* Ex. C, March 14, 2018 Email to Doug Knott.

4.  On March 21, 2018, my co-counsel (Scott Rauscher) emailed Mr. Knott to inquire about the Milwaukee County Defendants' production. *See* Ex. D, March 21, 2018 Email to Doug Knott. To date, we have not received a response or supplemental document production.

5.  To date, the Milwaukee County Defendants have not supplemented their discovery related to Plaintiff's *Monell* claims. Without these records, Plaintiff cannot provide any experts with

complete information upon which to base their opinion. As such, Plaintiff's acquisition of an expert is being delayed.

6. On December 13, 2017, my co-counsel (Aisha N. Davis) began inquiring about scheduling Defendants' depositions. *See* Ex. E, December 13, 2017 Email to Counsel.

7. Since December 13, 2017, Plaintiff has formally noticed six depositions to Defendants. *See* Group Ex. F, Deposition Notices. Plaintiff has also requested depositions beyond the formal notice (with the intention of serving a formal notice once the parties agree on dates when counsel can be available). However, to date, Plaintiff has only been able to depose one of the Defendants, with the deposition for a second defendant scheduled for the coming week.

Respectfully submitted,

/s/ Theresa Kleinhaus
*One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Scott Rauscher
Theresa Kleinhaus
Aisha N. Davis
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900

## **CERTIFICATE OF SERVICE**

I, Theresa Kleinhaus, an attorney, certify that on March 22, 2018, I caused the foregoing **Declaration** to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Theresa Kleinhaus
Theresa Kleinhaus
*One of Plaintiff's Attorneys*