

Theresa Kleinhaus <tess@loevy.com>

# Terry v. Count of Milwaukee

**Theresa Kleinhaus** <tess@loevy.com>     Tue, Mar 13, 2018 at 11:41 AM
To: Douglas Knott <dknott@lkglaw.net>
Cc: "Russart, Michael P" <mrussart@hinshawlaw.com>, Cory Brewer <cbrewer@lkglaw.net>, "Kugler, Mollie T." <MKugler@hinshawlaw.com>, Aisha Davis <aisha@loevy.com>, Scott Rauscher <scott@loevy.com>

> Doug,
> Please advise when Plaintiff can expect to receive the supplemental interrogatory responses and verifications from Defendants Hoover and Exum, as well as the discovery the Court ordered in Dkt. No. 59.
> Thanks,
> Tess