

Aisha Davis &lt;aisha@loevy.com&gt;

## Terry v. Count of Milwaukee

**Theresa Kleinhaus** &lt;tess@loevy.com&gt;  Wed, Mar 14, 2018 at 2:04 PM
To: Douglas Knott &lt;dknott@lkglaw.net&gt;
Cc: "Russart, Michael P" &lt;mrussart@hinshawlaw.com&gt;, Cory Brewer &lt;cbrewer@lkglaw.net&gt;, "Kugler, Mollie T." &lt;MKugler@hinshawlaw.com&gt;, Aisha Davis &lt;aisha@loevy.com&gt;, Scott Rauscher &lt;scott@loevy.com&gt;

Doug:

Milwaukee County's document production thus far has not included any videos. Based on the litigation in Martin (*See* TERRY19999), cameras exist in the Milwaukee County infirmary. Can you please confirm that you have attempted to obtain any video from March 9-10 in the infirmary, booking areas, or hallways leading to and from those areas?

Separately, the infirmary log we have for March 9-10 (MKE COUNTY179) starts and stops in the middle of the shift (going from 1:33-4:40). Please provide the log for the entire shift that Wenzel worked on that date.

Thanks,
Tess

[Quoted text hidden]