

Aisha Davis <aisha@loevy.com>

## Terry v. Count of Milwaukee

**Scott Rauscher** <scott@loevy.com>  Wed, Mar 21, 2018 at 5:20 PM
To: Theresa Kleinhaus <tess@loevy.com>
Cc: Douglas Knott <dknott@lkglaw.net>, "Russart, Michael P" <mrussart@hinshawlaw.com>, Cory Brewer <cbrewer@lkglaw.net>, "Kugler, Mollie T." <MKugler@hinshawlaw.com>, Aisha Davis <aisha@loevy.com>

Doug,

I don't believe we received a response to Tess's below emails. I saw that today you filed a motion for judgment on the pleadings today, and asked for alternative relief to limit discovery. So that we can make sure we are on the same page, does your client intend to comply with the Court's order on Plaintiff's motion to compel while the motion for judgment on the pleadings is pending? If so, please let us know when your client will be producing responsive documents. Thanks, and feel free to give me a call to discuss.

Scott

--
Scott Rauscher
Loevy & Loevy
311 N. Aberdeen St., Third Floor
Chicago, IL 60607
O: 312.243.5900
F: 312.243.5902

[Quoted text hidden]