

## Terry v. County of Milwaukee, et al. - Defendant Depositions

**Aisha Davis** <aisha@loevy.com>  Wed, Dec 13, 2017 at 2:35 PM
To: Douglas Knott <dknott@lkglaw.net>, Christi Kavanaugh <ckavanaugh@lkglaw.net>, "Russart, Michael P." <mrussart@hinshawlaw.com>, "Kugler, Mollie T." <MKugler@hinshawlaw.com>, jmunson@hinshawlaw.com
Cc: Scott Rauscher <scott@loevy.com>, Theresa Kleinhaus <tess@loevy.com>, Andrew Garden <andrew@loevy.com>, Valerie Barajas <valerie@loevy.com>

Good afternoon Counsel,

I'm reaching to see if you are amenable to having the Defendants deposed at your offices. This is particularly relevant to you, Doug, as you represent all of the Individual Defendants, but also to prepare for any 30(b)(6) depositions that will be scheduled in the future.

Additionally, we would like to depose Defendant Hoover on January 24, 2018. Please let us know if that date works for you and Defendant Hoover.

Best,

Aisha

--
Aisha N. Davis
LOEVY & LOEVY
311 N. Aberdeen Street
3rd Floor
Chicago, IL 60607
(312) 243-5900