IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| REBECCA TERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17-cv-01112 |
| | ) | |
| COUNTY OF MILWAUKEE, *et al.*, | ) | Hon. J.P. Stadtmueller |
| | ) | |
| Defendants. | ) | JURY TRIAL |
| | ) | DEMANDED |

## NOTICE OF DEPOSITION

| | |
|---|---|
| To: Douglas S. Knott | Michael Russart |
| Leib Knott Gaynor LLC | Mollie Kugler |
| 219 N. Milwaukee Street, Suite 710 | Hinshaw & Culbertson LLP |
| Milwaukee, WI 53202 | 100 East Wisconsin Avenue, Suite 2600 |
| dknott@lkglaw.net | Milwaukee, WI 53202 |
| | mrussart@hinshawlaw.com |
| | mkugler@hinshawlaw.com |

**YOU ARE HEREBY NOTIFIED** that pursuant to the rules of Civil Procedure for the United States District Court for the Eastern District of Wisconsin, the undersigned requires the appearance for the following person at **Leib Knott Gaynor LLC, 219 N. Milwaukee Street, Suite 710, Milwaukee, WI 53202**, on the date and time indicated:

| Deponent | Date | Time |
|---|---|---|
| Defendant Margaret Hoover | January 29, 2018 | 4:00 p.m. |

Respectfully submitted,

						/s/ Aisha N. Davis
						*One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Scott Raushcer
Theresa Kleinhaus
Aisha N. Davis
LOEVY & LOEVY
311 N Aberdeen, 3rd Floor
Chicago, IL 60607

## CERTIFICATE OF SERVICE

  I, Theresa Kleinhaus, an attorney, hereby certify that on January 19, 2018, I caused to be served a copy of the foregoing Notices of Deposition for Defendant Hoover to be served on all counsel of record via electronic mail.

                       /s/ Aisha N. Davis

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| REBECCA TERRY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 17-cv-01112 |
| COUNTY OF MILWAUKEE, *et al.*, | ) ) | Hon. J.P. Stadtmueller |
| Defendants. | ) | |

## NOTICE OF DEPOSITION

To: Douglas S. Knott
Leib Knott Gaynor LLC
219 N. Milwaukee Street, Suite 710
Milwaukee, WI 53202
dknott@lkglaw.net

Michael Russart
Mollie Kugler
Hinshaw & Culbertson LLP
100 East Wisconsin Avenue, Suite 2600
Milwaukee, WI 53202
mrussart@hinshawlaw.com
mkugler@hinshawlaw.com

**YOU ARE HEREBY NOTIFIED** that pursuant to the rules of Civil Procedure for the United States District Court for the Eastern District of Wisconsin, the undersigned requires the appearance for the following person at **Leib Knott Gaynor LLC, 219 N. Milwaukee Street, Suite 710, Milwaukee, WI 53202**, on the date and time indicated:

| Deponent | Date | Time | Court Reporter |
|---|---|---|---|
| Defendant Morgan Bevenue | March 1, 2018 | 10:15 a.m. | Gramann Reporting |

Respectfully submitted,

/s/ Theresa Kleinhaus
*One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Scott Raushcer
Theresa Kleinhaus

Aisha N. Davis
LOEVY & LOEVY
311 N Aberdeen, 3rd Floor
Chicago, IL 60607

## **CERTIFICATE OF SERVICE**

I, Theresa Kleinhaus, an attorney, hereby certify that on February 19, 2018, I caused to be served a copy of the foregoing Notices of Deposition for Defendant Bevenue to be served on all counsel of record via electronic mail.

/s/ Theresa Kleinhaus

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| REBECCA TERRY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 17-cv-01112 |
| COUNTY OF MILWAUKEE, *et al.*, | ) ) | Hon. J.P. Stadtmueller |
| Defendants. | ) | |

**NOTICE OF DEPOSITIONS**

To: Douglas S. Knott
Leib Knott Gaynor LLC
219 N. Milwaukee Street, Suite 710
Milwaukee, WI 53202
dknott@lkglaw.net

Michael Russart
Mollie Kugler
Hinshaw & Culbertson LLP
100 East Wisconsin Avenue, Suite 2600
Milwaukee, WI 53202
mrussart@hinshawlaw.com
mkugler@hinshawlaw.com

