UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

REBECCA TERRY,

        Plaintiff,

  v.

COUNTY OF MILWAUKEE,
DAVID A. CLARKE, JR.,
in his personal and official capacities,
OFFICER BRIAN WENZEL,
JANE AND JOHN DOE,
UNKNOWN EMPLOYEEES OF                      Case No. 17-cv-01112
MILWAUKEE COUNTY JAIL,
JANE AND JOHN DOE,
UNKNOWN JAIL SUPERVISORS,
ARMOR CORRECTIONAL HEALTH SERVICES,
CAROLYN EXUM, MORGAN BEVENUE,
MARGARET HOOVER, JANE AND JOHN DOE, UNKNOWN EMPLOYEES OF
ARMOR CORRECTIONAL HEALTH SERVICES,
JANE AND JOHN DOE,
UNKNOWN ARMOR HEALTHCARE SUPERVISORS,

        Defendants.

---

## NOTICE OF APPEARANCE

---

PLEASE TAKE NOTICE that Colleen A. Foley, Deputy Corporation Counsel, hereby appears as counsel on behalf of the defendant, Milwaukee County, and requests that copies of all further pleadings, papers and other matters herein be served upon her at the Milwaukee County Office of Corporation Counsel, 901 North 9th Street, Room 303, Milwaukee, Wisconsin 53233. This appearance is filed solely on the issue of insurance coverage regarding defendant Morgan Bevenue. Attorneys Douglas Knott and Cory J. Brewer shall otherwise remain lead counsel.

Dated at Milwaukee, Wisconsin this 3rd day of April, 2018.

MARGARET C. DAUN
Milwaukee County Corporation Counsel

By:  s/ Colleen A. Foley
COLLEEN A. FOLEY
Wisconsin Bar No. 1043162
Deputy Corporation Counsel
Attorney for defendant, Milwaukee County

P.O. Mailing Address:
Milwaukee County Office of Corporation Counsel
901 North 9th Street, Room 303
Milwaukee, WI 53233
Telephone:    (414) 278-4268
Facsimile:    (414) 223-1249
Email: colleen.foley@milwaukeecountywi.gov