IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| REBECCA TERRY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 17-cv-01112 |
| COUNTY OF MILWAUKEE, *et al.*, | ) ) | Hon. J.P. Stadtmueller |
| Defendants. | ) ) ) ) | JURY TRIAL DEMANDED |

## DECLARATION OF SCOTT RAUSCHER

1. On March 13, 2018, my colleague, Theresa Kleinhaus emailed counsel for the Milwaukee County Defendants to inquire when the Milwaukee County Defendants would comply with the Court's March 5, 2018 Order on Plaintiff's motion to compel *Monell* discovery. *See* Ex. A at 1. She received no response.

2. On March 21, 2018, I emailed counsel for the Milwaukee County Defendants to again inquire when the Milwaukee County Defendants would comply with the Court's March 5, 2018 Order on Plaintiff's motion to compel. Ex. A at 2. I received no response. Ms. Kleinhaus then emailed counsel for the Defendants again on April 3, 2018, once again asking them to comply with the Court's March 5 order. *Id.* at 3.

3. On April 9, 2018, I participated in a telephonic meet and confer, along with my colleagues Aisha N. Davis and Theresa Kleinhaus and counsel for Defendants (Doug Knott and Randy Arnold for the Milwaukee County Defendants and Mike Russart for Armor).

4. The purpose of the April 9 call was to discuss, among other things, the Court's earlier orders directing the Defendants to comply with Plaintiff's *Monell* discovery requests.

5. Counsel for Armor was able to provide an update on Armor's efforts to comply with that Order and to provide estimates for when his client would produce the required documents.

6. Counsel for the Milwaukee County Defendants did not make any such promises. Indeed, it was apparent on the call that counsel had not even discussed the Court's March 5 Order with his client. Instead, counsel indicated that his client did not have to comply with the Order until very recently because the Milwaukee County Defendants had moved to stay discovery after the Court issued the March 5 Order. Counsel also indicated that a recent vacation that started in early April prevented him from talking to his client about the Court's Order.

7. To date, Plaintiff has not received any of the discovery the Court Ordered the Milwaukee County Defendants to produce on March 5, 2018, including any documents or the identification of any policymaker(s). Nor has Plaintiff received any indication as to when she can expect to receive that discovery.

Respectfully submitted,

/s/ Scott Rauscher
*One of Plaintiff's Attorneys*

Arthur Loevy
Jon Loevy
Scott Rauscher
Theresa Kleinhaus
Aisha N. Davis
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900

# CERTIFICATE OF SERVICE

I, Scott Rauscher, an attorney, certify that on April 11, 2018, I caused the foregoing **Declaration** to be filed using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Scott Rauscher
Scott Rauscher
*One of Plaintiff's Attorneys*