IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
_____

REBECCA TERRY,

    Plaintiff,

v.

COUNTY OF MILWAUKEE, DAVID A. CLARKE, JR., in his personal and official capacities, OFFICER BRIAN WENZEL, JANE AND JOHN DOE, UNKNOWN EMPLOYEES OF MILWAUKEE COUNTY JAIL, JANE AND JOHN DOE, UNKNOWN JAIL SUPERVISORS, ARMOR CORRECTIONAL HEALTH SERVICES, CAROLYN EXUM, MORGAN BEVENUE, MARGARET HOOVER, JANE AND JOHN DOE, UNKNOWN EMPLOYEES OF ARMOR CORRECTIONAL HEALTH SERVICES, JANE AND JOHN DOE UKNOWN ARMOR HEALTHCARE SUPERVISORS,

    Defendants.

Case No.: 17-cv-1112-JPS

_____

### SUPPLEMENTAL DECLARATION OF DOUGLAS S. KNOTT IN SUPPORT OF MEMORANDUM IN OPPOSITION TO CIVIL L.R. 7(h) EXPEDITED NON-DISPOSITIVE MOTION FOR EVIDENTIARY SANCTIONS
_____

STATE OF WISCONSIN )
                           ) ss:
MILWAUKEE COUNTY )

    I, Douglas S. Knott, declare as follows pursuant to 28 U.S.C. § 1746:

    1.    That I am one of the attorneys of record for Defendants Milwaukee County, David Clarke, Brian Wenzel, Carolyn Exum, and Margaret Hoover (the "County Defendants").

2. I make this Declaration upon personal knowledge and in support of County Defendants' Memorandum in Opposition to Civil L.R. 7(h) Expedited Non-Dispositive Motion for Evidentiary Sanctions.

3. Attached hereto as Exhibit 1 is a true and correct copy of correspondence dated April 20, 2018, outlining the County Defendants' efforts to produce documents responsive to Plaintiff's First Set of Requests for Production of Documents.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct.

Dated this 20th day of April, 2018.

By: */s/ Douglas S. Knott*
Douglas S. Knott

2
Case 2:17-cv-01112-JPS   Filed 04/20/18   Page 2 of 2   Document 107