IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

REBECCA TERRY,

        Plaintiff,

   v.

COUNTY OF MILWAUKEE,
DAVID A. CLARKE, JR.,
in his personal and official capacities,
OFFICER BRIAN WENZEL,
JANE AND JOHN DOE,
UNKNOWN EMPLOYEEES OF
MILWAUKEE COUNTY JAIL,                       Case No. 17-cv-01112
JANE AND JOHN DOE,
UNKNOWN JAIL SUPERVISORS,
ARMOR CORRECTIONAL HEALTH SERVICES,
CAROLYN EXUM, MORGAN BEVENUE,
MARGARET HOOVER, JANE AND JOHN DOE,
UNKNOWN EMPLOYEES OF
ARMOR CORRECTIONAL HEALTH SERVICES,
JANE AND JOHN DOE,
UNKNOWN ARMOR HEALTHCARE SUPERVISORS,

        Defendants.

**AFFIDAVIT OF JENNIFER M. LUTHER IN SUPPORT OF
INTERVENING DEFENDANT'S MOTION FOR DEFAULT JUDGMENT**

STATE OF WISCONSIN    )
                          ) ss.
COUNTY OF DANE       )

     JENNIFER M. LUTHER, being first duly sworn, on oath deposes and states:

     1.     I am an attorney licensed to practice law in the State of Wisconsin.

     2.     I am one of the attorneys representing Intervening Defendant Wisconsin County

Mutual Insurance Corporation ("WCMIC") in this matter.

     3.     I make this Affidavit on the basis of my personal knowledge of the facts set forth

herein.

4.     I make this Affidavit in Support of Intervening Defendant's Motion for Default Judgment.

5.     Defendant Morgan Bevenue's deadline to answer the Intervening Complaint was April 25, 2018. To date, Defendant Bevenue has not filed an answer to the Intervening Complaint for Declaratory Judgment or requested additional time to file an answer to the Intervening Complaint for Declaratory Judgment, and therefore has not joined any issue of fact or law in this case.

Dated this 27th day of April, 2018.


*/s/ Jennifer M. Luther*
Jennifer M. Luther

Subscribed and sworn to before me
this 27th day of April, 2018.

*/s/ Megan J. Jerke*
Notary Public, State of Wisconsin
My Commission expires: March 28, 2022