IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

REBECCA TERRY,

    Plaintiff,

v.

COUNTY OF MILWAUKEE,
DAVID A. CLARKE, JR., in his personal and official capacities,
OFFICER BRIAN WENZEL, JANE AND JOHN DOE,
UNKNOWN EMPLOYEEES OF MILWAUKEE COUNTY JAIL,
JANE AND JOHN DOE, UNKNOWN JAIL SUPERVISORS,
ARMOR CORRECTIONAL HEALTH SERVICES,
CAROLYN EXUM, MORGAN BEVENUE,
MARGARET HOOVER, JANE AND JOHN DOE, UNKNOWN
EMPLOYEES OF ARMOR CORRECTIONAL HEALTH
SERVICES, JANE AND JOHN DOE,
UNKNOWN ARMOR HEALTHCARE SUPERVISORS,

    Defendants.

Case No. 17-cv-01112

## INTERVENOR WISCONSIN COUNTY MUTUAL INSURANCE CORPORATION'S NOTICE OF WITHDRAWAL OF MOTION FOR DEFAULT JUGDMENT AND MOTION FOR SUMMARY JUGDMENT

PLEASE TAKE NOTICE Intervenor Wisconsin County Mutual Insurance Corporation ("WCMIC"), by its undersigned attorneys, hereby withdraws its Motion for Default Judgment (Dkt. 114) and Motion for Summary Judgment (Dkt. 111) against Defendant Morgan Benenue.

Dated this 11th day of May, 2018.

                              *s/ Lori M. Lubinsky*
                              Lori M. Lubinsky (State Bar No. 1027575)
                              Jennifer M. Luther (State Bar No. 1065234)
                              Attorneys for Intervenor
                                 Wisconsin County Mutual Insurance Corporation
                              AXLEY BRYNELSON, LLP
                              P.O. Box 1767
                              Madison, WI 53701-1767
                              Telephone: (608) 257-5661
                              Fax: (608) 257-5444
                              Email: llubinsky@axley.com
                                          jluther@axley.com