# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN

REBECCA TERRY,

                              Plaintiff,

v.

COUNTY OF MILWAUKEE, *et al.*,

                              Defendants.

## DECLARATION OF DOUGLAS S. KNOTT IN SUPPORT OF MILWAUKEE COUNTY DEFENDANTS' CIVIL L.R. 7(H) EXPEDITED NON-DISPOSITIVE MOTION TO COMPEL INTERROGATORY RESPONSES

STATE OF WISCONSIN    )
                                ) ss:
MILWAUKEE COUNTY    )

        I, Douglas S. Knott, declare as follows pursuant to 28 U.S.C. § 1746:

        1.        That I am one of the attorneys of record for Defendants Milwaukee County, Richard Schmidt, Brian Wenzel, Carolyn Exum, Morgan Bevenue, and Margaret Hoover (the "County Defendants").

        2.        I make this Declaration upon personal knowledge and in support of County Defendants' Civil L.R. 7(h) Expedited Non-Dispositive Motion to Compel Interrogatory Responses.

        3.        Attached hereto as Exhibit A is a true and correct copy of the deposition transcript of Rebecca Terry dated June 1, 2018.

        4.        Attached hereto as Exhibit B is a true and correct copy of Plaintiff's Responses to Defendants' First Set of Interrogatories dated March 5, 2018.

5. Attached hereto as Exhibit C is a true and correct copy of Plaintiffs' Supplemental Responses to Defendants' First Set of Interrogatories dated June 19, 2018.

6. Attached hereto as Exhibit D is a true and correct copy of Plaintiff's Supplemental Rule 26(a)(1) Disclosures dated March 15, 2018.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct.

Dated this 20tht day of June, 2018.

**LEIB KNOTT GAYNOR LLC**
Attorneys for County Defendants

By: *s/ Douglas S. Knott*
Douglas S. Knott, SBN 1001600
219 N. Milwaukee Street, Suite 710
Milwaukee, WI 53202
Telephone (414) 276-2102
Fax (414) 276-2140
Email   dknott@lkglaw.net