IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

REBECCA TERRY,

    Plaintiff,

v.

COUNTY OF MILWAUKEE,
DAVID A. CLARKE, JR., in his personal and official capacities,
OFFICER BRIAN WENZEL, JANE AND JOHN DOE,
UNKNOWN EMPLOYEEES OF MILWAUKEE COUNTY JAIL,
JANE AND JOHN DOE, UNKNOWN JAIL SUPERVISORS,
ARMOR CORRECTIONAL HEALTH SERVICES,
CAROLYN EXUM, MORGAN BEVENUE,
MARGARET HOOVER, JANE AND JOHN DOE, UNKNOWN
EMPLOYEES OF ARMOR CORRECTIONAL HEALTH
SERVICES, JANE AND JOHN DOE,
UNKNOWN ARMOR HEALTHCARE SUPERVISORS,

    Defendants.

Case No. 17-cv-01112

## INTERVENOR WISCONSIN COUNTY MUTUAL INSURANCE CORPORATION'S NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE

PLEASE TAKE NOTICE Intervenor Wisconsin County Mutual Insurance Corporation ("WCMIC"), by its undersigned attorneys, hereby withdraws its Motion to Intervene (Dkt. 52), Brief in Support of Motion to Intervene (Dkt. 53), Affidavit of David Bisek in Support of WCMIC's Motion to Intervene and Complaint for Declaratory Judgment (Dkt. 56) and WCMIC's Complaint for Declaratory Judgment (Dkt 100) against Defendant Morgan Benenue.

Dated this 26th day of June, 2018.

                        *s/ Lori M. Lubinsky*
                        Lori M. Lubinsky (State Bar No. 1027575)
                        Attorneys for Intervenor
                          Wisconsin County Mutual Insurance Corporation
                        AXLEY BRYNELSON, LLP
                        P.O. Box 1767
                        Madison, WI 53701-1767
                        Telephone: (608) 257-5661
                        Fax: (608) 257-5444
                        Email: llubinsky@axley.com