IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| REBECCA TERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17-cv-01112 |
| | ) | |
| COUNTY OF MILWAUKEE, *et al.*, | ) | Hon. J.P. Stadtmueller |
| | ) | |
| Defendants. | ) | JURY TRIAL |
| | ) | DEMANDED |
| | ) | |

## JOINT INTERIM SETTLEMENT REPORT

Now come Plaintiff, by and through her attorneys, Loevy & Loevy, and Defendants, by and through their respective counsel, Leib Knott Gaynor LLC, and Hinshaw & Culbertson, and respectfully submit this joint interim settlement report:

In accord with the Court's Scheduling Order at Dkt. No. 148, the parties have conferred about settlement possibilities. Plaintiff was represented by Scott Rauscher and Arthur Loevy, the Milwaukee County Defendants were represented by Douglas Knott, and Armor Correctional Health Services was represented by Michael Russart. Mr. Rauscher and Mr. Russart briefly discussed settlement on July 18 & 27, 2018 and determined that settlement is not feasible at this time. Mr. Loevy and Mr. Leib exchanged a demand and an offer on August 23 & 24, 2018 and determined that settlement is not feasible at this time.

Respectfully submitted,

/s/ Theresa Kleinhaus
*One of the Attorneys for Plaintiff*

Arthur Loevy
Jon Loevy
Scott Rauscher
Theresa Kleinhaus
Aisha N. Davis
LOEVY & LOEVY
311 N. Aberdeen Street, Third Floor
Chicago, IL 60607
312-243-5900


/s/ Michael Russart
*One of the Attorneys for Defendant Armor Correctional Health Services*
Michael P. Russart
Mollie Kugler
Hinshaw & Culbertson LLP
100 E. Wisconsin Avenue, Suite 2600
Milwaukee, WI 53202
414-225-4803

/s/ Douglas Knott
*Attorney for Defendants County of Milwaukee, David A. Clarke, Jr., Brian Wenzel, Carolyn Exum, Morgan Bevenue and Margaret Hoover*
Douglas S. Knott
Leib Knott Gaynor LLC
219 N. Milwaukee Street, Suite 710
Milwaukee, WI 53202
414-276-2109


**CERTIFICATE OF SERVICE**

    I, Theresa Kleinhaus, an attorney, certify that on August 24, 2018, I caused the foregoing **Joint Interim Settlement Report** to be filed via the Court's CM/ECF electronic filing system, which effected service on all counsel of record.

    /s/ Theresa Kleinhaus