UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

REBECCA TERRY,

        Plaintiff,

v.

COUNTY OF MILWAUKEE, RICHARD R. SCHMIDT, OFFICER BRIAN WENZEL, JANE AND JOHN DOE, UNKNOWN EMPLOYEES OF MILWAUKEE COUNTY JAIL, JANE AND JOHN DOE, UNKNOWN JAIL SUPERVISORS, ARMOR CORRECTIONAL HEALTH SERVICES, CAROLYN EXUM, MORGAN BEVENUE, MARGARET HOOVER,

        Defendants.

Case No.: 17-CV-1112

---

## DEFENDANT ARMOR CORRECTIONAL HEALTH SERVICE'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

---

NOW COMES the defendant Armor Correctional Health Services ("Armor") by its attorneys, Hinshaw & Culbertson LLP, and hereby moves the Court for an order of summary judgment dismissing this lawsuit against it pursuant to Fed. R. Civ. P. 56.

The grounds for this motion are set forth in the accompanying Brief, Proposed Findings of Fact, Declaration of John May, M.D. and Declaration of Paige McCreary.

Plaintiff is further notified that affidavits and any other documents accompanying this motion are incorporated by reference herein. Any factual assertion in the declarations (and other admissible proof) submitted or referred to in support of the defendant's motion will be accepted by the judge as true unless you submit affidavits or declarations or other admissible documentary evidence contradicting such assertion. Failure to oppose the defendant's declarations (or other

admissible proof) with your own affidavits or declarations (or other admissible proof) may result in entry of judgment against her.

Dated this 31st day of August, 2018.

*/s/ Paige L. McCreary*
Michael P. Russart
State Bar No. 1023128
Mollie T. Kugler
State Bar No. 1093318
Paige L. McCreary
State Bar No. 1114252
Attorneys for Armor Correctional Health Services
**HINSHAW & CULBERTSON LLP**
100 E. Wisconsin Avenue
Suite 2600
Milwaukee, WI 53202
Phone No. 414-276-6464
Fax No. 414-276-9220
E-mail Address(es):
mrussart@hinshawlaw.com
mkugler@hinshawlaw.com
pmccreary@hinshawlaw.com