# CURRICULUM VITAE

## JOHN P. MAY, M.D., F.A.C.P.
Chief Medical Officer
Armor Correctional Health Services
4960 SW 72nd Avenue, Suite 400
Miami, FL 33155

telephone: 305-662-8522; fax: 305-662-8039
mobile: 954-298-1292 e-mail drjpmay@aol.com

## PRESENT POSITIONS
Chief Medical Officer, Armor Correctional Health Services, Inc.
Clinical Assistant Professor, Department of Internal Medicine, Nova Southeastern University College of Osteopathic Medicine, Division Correctional Medicine and Rural Health
Affiliated Professor, Office of Applied Health, Emory University Rollins School of Public Health
Consultant, Correctional Health Care
President, Health through Walls, www.healththroughwalls.org
    Not-for-profit organization facilitating improvements in prison health care in developing countries, presently in Haiti, Dominican Republic, Jamaica, Malawi, Democratic Republic of Congo

## EDUCATION
| | |
|---|---|
| COLLEGE: | University of Notre Dame |
| | Notre Dame, IN |
| | Bachelor of Science Pre-Professional, 1980-1984 |
| MEDICAL EDUCATION: | Loyola University Stritch School of Medicine |
| | Maywood, IL |
| | Doctor of Medicine, 1984-1988 |
| POST-GRADUATE FELLOWSHIP: | International Health Fellowship Program |
| | American Medical Student Association |
| | Kumasi, Ghana West Africa, 1988 |
| RESIDENCY: | Cook County Hospital, Chicago IL |
| | Primary Care/Internal Medicine, 1989-1992 |

## BOARD CERTIFICATION
Internal Medicine, September 1993, recertified through 2025

## ADDITIONAL CERTIFICATION
American Academy of HIV Medicine, 2008, recertified through 2018

## MEDICAL LICENSURE (Active)

| | | |
|---|---|---|
| California | Indiana | Colorado |
| District of Columbia | Maryland | Virginia |
| Florida | New York | Oklahoma |
| Georgia | Pennsylvania | Nevada |
| Illinois | Ohio | South Dakota |
| Wisconsin | Louisiana | Texas |

## HONORS AND AWARDS

Dr. Thomas A Dooley Award for Outstanding Service to Humankind,
 University of Notre Dame, April 2017
Alumni of the Year, Community Service, Loyola University Stritch School of Medicine,
 October 2013
Special Recognition Award for Service, Haiti National Penitentiary, U.S. Dept of State,
 presented by U.S. Ambassador to Haiti, 2008
Volunteer of the Year, Florida Association for Volunteer Action in the Caribbean, 2007
Armond Start Award of Excellence, Society of Correctional Physicians, 2005
Broad Street Pump Award for Service, Physicians for Social Responsibility, September 2000
Correctional Health Care Professional, National Commission on
 Correctional Health Care, February 2000
Fellowship, Society of Correctional Physicians, 1999
Hall of Fame, Saint Catherine's High School, Racine, Wisconsin, 1999
Fellowship, American College of Physicians, 1998
Richard & Hinda Rosenthal Foundation Award, American College of Physicians, 1996 Public Service Award, Illinois State Medical Society, 1995
Unsung Hero Award for violence prevention, Illinois Public Health Assn., 1993
Senior Resident of the Year, 1991-1992, Cook County Hospital Dept of Medicine, 1992
Outstanding Community Service Award, Loyola Stritch School of Medicine, 1987

## PREVIOUS PROFESSIONAL POSITIONS AND APPOINTMENTS

Medical Expert, Conditions of Confinement
U.S. Department of Justice, Civil Rights Division, Special Litigation Section, 1995-2005

Director, South Florida Reception Center
Miami, FL     Sept 2001 – November 2004

Medical Director, Fulton County Jail
Atlanta GA    March 2000 - June 2001

Regional Medical Director, Prison Health Services,
Indianapolis, IN   August 1998 – March 2000

Assistant Medical Director, Central Detention Facility
Washington, D.C. January 1996 - July 1998

Voluntary Service Physician, D.C. General Hospital
Washington, DC January 1997 – July 1998

Senior Staff Physician, Cermak Health Services of Cook County
Chicago, IL    August 1992 - January 1996

Voluntary Service Physician, Cook County Hospital
Chicago, IL    August 1992 – August 1998

