UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

REBECCA TERRY,

    Plaintiff,

v.

COUNTY OF MILWAUKEE, RICHARD R. SCHMIDT, OFFICER BRIAN WENZEL, JANE AND JOHN DOE, UNKNOWN EMPLOYEES OF MILWAUKEE COUNTY JAIL, JANE AND JOHN DOE, UNKNOWN JAIL SUPERVISORS, ARMOR CORRECTIONAL HEALTH SERVICES, CAROLYN EXUM, MORGAN BEVENUE, MARGARET HOOVER,

    Defendants.

Case No.: 17-CV-1112

---

## **DECLARATION OF PAIGE L. MCCREARY**

---

PAIGE L. MCCREARY declares as follows under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am an adult resident of the State of Wisconsin, an attorney licensed to practice in the State of Wisconsin, admitted to practice in the United States District Court – Eastern District of Wisconsin, and appearing as one of the attorneys of record for Armor Correctional Health Services in the above captioned action; I make this declaration based upon personal knowledge of the facts and circumstances attested to herein in support of Armor's motion for summary judgment.

2. Attached hereto as **Exhibit A** is a true and accurate copy of the transcript of the deposition of Gina Buono, taken April 25, 2018.

3. Attached hereto as **Exhibit B** is a true and accurate copy of the transcript of the deposition of Carolyn Exum, taken March 19, 2018.

4. Attached hereto as **Exhibit C** is a true and accurate copy of portions of the transcript of the deposition of Gina Strehlow, taken April 4, 2018.

5. Attached hereto as **Exhibit D** is a true and accurate copy of portions of the transcript of the deposition of Officer Wenzel, taken March 27, 2018.

6. Attached hereto as **Exhibit E** is a true and correct copy of defendant Armor Correctional Health Services' Response to Plaintiff's First Set of Interrogatories.

7. Attached hereto as **Exhibit F** are a true and correct copy of portions of the records produced by Plaintiff in this lawsuit.

8. Attached hereto as **Exhibit G** is a true and correct copy of portions of the records produced by Milwaukee County in this lawsuit.

9. Attached hereto as **Exhibit H** is a true and correct copy of portions of the records produced by Armor in this lawsuit.

10. Attached hereto as **Exhibit I** is a true and correct copy of portions of the transcript of the deposition of Decorie Smith, taken August 8, 2018.

11. Attached hereto as **Exhibit J** is a true and correct copy of portions of the transcript of the deposition of Dashyla Elliott, taken April 24, 2018.

12. Attached hereto as **Exhibit K** is a true and correct copy of portions of the transcript of the deposition of Bridgette Green, taken August 3, 2018.

13. Attached hereto as **Exhibit L** is a true and correct copy of portions of the transcript of the deposition of Gary Poetz, taken April 16, 2018.

14. Attached hereto as **Exhibit M** is a true and correct copy of portions of the transcript of the deposition of Edward Bailey, taken August 29, 2018.

15. Attached hereto as **Exhibit N** is a true and correct copy of portions of the transcript of the deposition of Morgan Bevenue, taken June 21, 2018.

PURSUANT TO 28 USC § 1746, I VERIFY UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS DECLARATION ARE TRUE AND CORRECT AND BASED UPON MY PERSONAL KNOWLEDGE.

Dated this 31st day of August, 2018.

*/s/Paige L. McCreary*
Paige L. McCreary
State Bar No. 1114252