1             IN THE UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WISCONSIN
2    ------------------------------------------------------------
     REBECCA TERRY,
3
                    Plaintiff,
4
     vs.                                  Case No. 17-CV-01112
5
     COUNTY OF MILWAUKEE, et al.,
6
                    Defendants.
7
     ------------------------------------------------------------
8

9

10
                 Deposition of DECORIE L. SMITH
11
                   Wednesday, August 8th, 2018
12
                          10:05 a.m.
13
                              at
14
                    LEIB KNOTT GAYNOR LLC
15           219 North Milwaukee Street, Suite 710
                     Milwaukee, Wisconsin
16

17

18

19

20

21           Reported by Elaine A. Thies, RPR

22

23

24

25

**EXHIBIT I**

1  A   No, ma'am.
2  Q   Okay.  Do you know someone named Morgan Bevenue?
3  A   Not to my recollection so I would have to say no.
4  Q   Okay.  Turning your attention to what we'll mark as
5     Exhibit 1 which is the log that your counsel handed
6     me.  It's marked MKE County 999.
7           (Exhibit 1 marked for identification.)
8  BY MS. KLEINHAUS:
9  Q   Take a look at this.  Are you familiar with
10    Exhibit 1?
11  A   Yes, ma'am.
12  Q   What is it?
13  A   It's a copy of our jail log.
14  Q   And is that for March -- What date is that for?
15  A   It's for March 9th and then going to March 10th.
16  Q   Okay.  The correctional officers using the log
17    enter information using their initials; correct?
18  A   Yes.
19  Q   Is there any spot on the log where you see your
20    initials?
21  A   Yes.
22  Q   And where is that?
23  A   At 3:27.
24  Q   Okay.  And can you read for the record what it says
25    your activity was at 3:27.

1  A   Scheduled inspection completed.  No inmates in
2    obvious physical duress.
3  Q   And what's the location where you were working?
4  A   Special Medical Unit.
5  Q   Okay.  You can put Exhibit 1 to the side.  Or, I'm
6    sorry, actually is there any other spot on
7    Exhibit 1 that you see your initials?
8  A   No, ma'am.
9  Q   Okay.  Do you know -- Do you have an independent
10    recollection of doing an inspection on March 10th
11    at 3:27 a.m.?
12  A   Yes.
13  Q   You do have an independent recollection of that in
14    your mind?
15  A   As far as doing the inspection?
16  Q   Yes.
17  A   Yes.
18  Q   Okay.  What do you remember about it?
19  A   I remember it being very quiet and not having the
20    need to put any additional information in the jail
21    log or in my daybook.
22  Q   Tell me the steps you took to complete the
23    inspection.
24  A   You physically get up from the workstation.  I will
25    make a right, head towards cell one which is by the

1     entrance of the Special Medical Unit.  From cell one
2    I look inside the cell, check for the rising of the
3    chest.  Once I see that I move onto cell two.  And
4    that process is repeated until I get to cell -- to
5    the last cell.  Then I go back to the work desk and I
6    put in the jail log that the inspection is completed.
7  Q   And on how many occasions throughout your career
8    have you done an inspection like that?
9  A   Every time I do an inspection.
10  Q   Okay.  So in a typical third -- A third shift is an
11    eight-hour shift; right?
12  A   Yes.
13  Q   In an eight-hour shift you're expected to do
14    inspection every 30 minutes; right?
15  A   Sixteen inspections.
16  Q   So 16 inspections every shift?
17  A   (Witness nodded head.)
18  Q   And you've been working there for nine years?
19  A   Yes, ma'am.
20  Q   Okay.  Is it your testimony that you have a
21    specific recollection of the one that happened on
22    March 10th of 2014?
23  A   In regards to this inspection I would have to say
24    yes.
25  Q   What about -- Am I correct that you walked around

1     each cell and you didn't see anything wrong with
2    anybody; right?
3  A   If I didn't -- For me if I didn't put anything in the
4    jail log, then I didn't see anything to --
5  Q   Okay.  What causes you to have an independent
6    recollection, and by that I mean you're able to
7    remember it -- you're not assuming something about
8    what you did; you're able to remember it
9    yourself -- what causes you to remember this
10    inspection at 3:27 a.m. on March 10th?
11  A   The cause is again for me I'm a very meticulous
12    individual so when I do anything I make sure that I
13    dot all my i's and cross all my t's, so for me if I
14    didn't put anything in the jail log, they didn't call
15    for assistance, they didn't advise my supervisors,
16    then I have the ability to go off of what I put in
17    the system, so for -- to answer, if it wasn't written
18    down by me it didn't happen.
19  Q   Okay.  So do you have a memory of doing that
20    inspection, or is your testimony based on
21    Exhibit 1?
22  A   It would be based off of the Exhibit 1.
23  Q   Okay.  How was it that you were the one in the SMU
24    at 3:27 a.m., do you know?
25  A   At that -- On that particular night I was assigned to

