1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF WISCONSIN

3  --------------------------------------------------------

4  REBECCA TERRY,

5            Plaintiff,

6    -vs-                          Case No. 17-CV-1112

7  COUNTY OF MILWAUKEE, et al.

8            Defendants.

9  --------------------------------------------------------

10

11

12          Deposition of DASHYLA ELLIOTT

13          Thursday, April 24th, 2018

14               10:03 a.m.

15                  at

16          LEIB, KNOTT & GAYNOR, LLC
           219 North Milwaukee Street, Suite 710
17              Milwaukee, Wisconsin

18

19

20      Reported by:  Wendy L. Hanneman, RPR

21

22

23

24

25

EXHIBIT J

1  A   That's correct.
2  Q   Okay. Where are you currently employed?
3  A   Outagamie County Sheriff.
4  Q   Outagamie County. What state is that?
5  A   It's in Wisconsin.
6  Q   I'm only asking because it's Allegheny County out
7      in Virginia.
8  A   Oh, okay.
9          MS. KUGLER: It's Outagamie County.
10 BY MS. DAVIS:
11 Q   Oh, could you spell that for me?
12 A   O-U-T-A-G-A-M-I-E.
13 Q   What are you currently doing with Outagamie
14     County?
15 A   Telecommunicator, dispatch.
16 Q   Is that with a particular department, or is it a --
17 A   With the sheriff's office, I'm sorry, yes. Mm-hmm.
18 Q   And prior to working with Outagamie County, what
19     was your position?
20 A   I was a correctional officer.
21 Q   When did you stop doing that?
22 A   In January of this year.
23 Q   When did you start?
24 A   February of '12. 2012.
25 Q   Okay. And was that all with the Milwaukee County

1     Sheriff's Office?
2  A   Yes. But it was -- I started out at the Milwaukee
3     House of Corrections. It was all under the
4     Milwaukee County Sheriff's Office at the time,
5     though.
6  Q   Okay. So you started in February of 2012 at the
7     Milwaukee County House of Corrections?
8  A   Yes.
9  Q   How long were you there?
10 A   Until November of 2012.
11 Q   And then where did you go?
12 A   To Milwaukee County Jail.
13 Q   And were you there throughout -- until January
14     2018?
15 A   Yes.
16 Q   Okay. When you left the Milwaukee County Jail,
17     were you a corrections officer, or were you
18     promoted at any point?
19 A   I was a corrections officer.
20 Q   Prior to working with the Milwaukee County Jail,
21     where did you work?
22 A   I worked for Aldi, Inc.
23 Q   How long did you work there?
24 A   February 2010 until February 2012.
25 Q   Okay. And prior to working with Aldi, where did

1     you work?
2  A   Loft. It was called Ann Taylor Loft at the time.
3  Q   Mm-hmm. And how long did you work there?
4  A   October of 2006 until December 2010.
5  Q   Okay. Where did you work before that, if you
6     remember?
7  A   Dillard's. It was a department store.
8  Q   Mm-hmm. Any other jobs prior to that?
9  A   Best Buy. This is all part-time jobs in college.
10 Q   Okay. Was Dillard's part time as well?
11 A   Yes. The only full-time job I had was Milwaukee
12     County Jail.
13 Q   Okay. Got it. And when did you graduate from
14     college?
15 A   In 2005.
16 Q   What college did you go to?
17 A   UW-Milwaukee.
18 Q   So prior to working with the Milwaukee County Jail,
19     did you have any prior correctional officer
20     experience?
21 A   No.
22 Q   Any other law enforcement experience?
23 A   No.
24 Q   When you were hired as a corrections officer with
25     Milwaukee County, did you undergo any training?

