EXHIBIT K

```
          IN THE UNITED STATES DISTRICT COURT

             EASTERN STATE OF WISCONSIN
------------------------------------------------------------

REBECCA TERRY,

            Plaintiff,

       vs.                          Case No. 17-CV-01112

COUNTY OF MILWAUKEE, et al,

            Defendants.

------------------------------------------------------------

                    Deposition of

                   BRIDGETTE GREEN

               Friday, August 3, 2018

                       1:08 p.m.

                          at

                  Leib Knott Gaynor LLC
                219 North Milwaukee Street
                   Milwaukee, Wisconsin
```

Reported by Faye M. Talatzko, RPR

```
 1         lot of it.
 2   Q    What does SMT stand for?
 3   A    Special Management Training.
 4   Q    And what weapons training did you receive?
 5   A    To become Wisconsin certified to be able to carry a
 6         firearm.
 7   Q    In the course of your training to be a correctional
 8         officer, have you received any training about
 9         responding to inmate medical needs?
10   A    Well, if you want -- Yes, yes.
11   Q    Okay.  What did that consist of?
12   A    Well, we do it all the time.  Sometimes we might have
13         scenarios at the academy.  It just all depends.  And
14         that's part of the qualification.
15   Q    Okay.  So like teaching scenarios about medical
16         issues?
17   A    Um-hum.
18   Q    What were you trained to do in response to medical
19         issues?
20   A    It all depends on when I get there, who is all there
21         when I get there, if I'm in like a housing unit.  It
22         just all depends.
23   Q    Were you given any specialized training on how to
24         work in the special medical unit?
25   A    No.  It is like a regular unit.
```

```
 1   Q     Okay.  And did you ever receive any training related
 2         to pregnant inmates?
 3   A     No.
 4   Q     You are familiar with Armor Correctional, right?
 5   A     Yes.
 6   Q     Have you ever received any training of any kind
 7         through Armor?
 8               MS. KUGLER:  Object to form.
 9               MR. ARNOLD:  Also as to foundation.
10               MS. KLEINHAUS:  Go ahead.
11               MR. ARNOLD:  If you know.
12   A     I'm not sure if it was Armor, but they did a couple
13         of in-services regarding SMT training.  I can't
14         remember what else.
15   BY MS. KLEINHAUS:
16   Q     Okay.  So is it fair to say you don't know whether
17         Armor has provided you any training?
18   A     I know that they have; I'm just not exactly sure
19         which one.
20   Q     Okay.
21   A     I know SMT training and suicidal inmates, and that's
22         about it.
23   Q     You said SMT is Special Management Training?
24   A     Yeah.
25   Q     What do they cover in that training?
```

| | | |
|---|---|---|
| 1 | A | Basically, mentally ill inmates. |
| 2 | Q | So the training that was provided to you by Armor was |
| 3 | | the SMT and the suicidal inmate training? |
| 4 | A | Yes. |
| 5 | Q | Anything else? |
| 6 | A | No, not that I can remember. |
| 7 | Q | Are you familiar with my client Rebecca Terry? |
| 8 | A | Her personally?  Like her name?  No. |
| 9 | Q | Okay.  I'm going to talk to you about an incident |
| 10 | | from March 9 and 10 of 2014.  Do you recall |
| 11 | | encountering Ms. Terry at that time? |
| 12 | A | She is the one that had the baby in the jail? |
| 13 | Q | Yes, ma'am. |
| 14 | A | Yes. |
| 15 | Q | Okay.  And is that from your own memory, that you are |
| 16 | | able to remember that yourself, or is it based on |
| 17 | | documents that you believe you were there? |
| 18 | A | I just remember parts of the incident.  She is the |
| 19 | | only person I can remember having a baby -- a live |
| 20 | | baby in jail. |
| 21 | Q | And when did you first encounter her on March 9 or |
| 22 | | 10? |
| 23 | A | It was in the back of the ambulance. |
| 24 | Q | So at that point she had already had the baby? |
| 25 | A | Yes, there was a baby. |