```
 1           IN THE UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF WISCONSIN
     -----------------------------------------------------
 3
     REBECCA TERRY,
 4
                 Plaintiff,
 5
                vs.              Case No. 17-CV-01112
 6
     COUNTY OF MILWAUKEE, et al.,
 7
                 Defendants.
 8
     -----------------------------------------------------
 9

10

11

12

13            Deposition of GARY POETZ, II

14              Monday, April 16th, 2018

15
                         1:08 p.m.
16
                            at
17
                    LEIB KNOTT GAYNOR
18             219 North Milwaukee Street
                  Milwaukee, Wisconsin
19

20

21

22

23

24           Reported by Sandra K. Nelson

25          Registered Professional Reporter
```

## Page 6

| | | |
|---|---|---|
| 1 | A | The next day. |
| 2 | Q | Was it a one-on-one conversation or was there |
| 3 | | some sort of announcement? |
| 4 | A | It was some kind of announcement during like a |
| 5 | | roll call. |
| 6 | Q | Was it a written announcement, if you know? |
| 7 | A | No. It was just an announcement of what happened |
| 8 | | in the previous shifts. |
| 9 | Q | So that would have -- at least it would have been |
| 10 | | in writing, on the roll call announcement; is |
| 11 | | that right? |
| 12 | A | I'm not sure. All I know, I was sitting there |
| 13 | | and they told me. |
| 14 | Q | Okay. Do you remember who gave that |
| 15 | | announcement? |
| 16 | A | No. |
| 17 | Q | Do you remember what they said during the roll |
| 18 | | call announcement about Miss Terry? |
| 19 | A | No. |
| 20 | Q | Have you ever seen a written roll call |
| 21 | | announcement? |
| 22 | A | No. |
| 23 | Q | Do you know one way or the other -- let me ask |
| 24 | | you this. Who gives roll call announcements? |
| 25 | A | Supervisors and lieutenants. |

## Page 7

| | | |
|---|---|---|
| 1 | Q | Have you ever seen supervisors or lieutenants |
| 2 | | read from pieces of paper when they're giving |
| 3 | | roll call announcements? |
| 4 | A | I have. |
| 5 | Q | Have you ever seen supervisors or lieutenants |
| 6 | | give roll call announcements without any paper? |
| 7 | A | I'm not sure. They stand behind a podium. I |
| 8 | | don't know. |
| 9 | Q | Are there roll call announcements every day? |
| 10 | A | Yes. |
| 11 | Q | Do you recall a roll call announcement at any |
| 12 | | point in time about officers missing inspections? |
| 13 | A | No. |
| 14 | Q | What is your current job? |
| 15 | A | I'm a correctional officer. |
| 16 | Q | Where are you a correctional officer? |
| 17 | A | Milwaukee County Jail. |
| 18 | Q | What do you do as a correctional officer at the |
| 19 | | Milwaukee County Jail? |
| 20 | A | I'm currently a canine handler, and I work in |
| 21 | | disciplinary housing and a movement officer. |
| 22 | Q | What do you do as a canine handler? |
| 23 | A | As a canine handler, I do narcotic sniffs, |
| 24 | | presence tours with my canine. |
| 25 | Q | How long have you been a CO for the Milwaukee |

## Page 8

| | | |
|---|---|---|
| 1 | | County Jail? |
| 2 | A | For Milwaukee or the Milwaukee County Jail? |
| 3 | Q | For Milwaukee County. |
| 4 | A | Since December 2007. So a little over ten years. |
| 5 | Q | How long have you been a CO at the jail? |
| 6 | A | Through the sheriff's office or downtown jail? |
| 7 | | Can you specify? |
| 8 | Q | Well, let me just -- let's do it this way. Where |
| 9 | | have you worked as a CO for Milwaukee County? |
| 10 | A | At the House of Corrections and at the downtown |
| 11 | | jail. |
| 12 | Q | How long were you at the House of Corrections? |
| 13 | A | Until 2011. |
| 14 | Q | And have you been at the downtown jail since |
| 15 | | 2011? |
| 16 | A | From 2011 until 2013, I switched from -- |
| 17 | | flip-flopped because I'm a canine handler -- from |
| 18 | | the jail to the House of Corrections. |
| 19 | Q | So you were on both during that time? |
| 20 | A | Yes, because the sheriff's office oversaw both. |
| 21 | Q | And where have you been since 2013? |
| 22 | A | At the Milwaukee County Jail. |
| 23 | Q | Have you worked anywhere else since 2013 other |
| 24 | | than the Milwaukee County Jail? |
| 25 | A | No. |

## Page 9

| | | |
|---|---|---|
| 1 | Q | Have you ever received any training from Armor? |
| 2 | A | Such as? |
| 3 | Q | Any training. |
| 4 | A | We had -- yes, I have. |
| 5 | Q | What training have you received from Armor? |
| 6 | A | Suicide prevention. |
| 7 | Q | When did you receive that training from Armor? |
| 8 | A | I received it twice, one this past year, and I |
| 9 | | don't recall when the last time. |
| 10 | Q | Other than suicide prevention training, have you |
| 11 | | received any other training from Armor at any |
| 12 | | point in time? |
| 13 | A | No. |
| 14 | Q | How long did the suicide prevention training from |
| 15 | | Armor last? |
| 16 | A | Around four hours this past time and before the |
| 17 | | other one I don't recall. |
| 18 | Q | Do you have access to Armor's written policies |
| 19 | | and procedures? |
| 20 | A | I'm not sure. I don't know. |
| 21 | Q | Have you ever seen any written policy or |
| 22 | | procedure from Armor? |
| 23 | A | No. |
| 24 | Q | Do you know if they even have written policies or |
| 25 | | procedures? |