```
1              IN THE UNITED STATES DISTRICT COURT
2                 EASTERN DISTRICT OF WISCONSIN
  -----------------------------------------------------------
3   REBECCA TERRY,
4                 Plaintiff,
5   vs.                                  Case No. 17-CV-01112
6   COUNTY OF MILWAUKEE, et al.,
7                 Defendants.
8   -----------------------------------------------------------
9
10
11
           EXCERPT from the Deposition of EDWARD H. BAILEY
12
                    Wednesday, August 29th, 2018
13
                                at
14
                         LEIB KNOTT GAYNOR LLC
15             219 North Milwaukee Street, Suite 710
                         Milwaukee, Wisconsin
16
17
18
19
20
21             Reported by Elaine A. Thies, RPR
22
23
24
25
```

```
1       A P P E A R A N C E S:
2       LOEVY & LOEVY, by
        Ms. Theresa Kleinhaus
```

**EXHIBIT M**

```
12       no information from Ms. Terry in any way about her
13       going into labor and delivering until he heard a
14       baby's cry?
15   A   That's correct.
16   Q   I want you to assume that there is a legal claim in
17       this case by Ms. Terry of a failure to train
18       correctional officers on how to respond to medical
19       emergencies, that Armor failed to do that as a
20       matter of course.  Can you hold that assumption in
21       your mind?
22   A   I do.
23   Q   From your training and experience and your many
24       years with the Milwaukee County Sheriff's Office
25       and your different levels of supervision and
```

5

```
 1       responsibilities, if the facts are as Ms. Terry
 2       alleges, that is, that she pounded on the window,
 3       screamed and yelled for help for hours, and the
 4       only response from Officer Wenzel was a dismissive
 5       wave of the hand, do you see that as an issue of
 6       training with respect to response to medical
 7       emergencies?
 8               MS. KLEINHAUS:  I'll just object to
 9       foundation.  Apparently there's another witness
10       being disclosed on training.  You can answer.
11               MR. RUSSART:  I didn't disclose anybody.
12       I'm asking the witness that's here to testify.
13               THE WITNESS:  So if I accept the
14       hypothetical that over an extended period of time
15       an inmate in a cell, specifically an SMU cell, were
16       screaming and pounding and an officer were ignoring
```

```
17        that, would that be a training issue; no, that
18        would be a failure to perform issue if that
19        circumstance occurred.
20                  MR. RUSSART:  That's all that I have.
21                  MS. KLEINHAUS:  Are you good?
22                  MR. KNOTT:  Nothing.
23                  MS. KLEINHAUS:  Okay.  Thanks.
24                  (The proceedings concluded at 12:31 p.m.)
25                  (No exhibits marked.)
```

6

```
1         STATE OF WISCONSIN )
                             ) SS.
2         MILWAUKEE COUNTY   )
3
4                   I, Elaine A. Thies, RPR and Notary
5         Public in and for the State of Wisconsin, do hereby
6         certify that the preceding excerpt from deposition
7         was recorded by me and reduced to writing under my
8         personal direction.
9                   I further certify that said excerpt
10        from deposition was taken at LEIB KNOTT GAYNOR LLC,
11        219 North Milwaukee Street, Suite 710, Milwaukee,
12        Wisconsin, on the 29th day of August, 2018.
13                  I further certify that I am not a
14        relative or employee or attorney or counsel of any of
15        the parties, or a relative or employee of such
16        attorney or counsel, or financially interested
17        directly or indirectly in this action.
18                  In witness whereof, I have hereunto
19        set my hand and affixed my seal of office on this
20        29th day of August, 2018.
```

21

22        _____
          ELAINE A. THIES - Notary Public
23        In and for the State of Wisconsin

24    My commission expires 11-4-21.

25