```
1            IN THE UNITED STATES DISTRICT COURT
2               EASTERN DISTRICT OF WISCONSIN
3
4    REBBECCA TERRY,                )
5                                   )
6              Plaintiff,           )
7                                   )
8    vs.                            ) Case No. 17-cv-01112
9                                   )
10   COUNTY OF MILWAUKEE,           )
11   et al.,                        )
12             Defendants.          )
13   _____)
14
15        VIDEOTAPED DEPOSITION OF MORGAN BEVENUE
16                   LAS VEGAS, NEVADA
17                THURSDAY, JUNE 21, 2018
18                     at 9:05 a.m.
19
20
21   Reported By:
22   LISA MAKOWSKI,
23   CCR 345, CA CSR 13400
24   JOB NO. 2936560
25   Pages 1 - 89
```

**EXHIBIT N**

1    A.    Yeah.  At the beginning of the shift --
2         MR. KNOTT:  It is vague as to time.  Go
3    ahead and answer.
4         THE WITNESS:  At the beginning of the
5    shift, we do rounds.  And after we do rounds, we do
6    our charting.  And then if there is any medical
7    procedures that need to be done that are scheduled,
8    we go back and we do those procedures.  And then as
9    long as everyone is stable, you go back again and
10   do a morning med pass and any procedures that are
11   done before you leave.
12   BY MR. RAUSCHER:
13        Q.    When did you start working on March 9,
14   2014, what time?
15        A.    I believe I was working the 11:00 to 7:00
16   shift.
17        Q.    11 p.m.?
18        A.    To 7 a.m.
19        Q.    So you started March 9 at 11 p.m., and
20   you would be done at 7 a.m. on March 10?
21        A.    Yes.
22        Q.    At the beginning of that shift, do you do
23   charting?
24        A.    You get report, and then you go in the
25   SMU and assess the patients and med pass.