UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

REBECCA TERRY,

    Plaintiff,

v.

COUNTY OF MILWAUKEE, RICHARD SCHMIDT in his official capacity, OFFICER BRIAN WENZEL, JANE AND JOHN DOE, UNKNOWN EMPLOYEES OF MILWAUKEE COUNTY JAIL, JANE AND JOHN DOE, UNKNOWN JAIL SUPERVISORS, ARMOR CORRECTIONAL HEALTH SERVICES, CAROLYN EXUM, MORGAN BEVENUE, MARGARET HOOVER, JANE AND JOHN DOE, UNKNOWN EMPLOYEES OF ARMOR CORRECTIONAL HEALTH SERVICES, JANE AND JOHN DOE, UNKNOWN ARMOR HEALTHCARE SUPERVISORS,

    Defendants.

Case No.: 17-cv-1112-JPS

## COUNTY DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that Defendants Milwaukee County, Richard Schmidt, Officer Brian Wenzel, Carolyn Exum, R.N., Morgan Bevenue, R.N. and Margaret Hoover, R.N. (collectively, "County Defendants"), by their attorneys, Leib Knott Gaynor LLC, move the Court pursuant to Fed. R. of Civ. P. 56 for an Order dismissing all claims against them.

The grounds for the motion are set forth in the accompanying Brief in Support of Motion, Proposed Findings of Fact, and Declaration of Douglas S. Knott.

Dated this 31st day of August, 2018.

>By: */s/ Douglas S. Knott*
>Douglas S. Knott, State Bar No. 1001600
>Cory J. Brewer, State Bar No. 1105913
>Attorneys for County Defendants
>219 N. Milwaukee Street, Suite 710
>Milwaukee, WI 53202
>Telephone: (414) 276-2102
>Fax: (414) 276-2140
>Email: dknott@lkglaw.net
>　　　　cbrewer@lkglaw.net