CYCLE NO. 1

ARREST/CHARGE DATA

```
NAME USED:              REBECCA L TERRY
DATE OF BIRTH:          OCTOBER 8, 1981
DATE OF ARREST:         JUNE 18, 2010
ARREST TYPE:            ADULT ONLY
ARREST TRACKING NO.:    4100612149188
ARRESTING AGENCY:       WI0410000    MILWAUKEE COUNTY SHERIFF
ARREST CASE NUMBER:
LOCAL ID NUMBER:        0002045949
CONTRIBUTING AGENCY:    WI0410000    MILWAUKEE COUNTY SHERIFF
BOOKING CASE NUMBER:    061214918
LOCAL PHOTO:            YES
LOCAL PALM PRINT:       YES

ARREST CHARGES:
  01   968.09                          FAILURE TO APPEAR
       NCIC 3599    COUNTS: 1  FELONY                    JUNE 18, 2010
```

PROSECUTOR CASE DATA

  NOT REPORTED.

COURT CASE DATA

```
COURT:
COURT CASE NUMBER:      402010CF002726
PROSECUTING AGENCY:
DA CASE NUMBER:         2010ML013419
ARREST TRACKING NO.:    4100612149188
REMARK:                 CCAP DISPOSITION

CHARGES DISPOSED OF:
  01   968.09                          FAILURE TO APPEAR
       NCIC 3599    COUNTS: 1  FELONY
       OCTOBER 11, 2011                DISPOSITION NOT REPORTED


  02   961.41(3G)(AM)                  POSSESSION OF SCHEDULE I AND II NARCOTIC
DR
                    COUNTS: 1  FELONY
       AUGUST 6, 2010                  DEFERRED PROSECUTION-HELD OPEN


  02   961.41(3G)(AM)                  POSSESSION OF SCHEDULE I AND II NARCOTIC
DR
                    COUNTS: 1  FELONY
       OCTOBER 11, 2011                DISMISSED


  03   961.41(3G)(B)                   POSSESSION OF CONTROLLED SUBSTANCE
                    COUNTS: 1  MISDEMEANOR
```