| | Milw Cnty Sheriff's Office | | | Incident Report | |
|---|---|---|---|---|---|
| | Incident: Flight/Escape | | | | |
| | Incident Report Number: 08-000744 | Between: Date - Time | | And/At: Date-Time 4/17/08 | 08:48 |
| | Incident Location: 9200 W Wisconsin Ave, Wauwatosa, WI, 53226 | | | | |
| | CFS Code-1: 4999 | CFS Code-2: | CFS Code-3: | CFS Code-4: | |
| | CFS Code-5: | CFS Code-6: | CFS Code-7: | CFS Code-8: | |

Date: 04/17/2008
CFS Code-1: 4999
Incident Report Number: 08-000744

| | Name (Last, First, Middle) | | DOB: | Race/Sex | |
|---|---|---|---|---|---|
| Address: (Address, City, State, Zip) | | | | Home Phone Number | |
| Employer | | | | Work Phone Number | |
| Employer Address | | | | Cell Phone Number | |
| | Name (Last, First, Middle) | | DOB: | Race/Sex | |
| Address: (Address, City, State, Zip) | | | | Home Phone Number | |
| Employer | | | | Work Phone Number | |
| Employer Address | | | | Cell Phone Number | |

**SUMMARY**

PRISONER PATIENT ESCAPE FROM MPD OFFICER AT FROEDTERT MEMORIAL LUTHERAN HOSPITAL (F.M.L.H).

| | Vehicle Information: (Year, Make, Model, Style, Color) | | | | |
|---|---|---|---|---|---|
| License Number: | State: | Expiration Year: | Vin: | | Insurance Company: |
| Other Vehicle Information: | | | | NCIC# | |
| Reporting Officer(s): Pinnock, Dep Nigel H. | | | Payroll Number: | Payroll Number: | Report Date: |
| Time Received: | Time Cleared: | Unit(s) Assigned: | | | 1 of 3 |
| Reviewed by: Mascari, Sgt Carol L. | | | Payroll Number: 107760 | Copy To | |

CONFIDENTIAL

TERRY021600

**NARRATIVE**

On Thursday April, 17, 2008, I Deputy Nigel Pinnock while assigned as Squad 430 to the Office Of The Sheriff, Police Service Bureau, located at 10190 W Watertown Plank Rd. Wauwatosa WI. I was dispatched at appx.8.53 am to a naked man running across W Watertown Plank Rd. to the Ronald McDonald House, my self and squad 431 Deputy Christopher Pollard responded. Upon our arrival numerous citizen's and Froedtert Memorial Lutheran Hospital (herein referred to as F M L H) security officers were pointing towards Ronald McDonald House a searched was conducted of the area with negative result's. We were advised by dispatcher while searching the Ronald McDonald House that the naked man was a prisoner that escaped from a MPD officer from F M L H serval citizen's were now pointing towards the Wisconsin Athletic Club (herein referred to as W A C) located at 8700 W Watertown Plank Rd. Wauwatosa WI.

We responded to the WAC rear parking lot, a unknown female walking through the parking told me she observed a naked man hiding under a red suv van towards the fence line, I notified all responding squads via radio to the escape prisoner location. I conducted a search and I personally observed a naked man under a red suv WI license plate of ▮▮▮ I identified myself as a police officer and ordered the subject to come out with his hands behind his back, which he complied and I handcuffed the prisoner without incident at approximately 9:02 am. shortly there after Sergeant Scott Stiff, Deputy Christopher Pollard, Deputy Timothy Lorch and MPD Officer Julian Gonzalez JR badge 2123 squad 2189 arrived on the scene. I requested a sheet to cover up Mr Eric L Leonard m/w dob ▮▮▮ as he was completely nude from the staff of (W A C) which was given to me. In addition no force was used. Mr Leonard was found in the north west rear parking lot near the woods. Deputy Lorch conveyed Mr Leonard back to (F M L H) 5NE #13, Sergeant Stiff and I , Deputy Pollard and MPD officer Gonzalez returned with Deputy Lorch back to (F M L H) we remained on the scene till other MPD Sergeant's and officer's arrived. We were advised that if any criminal charges were to be filed MPD would be the lead agency. At this time this concludes my investigation.

**NAMES**

**Reporting Deputy**
  Pinnock, Deputy Nigel H  B/M of 821 W State St, Milwaukee,WI,53233
  Work Phone:(414) 278-4788

**Supervisor**
  Stiff, Sergeant Scott M  W/M of 821 W State St, Milwaukee,WI,53233
  Work Phone:(414) 278-4788

**Assisting Deputy**
  Pollard, Deputy Christopher J  W/M of 821 W State St, Milwaukee,WI,53233
  Work Phone:(414) 278-4788

**Arresting Deputy**
  Lorch, Deputy Timothy A  W/M of 821 W State St, Milwaukee,WI,53233
  Work Phone:(414) 278-4788

**Police Officer**
  Gonzalez, Julian Jr  W/M-51 of 749 W State St, Milwaukee,WI,53233
  DOB: ▮▮▮▮▮▮▮
  Work Phone:(414) 935-7212

**Inmate**
  Leonard, Eric L  W/M-21 of 651 W MAPE ST, MIWAUKEE,WI
  DOB: ▮▮▮▮▮   DL: ▮▮▮▮▮▮▮
  HT: 603    WT: 280    Hair: Brown
  Eyes: Hazel    Complexion: Fair
  Cell Phone: ▮▮▮▮▮▮

---

CONFIDENTIAL

**TERRY021602**

Case 2:17-cv-01112-JPS   Filed 09/04/18   Page 3 of 3   Document 175