| | Milw Cnty Sheriff's Office | | Incident Report |
|---|---|---|---|
| | **Incident:** Attempt Attempted Escape | | |
| | **Incident Report Number:** 09-005741 | **Between: Date - Time** | **And/At: Date-Time** 10/9/09  13:58 |
| | **Incident Location:** 2900 W Oklahoma Ave, Milwaukee, WI, 53215 | | |
| | CFS Code-1: R631 | CFS Code-2: | CFS Code-3: | CFS Code-4: |
| | CFS Code-5: | CFS Code-6: | CFS Code-7: | CFS Code-8: |

Date: 10/15/2009
CFS Code-1: R631
Incident Report Number: 09-005741

| Name (Last, First, Middle) | DOB: | Race/Sex |
|---|---|---|
| Address: (Address, City, State, Zip) | | Home Phone Number |
| Employer | | Work Phone Number |
| Employer Address | | Cell Phone Number |

| Name (Last, First, Middle) | DOB: | Race/Sex |
|---|---|---|
| Address: (Address, City, State, Zip) | | Home Phone Number |
| Employer | | Work Phone Number |
| Employer Address | | Cell Phone Number |

**SUMMARY**

CCF-South inmate attempted to escape from custody while a patient at St. Luke's ER.

**Vehicle Information:** (Year, Make, Model, Style, Color)

| License Number: | State: | Expiration Year: | Vin: | | Insurance Company: |
|---|---|---|---|---|---|

Other Vehicle Information: | NCIC#

| Reporting Officer(s): Davis, Det John M. | Payroll Number: | Payroll Number: | Report Date: |
|---|---|---|---|
| Time Received: | Time Cleared: | Unit(s) Assigned: | 1 Of 3 |
| Reviewed by: Rutter, Sgt Fred R. | Payroll Number: 122996 | Copy To | |

CONFIDENTIAL

TERRY021603

Case 2:17-cv-01112-JPS   Filed 09/04/18   Page 1 of 5   Document 175-1

**EXHIBIT 31**

| Milw Cnty Sheriff's Office | | Continuation |
|---|---|---|
| Incident Report Number: 09-005741 | Incident Location: 2900 W Oklahoma Ave, Milwaukee, WI, 53215 | Incident Date: 10/09/2009 |

**NARRATIVE**

On Thursday, October 08, 2009, at 1630 hours, I, (Squad 132 Detective John Davis) was assigned to investigate an attempt escape from custody at St. Luke's hospital Emergency room located at 2900 W. Oklahoma Ave. Upon arrival, I found CCF-South inmate Bryan N. Johnson m/b ▇▇▇▇▇▇▇▇ secured to his bed in the ER, being watched by three correctional officers.

I interviewed CO. Hermann, who related the following. She was instructed by Lt. Mike Mallon, and Lt. Paul Buchman to transport inmate Johnson to the St. Luke's ER for treatment of a possible overdose of Ibuprofen, and some superficial scratches to his wrists. They arrived in the ER at 1325 hrs. and the inmate was seen by the nursing staff at 1330 hours.

At about 1358 hours, the nurse requested a urine sample. Officer Freuck walked the inmate to the restroom and removed his right wrist restraint. The inmate's left wrist remained shackled, and his legs were shackled. He exited the restroom with a vomit bag. Johnson was directed where to put the vomit bag when he suddenly bolted from Officer Freuck. He began running through the Emergency Room, using his free hand to propel nearby objects behind him in order to impede the pursuing officers.

Three hospital security officers were able to assist in his apprehension along with Officers Hermann and Freuck. He was handcuffed behind his back and escorted back to his room. CO. Hermann was directed to file an incident report.

I then interviewed CO Dean Freuck, who related the following. He was assigned to the hospital run along with CO Hermann. The inmate was brought to the ER without incident. At 1358 hours, he escorted the inmate to the restroom for a urine sample. Inmate Johnson then tried to pass off a glass of water as a urine sample. He was told to provide a proper sample and he asked for privacy. Freuck advised him that he would be watched at which time Johnson began to vomit into a bag. Johnson tried to hand the bag to Freuck, but was directed to place it in the trash. Johnson suddenly bolted from Freuck and began running through the ER. He ran for about 100', but was quickly apprehended with the help of CO Hermann and three hospital security guards. CO. Freuck was directed to file an incident report.

