| | **Milw Cnty Sheriff's Office** | | | **Incident Report** | Date: 01/14/2011 |
|---|---|---|---|---|---|
| | Incident: Escape/Escape Attempt | | | | |
| | Incident Report Number: 11-000362 | Between: Date - Time | | And/At: Date-Time 1/8/11  13:56 | |
| | Incident Location: 5000 W Chambers St, Milwaukee, WI, 53210 | | | | |
| | CFS Code-1: J506 | CFS Code-2: | CFS Code-3: | CFS Code-4: | |
| | CFS Code-5: | CFS Code-6: | CFS Code-7: | CFS Code-8: | CFS Code-1: J506 |
| Name (Last, First, Middle) | | | DOB: | Race/Sex | |
| Address: (Address, City, State, Zip) | | | | Home Phone Number | |
| Employer | | | | Work Phone Number | |
| Employer Address | | | | Cell Phone Number | |
| Name (Last, First, Middle) | | | DOB: | Race/Sex | |
| Address: (Address, City, State, Zip) | | | | Home Phone Number | |
| Employer | | | | Work Phone Number | |
| Employer Address | | | | Cell Phone Number | |

**SUMMARY**

GPS-Escape from custody.

| | Vehicle Information: (Year, Make, Model, Style, Color) | | | | Incident Report Number: 11-000362 |
|---|---|---|---|---|---|
| License Number: | State: | Expiration Year: | Vin: | Insurance Company: | |
| Other Vehicle Information: | | | | NCIC# | |
| Reporting Officer(s): Murray, Derick L. | | | Payroll Number: | Payroll Number: | Report Date: |
| Time Received: | Time Cleared: | Unit(s) Assigned: | | 1 Of 3 | |
| Reviewed by: Smoot, Sgt Brent R. | | Payroll Number 125149 | Copy To | | |

CONFIDENTIAL

TERRY021594

Case 2:17-cv-01112-JPS   Filed 09/04/18   Page 1 of 6   Document 175-2

EXHIBIT 32

**NARRATIVE**

On Saturday, January 8, 2011, I, Correctional Officer (CO) Derrick Murray, was assigned to work in full duty uniform, second shift (1400-2200 hours) for Milwaukee County Sheriff's Office at the Milwaukee County Safety Building, located at 821 West State Street, Room 216, in the City and County of Milwaukee, State of Wisconsin.

At approximately 1400 hours, I was assigned to the Electronic Monitoring Unit (EMU). On December 3, 2010 inmate Andrea Cloud-Jones (f/w, dob: ███, booking number 018085003) began to serve a straight time sentence for case number ████████████████████████████ with the Milwaukee County Sheriff's Office. Cloud-Jones was sentenced to a total of 5 months straight time with a release date of March 24, 2011. On Thursday, January 6, 2011, inmate Cloud-Jones was escorted to St. Joseph Hospital, located at 5000 West Chambers Street in Milwaukee, Wisconsin 53210, due to labor pains and had a GPS bracelet placed on her ankle later that day.

On Saturday, January 8, 2011, inmate Andrea Cloud-Jones left St. Joseph Hospital without permission at approximately 1331 hours. According to her GPS device, she went to Sherman Boulevard and Roosevelt Drive at approximately 1356 hours and cut off her GPS bracelet. This action is considered escaping from custody. Captain Kerri McKenzie was notified of the incident. I wrote a violation for Andrea Cloud-Jones. I contacted the County Correctional Facility South Control Clerk, Antionett, to have her place a felony temporary warrant on Andrea Cloud-Jones for escape from custody. I turned in a referral to the Apprehension Unit to assist if needed in locating Andrea Cloud-Jones along with her GPS bracelet. The charge cord for her bracelet was removed at St. Joseph Hospital. The last known location of the GPS bracelet was Sherman Boulevard and Roosevelt Drive at approximately 1509 hours.

Initial Report was reviewed by Captain Kerri McKenzie

DM/er

CONFIDENTIAL

**TERRY021595**

Case 2:17-cv-01112-JPS   Filed 09/04/18   Page 2 of 6   Document 175-2

| Milw Cnty Sheriff's Office | | Continuation |
|---|---|---|
| Incident Report Number<br>11-000362 | Incident Location:<br>5000 W Chambers St, Milwaukee, WI, 53210 | Incident Date:<br>01/08/2011 |

**NAMES**

**Supervisor**
McKenzie, Captain Kerri  W/F of 821 W State St, Milwaukee,WI,53233
Work Phone:(414) 278-4788

**Reporting Correctional Officer**
Murray, CO Derrick  B/M of 821 W State St, Milwaukee,WI,53233
Work Phone:(414) 278-4788

**Inmate**
Cloud-jones, Andrea  U/F-35 of 5254 N 49th St, Milwaukee,WI,53218
DOB: ███
Home Phone: ███

---

| Reporting Officer(s):<br>Murray, Derick L. | ID Number | ID Number | Pages::<br>3 Of 3 |
|---|---|---|---|

