# Deputy Killed at Hospital Watch - Assignments

**Schmidt, Richard**

To help protect your privacy, some content in this message has been blocked. If you're sure this message is from a trusted sender and you want to re-enable the blocked features, click here.

Sent: Monday, October 19, 2015 9:12 AM
To: DL MCSO Command

The attached story is a horrific reminder of the imminent danger involved in guarding inmates at the hospital. This story shall be reviewed in all roll calls and discussed for the next seven days. Supervisors are to review MCSO protocol, policy, procedures and tactics regarding the transportation, hospital emergency room visits, hospital watches (HISDM), surgery security etc. Demonstrate the seriousness of this story. The top link is a news video. Feel free to do additional research on this tragic death of the Deputy and share the information with your staff.

Hyper-vigilance is NOT optional, it is MANDATORY! Relaxed but alert is not enough! Hyper-vigilance!

Every divisional leader will report out after the seven day period what you did in the roll calls and in the field to "push down" this life saving material. "On a high risk call I will survive" - will you and your staff?
https://amp.twimg.com/v/3b03c03b-7453-4e1e-8e79-c3102b87abfe
Deputy killed in Minnesota after hospitalized suspect grabs his gun

By Catherine E. Shoichet and Shawn Nottingham, CNN
Updated 11:21 PM ET, Sun October 18, 2015

  Email
  Facebook
  Twitter
  Share

&lt;img alt="Deputy killed after hospitalized suspect grabs his gun" class="media__image" src="http://i2.cdn.turner.com/cnnnext/dam/assets/151018230746-mn-deputy-suspect-killed-hospital-dnt-00000321-large-169.jpg"&gt;

JUST WATCHED

## Deputy killed after hospitalized suspect grabs his gun

Replay
More Videos ...

**Story highlights**

- Minnesota's governor calls the deputy's killing a "senseless murder"
- Deputy Steven Sandberg was shot dead as he guarded a suspect at a hospital
- The suspect also died at the hospital after he was Tasered by a security guard

(CNN)A deputy was shot dead at a Minnesota hospital Sunday after the suspect he was guarding grabbed his gun and opened fire.
Aitkin County Sheriff's Investigator Steven Sandberg, 60, died during an altercation at St. Cloud Hospital in St. Cloud, Minnesota, state officials said in a statement.
Off-duty Memphis police officer killed; suspect in custody
The man he was guarding, 50-year-old Danny Hammond, had been receiving medical care at the hospital after a domestic dispute, CNN affiliate WCCO reported.
Around 5:15 a.m. Sunday, the suspect "gained control of Sandberg's gun and shot him," the Minnesota Bureau of Criminal Apprehension said.
Read More
Hammond also died at the hospital after a security guard used a Taser to subdue him. Officials said the suspect "experienced a medical emergency" after he was Tasered.
Sandberg had worked for the Sheriff's Office for 24 years, officials said. He is survived by his wife and daughter, Aitkin County Sheriff Scott Turner told reporters.
After the deadly shooting, a solemn convoy of police vehicles escorted his body to the medical examiner's office, where investigators will conduct an autopsy, WCCO reported.
Minnesota Gov. Mark Dayton expressed condolences to Sandberg's family in a statement Sunday, calling his death a "terrible, senseless murder."
"This tragedy reminds us that Minnesota's law enforcement officers risk their lives every day and night to keep us safe," he said.

[stamp: UNSECURED]