| | |
|---|---|
| From: | Haw, Steve <Steven.Haw@milwaukeecountywi.gov> |
| Sent: | Monday, March 10, 2014 6:35 AM |
| To: | DL MCSO Jail Lieutenants; DL MCSO Patrol Supervisors |
| Cc: | Dickau, Todd |
| Subject: | Squad 354 Inmate Rebecca Terry (F/W, DOB 10/08/1981, Booking # 405115309) |

All,

Squad 354
Inmate: Rebecca Terry
F/W
DOB: 10/08/1981
Booking Number: 405115309

Charges: Possession of THC, Possession of Narcotic Drugs, Possession of Drug Paraphernalia, Bail Jumping-Felony, Possession with Intent Cocaine

Bail: No Bail, Remanded to the court on Case # 2013CF003503.

Mount Sinai Hospital
Room: K227
Phone: 414-219-5514

Reason: Child Birth

CO Shaughn Flemmer and CO Brigette Green are currently assigned to the HISDM at this time as squad 354.

Respectfully Submitted,

Corrections Lieutenant Steven Haw #37
Milwaukee County Sheriff's Office
Detention Services Bureau
Phone: (414) 226-7047
Fax: 414-278-4373
Email: Steven.Haw@milwaukeecountywi.gov