| | | Wednesday March 05, 2014 (CONT) 65 |
| --- | --- | --- |
| | | Squad # 350 |
| | 1430 | 10-49 |
| | 1500 | 10-49 |
| ORE | 1530 | 10-49 |
| | 1600 | 10-49 |
| 83 | 1630 | 10-49 |
| | 1700 | 10-49 |
| | 1730 | 10-49 |
| | 1800 | 10-49 |
| | 1830 | 10-49 |
| | 1845 | Officers J. Smith and B. Anderson here to escort △ ▮▮▮▮ back to JAIL |
| | | #350 Terminated Crespo 10-42 |

Monday, March 10th, 2014 – 1st shift (0730-1530)
Squad 354           Deputy E. Freuck - badge 793

| | | |
| --- | --- | --- |
| | 0730 | Roll Call – Assigned to Hospital Watch |
| | 0750 | Arrived at Mt Sinai - Room K227 |
| | | △ Rebecca L. Terry (F/W, DOB: 10/08/1981) in process of being moved to a new room |
| | 0800 | Now assigned to Room L206 |
| | | Phone number 414-219-2206 |
| 0127 wrist | | △ restrained by left wrist and right ankle Sgt Dickau, Jail Operations, and Dispatch notified of room change and number |
| 19 | 0815 | 10-49 |

Case 2:17-cv-01112-JPS   Filed 09/04/19   Page 1 of 13   Document 175-8
MKE County 180
EXHIBIT 38

| 68 | |
|---|---|
| | Monday, March 10th, 2014 (0730-15: |
| | Continued |
| 0837 | 10-49 EH 793 |
| 0903 | 10-49 EH 793 |
| 0931 | 10-49 EH 793 |
| 1000 | 10-49 EH 793 |
| 1029 | 10-49 EH 793 |
| 1101 | 10-49 EH 793 |
| 1130 | 10-49 EH 793 |
| 1200 | 10-49 EH 793 |
| 1230 | 10-49 EH 793 |
| 1300 | 10-49 EH 793 |
| 1308 | Lt Briggs in for inspection Deputy Freuck as on duty. Inmate secured by right ankle and wrist. No updates or issues to report. Lt J Briggs 411 |
| 1335 | 10-49 EH 793 |
| 1400 | 10-49 EH 793 |
| 1429 | 10-49 EH 793 |
| 1500 | 10-49 EH 793 |
| 1504 | Baby brought into room. Wrist r removed while holding baby, out @ ~~Right~~ Left wrist restrained. |
| 1533 | 10-49 EH 793 |
| 1548 | Relieved by Deputy Joiner - debri Restrained by left wrist and right No issues to report. Freuck |

Monday, 10 March 14    1500-2200   2ND SHIFT

Squad 354  E. Joiner #149

1548 Relieved Depty E. Freuck    Sinai Rm L206

Rebecca L. Terry  F/W  10/06/81

Restrained by left wrist & right ankle

1555 Dispatch and Lt. Thompson notified

1610  10-49

1630  10-49

1644 RN into start I/V   Cuffs switched  Right wrist & Left ankle for I/V purposes

1708 △ up for bathroom / 10-49

1730  10-49

1800  10-49

1830  10-49

1900  10-49

1930  10-49

2000  10-49

2030  10-49

2100  10-49

2116  Dr. Spyro in

2130  10-49

※ No supervisor called from patrol or jail to give a break

I spoke w/ Lt. at CJF & he stated, "Patrol is supposed to come out."

I called patrol & spoke w/ Kernan and he stated, "Jail is supposed to come out."

2145  10-49  Relieved by Depty S. Hu

/ Lt Whitinger inspected inmate secured left ankle / right wrist

70

Monday, March 10, 2014   3RD SHIFT
Dep. Hill (2200-0600) Lt. Whitinger (squad 354)
2145 Relieved and briefed by Dep. Joiner
     Mt. Sinai Hsp. watch (HSDM) rm L206 #219-2
     Terry, Rebecca F/W 10/08/81
     Charges: Poss THC, Poss Narcotic, Poss Drug Paraph
              BJ-F, Poss w/ intent cocaine
     Secured at left ankle, right wrist
2240 10-49
2250 Officer Montoya called to confirm room
     and Deputy
2303 10-49
2330 10-49
0000 10-49
0003 Nursing assistant Sonia in x7534
0009 Nurse Diane in to start IV -fluids
0034 10-49
0100 10-49
0130 10-49
0143 Inspection Captain Mudd Renolk c30
     Left ankle/ right wrist secured
0200 10-49
0203 Lt Whitinger inspected -no changes to rep
0242 10-49
0300 10-49
0309 Lt. Haw inspection via phone
0320 Nurse Diane in - check

| | | |
|---|---|---|
| | | continue Monday, March 10, 2014   3rd SHIFT |
| | 0330 | 10-49 |
| | 0400 | 10-49 |
| 19-2206 | 0419 | Inmate Terry up to restroom |
| | | Nurse in due to Terry's IV disconnected from hand and bring new sheets & blankets |
| | 0430 | 10-49 |
| | 0500 | 10-49 |
| | 0530 | 10-49 |

