

# ARMOR CORRECTIONAL HEALTH SERVICES, INC.
And
Milwaukee Central Jail Facility Health Services Policy and Procedures

| Health Services Policy & Procedures | Date: 1/21/11 |
| --- | --- |
| | Reviewed: 1/19/12 |
| | Revision: |
| **FACILITY NAME:** Milwaukee Central Jail Facility | Revision: |

| **TITLE:** Medical Housing Unit | **NUMBER: J-G-03.1** |
| --- | --- |
| | **Page 1 of 3** |

**Reference:** NCCHC: J-G-03* (*Essential)

**Policy:**

- Patients requiring short term medical observation are housed in the sheltered Medical Housing Unit (MHU).

- Sheltered Medical Housing or MHU is a housing unit designated for the special purpose of housing inmates who may need a more protective environment but who do not require 24-hour per day nursing care.

- Patients requiring acute care hospitalization will be transferred to contracted community facilities or ICE facility.

- The Medical Director has overall responsibility for the quality of care in the MHU and will monitor the care provided.

- Patients for whom MHU is appropriate include the following:

| Medical Director: | Date: |
| --- | --- |

**EXHIBIT 41**

- a. Individuals with difficulty ambulating (e.g. some elderly, some amputees, paraplegics);

- b. Those who may be convalescing from a non-serious condition (e.g. broken bones, colds);

- c. Individuals who need assistive devices such as C-PAP or supplemental oxygen concentrators;

- d. Those who may require more frequent ambulatory services (e.g. pregnant inmates, chronic disease patients).

- The scope of care provided in the MHU may include but not be limited to:

- a. Short term care for patients with self-limiting illnesses or injuries such as elevated blood pressure or blood sugars, implementation of MRSA protocol;

- b. Isolation for patients with certain contagious conditions such as Chicken Pox, Shingles, or positive PPD awaiting Chest X-ray.

- c. Care for patients prior to admission to an acute care facility for a medical, surgical, or diagnostic procedure, or those awaiting admission to acute care psychiatric facilities;

- d. Observation for patients not eating or taking medications;

- e. Short-term observation after returning from treatment in an emergency department.

- f. Care for patients suffering from psychiatric crises, suicidal ideation, and/or other behavioral health diagnoses as ordered by the clinician.

**Procedure:**

1. Patients are admitted to and discharged from the MHU by order of the Physician.

2. Patients who are determined by the physician to be in need of in-patient or skilled nursing care will be transferred to appropriate facilities for such care.

3. Treatment plan will be documented by the physician to include frequency of clinician and nursing encounters.

4. Vital signs and nursing assessment will be documented as ordered by the clinician.

5. Patients in the MHU will have the opportunity to request sick call on a daily basis.

6. All care and treatments will be documented in the outpatient medical record.