**YOU ARE HEREBY NOTIFIED** that pursuant to the rules of Civil Procedure for the United States District Court for the Eastern District of Wisconsin, the undersigned requires the appearance for the following person at **Leib Knott Gaynor LLC, 219 N. Milwaukee Street, Suite 710, Milwaukee, WI 53202**, on the date and time indicated:

| Deponent | Date | Time | Court Reporter |
|---|---|---|---|
| Brian Wenzel | March 6, 2018 | 10:00 a.m. | Gramann Reporting |
| Margaret Hoover | March 7, 2018 | 4:00 p.m. | Gramann Reporting |
| Carolyn Exum | March 8, 2018 | 10:00 a.m. | Gramann Reporting |

Respectfully submitted,

/s/ Theresa Kleinhaus
*One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Scott Raushcer
Theresa Kleinhaus
Aisha N. Davis
LOEVY & LOEVY
311 N Aberdeen, 3rd Floor
Chicago, IL 60607

# CERTIFICATE OF SERVICE

I, Theresa Kleinhaus, an attorney, hereby certify that on February 21, 2018, I caused to be served a copy of the foregoing Notice of Depositions to be served on all counsel of record via electronic mail.

/s/ Theresa Kleinhaus

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| REBECCA TERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17-cv-01112 |
| | ) | |
| COUNTY OF MILWAUKEE, *et al.*, | ) | Hon. J.P. Stadtmueller |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITIONS

To: Douglas S. Knott  
Leib Knott Gaynor LLC  
219 N. Milwaukee Street, Suite 710  
Milwaukee, WI 53202  
dknott@lkglaw.net  

Michael Russart  
Mollie Kugler  
Hinshaw & Culbertson LLP  
100 East Wisconsin Avenue, Suite 2600  
Milwaukee, WI 53202  
mrussart@hinshawlaw.com  
mkugler@hinshawlaw.com  

**YOU ARE HEREBY NOTIFIED** that pursuant to the rules of Civil Procedure for the United States District Court for the Eastern District of Wisconsin, the undersigned requires the appearance for the following person at **Leib Knott Gaynor LLC, 219 N. Milwaukee Street, Suite 710, Milwaukee, WI 53202**, on the date and time indicated:

| **Deponent** | **Date** | **Time** | **Court Reporter** |
|---|---|---|---|
| Brian Wenzel | March 13, 2018 | 10:00 a.m. | Gramann Reporting |
| Margaret Hoover | March 14, 2018 | 4:00 p.m. | Gramann Reporting |
| Carolyn Exum | March 15, 2018 | 10:00 a.m. | Gramann Reporting |

Respectfully submitted,


                                                    /s/ Theresa Kleinhaus
                                                    *One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Scott Raushcer
Theresa Kleinhaus
Aisha N. Davis
LOEVY & LOEVY
311 N Aberdeen, 3rd Floor
Chicago, IL 60607


## CERTIFICATE OF SERVICE

　　　I, Theresa Kleinhaus, an attorney, hereby certify that on March 1, 2018, I caused to be served a copy of the foregoing Notice of Depositions to be served on all counsel of record via electronic mail.

                                                    /s/ Theresa Kleinhaus

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| REBECCA TERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17-cv-01112 |
| | ) | |
| COUNTY OF MILWAUKEE, *et al.*, | ) | Hon. J.P. Stadtmueller |
| | ) | |
| Defendants. | ) | JURY TRIAL |
| | ) | DEMANDED |
| | ) | |

NOTICE OF DEPOSITION

TO: **All Counsel of Record**

PLEASE TAKE NOTICE that the following deposition will be taken before a Notary Public and videographer on the date and time listed below. To the counsel of record for the deponent, this is a demand that you produce the deponent at the date and time listed:

| **Deponent** | **Time** | **Date** | **Location** | **Court Reporter** |
|---|---|---|---|---|
| **Carolyn Exum** | 10:00 a.m. | March 19, 2018 | Leib Knott Gaynor LLC 219 N. Milwaukee Street, Suite 710 Milwaukee, WI 53202 | Gramann Reporting |

Date: March 16, 2018

Respectfully submitted,
/s/ Aisha N. Davis

Arthur Loevy
Jon Loevy
Scott Rauscher
Theresa Kleinhaus
Aisha N. Davis
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

I, Aisha N. Davis, an attorney, certify that on March 16, 2018 I caused the foregoing **Notice of Deposition** to be served on all counsel of record via electronic mail.

/s/ Aisha N. Davis
Aisha N. Davis
*One of Plaintiff's Attorneys*