## PROFESSIONAL AND SOCIETY MEMBERSHIPS

American College of Correctional Physicians (formerly Society of Correctional Physicians)
 Secretary, 2000 –2002; Treasurer, 1998 –2000; Board Member, 1998 –2002
 Member, 1994 –present, Fellow, 1999 - present

American College of Physicians
  Fellow, 1998 – present, Member, 1994 – 1998, Associate Member, 1990-1994
American Correctional Association
  International Relations, presidential committee, since 1998,
    Chair 2002 –2006, Vice-Chair 2008 - 2010
  Health Committee, Member, 2006 – present
American Correctional Health Services Association
  Member, 1992 – present
  Florida Chapter, Board Member, 2004 - 2006
American Medical Association
  Member, 1992 – present
American Public Health Association
  Member, 1991 – present
  Chicago Medical Society
    Associate Member, 1997–present; Member, 1992 - 1997
    Member, Presidential Violence Prevention Task Force, 1994-1995
    Chair Presidential Violence Prevention Task Force, 1995-1996
  Florida Medical Society
    Member, 2002 – present
  International Corrections and Prison Association (ICPA)
    Board of Directors, 2008 – 2016;
    Board of Directors for ICPA North America Chapter, 2014 - present
    Chair, Health Care Working Group 2007- present
  International Journal of Prisoner Health, Emerald Publishing
    International Advisory Board member, 2005 - present

**CIVIC ACTIVITIES**
  District of Columbia Medical Society
    Task Force on Correctional Medicine, 1996 -1998
    Task Force on Public Health and Tuberculosis, 1996 -1998
  D.C. Gun Violence Reduction Working Group
    Co-Chair, 1998-1999
  H.E.L.P. (Handgun Epidemic Lowering Plan) Network of Concerned Professionals Chicago, IL
    Member, 1995 – present;  Steering Committee, 1996 - 2006
  Homicide Research Working Group
    Chicago, IL  Member, 1994 - present
    Editorial Board, Journal of Homicide Studies,  1996 - 2005
  Indiana Partnership to Prevent Firearm Violence
    Indianapolis, IN   Co-Medical Director and co-founder, 1999–2000
  Miami-Dade Jail – Community Linkage Committee
    Board Member, 2003 - 2005
  One Church One Addict Washington, D . C .
    Secretary-Treasurer, 1999; Advisory Board, 1997–2005
  Operation Fresh Start of Chicago, (gang-tattoo removal program), Chicago, IL Founder and
    Advisory Board Co-chair, 1996 - present
    Voluntary Service Provider, Sinai Family Health Centers 1996– 1998
  Physicians for Social Responsibility
    Chicago, IL and Washington, D.C.
    Member, 1990 – present; Member, Violence Prevention Task Force Physicians for a
  Violence Free Society
    Dallas, TX Member, 1995 - 2005
  Rise High Projects (national violence prevention campaign)
    Chicago, IL Founder and President, 1994 – 1997

## PUBLICATIONS:

Duverger K, Elie JP, Morisseau S, Norvelus H, Jean O, Andrews MC, May JP. Stepping up HIV prevention, care and treatment in Haiti's prisons. Poster presentation to International AIDS Conference, Melbourne Australia July 2014.

Zack B, Smith C, Andrews MC, May JP. Peer education in Haiti's National Penitentiary. J Correctional Health Care. 2012; 19(1)65-68.

May JP, Joseph P, Pape JW, Binswanger IA. Health care for prisoners in Haiti. Ann Int Med. 2010; 153:407-410.

May JP, Hamid N. Enhancing continuity of care through medical discharge planning in a large urban jail system. Correctional Health Today, ACA, ISSN 2151-1012, 2009: 1(1).

May JP, Welch M, Jackson R. Rapid HIV testing at the Broward County Jail. Infectious Disease in Corrections Report, Apr 2006; 9(4).

May JP. Preventive health issues for individuals in jails and prisons. In: Clinical Practice in Correctional Medicine, Puisis M, Editor, Mosby Publishing 2006.

May JP. Correctional health care services as an opportunity to reduce violence. In: Management and Administration of Correctional Health Care. J. Moore, Editor. Civil Research Institute: Kingston, NJ. 2003.