Page 18

| | | |
|---|---|---|
| 1 | A | I would have to say no because I was the break |
| 2 | | officer. |
| 3 | Q | And when I say lights above the cells, I mean the |
| 4 | | ones that come on when somebody's asking for help. |
| 5 | A | The call button light. |
| 6 | Q | The call button light, right. |
| 7 | | Do you have any independent |
| 8 | | recollection, meaning a memory in your mind, of |
| 9 | | whether a call button light was on above |
| 10 | | Ms. Terry's cell? |
| 11 | A | No, ma'am. |
| 12 | Q | Other than this inspection that you believe |
| 13 | | happened because of Exhibit 1, did you have any |
| 14 | | other interaction with Ms. Terry that you know of? |
| 15 | A | No, ma'am. |
| 16 | Q | Okay. Did you ever have any discussion with |
| 17 | | anybody at Milwaukee County Jail about the fact |
| 18 | | that Ms. Terry gave birth in the jail cell by |
| 19 | | herself? |
| 20 | A | No, ma'am. |
| 21 | Q | Were you ever debriefed or interviewed by anyone |
| 22 | | from Milwaukee County about the evening of |
| 23 | | March 9th and 10th and Ms. Terry's condition? |
| 24 | A | No, ma'am. |
| 25 | | MS. KUGLER: Objection, form. |

Page 19

| | | |
|---|---|---|
| 1 | BY MS. KLEINHAUS: | |
| 2 | Q | When was the first time that you learned that |
| 3 | | Ms. Terry had given birth in the SMU? |
| 4 | A | I cannot recall. |
| 5 | Q | Have you ever received any training from Armor |
| 6 | | Corporation? |
| 7 | A | Pertaining to what? |
| 8 | Q | Anything. |
| 9 | A | No, ma'am. |
| 10 | Q | Have you ever received any training from Milwaukee |
| 11 | | County about pregnant inmates? |
| 12 | A | No, ma'am. |
| 13 | Q | Have you ever worked as a sheriff's deputy? |
| 14 | A | No, ma'am. |
| 15 | Q | Have you ever been present for a hospital watch at |
| 16 | | the hospital? |
| 17 | A | No, ma'am. |
| 18 | | MS. KLEINHAUS: Okay. I think I'm almost |
| 19 | | through. I just want to take a quick break; okay? |
| 20 | | THE WITNESS: Okay. |
| 21 | | (Recess taken from 10:26 until 10:31 a.m.) |
| 22 | BY MS. KLEINHAUS: | |
| 23 | Q | Can you tell me what you were told counts as |
| 24 | | physical distress or how to identify that someone's |
| 25 | | in physical distress? |

Page 20

| | | |
|---|---|---|
| 1 | A | Physical distress per our training would be someone |
| 2 | | who has an inability to function properly, meaning if |
| 3 | | they couldn't walk, count breathe, was unable to |
| 4 | | talk, respond. |
| 5 | Q | And during third shift would you check their |
| 6 | | ability to respond? |
| 7 | A | Yes. |
| 8 | | MS. KUGLER: Objection, form. |
| 9 | BY MS. KLEINHAUS: | |
| 10 | Q | Okay. How would you check for that? |
| 11 | A | If you're the officer who is assigned to a spot when |
| 12 | | you do your initial inspection, I was trained that |
| 13 | | you get everyone's attention so you gently knock on |
| 14 | | the door, ask them how they're doing, and that's the |
| 15 | | way that you get their attention as well as collect |
| 16 | | your formal count. |
| 17 | Q | Okay. If someone is assigned to the pod in the |
| 18 | | course of your shift, is there anything you're |
| 19 | | trained to do to evaluate their ability to respond? |
| 20 | A | For the jail the system has been set up where if |
| 21 | | someone feels that they're in -- having a medical |
| 22 | | emergency, there are call buttons. You have officers |
| 23 | | assigned to areas so that communication can be |
| 24 | | reached. |
| 25 | Q | My question is a little bit different. Were you |

Page 21

| | | |
|---|---|---|
| 1 | | given any training on how to evaluate someone's |
| 2 | | ability to respond if they're not there at the time |
| 3 | | of the initial inspection? |
| 4 | A | That falls under the general training. I mean it's a |
| 5 | | generalized ability to observe individuals, so if |
| 6 | | you're assigned or it's your task to monitor |
| 7 | | individuals, that that falls under the scope of your |
| 8 | | training. |
| 9 | Q | Okay. Other than talking to people during the |
| 10 | | initial inspection on your shift, is there anything |
| 11 | | else you were trained to do on third shift to check |
| 12 | | someone's ability to respond? |
| 13 | A | Continuous inspections done every 30 minutes. |
| 14 | Q | How does that check their ability to respond? |
| 15 | A | By observing them. So if I walk past your cell, I'm |
| 16 | | looking in your cell to see if you have the ability |
| 17 | | to even respond by seeing if your chest is rising, by |
| 18 | | checking to see if you're breathing. |
| 19 | Q | Have you ever logged a detainee as being in obvious |
| 20 | | physical distress? |
| 21 | A | Yes. |
| 22 | Q | Okay. On how many occasions have you done that? |
| 23 | A | Numerous. I wouldn't be able to give you an exact |
| 24 | | number. |
| 25 | Q | Okay. And on those numerous occasions were those |