1  A   Yes.
2  Q   Okay. Was that the academy?
3  A   Yes.
4  Q   Okay. How long was that training program?
5  A   Six-week training.
6  Q   Was there any other training after that?
7  A   Annual training.
8  Q   What was the annual training?
9  A   I don't know. It varied every year. I was there
10     for six years, so I don't know what training was
11     about every time.
12 Q   Okay.
13 A   I don't remember, I'm sorry.
14 Q   No, that's fair. Were there any annual trainings
15     that were repeated?
16 A   Yes.
17 Q   Okay. Do you remember which ones those were?
18 A   CPR. Um, dealing with, um, mental health inmates.
19 Q   Okay.
20 A   Always POSC, which is basically subject control.
21         MR. ARNOLD: I'm sorry, what's the word
22     you're using?
23         THE WITNESS: POSC is an acronym.
24     P-O-S-C.
25

1   A   The pod access?

2   Q   Yeah.

3              MR. ARNOLD: If you know.

4              THE WITNESS: The pod is the SMU.

5              MS. DAVIS: Okay.

6   Q   And then going down to IM 8.1.7 on the same page,

7       the first bullet point under the infirmary,

8       "Officer shall: Conduct 30-minute inspections of

9       inmate cells and general living areas and document

10      the inspection in the pod logbook," correct?

11   A   Yes.

12   Q   Did you have to conduct these 30-minute inspections

13      when you were stationed in the SMU?

14   A   Yes.

15   Q   Were there ever any instructions during the roll

16      call about conducting these inspections?

17   A   Conducting the inspections in general, yes.

18   Q   Okay. When you say "in general", do you mean in

19      all the housing units?

20   A   Yes.

21   Q   Okay. Were there ever -- well, earlier you said

22      that there were reminders of how to enter jail logs

23      at roll call?

24   A   Yes.

25   Q   Were there reminders about entering the information

1      for 30-minute inspections at roll call?

2              MS. KUGLER: Objection. Form.

3              THE WITNESS: Just make sure we were

4      doing within 30 minutes.

5   BY MS. DAVIS:

6   Q   Okay. And when you were trained on conducting the

7      30-minute inspections, were you told how to either

8      start or stop a timer that would monitor when you

9      did the inspection?

10   A   I was initially trained at the House of

11      Corrections, and we did not start or -- start

12      inspections, but we always marked them complete.

13   Q   Okay. And was there any subsequent training at the

14      jail, as opposed to at House of Corrections, about

15      entering the inspection time?

16   A   When I came down, some officers were doing it like

17      that, but some were not.

18   Q   Okay.

19   A   I was told that you do everything that was issued a

20      button in the jail log, and there was no start

21      button for inspections in the jail log.

22   Q   Okay. Do you remember receiving any updated

23      policies about the infirmary or the SMU?

24   A   I don't remember.

25             (Exh. 4 marked for identification.)

1   BY MS. DAVIS:

2   Q   Okay. I'm handing you what's been marked as

3      Exhibit Number 4. You can take a second to look

4      that over.

5   A   Okay.

6   Q   Okay. Do you recognize this document?

7   A   Mm-hmm.

8   Q   Do you remember receiving a copy of it?

9   A   I don't --

10   Q   Okay.

11   A   -- remember.

12   Q   Do you remember having any trainings on an updated

13      policy for the Special Medical Unit?

14   A   I don't remember.

15   Q   And then at the top of the first page, it says,

16      "Second revision, 10/20/14," correct?

17   A   Mm-hmm.

18   Q   And that was during your time at the Milwaukee

19      County Jail, correct?

20   A   That's true.

21   Q   Okay. You mentioned that you were stationed in the

22      Special Medical Unit occasionally, right?

23   A   Yes.

24   Q   While you were stationed there, did you have any

25      training on how to communicate with the medical

1      staff at the jail?

2              MS. KUGLER: Objection. Form.

3              THE WITNESS: That was covered in our

4      regular training.

5   BY MS. DAVIS:

6   Q   In the regular training, okay. Do you remember the

7      training about communicating with the medical

8      staff?

9   A   Yes.

10   Q   Do you remember what subjects were covered?

11   A   Yes.

12   Q   Okay. Could you tell me a little bit about that

13      training?

14   A   As far as communication with the nurses, you call

15      them when an inmate was in distress, call them,

16      talk to -- I don't know, you just talk to them if

17      you need to.