I then interviewed inmate Bryan Johnson in his hospital bed. I advised him of his constitutional rights, which he stated he understood and agreed to waive. He then related the following. He had been given a blister pack of Ibuprofen 600mg. by the nursing staff due to a fall causing back pain. He had taken 18 of these pills in an attempt to harm himself after an argument with his mother. I asked him if he was trying to kill himself. He then stated he didn't want to answer any more questions. I then ended the interview. The interview was digitally recorded.

| Reporting Officer(s): Davis, Det John M. | ID Number: 107475 | ID Number: | Pages: 2 Of 3 |
|---|---|---|---|

CONFIDENTIAL

**TERRY021604**

**NAMES**

**Offender**
   Johnson, Bryan Neal   B/M-31 of 3055 N 48th St, Milwaukee,WI,53210-1738
   DOB:          DL:
   HT: 508    WT: 140    Hair: Black
   Eyes: Brown    Complexion: Medium Brown
   Home Phone:

**Assisting Correctional Officer-1**
   Freuck, Co Dean   W/M of 8885 S 68th St, Franklin,WI,53132

**Assisting Deputy**
   Davis, Detective John M   W/M of 821 W State St, Milwaukee,WI,53233
   Work Phone:(414) 278-4788    Work Phone:(414) 278-3018

**Assisting Correctional Officer-2**
   Hermann, Co Paula of 8885 S 68th St, Franklin,WI,53132

---

| Reporting Officer(s): Davis, Det John M. | ID Number: 107475 | ID Number: | Pages: 3 Of 3 |
|---|---|---|---|

CONFIDENTIAL

TERRY021605

| | | | | |
|---|---|---|---|---|
| **Milw Cnty Sheriff's Office** | | | | **Supplementary Report** |
| Incident Report Number: 09-005741 | Incident Location: 2900 W Oklahoma Ave, Milwaukee, WI, 53215 | | | Incident Date: 10/09/2009 |
| New Incident: | | Original CFS Code-1: R631 | New CFS Code-1: | New CFS Code-2: |

**NARRATIVE**

On October 23, 2009, I Detective Warren Spottek, assigned to the Targeted Enforcement Unit (T.E.U.), of the Milwaukee County Sheriff's participated in the following assignment.

At approximately 1330 hours I had a charging conference with Assistant District Attorney Sara Lewis regarding a incident that involved an individual identified as **JOHNSON/ BRYAN M/B** ▮▮▮▮▮▮ Detective John Davis was assigned to investigate an Escape that **Mr. JOHNSON** attempted while at St. Luke's hospital located at 2900 West Oklahoma Avenue, in the city and county of Milwaukee. **Mr. JOHNSON** was in-custody and escorted by Correction's Officers for medical attention, and attempted to escape from the officers.

ADA Lewis is the prosecuting Attorney in **Mr. JOHNSONS** open case ▮▮▮▮▮▮ informed me the case is set for Status in court. ADA Lewis retained both sets of the reports and will advise me in the future if she decides to issue the Attempted Escape.

| Reporting Officer(s): Spottek, Dep Warren J. | | Payroll Number: 129964 | Payroll Number: | Report Date: 10/30/2009 |
|---|---|---|---|---|
| Reviewed by: Mascari, Sgt Carol L. | Payroll Number: 107760 | Copy To: | | 1 Of 1 |

CONFIDENTIAL

**TERRY021606**

Case 2:17-cv-01112-JPS   Filed 09/04/18   Page 4 of 5   Document 175-1

| Milw Cnty Sheriff's Office | | | Supplementary Report | |
|---|---|---|---|---|
| Incident Report Number<br>09-005741 | Incident Location:<br>2900 W Oklahoma Ave, Milwaukee, WI, 53215 | | | Incident Date:<br>10/09/2009 |
| New Incident: | | Original CFS Code-1:<br>R631 | New CFS Code-1: | New CFS Code-2: |

**NARRATIVE**

On January 29, 2010, Bryan Johnson was sentenced to a total of 14 years imprisonment, with 7 years initial confinement. No further action will be taken regarding his escape attempt.

Case Closed.

| Reporting Officer(s):<br>Davis, Det John M. | | Payroll Number:<br>107475 | Payroll Number: | Report Date:<br>03/08/2010 |
|---|---|---|---|---|
| Reviewed by:<br>Rutter, Sgt Fred R. | Payroll Number<br>122996 | Copy To: | | 1 Of 1 |

CONFIDENTIAL

**TERRY021607**

Case 2:17-cv-01112-JPS   Filed 09/04/18   Page 5 of 5   Document 175-1