CONFIDENTIAL

**TERRY021596**

Case 2:17-cv-01112-JPS   Filed 09/04/18   Page 3 of 6   Document 175-2

| Milw Cnty Sheriff's Office | | | | Supplementary Report |
|---|---|---|---|---|
| Incident Report Number: 11-000362 | Incident Location: 5000 W Chambers St, Milwaukee, WI, 53210 | | | Incident Date: 01/08/2011 |
| New Incident: Escape/Escape Attempt | Original CFS Code-1: J506 | New CFS Code-1: J506 | New CFS Code-2 | |

**NARRATIVE**

On Thursday, January 20, 2011, I, Deputy Kevin Callahan #256, while working for the Milwaukee County Sheriff's Office, was assigned to the Apprehension Unit (Squad #338). I was working in plain clothes when the following occurred.

On 01/08/11 Andrea-Cloud Jones (f/w ▮▮▮▮▮▮▮▮) was on a GPS bracelet after being sentenced in case ▮▮▮▮▮▮. She had been admitted to St. Joseph's Hospital, where she was ordered to wear the bracelet until she was discharged and could be picked up by the Milwaukee County Sheriff's Office. Before being discharged, she left the Hospital and cut off her GPS Bracelt. Cloud-Jones turned herself into the Community Correctional Facility Central on 01/09/11.

At approximately 1330 hours, I made contact with inmate Andrea Cloud-Jones on the 4th floor of the CCFC (949 n. 9th st. Milwaukee, WI) in an attempt to question her about the incident that occurred on 01/08/11. I stated to her who I was and why I was there. I then read her a statement of her rights. After reading Cloud-Jones her rights she stated she would like an attorney. This ended our conversation and she returned to her cell.

| Reporting Officer(s): Callahan, Dep Kevin J. | | Payroll Number: 103324 | Payroll Number: | Report Date: 01/20/2011 |
|---|---|---|---|---|
| Reviewed by: Smoot, Sgt Brent R. | Payroll Number: 125149 | Copy To: | 1 Of 2 | |

CONFIDENTIAL

**TERRY021597**

Case 2:17-cv-01112-JPS   Filed 09/04/18   Page 4 of 6   Document 175-2

| Milw Cnty Sheriff's Office | | Continuation |
|---|---|---|
| Incident Report Number: 11-000362 | Incident Location: 5000 W Chambers St, Milwaukee, WI, 53210 | Incident Date: 01/08/2011 |

**NAMES**

**Supervisor**
  Smoot, Brent Sergeant  W/M of 949 N 9th St, Milwaukee,WI,53233
  Business Phone:(414) 278-4444      Business Phone:(414) 278-4445

**Reporting Deputy**
  Callahan, Deputy Kevin J  W/M of 821 W State St, Milwaukee,WI,53233
  Work Phone:(414) 275-4788

**Suspect**
  Cloud-jones, Andrea  U/F-35 of 5254 N 49th St, Milwaukee,WI,53218
  DOB: ▇▇▇▇▇▇▇▇
  Home Phone: ▇▇▇▇▇▇▇▇

-----------------------------------------------------------------

| Reporting Officer(s): Callahan, Dep Kevin J. | ID Number: 103324 | ID Number: | Pages: 2 Of 2 |

CONFIDENTIAL

**TERRY021598**

Case 2:17-cv-01112-JPS   Filed 09/04/18   Page 5 of 6   Document 175-2

| Milw Cnty Sheriff's Office | | | | Supplementary Report | |
|---|---|---|---|---|---|
| Incident Report Number: 11-000362 | Incident Location: 5000 W Chambers St, Milwaukee, WI, 53210 | | | Incident Date: 01/08/2011 | |
| New Incident: | | Original CFS Code-1: J506 | New CFS Code-1: | New CFS Code-2: | |

**NARRATIVE**

On Friday, January 21, 2011, I Detective Warren Spottek, assigned to the Targeted Enforcement Unit (T.E.U.) of the Milwaukee County Sheriff's Office, participated in the following assignment.

At approximately 1040 hours, I met with Assistant District Attorney Lucy Kronforst for a charging conference regarding an incident (Escape from Custody) being investigated by Correctional Officer Derick Murray and Deputy Kevin Callahan. After reviewing the reports that where submitted by the Officers, ADA Kronforst declined to issue criminal charges against the defendant who was subsequently identified as **CLOUD-JONES/ ANDREA F/**▮▮▮▮▮▮▮▮ The defendant was only out of custody for less than 48 hours and she voluntary turned herself in, there should be internal rules violations that can be enforced by the Sheriff's Office.

End of report...

| Reporting Officer(s): Spottek, Dep Warren J. | | Payroll Number: 129964 | Payroll Number: | Report Date: 01/21/2011 |
|---|---|---|---|---|
| Reviewed by: Smoot, Sgt Brent R. | Payroll Number 125149 | Copy To: | | 1 Of 1 |

CONFIDENTIAL

**TERRY021599**

Case 2:17-cv-01112-JPS   Filed 09/04/18   Page 6 of 6   Document 175-2