Tuesday, March 11th, 2014 – 1st shift (0600-1400 hrs)
Squad 354        Deputy E. Freuck 793

| | | |
|---|---|---|
| | 0600 | Relieved and debriefed by Deputy S. Hill |
| | | Room L206    Room Number 414-219-2206 |
| | | △ Rebecca L. Terry (F/W, DOB: 10/08/1981) |
| | | Restrained by right wrist and left leg |
| | | Dispatch Notified 10-49 EFF 793 |
| | 0630 | 10-49 EFF 793 |
| | 0702 | 10-49 EFF 793 |
| | 0730 | 10-49 EFF 793 |
| | 0800 | 10-49 EFF 793 |
| | 0830 | 10-49 EFF 793 |
| | 0857 | 10-49 EFF 793 |
| | 0929 | 10-49 EFF 793 |
| | 1001 | 10-49 EFF 793 |
| | 1027 | 10-49 EFF 793 |

| 72 | |
|---|---|
| | Tuesday, March 11th, 2014 (0600-1430) Continued |
| 1100 | 10-49 (EA) 793 |
| 1132 | 10-49 (EA) 793 |
| 1201 | 10-49 (EA) 793 |
| 1230 | 10-49 (EA) 793 |
| 1302 | 10-49 (EA) 793 |
| 1312 | Lt Whitinger #1 inspected - 72 hr discharge tin no issues Reported |
| 1330 | 10-49 (EA) 793 |
| 1402 | 10-49 (EA) 793 |
| 1436 | 10-49 (EA) 793 |
| 1505 | 10-49 (EA) 793 |
| 1534 | 10-49 (EA) 793 |
| 1605 | 10-49 (EA) 793 |
| 1630 | Deputy Ingram In for Deputy French. |
| | Restraints Checked |
| | 10-49 |
| 1700 | 10-49 |
| 1730 | 10-49 |
| 1800 | 10-49 |
| 1830 | 10-49 |
| 1900 | 10-49 |
| 1930 | 10-49 |
| 2000 | Called LT. Carlson regarding a possible ... coming to Se |

Case 2:17-cv-01112-JPS Filed 09/04/18 Page 6 of 13 Document 175-8

hrs)

her at approximately 6pm at the greeters desk. The information clerk told me he stated that he found out from a family member & a social worker by the name of Michelle who told him that his girlfriend & baby were at the hosp. The clerk said she told him that the hosp had no record of a baby or patient by that name. The hosp has her listed as Terry with a "do not give information to anyone" for this patient. I was also informed that she may be released tomorrow. The boyfriend left and no further info will be given, since the NIC-U (Neonatal ICU) spoke to the grand mother information that was given to me later.

2030 10-99

At approximately 2040 hours a Nicole Tolliver called the room.

2100 10-49 - Move to Rm L225 Successful w/o incident

2113 - Lt Whitinger inspected - no problems reported possible discharge tomorrow

2130 - 10-49 All informed of Room Change MC as well as patrol and dispatch.

2200 - 10-42

74

Wednesday March 12, 2014 3rd

2200 Deputy Terrell In for Deputy [redacted]
SOD 354 ∆ Terry, Rebecca F/[W]
(10-08-81) Sinai Rm #L225-
# 414 219-2225
Left Ankle and Right wrist Restrain[t]
Secured to bed.
Briefed By Deputy Ingram
Master Control and Dispatch
notified

2300 10-49
2330 10-49
0000 10-49
0020 RN Shannon in to do vitals and checks on ∆ Terry
0030 10-49
0045 Dr Welsh in to do checks on ∆ Terry
0100 10-49
0130 10-49
0200 10-49
0225 Insp. Captain C. Bresss C-8 ① Ankle ② wrist.
0230 10-49
0300 10-49
0330 10-49

3rd Shift
Ingram
/W

# Wednesday March 12, 2014 Cont

△ Terry, Rebecca F/W 100881

| Time | Entry |
|---|---|
| 0345 | RN Shannon in to do checks |
| 0400 | 10-49 |
| 0430 | 10-49 |
| 0500 | 10-49 |
| 0525 | RN Shannon In to Vitals Sign |
| 0530 | 10-49 |
| 0600 | Briefed Deputy E Freuck |