May JP, Hemenway D, Hall A. Do criminals go to the hospital when they are shot? Injury Prevention, Sept 2002; 8:236-238.

May JP, Williams EL. Acceptability of condom availability in a U.S. Jail. AIDS Education and Prevention, 14, Supplement B, 85-9 1, 2002

May JP, Hemenway D, Oen R, Pitts KR. When criminals are shot: a survey of Washington DC, jail detainess Med Gen Med Jun 28, 2000
.
May JP, Hemenway D, Oen R, Pitts KR. Medical care solicitation by criminals with gunshot wound injuries: a survey of Washington, DC, jail detainees. J of Trauma. January 2000; 48(1): 130-132.

May, JP. Building Violence: How America's Rush to Incarcerate Creates More Violence. Sage Publications, Thousand Oaks, CA. November 1999.

Puisis M, May JP, et al., eds. Clinical Practice in Correctional Medicine. Mosby Publishing: Chicago. 1998.

May, JP, Francis L. Firearm Violence: Community Diagnosis and Treatment; slideshow and speakers manual for Physicians for Social Responsibility, Chicago, 1995.

May JP, Ferguson MG, Ferguson R, Cronin K. Prior nonfatal firearm injuries in detainees of a large urban jail. Journal of Health Care for the Poor and Underserved. 1995 ;6(2): 162-175.

May JP, Christoffel KK, Sprang ML. Counseling patients about guns. Chicago Medicine. 1 994;97(7): 13-16.

May JP, Martin KL. A role for the primary care physician in counseling young African-American men about homicide prevention. Journal of General Internal Medicine. 1993;8:380-382.

May JP. Recognizing homicide as a health risk. Chicago Medicine. 1 992;95(22): 13-15.

**PRESENTATIONS (Abridged):**

**National Medical Meetings**

"What Should We Be Screening for at Intake?" American Correctional Association, January 13, 2008. Grapevine, Texas

"Making Sense of Numbers: Understanding Data" National Commission on Correctional Health Care, October 21, 2007. Nashville, TN

"Effective Collaborations: Jail and HIV" U.S. Conference on AIDS, September 24, 2006. Hollywood, FL.

"Global Issues in Correctional Health." Society of Correctional Physicians, May 13, 2006, Durham, NC.

"Update on the Health through Walls Initiative." National Commission on Correctional Health Care, October 11, 2005. Denver, Colorado

"International Prison Health: the Health through Walls Initiative." National Commission on Correctional Health Care, September 17, 2004, New Orleans, LA

"Health through Walls: Update of prison health care project in Haiti and Dominican Republic." National Commission on Correctional Health Care, October 22, 2002. Nashville, Tennessee

"Violence in Jails and Prisons." American Correctional Health Services Association, American Correctional Association, January 9, 2000. Phoenix, Arizona

"The Culture of Firearms Among Prisoners." National Commission on Correctional Health Care, November 10, 1999. Fort Lauderdale, Florida

"Building Violence." American Public Health Association, November 18, 1998, Washington, DC. "Parolees: Marked for Failure?" NCCHC, November 4, 1998. Long Beach, California

"Violence is a Public Health Issue." American Medical Association Alliance, October 14, 1996, February 3, 1997, September 26, 1997. Chicago, Illinois

"Implementing a Quality Improvement Program in a Large Urban Jail" National Commission on Correctional Health Care, November 11, 1997, San Antonio, Texas

"Responding to the Patient with a Gunshot Wound" National Commission on Correctional Health Care, November 11, 1997, San Antonio, Texas.

"Tattoo Removal: Opportunities for Violence Prevention" American Public Health Association, November 10, 1997, Indianapolis, Indiana

"Creating Smoke-Free Jails and Prisons" ASSIST National Conference on Tobacco and Health, September 23, 1997. Houston, Texas

"Injury Control in Correctional Populations" Institute of Medicine, National Academy of Sciences, July 30, 1997. Washington, D.C.

"Violence Prevention" National Association of Community Health Clinics, January 17, 1997. Chicago

"Clinical Applications for Violence Prevention" National Football League Treating Clinicians Program for Drugs of Abuse and Alcohol, September 20, 1996. Essex Junction, Vermont

"Medical Necessity and Deliberate Indifference: Key Issues in Correctional Health Care." National Commission on Correctional Health Care, June 29, 1996. Washington, D.C.