18   Q   Okay. And how would you know if an inmate was in

19      distress in the Special Medical Unit?

20   A   They would either yell out and tell you, they'd be

21      in the day room and tell you, or they'll use their

22      call button.

23   Q   And during those 30-minute inspections, or the

24      inspections that were every 30 minutes, did you

25      have to check and see if any of the inmates were in

1   distress?
2               MS. KUGLER:  Objection.  Form.
3               THE WITNESS:  It was a visual inspection.
4   BY MS. DAVIS:
5   Q   What is a visual inspection?
6   A   Looking at the individual to see if they're in
7       obvious distress.
8   Q   Did you ever work in the Special Needs Unit?
9   A   Rarely, but I have worked in there before.
10  Q   Okay.  Did you receive any training on working in
11      the Special Needs Unit?
12  A   Rarely -- no, because I hardly ever worked in
13      there.
14  Q   Did you --
15  A   I could tell you that if I worked in there, it was
16      always with a partner that was trained in that
17      area, and that the times that I have worked in
18      there, it was on a special watch.
19  Q   So you said you worked with people that were
20      trained to work in there?
21  A   (Witness nods head.)
22  Q   Do you know what that training entailed?
23  A   Not all of it, no.
24  Q   Do you know some of it?
25  A   No, I don't know specifically.  I was given a

1       general training.
2   Q   Mm-hmm.
3   A   But not the more specific word that they called it,
4       CIT training.
5   Q   Do you know what that stands for?
6   A   No, because I'm not trained in it.
7   Q   Okay, that's okay.  Who decided who was given the
8       CIT training?
9   A   Um, it was usually a roll call issue where they
10      asked if you wanted specialized training in this
11      area, to sign up for it.
12  Q   Was there any other specialized training announced
13      during roll call?
14  A   As far as what?  It was always announced that if
15      you wanted additional training in different areas.
16  Q   Okay.  Do you remember any of the areas that they
17      offered specialized or additional training on?
18  A   Yeah, if you wanted to be an AFIS officer, a
19      weapons officer.  If you wanted to be trained in
20      release.  Different areas.  All areas of the jail.
21      If you wanted to be a CERT member, Corrections
22      Emergency Response Team.  Yeah.
23  Q   Okay.  All right.
24              (Exh. 5 marked for identification.)
25

1   BY MS. DAVIS:
2   Q   Handing you what's been marked as Exhibit Number 5.
3       We don't need to look through the whole thing, I'm
4       just going to ask you a few questions.
5   A   Okay.
6   Q   I'm giving you the whole document, just because we
7       have the whole document.  Do you recognize this
8       jail training?
9   A   Yes.
10  Q   Okay.  Did you receive a copy of it ever?
11  A   Yes.
12  Q   When did you receive a copy of it?
13  A   When I began in training with the academy.
14  Q   Okay.  So every CO went through a training on this
15      "Supervise "Special" Needs Inmates/Crisis
16      Intervention"?
17  A   In training.
18  Q   To the best of your recollection, during the
19      training guide -- or during the training for this
20      guide, were you trained on how to determine if an
21      inmate was undergoing what was considered normal
22      emotional distress?
23              MS. KUGLER:  Objection.  Form.
24              THE WITNESS:  Yes.
25

1   BY MS. DAVIS:
2   Q   Okay.  Were you trained on how to determine if an
3       inmate was undergoing possibly serious emotional
4       distress?
5   A   Yes.  General training.
6   Q   Were you trained on how to supervise inmates who
7       may be suicide risks?
8   A   Yes.
9   Q   Were you trained on how to supervise inmates with
10      intellectual disabilities?
11  A   Yes.
12  Q   Were you trained on how to intervene in a crisis?
13  A   Yes.
14  Q   Was this training specific for inmates who were
15      housed in the Special Needs Unit?
16  A   Um, well, sometimes you don't -- you see it in the
17      booking room, you don't always see it in -- when
18      they make it this far.
19  Q   So is it fair to say that you would apply this
20      training to any area of the jail that you were
21      working in?
22  A   Yes.
23  Q   And was there additional training offered during
24      roll call for working in the Special Needs Unit?
25  A   There was sometimes roll call reminders about that,

1      yeah.