△ Restraints Left Ankle Right wrist - Secured to Bed

Deputy Terrell 10-42

---

Wednesday, March 12th, 2014 (0600-1400)
Squad 354        Deputy E. Freuck - badge 793

| Time | Entry |
|---|---|
| 0600 | Relieved and Debriefed by third shift - Deputy Terrell |
| | Room L225    Phone Number: 414-219-2225 |
| | △ Rebecca 1 Terry (Female/White, DOB:10/08/81) Restrained by right wrist and left leg. |
| 0615 | Dispatch notified 10-49 (EF) 793 |
| 0653 | 10-49 (EF) 793 |
| 0730 | 10-49 (EF) 793 |
| 0804 | 10-49 (EF) 793 |
| 0832 | 10-49 (EF) 793 |
| 0903 | 10-49 (EF) 793 |
| 0936 | 10-49 (EF) 793 |

**76**

Wednesday, March 12th, 2014 – 1st shi[ft]
Continued

| Time | Entry |
|------|-------|
| 1002 | 10-49 (EA) 793 |
| 1035 | 10-49 (EA) 793 |
| 1103 | 10-49 (EA) 793 |
| 1131 | 10-49 (EA) 793 |
| 1200 | 10-49 (EA) 793 |
| 1236 | 10-49 (EA) 793 |
| 1300 | Log transferred to different book (E[...] |
| | LT Andrykowski REMOVED BOOK PER SQUAD 303 |

Wednesday March 12, 2014 @ Sinai Hospital L225
△ Rebecca Terry (F/W, DOB: 10/08/1981)
1255 HAS SQUAD #354 – Deputy Freuck on Duty. LT. Anonykowski #17 Conducting HISDM inspection. △ Secured by Left Ankle / Right Wrist. No issues to report. (Continued from other log)

1300  10-49  ☒ 793
1333  10-49  ☒ 793
1401  10-49  ☒ 793
1430  10-49  ☒ 793
1459  10-49  ☒ 793
1528  10-49  ☒ 793
1600  10-49  ☒ 793
1625  10-49  ☒ 793
1650  Relieved by Deputy Melba Ingram
       △ Terry restrained by right wrist and left ankle. No issues to report
1654  10-42 (E. Freuck)

Deputy Ingram Beginning Tour Sq 354 #895
1700  Restraints checked Left Leg Right Wrist
      10-49
1730  10-49
1800  10-49
1830  10-49
1900  10-49
1930  10-49
1956  Sqd. 321 Lt. Ninkovic #10 in for inspection. Right wrist and left ankle secured. Nothing to report.
2000  10-49
2030  10-49
2100  10-49
2130  10-49
2200  Relieved By Deputy Mikula  10-42

SQ.354 AT AURORA SINAI MEDICAL CENTER IN ROOM L225 TELEPHONE 219-2225 WITH INMATE REBECCA TERRY FW 100BB CHARGES – FAILURE TO APPEAR, BAIL JUMPING – FELONY, POSS DRUG PARAPHERNALIA AND POSSESS OF NARCOTIC. BOOKING 405115309. RESTRAINED BY RIGHT WRIST AND LEFT ANKLE.
2200 DEPUTY MIKULA 467 ARRIVED AT SINAI. DISPATCH NOTIFIED

THURSDAY - MARCH 13, 2014 - 3RD SHIFT - DEPUTY MIKULA 467

k)
- 2231 1049
- 2300 1049
- 2330 1049
- 0000 1049
- 0030 1049
- 0101 1049
- 0132 1049
- 0201 1049
- 0210 Inspection Captain Munz Rewolk 638 - Right Arm/ Left leg secure
- 0231 1049
- 0300 1049
- 0330 1049
- 0400 NURSE KIM IN TO CHECK VITALS.
- 0401 1049
- 0431 1049
- 0500 1049
- 0530 1049

Thursday, March 13th, 2014 - 1st shift (0600-1400 hrs)
Squad 354    Deputy E. Freuck 793

- 0600  10-41 - Relieved Deputy Mikula - debriefed △ Rebecca L. Terry (F/W, DOB 10/08/1981) Restrained by right wrist and left ankle. No issues to report. Dispatch notified. 10-49 EF 793
- 0630  10-49 EF 793
- 0700  10-49 EF 793
- 0730  10-49 EF 793
- 0800  10-49 EF 793
- 0833  10-49 EF 793
- 0842  Baby Leland in to visit Terry, out @ 0853 hrs
- 0902  10-49 EF 793
- 0934  10-49 EF 793
- 1000  10-49 EF 793
- 1027  10-49 EF 793
- 1101  10-49 EF 793
- 1130  10-49 EF 793
- 1200  10-49 EF 793

20

Continued,

Thursday, March 13th, 2014 (1st shift - cont

1234  10-49 EH 793

1252  Lt. Hein has Towed. Inmate secured by left wrist and right ankle.

1300  10-49 EH 793

1329  10-49 EH 793

1357  10-49 EH 793

1430  10-49 EH 793

1450  Give discharge paperwork for △ Terry Jail Operation and Courts Sergeant Novotny

1508  10-49 EH 793

1530  CJF came to changeover inmate to return her to the jail

1600  Squad 354 Hospital Watch terminated. EH