"Pre-conference Seminar" American Correctional Health Services Association, February 22, 1996. Houston, Texas

"Opportunities for Gun Violence Prevention." Keynote address to the Southeast Regional Clinicians' Network, U.S. Public Health Service. November 19, 1995. Atlanta, Georgia

"Clinical Challenges and Opportunities for Violence Prevention within the Belly of the Beast" Society of Correctional Physicians, November 12, 1995. Washington, D.C.

"Violence: the Crucible of Jails and Prisons." American Public Health Association, October 31, 1995. San Diego, California

"Physicians Role in Gun Violence Prevention." American Medical Student Association, October 27, 1995. Chicago, Illinois

"Clinical Counseling for Violence Prevention." National Violence Prevention Conference, Centers for Disease Control and Prevention, October 24, 1995. Des Moines, Iowa

"Violence Prevention in Corrections" American Correctional Health Services Association, September 15, 1995. Orlando, Florida

"Healing a Violent Society." Medical Student Section of Physicians for Social Responsibility, February 11, 1995. Madison, Wisconsin

"Public Health Approach to Violence." Keynote address to the American Correctional Health Services Association. April 9,1994. Kansas City, Missouri

**National and International Civic Meetings**

"HIV in Prisons of Developing Countries." International Prison Health Protection Conference, November 2009, Madrid Spain

"Telehealth and Electronic Health Records: Solutions for Developing Countries." International Corrections and Prison Association. October 25, 2007. Bangkok, Thailand

"Advancing Child Health, Mental Health, Early Childhood, Development, Education and Poverty Reduction." Panelist in "Cradle to Prison Pipeline" Children's Defense Fund. Sept 26, 2007. Washington, DC.

"Does Medical Discharge Planning Reduce Recidivism?" American Correctional Association, January 20, 2007, Tampa, Florida

"Establishing Health Care Priorities for Prisons of Developing Countries." The Charles Erikson Lecture, International Corrections and Prison Association, Vancouver, British Columbia, October 24, 2006.

"Community and Corrections." Florida Council on Crime and Delinquency, August 31, 2005. Orlando, Florida.

"The Haitian Prison Restoration Project." American Correctional Association, August 8, 2005. Baltimore, Maryland.

"Hepatitis Vaccinations and Preventive Care Issues in Urban Jails" National Sheriff's Association, June 27, 2005. Nashville, Tennessee

"Care of the HIV Infected Prisoner" Jamaica Department of Correctional Services, Kinston, Jamaica November 26, 2005

"Communicable Diseases: The Prison Perspective" South Africa Department of Correctional Services, November 19, 2003. Pretoria, South Africa

"HIV Prevention in Jails" Poster Presentation. International AIDS Conference, August 2000, Durban, South Africa

"The Culture of Firearms among Prisoners." American Society of Criminology, November 19, 1999, Toronto, Canada.

"Improving the Quality of End-of-Life Care within a Managed Care Model." Conference on Death and Dying in Prisons, Open Society Institute, November 16, 1998, New York.

"Circumstance of Firearm Injuries in Detainees" and "Gun Identification by D.C. Jail Detainees" Homicide Research Working Group, June 10, 1998. Ann Arbor, Michigan

"Gang Tattoo Removal: Making Fresh Start" National Conference of the Violence Prevention Coalition of Greater Los Angeles, June 3, 1997. Los Angeles, California

"Framing the Public Health Message" Citizens Conference to End Handgun Violence, November 10, 1995. Washington, D.C.

"Violence: An African American Health Issue." Keynote address to the National Black College Alumni Hall of Fame Symposium. September 24, 1993. Atlanta, Georgia

**Legislative Sessions**

"Lessons from Treating Too Many Gunshot Victims" Testimony to U.S. Senate Judiciary Subcommittee on the Constitution, Chair U.S. Senator Paul Simon. January 31, 1994. Chicago, Illinois

"Adult Responsibility in Protecting Youth from Violence." Testimony to U.S. Senate Subcommittee on Juvenile Justice, Chair U.S. Senator Carol Moseley-Braun. November 29, 1994

Roundtable discussion on gun violence with U.S. President William Clinton. February 28, 1994. Chicago, Illinois

**Medical Schools and Hospitals**

"Correctional Health Care" Barry University School of Nursing, July 7, 2004, Davie, FL

"Public Health and Violence Prevention" Morehouse School of Medicine, October 2, 2000, Atlanta, GA

"Physician's Role in Gun Violence Prevention" Brown University School of Medicine, Grand Rounds, September 19, 2000, Providence, Rhode Island.