2  Q  Okay.  Was there any certification that you

3      received after this training?

4            MR. ARNOLD:  Object to the form of the

5      question.  Which training are you referring to?

6  BY MS. DAVIS:

7  Q  Was there any certification that you received after

8      the Supervise "Special" Needs Inmates/Crisis

9      Intervention training?

10           MS. KUGLER:  Thank you.

11           THE WITNESS:  You mean additional

12      training?

13  BY MS. DAVIS:

14  Q  Any certification?

15  A  Me specifically, no.

16  Q  Okay.  Do you know how long the training was for

17      the Supervise "Special" Needs Inmates/Crisis

18      Intervention training?

19  A  No.

20  Q  Okay.

21  A  Because I'm not trained in it.

22  Q  So when they gave you this guide during the

23      academy, did they do any training related to it?

24  A  We got very general training.  And this -- I'm not

25      even sure if this is the right document, if this is

1      a CIT training document, or if this is basically

2      how to spot inmates that may be going through a

3      crisis.

4  Q  Okay.

5  A  So I don't know by looking at this.  This might be

6      the specialized training document, I'm not sure.

7  Q  Okay.

8  A  For the CIT.

9  Q  So when you did receive training on recognizing

10      emotional distress at the academy, about how long

11      was that training?

12  A  It was six years ago, I don't remember.

13  Q  Okay.  Earlier you mentioned you had that

14      mental health training hosted by Armor in

15      October 2017, right?

16  A  What was the question?

17  Q  You mentioned earlier that there was a mental

18      health training in October 2017?

19  A  Yes.

20  Q  Did that cover any of the topics that are covered

21      in this training guide?

22  A  I didn't look through all of it, but.

23  Q  Take your time and you can flip through the table

24      of contents if you want.

25  A  I do remember talking about suicide risk and

1      suicide.  Um, I do remember talking about getting

2      inmates PSWs, which is psych social workers, if

3      they asked for them.

4  Q  Mm-hmm.

5  A  Some of this stuff was covered, yes.

6  Q  Okay.  Can you tell me which areas were covered,

7      outside of the suicide risk, suicide, and PSW?

8           MS. KUGLER:  Objection.  Form,

9      foundation.

10           MR. ARNOLD:  If you remember.

11           MS. DAVIS:  If you remember.

12           THE WITNESS:  That's all I remember.

13  BY MS. DAVIS:

14  Q  Okay.  Do you remember going through any training

15      on jail health care while you were in the academy?

16  A  Yes.

17  Q  Do you remember during that training there was a

18      PowerPoint that was used to go over the

19      information?

20  A  I don't remember, but it was almost a PowerPoint

21      for everything in training, so.

22  Q  Okay.

23      (Exh. 6 marked for identification.)

24  BY MS. DAVIS:

25  Q  I'm handing you what's marked as Exhibit 6.

1  A  Mm-hmm.

2  Q  Again, we're not going to go through all of this

3      document, I just wanted to give you the whole thing

4      in case you wanted to look through it.  Do you

5      recognize this document?

6  A  Um, yes.

7  Q  Is it one of the documents that you received during

8      the academy?

9           MR. ARNOLD:  If you know.

10           THE WITNESS:  It probably was.  I don't

11      remember every single document that was given to me

12      in training.

13  BY MS. DAVIS:

14  Q  Okay.  That's fair.  So to the best of your

15      recollection during the training on jail health

16      care, do you remember being trained on assisting

17      people housed in the Special Medical Unit?

18  A  It was no specialized training for that.

19  Q  Okay.  Did the training include instructions on

20      helping to provide health care to inmates?

21  A  Yes.

22  Q  Did it include training on administering

23      medication?