"Public Health and Violence" Uniformed Services University of the Health Sciences, August 13, 1998. Bethesda, Maryland

"The Internist's Role in Gun Violence Prevention" Grand Rounds. Washington Hospital Center. June 1998. Washington, D.C.

"Public Health Approach to Injury Control" Emergency Medical Services Trauma Conference. D.C. General Hospital. May 6, 1998. Washington, D.C.

"Violence Prevention" Emergency Medicine Grand Rounds. Howard University School of Medicine, January 24, 1997. Washington, D.C.

"Firearm Violence: Community Diagnosis and Treatment." Denver Children's Hospital, September 21,1996. Denver, Colorado

"Gun Violence: A Public Health Epidemic." Grand Rounds at the Medical College of Virginia, Nov 14, 1995. Richmond, Virginia

"Gun Violence Prevention" Roscetti Memorial Lecture of Ethical and Humanitarian Issues in Medicine. Rush Medicine School, April 5, 1995. Chicago, Illinois

"Medical Community's Response to Violence" Schwab Rehabilitation Hospital, March 16, 1995. Chicago, Illinois

"Violence as a Public Health Issue." Provident Hospital. February 23, 1995. Chicago, Illinois

"Saving Children from Violence" Pediatric Grand Rounds, Mount Sinai Hospital, February 15, 1995. Chicago, Illinois

"Gun Violence" College of Public Health Annual Alumni Lecture, University of Oklahoma School of Medicine. February 14, 1995. Oklahoma City, Oklahoma

"The Practitioner and Medicine: Perspectives and Options for the Future." Northwestern University School of Medicine, January 21, 1995. Chicago, Illinois

"Clinical Violence Prevention" Oak Forest Hospital, November 28, 1994. Oak Forest, Illinois

"Violence Prevention" Los Angeles Department of Corrections Health Services, October 7, 1994. Los Angeles, California

"Prior Gunshot Wounds in Detainees of an Urban Jail." Meharry Medical College, Preventing Violence in Poor and Underserved Communities. October 4, 1994. Nashville, Tennessee

**Regional Medical and Community Forums**

"Tuberculosis in Prisons of Developing Countries" Florida Bureau of Refugee Health, November 8, 2005. Altimonti Springs, Florida

"TB, HIV, and Recidivism" Florida Department of Health, July 29, 2005. Miami, Florida

"Tuberculosis: Yesterday, Today, and Tomorrow" Florida State Department of Corrections Tuberculosis Forum, July 24, 2003. Orlando, Florida

"The Role of the Internist in Firearm Injury Prevention" American College of Physicians, Regional Associates Meeting. May 9, 1998. Bethesda, Maryland

"Clinical Counseling about Firearms" Montgomery and Prince Georges County Pediatric Medical Society, March 2, 1998, Rockville, Maryland

"Gun Violence Prevention" Clay-Platte County Medical Society Alliance, September 26, 1997, Kansas City, Missouri

"Juvenile Justice Roundtable." Youth Law Center, October 7, 1996, Chicago, Illinois

"Creating Peaceable Communities." State Conference of the Illinois Council for the Prevention of Violence, October 4, 1996. Chicago, Illinois

"Violence as a Public Health Issue." Illinois State Medical Society Alliance, Apr 19, 1996. Oak Hill, IL

"Stop the Violence, Keeping Our Children Safe." Forum of the Fourth Presbyterian Church, February 3, 1996. Chicago, Illinois

"Clinical Violence Prevention for Medical Students" Chicago Medical Society, Oct 7, 1995. Chicago

"Prevention Works" Cabrini Connections, July 12, 1995. Chicago

"Violence as a Public Health Issue." Racine Medical Society, January 15, 1995. Racine, Wisconsin

"Framing the Message on Youth and Guns" Northwestern Legal Clinic and the Children's Defense Fund, October 1994. Washington, D.C.

"Opportunities for Violence Prevention." Keynote address to the Region 6 Mental Health, Alcoholism, and Drug Abuse Administration. June 20, 1994. Omaha, Nebraska