24  A  We don't give medication.

25  Q  Okay.  Who gives the medication in the jail?

1 A    The nurse.
2 Q    And do you ever have to notify the nurse that an
3      inmate needs medication?
4 A    They have med passes.  We notify a nurse if an
5      inmate says they didn't get their meds.
6 Q    Was there any training on following medical orders?
7 A    Yes.
8 Q    To the best of your recollection, were you trained
9      on the duty to care for inmates?
10 A    Yes.
11              MS. KUGLER:  Objection.  Form.
12 BY MS. DAVIS:
13 Q    To the best of your recollection, were you trained
14      on how to respond to requests for medical care?
15 A    Yes.
16 Q    Going back to the training on the duty to care for
17      inmates, do you remember any part of that training
18      in particular?
19 A    Basically that we have a duty to get inmates help
20      if they ask.  Um, and if we don't do that, we could
21      be criminally charged and sued civilly.
22 Q    So they walked you through legal, like I guess
23      legal consequences of the duty to --
24 A    Yes.
25 Q    Okay.  I asked you about PowerPoints, so we're

1      going to go ahead and look through this one.
2              (Exh. 7 marked for identification.)
3 BY MS. DAVIS:
4 Q    I'm handing you what's been marked as
5      Exhibit Number 7.  Do you recognize this
6      PowerPoint?
7 A    Not specifically.
8 Q    Okay.  Let's just walk through a couple of things,
9      then.  Do you remember being trained on Wisconsin
10      State Statute 302.38?  That's on the first page.
11 A    I remember hearing about that.
12 Q    Do you remember hearing about Wisconsin Statute
13      302.365?  It's on the second page.
14 A    I remember hearing about this.
15 Q    Okay.  Then turning to the third page, do you
16      remember hearing about Administrative Code 350?
17 A    Yes.
18 Q    On the top left slide on Page 3, is that the legal
19      requirement that you remember being trained on?
20 A    Yes.
21 Q    If you turn to Page 9, do you remember being
22      trained on the case law listed on this page?
23 A    Yep.  Yes.
24 Q    And if you flip over to Page 10, on the top right
25      slide it says, "Duties of the Jail Officer.

1      Conduct screening for inmate health."  Were you
2      trained on conducting screenings for inmate health?
3 A    I don't know what that is.
4 Q    Okay.  Going down to the slide on the bottom right
5      side.  Do you remember being trained on responding
6      to inmate needs or request for medical care?
7 A    Yes.
8 Q    Okay.
9              MR. ARNOLD:  I'm sorry, where were you
10      referring to?
11              MS. DAVIS:  Page 10, bottom right slide.
12              MR. ARNOLD:  Okay, thank you.
13              MS. DAVIS:  Mm-hmm.
14 Q    And then if we go to Page 11, the top right slide.
15      Were you trained on controlling, administering,
16      and/or delivering medication?
17 A    We don't administer medication, the nurse does
18      that.
19 Q    Okay.  Were you trained on providing health care,
20      emergency and non-emergency?
21 A    I call the nurse.  I don't provide health care, I'm
22      not trained to do that.
23 Q    Okay.  And, then, were you trained to maintain
24      health care records?
25 A    I don't -- I don't maintain health care records.

1 Q    Okay.  So is it fair to say that of those three
2      topics we talked about on this slide, would those
3      be areas where you would call the nurse as opposed
4      to doing something yourself?
5 A    Yes.
6              MS. KUGLER:  Objection to form.
7 BY MS. DAVIS:
8 Q    Was this training -- scratch that.  During this
9      training, were you instructed on when you were to
10      contact medical staff?
11 A    Yes.
12 Q    Okay.  All right.  The training for jail health
13      care and working with special needs inmates were
14      both done during the academy, correct?
15 A    A general training, yes.
16 Q    Okay.  Who led the trainings in the academy?
17              MR. ARNOLD:  If you know.
18              THE WITNESS:  There was this nurse named
19      Lisa.  I don't remember her -- Krueger.  Krueger,
20      maybe.  She did one of the trainings that I
21      remember specifically.  But that's the only one I
22      remember.
23 BY MS. DAVIS:
24 Q    Okay.  Were any of the trainings conducted by staff
25      from the Milwaukee County Sheriff's Office?

1    A    I believe she did work for the Milwaukee County
2         Sheriff's Office.
3    Q    So were all the instructors employees of the
4         Milwaukee County Sheriff's Office?
5              MR. ARNOLD:  Objection.  Foundation.
6              MS. KUGLER:  Objection.
7    BY MS. DAVIS:
8    Q    If you know, were the trainings provided by
9         employees of the Milwaukee County Sheriff's Office?
10   A    The only one I remember was Lisa, and she was
11        employed by the Milwaukee County Sheriff's Office.
12   Q    Okay.  Did you have any trainings for employees of
13        the Milwaukee County Sheriff's Office, where
14        someone that did not work for the Milwaukee County
15        Sheriff's Office was brought in to conduct the
16        training?
17   A    Just the times when Armor gave presentations.
18        That's the only one I remember.
19   Q    Okay.  Outside of Armor and the Milwaukee County
20        Sheriff's Office, do you recall any other group
21        that conducted a training that you attended while
22        working for the Milwaukee County Jail?
23             MS. KUGLER:  Objection.  Form.
24             THE WITNESS:  Not that I can remember
25        right away.

1              MS. DAVIS:  Okay.  All right.
2         (Exh. 8 marked for identification.)
3    BY MS. DAVIS:
4    Q    I'm handing you what's been marked as
5         Exhibit Number 8.  Do you recognize this document?
6    A    No.
7    Q    Okay.  Based on the title of the document, do you
8         know what it is?
9    A    It looks like the monthly shift assignments.
10   Q    Okay.  And is that your name in the bottom left
11        column close to where the word "3rd" is written?
12   A    Yes.  Towards the middle.
13   Q    And next to your name it says "4FC"?
14   A    Yes.
15   Q    What does that stand for?
16   A    "Fourth floor control."
17   Q    And what does that mean?
18   A    That means for third shift on that specific date, I
19        was working on fourth floor control.
20   Q    Is that the entire fourth floor?
21   A    Yes.
22   Q    Okay.  And then almost parallel in the next column
23        over, is that your name as well?
24   A    Yes.
25   Q    And is that because the third shift carried over

1         from the 9th into the 10th of March in 2014?
2              MS. KUGLER:  Objection.  Form.
3              MS. DAVIS:  Actually, let me take it
4         back.
5    Q    Why is your name in both of these columns?
6    A    Because I worked on both of those days.
7    Q    Okay.  Did you work the third shift on both days?
8    A    It says I did.
9    Q    Okay.  And you were in the fourth floor control on
10        both days?
11   A    Yes.
12   Q    Okay.  Being stationed on the fourth floor control,
13        did you ever leave and go to any other housing
14        units?
15   A    Well, on fourth floor control, we sit on the floor
16        control, and every 30 minutes we go into the three
17        housing units and conduct inspections.
18   Q    What are the three housing units?
19   A    4A, 4B, and 4C.
20   Q    Would you inspect all three of those units by
21        yourself?
22   A    No, um, we have a partner.  So on that specific
23        day, we come up with a, um, method, a way -- we
24        come up with an agreement of how we're going to do
25        the inspections.

1    Q    Okay.  And would both of you do the inspection at
2         the same time?
3    A    No.  Somebody has to sit on the floor control.
4    Q    Okay.
5    A    At all times.
6    Q    How do you -- how do you conduct the inspection?
7         Can you just walk me through what that process is?
8    A    Well, like I said, you and your partner come up
9         with an agreement of how you're going to do the
10        inspections, and you can start in any -- any one of
11        the three housing units I just named, you can start
12        on any one.
13             Um, sometimes, um, based off the sex of the
14        inmates, the female would just do the female pods
15        and the male would do -- would not go in there at
16        all.  So at one time the females were in A and
17        C, so then I would have to do those the entire
18        night, while the male officer would just do B.
19             Or me and my partner, if we were both
20        females, we would go in and do the inspections.
21        We'll do A, B, and C a couple times, and the next
22        person will do it a couple times.  We'll do half of
23        the inspections a night, and then the second half
24        of the shift the other person will do them.
25   Q    Okay.