Rebecca Terry vs County of Milwaukee, et al.

17-CV-01112

Transcript of the Testimony of:

# JULIE K. SHANAHAN

April 17, 2018





**EXHIBIT 43**

```
 1          IN THE UNITED STATES DISTRICT COURT

 2             EASTERN DISTRICT OF WISCONSIN
    -------------------------------------------------------
 3
    REBECCA TERRY,
 4
                    Plaintiff,
 5
                    vs.              Case No. 17-CV-01112
 6
    COUNTY OF MILWAUKEE, et al.,
 7
                    Defendants.
 8
    -------------------------------------------------------
 9

10

11

12

13          Deposition of JULIE K. SHANAHAN

14            Tuesday, April 17th, 2018

15

16               10:02 a.m.

17                  at

18         LEIB KNOTT GAYNOR
           219 North Milwaukee Street
19           Milwaukee, Wisconsin

20

21

22

23

24         Reported by Sandra K. Nelson

25         Registered Professional Reporter
```

Page 2

```
1              Deposition of JULIE K. SHANAHAN, a
2     witness in the above-entitled action, taken at
3     the instance of the Plaintiff, pursuant to the
4     Federal Rules of Civil Procedure, pursuant to
5     Notice, before Sandra K. Nelson, RPR and Notary
6     Public, State of Wisconsin, at LEIB KNOTT GAYNOR,
7     219 North Milwaukee Street, Milwaukee, Wisconsin,
8     53202, on the 17th day of April, 2018 commencing
9     at 10:02 a.m. and concluding at 11:44 a.m.
10
11
12    A P P E A R A N C E S :
13        LOVEY & LOVEY, by
              Ms. Aisha Davis
14            311 North Aberdeen Street, 3rd Floor
              Chicago, Illinois 60607
15            Appeared on behalf of Plaintiff;
16        LEIB KNOTT GAYNOR LLC, by
              Mr. Randy Arnold
17            219 North Milwaukee Street, Suite 710
              Milwaukee, Wisconsin 53202
18            Appeared on behalf of County of
              Milwaukee and David A. Clarke, Jr.,
19            Officer Brian Wenzel, Jane and John
              Doe, Unknown Employees of Milwaukee
20            County Jail, Jane and John Doe,
              Unknown Jail Supervisors;
21
          HINSHAW & CULBERTSON LLP, by
22            Ms. Mollie T. Kugler
              100 East Wisconsin Avenue, Suite 2600
23            Milwaukee, Wisconsin 53202
              Appeared on behalf of Armor
24            Correctional Health Services.
25
```

Page 3

```
1              E X A M I N A T I O N
2
      BY MS. DAVIS:                              4
3
4
5
6
7
8
9
10             E X H I B I T S
11    EXHIBIT NO.                    PAGE IDENTIFIED
12    Exh. 1  Detention Services, Bureau Logs,   19
              Records and Reports
13    Exh. 2  Detention Services, Bureau Logs,   24
              Records and Reports
14    Exh. 3  Jail log                           47
      Exh. 4  Incident report                    60
15
16
17
18             (Original exhibits attached to original
19    transcript.  Copies of exhibits attached to
20    copies of transcripts.)
21
22
23
24
25
```

Page 4

```
1              TRANSCRIPT OF PROCEEDINGS
2         JULIE K. SHANAHAN, called as a witness
3     herein, having been first duly sworn on oath, was
4     examined and testified as follows:
5              EXAMINATION
6     BY MS. DAVIS:
7     Q   Good morning.
8     A   Good morning.
9     Q   Could you please state and spell your name for
10        the record.
11    A   Julie K. Shanahan; J-U-L-I-E, middle initial "K."
12        S-H-A-N-A-H-A-N.
13    Q   And have you been deposed before?
14    A   I've given court testimony, but I've never given
15        a deposition.
16    Q   When did you give court testimony?
17    A   It was for different OWI cases and then also for
18        the inquest for Milwaukee County Jail with a
19        death in custody.
20    Q   When was that inquest?
21    A   Two years ago maybe.
22    Q   Were you working at the jail at that time?
23    A   Yeah.
24    Q   So just to go over a few rules for the
25        deposition, you can take a break any time you
```

Page 5

```
1     need to.  The only thing is, if I ask a question,
2     just give me an answer before we take the break.
3     Otherwise, whenever you want to take a break to
4     stretch your legs or whatever, that's all good.
5              We should agree to speak one at a
6     time so that everything can be taken down
7     accurately and I don't cut you off, you don't cut
8     me off, that kind of thing.
9              All the answers need to be verbal
10    so no nodding, no shaking your head.  I also have
11    to make sure I don't do that either.  And if you
12    don't understand a question, let me know, I'll
13    rephrase it.  And if you answer the question, I'm
14    going to assume that you understood what I was
15    asking, and we'll just keep going from there.
16             And then just in terms of what you
17    told us earlier about testifying about an -- you
18    said inquisition?
19    A   Inquest.
20    Q   Inquest.  Was there any other time you gave
21        testimony in a court?
22    A   For OWI cases because I was an Intoximeter
23        operator.
24    Q   What is OWI?
25    A   Operating while under the influence.
```

Page 6

1  Q  I did not know that acronym yet. Have you ever
2     been a defendant in a case?
3  A  No.
4  Q  Leading up to today's deposition, did you review
5     any documents?
6  A  Just the one that I was provided.
7  Q  Was that the incident report?
8  A  Yes.
9  Q  And you didn't look at anything else?
10 A  No.
11 Q  Did you speak to anyone about the deposition?
12 A  No.
13 Q  You're currently employed at the Milwaukee County
14    Jail, right?
15 A  No, I am not. I no longer work there since
16    February of this year.
17 Q  Where do you work now?
18 A  I'm working for Delaware North Companies.
19          MR. ARNOLD: What was that?
20          THE WITNESS: Delaware North Companies.
21          MR. ARNOLD: Thank you.
22 BY MS. DAVIS:
23 Q  So before leaving in February 2018, how long were
24    you working at the jail?
25 A  Eight years.

Page 7

1  Q  And what was your highest rank?
2  A  Lieutenant.
3  Q  In March of 2014, what was your rank?
4  A  Correctional officer.
5  Q  Before working at the jail, where did you work?
6  A  Goodwill Industries in retail.
7  Q  And how long did you work there?
8  A  Probably four months, because then I got hired by
9     Cook County.
10 Q  Before the Goodwill Industries position, where
11    did you work?
12 A  Delaware North Company. And prior to that,
13    Scott's Merchandise -- or Scott's Lawn Care --
14    not lawn care. Scott's Miracle Grow Company.
15 Q  And before Scott's Miracle Grow, where did you
16    work?
17 A  Lowe's.
18 Q  Lowe's. Okay. And about what time -- or about
19    when did you work at Lowe's -- what year?
20 A  2006/2007, something like that.
21 Q  And at Scott's Miracle Grow, was that about 2007
22    as well?
23 A  2008.
24 Q  And the Delaware North Company?
25 A  That was 2009 and 2010. That was part time.

Page 8

1  Q  And before Lowe's, where did you work?
2  A  Home Depot. I've had -- you should have told me
3     to bring my resume if you needed the whole thing.
4  Q  Just getting a little bit of background
5     information that's all. For your job at Home
6     Depot, how long did you work there?
7  A  Six months, something like that.
8  Q  And that was back in '06?
9  A  Probably or '05. I don't know.
10 Q  Do you remember what you were doing before you
11    worked at Home Depot?
12 A  A variety of sales and marketing, merchandising,
13    management jobs for wholesale growers.
14 Q  And what's your highest level of education?
15 A  Bachelor's degree in communications.
16 Q  Where did you go?
17 A  Carroll University.
18 Q  Did you say Curry?
19 A  Carroll.
20 Q  Carroll. Two Rs, two Ls?
21 A  Yes.
22 Q  What year did you graduate?
23 A  1981.
24 Q  Remind me again how long you worked at the
25    Milwaukee County Jail.

Page 9

1  A  Eight years.
2  Q  So that was about 2010 to 2018?
3  A  Yes.
4  Q  Prior to being a CO at the Milwaukee County Jail,
5     did you have any other law enforcement jobs?
6  A  No.
7  Q  Did you apply to become a CO at the Milwaukee
8     County Jail?
9  A  Yes.
10 Q  Was it just an open application or did you hear
11    about it from someone else?
12 A  It was an open application.
13 Q  Did you apply only once?
14 A  Yes.
15 Q  Prior to working at the Milwaukee County Jail,
16    did you have to undergo any training to become a
17    CO?
18 A  Well, when I got hired, there was six weeks of
19    training.
20 Q  There was no academy or anything like that, it
21    was just the six weeks of training?
22 A  It was the Sheriff's Training Academy.
23 Q  Was that specific for becoming a CO or was
24    that --
25 A  Yes. And it's state mandated to be certified as

**Page 10**

1   a correctional officer.
2 Q What types of training did you have in those six
3    weeks?
4 A Everything and anything to do with being a
5    correctional officer from learning communication
6    skills, how to deal with mentally ill inmates,
7    how to write reports, how to defend yourself if
8    you got attacked by an inmate, laws, statutes,
9    all that stuff.
10 Q Was there any specific training for dealing with
11    health care, whether it's mental health or --
12        MS. KUGLER: Object to form.
13        THE WITNESS: There was a section on
14    medical or mental health care. It was pretty
15    generic because we're not medical people.
16 BY MS. DAVIS:
17 Q For these trainings were you given any written
18    paperwork to look over or was it all just for
19    instruction?
20 A There were stacks and stacks of paperwork that we
21    got.
22 Q Were there any tests --
23 A Absolutely.
24 Q Was it a test for every subject area?
25 A Yes.

**Page 11**

1 Q So was there a test on writing reports?
2 A I would assume so, but I don't remember for sure.
3 Q And were there tests for the health instructions
4    you were given or training you were given?
5        MS. KUGLER: Objection; form.
6        THE WITNESS: Yes.
7 BY MS. DAVIS:
8 Q And in the health training, was that more so in
9    terms of how the COs interacted with the nursing
10    staff and medical staff?
11        MS. KUGLER: Objection; form.
12        MS. DAVIS: I'll rephrase it.
13 BY MS. DAVIS:
14 Q When I say "medical" or any kind of training
15    around medical or mental health, what do you
16    understand that to mean?
17 A Well, the mental health is more how to
18    communicate with people who have mental health
19    issues.
20 Q Okay.
21 A The medical was more general things, but nothing
22    specific about how to treat people.
23        It was more how to respond to them
24    or to pay attention if they were complaining
25    about someone, who you called, that type of

**Page 12**

1   thing.
2 Q Was there any subsequent training on how to
3    address any medical or health issues after the
4    six-week academy?
5        MS. KUGLER: Objection; form.
6        THE WITNESS: I don't remember.
7 BY MS. DAVIS:
8 Q About how long was the training on health care at
9    the academy?
10 A I don't remember.
11 Q Was there any training conducted on how to
12    maintain jail logs while you were at the academy?
13 A Yes.
14 Q And was there any subsequent training on that?
15 A Once we got out of the academy?
16 A Mm-hmm.
17 A No.
18 Q Was there any specialized training for different
19    positions that you could have as a CO within the
20    jail?
21 A Yes.
22 Q What were those trainings?
23 A You could learn how to do fingerprinting and
24    fingerprint identification, jail records,
25    classification.

**Page 13**

1 Q Did you go for any of that specialized training?
2 A Fingerprint identification.
3 Q Was that more so used for intakes at the jail?
4 A Yes.
5 Q Was that a one-time training?
6 A Yes.
7 Q Did you have any other specialized training?
8 A Crisis intervention training. That was from the
9    National -- National Alliance of Mental Health.
10 Q Is that a training that all the COs went to?
11 A No.
12 Q How were you selected to go through it as opposed
13    to others?
14 A We had to put in a matter of stating that we were
15    interested in doing it. I had worked on third
16    shift with the special needs inmates, so it was
17    kind of a natural step.
18 Q And what would be considered third shift -- which
19    hours?
20 A Ten o'clock to six a.m.
21 Q Were you working at the jail when Armor
22    Correctional Health began its contract with the
23    jail?
24 A Yes.
25 Q When they started taking over the health care at

Case 2:17-cv-01112-JPS    Filed 09/04/18    Page 5 of 29    Document 175-13

Page 14

1    the jail, was there any training for how to
2    interact with the medical staff now that Armor
3    was in the jail?
4                    MR. ARNOLD:  Objection; form and
5    foundation.
6                    THE WITNESS:  No.
7                    MS. KUGLER:  Join.
8    BY MS. DAVIS:
9    Q    So when they joined, did anything change in terms
10        of your interactions in terms of the medical
11        professionals?
12   A    No.
13                   MR. ARNOLD:  You need to wait until she
14        finishes the question.  It's very hard for the
15        court reporter.  It's hard to do.  We do it in
16        conversation all the time.
17   BY MS. DAVIS:
18   Q    When Armor did come into the jail, was there any
19        change in the medical staff that you noticed?
20                   MS. KUGLER:  Objection; form.
21                   THE WITNESS:  That really wasn't my
22        area or my concern really because I was just an
23        officer.  And even as a lieutenant, we didn't get
24        involved in staffing.
25

Page 15

1    BY MS. DAVIS:
2    Q    So when you started working at the jail, you were
3         a CO.  How long were you a CO?
4    A    2014.  I was promoted later.
5    Q    And is it directly from being a CO to a
6         lieutenant?
7    A    Yes, that's the next step.
8    Q    Are there any other steps between or...
9    A    No.
10   Q    Are there any steps after lieutenant?
11   A    Captain.
12   Q    When you became a lieutenant, was there any other
13        training that you had to go through?
14   A    Nothing formal.
15   Q    What were the informal trainings?
16   A    Working with another lieutenant to learn the
17        duties and responsibilities.
18   Q    What were the new duties that you had?
19   A    Just talking about supervising employees and
20        reviewing their jail logs, that type of thing,
21        but nothing -- there wasn't much change.
22                   It was just more being directly
23        involved in the day-to-day supervising the
24        officers.
25   Q    When did you attend the mental health training

Page 16

1    that you talked about from the National Alliance
2    of Mental Health?
3    A    I don't remember.
4    Q    Do you know if it was before or after Armor
5         started working with the jail?
6    A    My best guess would be it was before.
7    Q    And I'm still trying to remember the term that
8         you used for the prior testimony that you had in
9         court.  It was the --
10   A    Intoximeter operator.
11   Q    I'm sorry?
12   A    I'm an Intoximeter operator.
13   Q    I meant where you said there was a death in the
14        jail.
15   A    It was an inquest.  My involvement was, "Were you
16        there that day?"
17                   "Yes."
18                   "Did you know anything?"
19                   "No."
20   Q    Was that a death that happened while Armor was
21        working at the jail?
22   A    Yes.
23   Q    Do you remember who the inmate was that died?
24   A    Terrill Thomas.
25   Q    Were you there the day that he died?

Page 17

1    A    Not that I remember.
2    Q    And you said that was about two years ago.  So in
3         2016?
4    A    I think so.
5    Q    Do you know where in the jail he died?
6    A    In the cell.  In the disciplinary housing unit.
7    Q    As a CO, were there specific areas of the jail
8         that you worked in or could you work in any part
9         of the jail?
10   A    Everyone was given an assignment every day they
11        worked and it varied.
12   Q    Okay.  Did you ever work in the SMU?
13   A    Occasionally.
14   Q    Was there an additional training that you needed
15        to go through to work in the SMU?
16   A    No.
17   Q    Did you interact with medical staff more in the
18        SMU as opposed to other areas of the jail?
19   A    Yes.
20   Q    Did you only ever work the third shift while you
21        were at the jail?
22                   MS. KUGLER:  Objection; form.
23                   THE WITNESS:  No.
24   BY MS. DAVIS:
25   Q    Was it a rotating schedule?

Page 18

1    A    No.
2    Q    Okay.  What other -- sorry.  I'm just not really
3         familiar about how the schedules are set.
4                   So how did that happen?  What was
5         the process of setting your schedule while you
6         were a CO?
7    A    When I first started?  We were given the option
8         of selecting a shift we wanted to work, and then
9         after that, it was based on staffing needs when
10        people got moved around.
11   Q    You mentioned that you received some training on
12        records and record keeping while you were at the
13        academy, right?
14   A    Limited.  I was not a records officer.
15   Q    Is that a specialized position?
16   A    Absolutely.
17              MS. DAVIS:  I'm going to have this
18        marked.
19              (Exhibit 1 was marked for
20        identification.)
21   BY MS. DAVIS:
22   Q    I'm handing you what's been marked as Exhibit 1.
23        I'll give you a little bit of time to look
24        through it if you want to.
25   A    (Witness reviewing document.)

Page 19

1    Q    Have you ever seen this document before?
2    A    Yes.
3    Q    Was there any training that you had on this
4         Detention Services, Bureau Logs, Records and
5         Reports?
6    A    It would have been in the initial training at the
7         academy, and then we had access to anything we
8         wanted to look up if needed.
9    Q    Is this an area -- I'm sorry.  Strike that.
10                  Is this something that you would
11        have been tested on in the academy?
12              MR. ARNOLD:  I'm going to object to the
13        question.
14                  It's obvious from the document
15        that she couldn't have received it during her
16        training because it was revised in October of
17        2014, which was well after the training so...
18              THE WITNESS:  I don't know.
19   BY MS. DAVIS:
20   Q    Was there ever a test on record keeping or
21        reporting when you were at the academy?
22   A    I don't remember.
23   Q    Did you receive some version of this document,
24        whether it was the original or the revised, do
25        you remember?

Page 20

1              MS. KUGLER:  Objection; form.
2              THE WITNESS:  I don't remember.
3    BY MS. DAVIS:
4    Q    And you said you had access to this document if
5         you ever wanted to see the revised version?
6    A    Yes.
7    Q    During the academy, were you trained on
8         maintaining logs, records, and reports?
9    A    Yes.
10   Q    Was that -- strike that.
11                  Were those logs, records and
12        reports something that you had to have approved
13        by a supervisor or just something that was
14        routine that didn't have to be approved?
15              MR. ARNOLD:  Object to form and
16        foundation.
17              MS. KUGLER:  Join.
18              THE WITNESS:  At the academy or
19        during --
20              MS. DAVIS:  During your time as a CO.
21              THE WITNESS:  Jail logs, no.  If you
22        had to write an incident report, yes.  You
23        submitted it to your direct supervisor,
24        lieutenant, and they approved it or sent it back
25        and said fix it.

Page 21

1    BY MS. DAVIS:
2    Q    Okay.  So I'm looking at the bottom of the first
3         page, which is five at the bottom.
4                  The log entries, was there ever --
5         we'll just talk about log entries.  Was there
6         ever any review process to make sure they were
7         done correctly?
8              MR. ARNOLD:  At any time?
9              MS. DAVIS:  While you were a CO.
10             THE WITNESS:  Lieutenants were supposed
11        to check the logs, to review them to make sure
12        that they were putting everything in that needed
13        to be entered in.
14   BY MS. DAVIS:
15   Q    Okay.  And when you were a lieutenant, did you
16        have to review CO logs?
17   A    Yes.
18   Q    Was that done daily?
19   A    Yes.
20   Q    And then turning to page seven, you mentioned
21        that there are incident reports that are written
22        up and have to be reviewed by lieutenants, right?
23   A    Correct.
24   Q    When are those incident reports written?
25   A    If there's a medical emergency, if there's a

Page 22

1    fight, if there's use of force.  But that was
2    much more involved with the report.
3                I'm trying to think of what else.
4    I mean, other people, if they were transporting
5    people to -- or providing security on a hospital
6    run, they wrote a short report saying that they
7    went to the hospital with so and so and watched
8    over the person.
9                Chapter 51 reports were a
10   different thing that the deputies had to take
11   care of because that was a legal document.
12   Q   Okay.  And when a report had to be written, how
13       did you determine what CO would write the report?
14   A   Whoever was the CO assigned to that post or was
15       the first responder or however -- whatever the
16       incident was.
17   Q   Okay.  And is it just the CO who wrote the report
18       and the lieutenant who reviewed the report?
19   A   For a general one, yes.  Sometimes if it was
20       quite involved, like a use of force, they would
21       get the captains involved.
22                But for this type of thing, no, it
23       would just have been the lieutenant.
24   Q   And when you say "this type of thing," you mean
25       the incident report related to this case?

Page 23

1    A   Yes.
2                MR. ARNOLD:  You really need to try and
3        not talk over each other.
4                THE WITNESS:  Okay.
5    BY MS. DAVIS:
6    Q   So when you say "this type of report," you're
7        talking about the incident report that was
8        written for Rebecca Terry?
9    A   Correct.
10   Q   Was there a specific type of training for logs,
11       records or reports related to security programs?
12                MS. KUGLER:  Objection; form.
13                THE WITNESS:  Explain security.
14   BY MS. DAVIS:
15   Q   If we look at the first page again, there's a
16       section on security.  Was there any separate
17       training on logs, records or reports related to
18       security?
19   A   Not that I recall.
20   Q   And how often -- nevermind.  Scratch that.
21                You said that the only medical
22       training that you had was in the academy,
23       correct?
24                MS. KUGLER:  Objection; form, misstates
25       prior testimony.

Page 24

1                THE WITNESS:  Yes.
2    BY MS. DAVIS:
3    Q   I take that back.  You had medical training in
4        the academy, and you said you went to the crisis
5        intervention training?
6    A   Correct.
7    Q   Outside of those two instances, was there any
8        other medical training you received?
9    A   We had to have annual CPR recertification.
10   Q   And where did you go for that recertification?
11   A   It was usually -- well, it was held at the jail
12       or at the academy.
13   Q   So that was put on by the sheriff's office?
14   A   Correct.
15   Q   You said there was no special training to work in
16       the special medical unit, correct?
17   A   Correct.
18                MS. DAVIS:  Can I have this marked as
19       Exhibit 2, please.
20                (Exhibit 2 was marked for
21       identification.)
22   BY MS. DAVIS:
23   Q   I'm handing you what's been marked as Exhibit 2
24       I'll give you a second to look that over.
25   A   (Witness reviewing document.)

Page 25

1    Q   Have you seen this document before?
2    A   A version of it.
3    Q   Okay.  When would you have seen a version of this
4        document?
5    A   Probably in training.
6    Q   So that would have been in 2010?
7    A   Mm-hmm.  Yes.
8    Q   And to the best of your recollection, were you
9        trained on how to maintain the work station at
10       the SMU?
11   A   Well, the work station -- it was the same no
12       matter what area you were working in.
13   Q   So there was no difference between the training
14       for the work station at the SMU or any other post
15       in the jail?
16   A   Correct.
17   Q   Were you ever trained on maintaining the jail
18       logs specifically for the SMU?
19   A   Not that I recall.
20   Q   Were you ever trained on the use of telephones in
21       the SMU?
22   A   It was the same as any housing unit.
23   Q   Was the use of radios the same in other housing
24       units as well?
25   A   Yes.

Page 26

| 1 | Q | And the use of televisions? |
| 2 | A | Yes. |
| 3 | Q | And monitoring the alarms and security systems? |
| 4 | A | Yes. |
| 5 | Q | Would the training on emergency situations in the |
|   |   | SMU have been the same as in other housing units? |
| 7 | A | Yes. |
| 8 | Q | Is there a difference in pod access and cell |
|   |   | access between housing units? |
| 10 | A | No. |
| 11 | Q | Is there a difference in terms of maintenance and |
|    |   | sanitation for the SMU as opposed to other |
|    |   | housing units? |
| 14 | A | Yes. |
| 15 | Q | What's the difference? |
| 16 | A | If I recall correctly, more scheduled biohazard |
|    |   | and pickups just because of the nature of the |
|    |   | area. |
| 19 | Q | Is that something you did as a CO or were there |
|    |   | other people who would handle that? |
| 21 | A | There were inmate workers who were trained in |
|    |   | biohazard cleaning. |
| 23 | Q | And they were supervised by other COs? |
| 24 | A | Correct. |
| 25 | Q | Do you recall at all how often that would happen, |

Page 27

| 1 |   | when the inmate worker would come in and clean? |
| 2 | A | I recall multiple times a day and based on need. |
| 3 | Q | Is there any difference in the admission to the |
|   |   | pods in the SMU as opposed to the cells in other |
|   |   | housing units? |
| 6 | A | Admission in what sense? |
| 7 | Q | In terms of entering the pod versus going into a |
|   |   | cell. |
| 9 | A | No. |
| 10 | Q | Was there any difference in food service at the |
|    |   | SMU as opposed to other housing units? |
| 12 | A | Yes, because many of them were on special diets. |
|    |   | That was about the only difference. |
| 14 | Q | Is there any difference in the way that inmates |
|    |   | corresponded with the CO in the SMU than the |
|    |   | other housing units? |
| 17 | A | No. |
| 18 |   | MR. ARNOLD: Objection; form. |
| 19 | BY MS. DAVIS: |
| 20 | Q | And because -- well -- |
| 21 |   | Were all the people who were |
|    |   | housed in the SMU because of medical needs? |
| 23 |   | MR. ARNOLD: Objection; foundation. |
| 24 |   | MS. KUGLER: Join. |
| 25 |   | THE WITNESS: That I don't know. That |

Page 28

| 1 |   | was medical and that involves HIPAA. |
| 2 | BY MS. DAVIS: |
| 3 | Q | To the best of your understanding, why would an |
|   |   | inmate be in the SMU? |
| 5 |   | MR. ARNOLD: Objection; foundation. |
| 6 |   | MS. KUGLER: Join. |
| 7 |   | THE WITNESS: That was not my call of |
| 8 |   | why they were there or not there. |
| 9 | BY MS. DAVIS: |
| 10 | Q | So when you were working in the SMU, did you have |
|    |   | any idea why an inmate would be in the SMU as |
|    |   | opposed to another housing unit? |
| 13 | A | No, because the confidentiality of medical |
|    |   | issues. |
| 15 | Q | So were people who were healthy placed in the |
|    |   | SMU? |
| 17 |   | MR. ARNOLD: Objection; foundation. |
| 18 |   | THE WITNESS: That -- I don't have the |
| 19 |   | training to determine if they were healthy or |
| 20 |   | not. |
| 21 | BY MS. DAVIS: |
| 22 | Q | So even though it's called a special medical |
|    |   | unit, you're not sure why someone would be housed |
|    |   | in the SMU as opposed to another housing unit? |
| 25 |   | MR. ARNOLD: Objection; asked and |

Page 29

| 1 |   | answered. |
| 2 |   | MS. KUGLER: Join. |
| 3 |   | THE WITNESS: I mean, that's -- medical |
| 4 |   | makes the determination who gets housed in the |
| 5 |   | SMU versus general housing. |
| 6 | BY MS. DAVIS: |
| 7 | Q | If an inmate in general housing had a medical |
|   |   | issue, where would they go? |
| 9 |   | MR. ARNOLD: Objection; foundation. If |
| 10 |   | you know. |
| 11 |   | THE WITNESS: They would have to |
| 12 |   | either -- talk to the officer directly for a |
| 13 |   | medical request slip. Occasionally there were |
| 14 |   | follow-ups based on when they came into the |
| 15 |   | booking room. |
| 16 |   | If they had some type of chronic |
| 17 |   | issue or whatever, they could -- they would be |
| 18 |   | seen as a followup if there were medications |
| 19 |   | involved or the hangnail, you know, needed |
| 20 |   | further treatment. But that's all medical. |
| 21 | BY MS. DAVIS: |
| 22 | Q | Okay. Were there inmates in general housing |
|    |   | while you were working there? |
| 24 |   | Did you know of any inmates |
| 25 |   | transferred from general housing to the SMU |

Page 30

1   because of a medical need, whether you knew what
2   the medical need was or not?
3              MS. KUGLER:  Objection; form.
4              THE WITNESS:  I don't remember.
5   BY MS. DAVIS:
6   Q   Do you recall about how many pods are in the SMU?
7   A   How many cells?
8   Q   Cells.  Well, I've seen it listed as pods.  Are
9       they considered the same as a cell?
10  A   They refer to pods as housing units, so you could
11      say the SMU is a pod; but there are 11 cells in
12      the SMU, 11 individual cells for 11 individual
13      people.
14  Q   How many cells were in the other housing pods?
15  A   It varied.  Some were 64, some were 48.  It
16      depended on which housing.  Some were set up
17      differently than others.
18  Q   So on page 46 of this document, at IM 8.1 -- IM
19      8.1.8 when it says, "Inmate admission to pod,"
20      does that mean the SMU is a pod or a cell?
21             MR. ARNOLD:  Objection; foundation.  If
22      you know.
23             THE WITNESS:  Just to the pod.
24  BY MS. DAVIS:
25  Q   So that would be the SMU?

Page 31

1   A   Correct.
2   Q   Okay.  Is there a reason why someone would call
3       the cells in the SMU a pod as opposed to a cell?
4              MS. KUGLER:  Objection; foundation.
5              MR. ARNOLD:  Join.
6   BY MS. DAVIS:
7   Q   To your knowledge, is there any reason why
8       someone would call the cell a pod as opposed
9       to --
10  A   No.
11  Q   Going back to our discussion of any medical
12      training that you ever had for the CO position,
13      when an inmate complained of a medical need, what
14      were you trained to do in response?
15             MS. KUGLER:  Objection; form.
16             THE WITNESS:  It depended on the
17      medical issue.
18  BY MS. DAVIS:
19  Q   Okay.  So if an inmate came to you requesting
20      immediate medical care or some kind of health
21      care, what were you trained to do as a CO?
22             MR. ARNOLD:  Object to the form of the
23      question; it's multiple.
24             MS. KUGLER:  Join.
25             THE WITNESS:  It depended on the

Page 32

1   medical situation.
2   BY MS. DAVIS:
3   Q   Okay.  So as a CO, were you ever trained to
4       provide any kind of medical care to the inmates?
5   A   No.
6   Q   Were you trained to alert medical staff of
7       medical needs for inmates?
8   A   Yes.
9   Q   Was there a particular staff person that you were
10      supposed to contact?
11  A   One of the medical people.
12  Q   But no medical person specifically, just any
13      medical person?
14             MS. KUGLER:  Objection; form.
15             THE WITNESS:  Well, I mean, it depends
16      on the medical situation.  If they're complaining
17      of a headache, they fill out a medical request
18      form to see one of the providers, and that's up
19      to the medical staff when they're going to see
20      the person for their headache.
21             If it's something where they're
22      doubled over in pain, then it would be a medical
23      emergency that you would call over the radio and
24      say, "I have a medical emergency.  Inmate
25      complaining of severe stomach pain."  That's an

Page 33

1   example.
2   BY MS. DAVIS:
3   Q   And would you then escort the person who is
4       having the medical emergency over --
5   A   No.  They -- the medical staff and additional
6       officers would respond to wherever the inmate
7       was, if it was a doubled-over-in-pain situation.
8   Q   Were you ever a CO who responded with medical
9       staff for a medical emergency?
10  A   Multiple times.
11  Q   When you responded with medical staff, what was
12      your role as the CO?
13  A   To provide security and also to assist if they
14      needed the oxygen bag carried in or if --
15      basically, just to stand by until told if they
16      needed us to help escort the inmate to the clinic
17      or whatever.  It varied.
18  Q   Okay.  And what's the difference between the
19      clinic and the SMU?
20  A   The clinic is like a medical clinic you and I
21      would go to for -- to see a provider.  They had
22      doctors, they had advanced practice nurses,
23      dentists that came once a week or something.
24             So those were appointments in the
25      clinic.

Case 2:17-cv-01112-JPS   Filed 09/04/18   Page 10 of 29   Document 175-13

Page 34

| | | |
|---|---|---|
| 1 | Q | Okay. Well, was it just appointments or |
| 2 | | appointments and medical emergencies? |
| 3 | | MS. KUGLER: Objection; form. |
| 4 | | THE WITNESS: It depended. That was |
| 5 | | medical, depending if they want to take them to |
| 6 | | the clinic for further evaluation or if they |
| 7 | | could determine at the scene that the person |
| 8 | | could stay in the housing unit. |
| 9 | BY MS. DAVIS: | |
| 10 | Q | The numbers are kind of blurry, but I think that |
| 11 | | this is page 49 or 47. I can't tell, but the one |
| 12 | | that's marked Terry 0190179. |
| 13 | A | Mm-hmm. |
| 14 | Q | In Section IM 8.1.12, it discusses inmate health |
| 15 | | care. Do you see that? |
| 16 | A | Mm-hmm. |
| 17 | Q | Was there any training that you remember prior to |
| 18 | | being stationed in the SMU based around inmate |
| 19 | | health care? |
| 20 | | MS. KUGLER: Objection; form. |
| 21 | | THE WITNESS: Not that I recall. |
| 22 | BY MS. DAVIS: | |
| 23 | Q | So there was no additional health care training |
| 24 | | for COs working in the SMU? |
| 25 | | MR. ARNOLD: Asked and answered. |

Page 35

| | | |
|---|---|---|
| 1 | | THE WITNESS: Not that I recall. |
| 2 | BY MS. DAVIS: | |
| 3 | Q | Were there more health care -- strike that. |
| 4 | | As a CO in the SMU, were you |
| 5 | | responsible for monitoring the inmate's health |
| 6 | | care needs? |
| 7 | A | Well, with any housing unit, if someone had |
| 8 | | health care needs, we would monitor it. |
| 9 | | In the SMU, the few times I worked |
| 10 | | in there, the nurses were in there much more |
| 11 | | often than the regular housing unit, and they |
| 12 | | would tell us if so and so -- you know, to keep |
| 13 | | an eye on his dressing because it's changed every |
| 14 | | couple hours. |
| 15 | | But, "If you notice something, let |
| 16 | | us know." That's kind of how it went. |
| 17 | Q | So when you had reported for your shift at the |
| 18 | | SMU, would the nurses talk to you about the |
| 19 | | different needs of the inmates that were in |
| 20 | | there? |
| 21 | | MR. ARNOLD: Objection; form and |
| 22 | | foundation. |
| 23 | | MS. KUGLER: Join. |
| 24 | | THE WITNESS: Not always. I mean, I |
| 25 | | only worked there -- literally in there a few |

Page 36

| | | |
|---|---|---|
| 1 | | times over my career. |
| 2 | BY MS. DAVIS: | |
| 3 | Q | Okay. So the few times that you were there, you |
| 4 | | don't recall whether you were given any |
| 5 | | instructions about an inmate's medical needs |
| 6 | | while housed at the SMU? |
| 7 | A | I don't recall anything specific, no. |
| 8 | Q | When you reported for a shift at the SMU, was |
| 9 | | there any conversation that had to happen with a |
| 10 | | lieutenant or the CO who was on duty before? |
| 11 | A | The CO before would debrief and say, you know, if |
| 12 | | there was anything going on or someone was being |
| 13 | | monitored or whatever. |
| 14 | Q | Under IM 8.1.14 where it says "Lock-up," the same |
| 15 | | page as the inmate health care where it says, |
| 16 | | "Conduct a formal count/wristband check," was |
| 17 | | that a check that you had to do regularly during |
| 18 | | your shift? |
| 19 | A | Yes, at the start and at the end of the shift. |
| 20 | Q | Were there any checks that you had to do |
| 21 | | throughout the shift, or was there -- I'm sorry. |
| 22 | | Were there any checks that you had |
| 23 | | to do throughout your shift? |
| 24 | A | Well, 30-minute observation rounds. |
| 25 | Q | And during those 30-minute observation rounds, |

Page 37

| | | |
|---|---|---|
| 1 | | what did you have to do? |
| 2 | A | Check to make sure that they were all right, even |
| 3 | | if it meant turning on the light or shining a |
| 4 | | flashlight in their eyes. |
| 5 | Q | Was there any count or wristband check during |
| 6 | | those 30-minute intervals? |
| 7 | A | No. |
| 8 | Q | And when you say that you checked to see if they |
| 9 | | were all right, what do you mean? |
| 10 | A | Well, you want to make sure they're breathing, |
| 11 | | make sure they're alive. So that would fall |
| 12 | | under the all right. |
| 13 | Q | Does that mean you would go in and check on |
| 14 | | someone if it looked like they weren't breathing? |
| 15 | | MR. ARNOLD: Object to the form. |
| 16 | | MS. KUGLER: Join. |
| 17 | | THE WITNESS: I would not go in by |
| 18 | | myself -- absolutely not -- for security |
| 19 | | purposes, because you don't know if they're |
| 20 | | pretending or not and would attack you. |
| 21 | BY MS. DAVIS: | |
| 22 | Q | How did you determine if someone was all right? |
| 23 | A | If you couldn't get a response on them by |
| 24 | | knocking on the door and calling their name, then |
| 25 | | you call a medical emergency for an unresponsive |

Page 38

1　　　inmate.
2　Q　So if they didn't respond because they were, for
3　　　example asleep, would you then check on them
4　　　again or call in the medical person?
5　　　　　　　MR. ARNOLD:  Objection; form and
6　　foundation.
7　　　　　　　MS. KUGLER:  Join.
8　　　　　　　THE WITNESS:  If they were asleep, I
9　　would be waking them up if I couldn't tell they
10　　were alive, so to speak.
11　BY MS. DAVIS:
12　Q　And I'm asking because you said that you worked
13　　third shift.
14　　　　　　　And if these are every 30 minutes,
15　　I'm just trying to understand if someone was
16　　asleep, if that was a cause for concern?
17　A　Right.
18　Q　During the 30-minute checks, if someone was --
19　　seemed like they were not all right like you had
20　　mentioned, you would always call the medical
21　　staff?
22　A　If I could not observe a person breathing or if
23　　they appeared to be labored breathing or whatever
24　　you want to call it, yes, I would have called a
25　　medical emergency.

Page 39

1　Q　And how did you base your determination if
2　　someone was all right?  Like what did you base
3　　that on if you had no training?
4　　　　　　　MS. KUGLER:  Objection; form.
5　　　　　　　MR. ARNOLD:  Join.
6　　　　　　　THE WITNESS:  It was based on
7　　observation.
8　BY MS. DAVIS:
9　Q　Were you trained on what to look for in order to
10　　determine if there was a medical emergency at the
11　　SMU?
12　A　Not specifically, but I mean, as a reasonable
13　　human being, I can tell if someone is sleeping
14　　versus not breathing correctly or whatever.
15　Q　So you'd base your determination if someone was
16　　all right on just being reasonable?
17　　　　　　　MS. KUGLER:  Objection; form, misstates
18　　prior testimony.
19　　　　　　　MR. ARNOLD:  Join.
20　　　　　　　THE WITNESS:  That's me personally.
21　BY MS. DAVIS:
22　Q　Do you know of any other COs who went through
23　　training to work in the SMU?
24　A　Training in -- from the academy?
25　Q　Yeah.

Page 40

1　A　Everyone has to go to the academy.  Or back when
2　　I started, they did.
3　Q　And at the academy, was there any specific
4　　training on being stationed in the SMU?
5　A　I don't know.
6　Q　So there was no additional training provided to
7　　you while you were working in the SMU with people
8　　who might have medical emergencies?
9　　　　　　　MR. ARNOLD:  Object to the form of the
10　　question.
11　　　　　　　MS. KUGLER:  Join.
12　　　　　　　THE WITNESS:  Not to my knowledge.
13　BY MS. DAVIS:
14　Q　During those 30-minute checks, about how long did
15　　it take you to observe the 11 cells in the SMU?
16　　　　　　　MR. ARNOLD:  Assuming they're all full?
17　　　　　　　MS. DAVIS:  Sure, assuming they're all
18　　full.
19　　　　　　　THE WITNESS:  Five to seven minutes,
20　　because it's a small place.  It's probably a
21　　little bigger than this conference room.
22　BY MS. DAVIS:
23　Q　And if all of the cells weren't full, would it
24　　take you much less time to do your 30-minute
25　　interval checks?

Page 41

1　A　It depends.  I mean, it depended on the date --
2　　the number of people, the type of people that
3　　were in there.  There's no set time of how long
4　　it takes.
5　Q　That's fair.  And the few times that you were
6　　stationed in the SMU, do your checks take longer
7　　than seven minutes?
8　A　I can't recall.
9　　　　　　　MS. KUGLER:  Objection; form.
10　　　　　　　THE WITNESS:  I don't recall.
11　BY MS. DAVIS:
12　Q　To the best of your recollection, did any of your
13　　checks take less than five minutes?
14　　　　　　　MR. ARNOLD:  If you remember.
15　　　　　　　THE WITNESS:  I can't remember.
16　BY MS. DAVIS:
17　Q　To the best of your recollection, did any of your
18　　checks take less than three minutes?
19　A　I can't recall.
20　Q　What happened if you didn't conduct the checks
21　　every 30 minutes?
22　A　I don't understand your question.
23　Q　Okay.  When you did the 30-minute interval
24　　checks, did you log those checks?
25　A　Yes.

Page 42

| | |
|---|---|
| 1 | Q   And when your lieutenant reviewed that log, was |
| 2 | there ever -- scratch that. |
| 3 |              If a lieutenant reviewed a log |
| 4 | where the 30-minute checks weren't all done |
| 5 | properly, what, if anything, would happen? |
| 6 |         MS. KUGLER:  Objection; form. |
| 7 |         THE WITNESS:  Speculating, the |
| 8 | lieutenant should have said something to whoever |
| 9 | the officer was. |
| 10 | BY MS. DAVIS: |
| 11 | Q   So if you -- scratch that. |
| 12 |              When you were a lieutenant, did |
| 13 | you check logs? |
| 14 | A   Yes. |
| 15 | Q   If you noticed that a CO did not complete all the |
| 16 | checks that they were supposed to do, what did |
| 17 | you do? |
| 18 | A   I spoke with them and I would also usually make a |
| 19 | notation in there that I reviewed the log and |
| 20 | that such and such was missing, and then I would |
| 21 | tell the officer to make sure that they properly |
| 22 | do their jail log. |
| 23 | Q   When you reviewed the jail log, did you ever look |
| 24 | at how long these checks took? |
| 25 |         MR. ARNOLD:  This is in any housing |

Page 43

| | |
|---|---|
| 1 | unit? |
| 2 |         MS. DAVIS:  Any housing unit. |
| 3 |         THE WITNESS:  Yes. |
| 4 | BY MS. DAVIS: |
| 5 | Q   Why? |
| 6 | A   Why? |
| 7 | Q   Yes. |
| 8 | A   Because they're required to perform |
| 9 | regularly-scheduled inspections of all the |
| 10 | inmates in the cells. |
| 11 | Q   And if you noticed that a check happened in less |
| 12 | than a minute in the SMU, would that be something |
| 13 | that would stand out to you? |
| 14 |         MS. KUGLER:  Object to form. |
| 15 |         MR. ARNOLD:  And foundation. |
| 16 |         THE WITNESS:  In theory, yes. |
| 17 | BY MS. DAVIS: |
| 18 | Q   Okay.  When you were a CO, in the few times you |
| 19 | worked in the SMU, did you ever complete your |
| 20 | check in less than a minute? |
| 21 |         MR. ARNOLD:  Objection; foundation. |
| 22 |         THE WITNESS:  I don't recall, but |
| 23 | highly unlikely because it takes me 30 seconds to |
| 24 | get out of the chair and walk to the door. |
| 25 | |

Page 44

| | |
|---|---|
| 1 | BY MS. DAVIS: |
| 2 | Q   I'm sorry.  So when you would log those checks in |
| 3 | in the 30-minute intervals, did you start a timer |
| 4 | or something to know when you began the check? |
| 5 | A   No. |
| 6 | Q   Okay. |
| 7 | A   I -- sometimes I would type in, "Started |
| 8 | inspection, completed inspection, nothing |
| 9 | observed." |
| 10 |              In that small of a unit, I highly |
| 11 | doubt that people would do that because it would |
| 12 | take longer to do that than to actually do your |
| 13 | inspection.  But not in -- not in a small unit |
| 14 | like that.  It was usually just completed. |
| 15 | Q   Okay.  So in the larger housing units, where you |
| 16 | said that there were 48 or 64 cells, right? |
| 17 | A   Right. |
| 18 | Q   When you did your checks -- when you did the |
| 19 | rounds every 30 minutes, how did you log that? |
| 20 | A   Personally? |
| 21 | Q   Mm-hmm. |
| 22 | A   Would have logged start, then done the |
| 23 | inspection, and then completed the inspection. |
| 24 | Q   Okay.  And in the few times -- if you remember, |
| 25 | the few times you were in the SMU, did you log |

Page 45

| | |
|---|---|
| 1 | start, do the inspection, and then -- |
| 2 | A   I don't recall. |
| 3 | Q   Were you trained to log inspections that way? |
| 4 |         MS. KUGLER:  Objection. |
| 5 |         MR. ARNOLD:  Objection; form and |
| 6 | foundation. |
| 7 |         MS. KUGLER:  Join. |
| 8 |         THE WITNESS:  I don't remember. |
| 9 | BY MS. DAVIS: |
| 10 | Q   I'll rephrase it.  Would keeping the jail logs -- |
| 11 | you said you had training on keeping jail logs, |
| 12 | correct? |
| 13 | A   Yes. |
| 14 | Q   Okay.  And during that training, were you |
| 15 | instructed on how to either start or stop the |
| 16 | timer or clock, or whatever it is that you all |
| 17 | click to do the inspections? |
| 18 |         MR. ARNOLD:  Objection; form, |
| 19 | foundation.  If you understand, go ahead. |
| 20 |         MS. KUGLER:  Join. |
| 21 |         THE WITNESS:  We were given -- I mean, |
| 22 | when you -- when you first came out of the |
| 23 | academy, you started and you partnered with |
| 24 | officers that were already working there in the |
| 25 | trade. |

Case 2:17-cv-01112-JPS   Filed 09/04/18   Page 13 of 29   Document 175-13

Page 46

1             They were the ones that -- you
2   know, "Here's the jail log" and helped us get
3   going.
4   BY MS. DAVIS:
5   Q   Okay.
6   A   Because --
7   Q   Sorry.
8             MR. ARNOLD:  Finish your answer.
9             THE WITNESS:  I mean, it was just to
10  help us make sure we had everything included.
11            Because when you start as an
12  officer, you're a little overwhelmed by all the
13  things you needed to do.  So...
14  BY MS. DAVIS:
15  Q   Okay.  So after the academy, when you first
16  start, there's a little bit of informal training
17  that happens between COs?
18  A   Yes.
19            MR. ARNOLD:  Try to let her finish her
20  question.
21            THE WITNESS:  Okay.
22  BY MS. DAVIS:
23  Q   I finished.  I didn't know --
24  A   Yes.
25  Q   So you were taught by another CO how to log these

Page 47

1   checks?
2   A   Correct.
3   Q   Was there any difference in logging the 30-minute
4   checks between the SMU and other housing units?
5             MR. ARNOLD:  Other than what she's
6   already testified to?
7             THE WITNESS:  No.
8             (Exhibit 3 was marked for
9   identification.)
10  BY MS. DAVIS:
11  Q   I'm going to hand you what's been marked as
12  Exhibit 3.  Do you recognize what kind of
13  document this is?
14  A   It's a jail log.
15  Q   And is this typical of the jail logs -- well,
16  strike that.
17            Does this look like how the jail
18  logs you created looked?
19  A   Yes.
20  Q   So I'm going to direct you to page 992 at the
21  bottom.  It should say "MKE County 992."
22  A   Mm-hmm.
23  Q   There is an entry close to the bottom of the page
24  with a user date/time of 3/10/14 -- or I'm
25  sorry -- 3/9/14, 11:47 p.m.  Do you see that?

Page 48

1   A   Yeah.
2   Q   And is that your name in the log text?
3   A   Yes.
4   Q   Was this entry in response to the occurrence two
5   rows up?
6             MS. KUGLER:  Objection; form.
7             MR. ARNOLD:  If you know.
8             THE WITNESS:  I would assume so.
9   BY MS. DAVIS:
10  Q   Had you ever been called to respond to an inmate
11  suicide attempt while you worked at the jail?
12  A   Yes.
13  Q   Can you -- do you recall how many times that
14  happened?
15  A   I don't remember.
16  Q   Was it something that happened more than five
17  times?
18  A   I don't remember.
19  Q   If an inmate attempted suicide, would there be an
20  incident report written?
21            MR. ARNOLD:  Objection; foundation.
22            MS. KUGLER:  Join.
23  BY MS. DAVIS:
24  Q   Do you know if an incident report would be
25  generated for an inmate suicide attempt?

Page 49

1   A   It should be.
2   Q   Do you know if there was one written for this
3   attempted suicide on --
4   A   I don't recall.
5   Q   Okay.  Do you remember being called down to the
6   SMU for -- I'm sorry.  Let me take a step back.
7             What housing unit did this happen
8   in?  Can you tell from this document?
9   A   Housing Unit 4B.
10  Q   4B.  Is that the SMU or another housing unit?
11  A   That's another housing unit.
12  Q   Okay.  So this is one of the housing units that
13  has about 48 or 64 cells?
14  A   Yes.
15  Q   And when you're asked to report to another
16  housing unit because of an attempted suicide,
17  what is your role?
18  A   Well, the main -- I mean, when you first respond,
19  is to make sure that all the other inmates are
20  secured in their cells, which means checking the
21  doors.  At that time of night, they should have
22  been in their cells, but you still check the
23  doors.
24            And then just provide -- stand by
25  until if a nurse asks you to go get something

Case 2:17-cv-01112-JPS   Filed 09/04/18   Page 14 of 29   Document 175-13

Page 50

1    or -- it's usually just stand by unless they need
2    help lifting a person or whatever.
3  Q  Now let's look at MKE County 996.
4  A  Okay.
5  Q  About three rows down there's an entry 3/9/14,
6    10:51 p.m.?
7  A  Mm-hmm.
8  Q  Is that your name in the log text?
9  A  Yes, it is.
10 Q  It says you're in pod to assist with inspection
11   while CO Duerr sets up the RIPP bed in SNA 3.
12 A  Yes.
13 Q  What pod is SPND?
14 A  That is the special needs unit.
15 Q  What is the special needs unit?
16 A  That is for inmates who have severe mental health
17   issues and are either off of their meds, not
18   med-compliant, or aren't medicated and need to be
19   medicated.
20       Most of them are severely mentally
21   ill in that unit.
22 Q  Are there -- sorry.  To the best of your
23   knowledge, is there any medical staff stationed
24   in the special needs unit?
25       MS. KUGLER:  Objection; form.

Page 51

1        MR. ARNOLD:  Any time or all times?
2        MS. DAVIS:  At all times.
3        THE WITNESS:  No.
4  BY MS. DAVIS:
5  Q  Okay.  Are there -- is there nursing staff or
6    medical staff stationed either in or near the SMU
7    at all times?
8        MS. KUGLER:  Objection; form.
9        MR. ARNOLD:  If you know.
10       THE WITNESS:  Well, the nurses' offices
11   and area are directly across from the SMU.
12       Now, depending on staffing, if
13   they're doing med rounds or what have you,
14   physically there might not be anybody in there.
15 BY MS. DAVIS:
16 Q  So, if you know, about how long would you
17   estimate that it would take to get from the
18   clinic or the nursing and medical staff part to
19   the SMU?
20 A  A minute, 30 seconds.
21 Q  And then, if you know, about how long would it
22   take to get from the clinic or the medical
23   nursing staff part to the special needs unit?
24 A  45 seconds to a minute.  It's down the hallway.
25 Q  Okay.  What does set up the RIPP bed mean?

Page 52

1  A  It's a restraint -- I'm not sure what it stands
2    for anymore.  It's a restraint bed.
3  Q  Okay.
4  A  Setting it up means setting up the different
5    security straps.
6  Q  Were you ever stationed in the special needs
7    unit?
8  A  Yes.
9        MR. ARNOLD:  Objection; asked and
10   answered.  Go ahead.
11       THE WITNESS:  Yes, I was.
12 BY MS. DAVIS:
13 Q  Thank you.
14       MR. ARNOLD:  You're asking special
15   needs now, not --
16       MS. DAVIS:  Yeah.
17       MR. ARNOLD:  Okay.  -- not the SMU?
18       MS. DAVIS:  It's not the SMU.  It's the
19   special medical unit.
20       MR. ARNOLD:  Gotcha.
21 BY MS. DAVIS:
22 Q  I'm sorry.  Whenever you set up one of these
23   restraint beds, did you have to call in another
24   CO to help with inspections?
25 A  Yes.

Page 53

1  Q  Why was that?
2  A  Well, on third shift there's -- when I was in
3    there, it was one officer assigned to that unit
4    on third shift.
5        You can't be setting up a bed and
6    be able to keep an eye on the inmates.
7  Q  Okay.  And how many cells are in the special
8    needs unit?  I can't remember if I asked you this
9    or not.
10 A  18.
11 Q  So it's a smaller unit like the SMU?
12 A  Yes.
13 Q  Was there any training that you had to go through
14   to work in the special needs unit?
15 A  Yes.
16 Q  Was that a one-time training or multiple
17   trainings?
18 A  Well, when I first started, I was trained --
19   because there were still deputies assigned to the
20   jail, I was trained by a deputy who had worked in
21   there multiple years on how to work in there, and
22   then I took the additional crisis intervention
23   training.
24 Q  So the crisis intervention training was related
25   to working in the special needs unit?

1   A   Well, not 100 percent. Crisis intervention is
2       for any type of person that is having a crisis,
3       be it a temporary mental health crisis or a
4       permanent mental health crisis.
5           The Milwaukee Police Department
6       uses CITs now on a regular basis. They work with
7       police officers and respond to mental health
8       crises or people in mental distress.
9   Q   So when -- so when you say "crisis intervention,"
10      it's specifically mental health crisis?
11  A   I mean, it comes under the general heading, but
12      it can be someone -- I mean, we responded to
13      people that come in, they were arrested, and
14      they're upset about being arrested. So they're
15      having a temporary breakdown or crying fit or
16      whatever.
17          And we were trained -- additional
18      training on basically verbal communication to
19      assist with getting them calmed down.
20  Q   Okay. What topics were covered in the training
21      to work in the special needs unit?
22  A   For the crisis intervention? See, now for my
23      training in special needs, I did -- I learned a
24      lot from the deputy who I worked with, but I also
25      took it on myself to read materials on different

1       mental health disorders and medications, etc.,
2       because I wanted to be a knowledgeable officer.
3   Q   And when you say that the deputy helped train
4       you, was that the informal on-the-job training
5       that you discussed a little bit earlier?
6   A   Yes.
7   Q   Was there any way to track that kind of training?
8           MS. KUGLER: Objection; form,
9       foundation.
10          MS. DAVIS: I'll rephrase it because
11      that was a poorly phrased question.
12  BY MS. DAVIS:
13  Q   When the deputy was assisting you with this
14      on-site training, was there any policy that they
15      went over and talked to you about?
16  A   We went through and reviewed the policies and
17      procedures that are in everybody -- that
18      everybody has access to about that specific unit.
19  Q   Okay. And was that a more in-depth training than
20      you received in the academy?
21  A   Well, it's more one on one, plus you're with --
22      you've got inmates there that actually have
23      mental health issues versus listening to a
24      lecture.
25  Q   All right. Actually, going back to page 986 on

1       that third row where your name is, the start time
2       is listed at 10:51 and the end time is listed at
3       10:52.
4           Are those times for how long it
5       took to set up the bed?
6   A   No. That's -- the 10:51 and the 10:52, I'm --
7       it's when it started. Sometimes if you start
8       entering it at 10:51 and when you hit enter it's
9       10:52 -- it doesn't say how long I was there.
10          He never said I left, I guess, is
11      what this looks like.
12  Q   So are those two times supposed to indicate when
13      you arrived and when you left?
14  A   No. He should have made -- he should have had a
15      second entry that said I left. This just shows I
16      arrived.
17  Q   And when it says that you assisted with
18      inspections, does that mean you completed one of
19      those rounds or that you were just there to
20      observe while he set the bed up?
21  A   I don't recall. I mean, I don't even recall
22      being in there on that specific day.
23  Q   Let's talk about the incident report a little bit
24      for the one you reviewed.
25          MS. KUGLER: Can I interrupt you for a

1       short break?
2           MS. DAVIS: Yes. Absolutely.
3           (A recess was taken.)
4           (Exhibit 4 was marked for
5       identification.)
6   BY MS. DAVIS:
7   Q   Before we look at the incident report, I want to
8       just go back and talk about the policies we
9       looked at first, Exhibits 1 and 2.
10          At the top of both of those
11      exhibits, on their first pages, there are
12      revisions listed. Whenever a policy was updated,
13      were you given a copy of it?
14          MR. ARNOLD: Objection; foundation. If
15      you know.
16          THE WITNESS: They made -- they being
17      command staff -- made a point of usually handing
18      them out at a roll call for everyone to look at
19      or discuss.
20  BY MS. DAVIS:
21  Q   So when policies were updated, were you
22      notified -- were you notified every time?
23  A   I can't recall.
24  Q   And then in the instances that you can recall,
25      were you always handed a copy of a policy?

Page 58

1          MR. ARNOLD:  Same objection;
2     foundation.  If you know.
3          THE WITNESS:  I don't recall if we got
4     a copy every time or not.
5   BY MS. DAVIS:
6   Q   Thinking back on the eight years that you worked
7       at the jail, do you recall any instances where a
8       policy was updated and that you received a
9       subsequent training based on that update?
10          MS. KUGLER:  Objection; form.
11          THE WITNESS:  I don't recall anything
12     specific.
13  BY MS. DAVIS:
14  Q   So is it fair to say that you never got a
15      training based on an updated policy while you
16      worked at the Milwaukee County Jail?
17          MR. ARNOLD:  Objection; foundation.
18     She said she didn't remember.
19          THE WITNESS:  I don't remember.
20          MS. DAVIS:  Could you read back the
21     question, please.
22          (Last question read.)
23  BY MS. DAVIS:
24  Q   To the best of your recollection, do you remember
25      any training that you got based on an updated

Page 59

1       policy while you worked at the Milwaukee County
2       Jail?
3   A   Not a specific policy, but I'm sure we had it,
4       because that's what roll call is used for.
5   Q   Roll calls were used for training?
6   A   Well, that was part of roll call besides, you
7       know, the shift assignments.
8           And then if there's a new policy,
9       they would have talked about it or they would
10      have talked about whatever.
11  Q   So when you say "training," do you just mean that
12      they talked about it or --
13  A   Informal training versus classroom training.
14          MS. KUGLER:  Objection; form.
15  BY MS. DAVIS:
16  Q   Was there ever any followup after the informal
17      training?
18  A   Nothing formal.
19  Q   Did you ever have to sign any documents that said
20      that you understood that there was an update to a
21      policy?
22  A   On occasion we did have to sign that we received
23      it or read it or whatever, but I can't tell you
24      which ones we signed or didn't sign.
25  Q   Okay.  And then when Armor started working in the

Page 60

1       jail, how were you notified that that happened?
2           MS. KUGLER:  Objection; form,
3       foundation.
4           THE WITNESS:  Well, it was a little bit
5       of news prior to them coming in, so I guess
6       that's how we were informed.
7   BY MS. DAVIS:
8   Q   While you were working at the Milwaukee County
9       Jail, do you recall any roll call notification
10      about Armor Correctional --
11  A   I don't recall, no.
12  Q   Okay.  I hand you what we marked as Exhibit 4.  I
13      believe it's the same as the document you said
14      that you reviewed.
15  A   Yep.  Mm-hmm.
16  Q   What is this document?
17  A   This would be an incident report.
18  Q   Would this be considered a major incident report?
19  A   No.
20  Q   What is a major incident report?
21  A   A major incident report, which rarely happens,
22      would be something where there was an assault on
23      officers or 20 inmates fighting.
24          It has to be major -- it has to be
25      something major.  This is a medical emergency.

Page 61

1       This is just a regular incident report.
2   Q   And are major incident reports written up by COs
3       as well?
4   A   Major incident reports -- I can't even remember.
5       It usually involves -- the lieutenant writes
6       that, but there are supplemental reports by all
7       the involved officers.
8           The major incident report
9       basically gives a synopsis of what happened, and
10      then all the other documents go with it.  But I
11      don't even remember anymore what's all involved
12      with that.
13  Q   So for an incident report like this one where
14      it's about a medical emergency, would there just
15      be one report written --
16  A   For this type of situation?  Yes.
17  Q   Okay.  So even though there are numerous COs
18      listed as being on the scene, it would just be
19      this one incident report generated?
20  A   Yes.
21  Q   At the bottom of the page marked "MKE County 11,"
22      there are two boxes.  One says, "Time Received"
23      and "Time Cleared."  What does that mean?
24          MR. ARNOLD:  Objection; foundation.  If
25      you know.

Page 62

1            THE WITNESS:  I don't know.
2  BY MS. DAVIS:
3    Q    When you were a lieutenant, did you have to
4         review any incident reports?
5    A    Yes.
6    Q    Did you have to fill out this bottom section, or
7         was that filled out by the CO?
8    A    I believe the time received, time cleared is a
9         computer function.
10   Q    So when would the computer generate these
11        timestamps?
12            MR. ARNOLD:  Objection; foundation.  If
13        you know.
14            THE WITNESS:  I don't know.
15  BY MS. DAVIS:
16   Q    When you submit an incident report, do you have
17        to log the time?
18            MS. KUGLER:  Objection; form.
19            THE WITNESS:  The computer -- you can
20        submit logs at the time.
21  BY MS. DAVIS:
22   Q    Do you know where on the form that would show up?
23   A    I don't know.
24   Q    Did you receive any training on how to generate
25        one of these incident reports?

Page 63

1    A    Yes.
2    Q    Did they instruct you on how to enter the time on
3         the form?
4            MS. KUGLER:  Objection; form.
5            THE WITNESS:  The time should be
6         entered in the body of the thing.  When you
7         enter -- the 5:23 is probably when he entered the
8         information into the computer, but I can't say
9         that with 100 percent surety.
10            In the body of his thing, in his
11        report, it should say what time, what happened,
12        etc.  Sometimes they don't get to write the
13        report until everything is over with because
14        they're not going to say, "Wait, I have to enter
15        this to write the report."
16  BY MS. DAVIS:
17   Q    And as a lieutenant, when you reviewed these
18        incident reports, did you have to approve them?
19   A    Yes.
20   Q    How was that marked on the incident report?
21   A    Well, this must be approved because there's no --
22        until it's approved, it will say draft across the
23        copies.
24   Q    And is there some kind of signature that needs to
25        be added to show that it was approved?

Page 64

1    A    No.
2    Q    Other than taking draft off of the form --
3    A    It's a computer function.
4    Q    So other than taking draft off of it, is there
5         anything else that you could point to to show
6         that it was approved?
7    A    No.  You can't take draft off of it until you hit
8         the approved in the computer.  You can't force it
9         to disappear.
10   Q    So at the bottom on MKE County 11, the time
11        received and time cleared, you're saying those
12        were just generated by the computer?
13   A    Right.
14   Q    And where it says, "Reviewed by Montano, CO
15        Crystalina," did Lieutenant Montano have to enter
16        her name herself, or is that something that CO
17        Wenzel would have entered, if you know?
18            MR. ARNOLD:  Objection; foundation.
19            MS. KUGLER:  Join.
20            THE WITNESS:  He would have submitted
21        his report to her in the computer.  She has to
22        log in to the report program under her name.
23            And normally, unless it's
24        something -- she's the only one who can look --
25        you know, who has direct access to it, but she

Page 65

1         wouldn't have typed that in.  It would have been
2         generated by the report program.
3  BY MS. DAVIS:
4    Q    So what parts of MKE County 11 would have been
5         written by a person as opposed to generated by a
6         computer, if you know?
7            MR. ARNOLD:  Objection; foundation.
8            MS. KUGLER:  Join.
9  BY MS. DAVIS:
10   Q    Let me rephrase it.  Actually, let me take a step
11        back.
12            When you were trained on filling
13        out these reports, were you told what sections
14        you had to write in?
15   A    Yes.  And the computer requires you to enter that
16        information or it won't proceed.
17   Q    What sections on MKE County 11 do you have to
18        fill in before the computer will proceed?
19   A    Everything.  I mean, he entered -- you know, he's
20        reporting the incident, he's reporting the time,
21        the computer generates the report number, he's
22        putting in where it happened, he used the proper
23        code for a medical emergency.
24            And then when you do reporting
25        officer, if you look on the back page, he's the

Page 66

1  reporting officer, and the supervisor is
2  Lieutenant Montano.
3  Q  So what parts of MKE County 11 were generated by
4     a computer?
5  A  He has to type this information in. He typed the
6     summary in.
7  Q  So the time received and time cleared, is that
8     something that you were trained to enter yourself
9     or that the computer would generate?
10 A  The computer is going to ask you what time it
11    occurred or what time he's doing the report, and
12    5:23 must have been when he was doing the report.
13             I was not there for when he did
14    his report.
15 Q  Well, going to MKE County 12 -- MKE County 12
16    through 14, on the bottom it says, "Reporting
17    Officer ID No. and pages."
18             Are those areas that would be
19    generated by the computer? Do you know if those
20    are areas that would be generated by the
21    computer?
22             MS. KUGLER: Objection; form.
23             THE WITNESS: That would be -- once he
24    enters he's the reporting officer, it's going to
25    keep appearing for each page that's generated in

Page 67

1     the report.
2  BY MS. DAVIS:
3  Q  Okay. Looking at the third paragraph down that
4     begins at 04:46 hours, is that your name at the
5     end of the first line and to the second line?
6  A  Yes, it is.
7  Q  Do you recall reporting to the SMU the morning of
8     March 10, 2014?
9  A  It says I was there, so I must have been there.
10 Q  Do you remember being there?
11 A  Vaguely. I mean, generally.
12 Q  And when you reported -- do you remember where
13    you came from?
14 A  I don't remember. I don't know where I was
15    assigned that day.
16 Q  And when you reported, did you come in with the
17    medical staff or did you just go there directly?
18 A  I most likely reported directly from wherever I
19    was coming from.
20 Q  While you were in the SMU that morning, do you
21    remember any actions that you did specifically?
22 A  Nothing specific.
23 Q  While you were there, did you see Rebecca Terry?
24 A  Yes.
25 Q  Do you recall seeing her and her baby?

Page 68

1  A  Yes.
2  Q  Do you remember if there was any blood that you
3     saw there?
4  A  I don't recall that.
5  Q  Okay. Did she -- well, I'll rephrase.
6             Do you remember how Rebecca Terry
7     was behaving at that time?
8             MS. KUGLER: Objection; form.
9             THE WITNESS: I don't recall.
10 BY MS. DAVIS:
11 Q  Do you recall whether she was calm?
12 A  She wasn't screaming and yelling. That I would
13    say.
14 Q  Do you recall whether the baby was crying?
15 A  I don't recall. I mean, I was three people back,
16    because the nurses -- they were all up front and
17    close. We were basically waiting for
18    instruction.
19 Q  Were you given any instructions while you were
20    there?
21 A  I don't recall anything specific.
22 Q  Do you recall what you did after this incident
23    resolved itself -- or was resolved, I should say?
24 A  I don't recall.
25 Q  Okay. Was there any followup done about this

Page 69

1     incident?
2             MS. KUGLER: Objection; form.
3             THE WITNESS: I don't recall
4     specifically.
5  BY MS. DAVIS:
6  Q  Did anyone at the jail speak with you about this
7     incident after it happened?
8  A  I don't recall.
9  Q  Did you talk to anybody about this incident after
10    it happened?
11 A  I don't recall.
12 Q  Do you recall how long you were in the SMU that
13    night?
14 A  I don't recall, but, I mean, based on the report,
15    probably till about five o'clock.
16 Q  Do you recall any other times that a baby was
17    delivered in the Milwaukee County Jail?
18 A  I don't recall. I was not there for anything,
19    but I don't know for sure.
20 Q  When this -- scratch that.
21             Earlier you said that other COs
22    don't review report incidents. Let me rephrase
23    that. Did you review this report -- incident
24    report before it was submitted?
25 A  No.

Page 70

1  Q    Did you see it before you started preparing for
2       this deposition?
3  A    Yes.
4  Q    When?
5  A    When I received a copy from this gentleman.
6  Q    Okay.  But outside of any preparation for the
7       deposition, did you ever look at this report?
8  A    No.
9  Q    Did CO Wenzel ever talk to you about the
10      incident?
11 A    Not that I recall.  I mean, he -- not that I
12      recall anything specific.
13 Q    Okay.  On MKE 2014 --
14           MS. KUGLER:  Sorry.  What did you say?
15           MS. DAVIS:  MKE County 2014.
16           THE WITNESS:  Okay.
17 BY MS. DAVIS:
18 Q    -- it lists that there was an -- assisting
19      correctional officer, six.
20 A    Yes.
21 Q    In your experience, was it common for there to be
22      six assisting correctional officers for a medical
23      emergency?
24           MR. ARNOLD:  Objection; foundation.
25           THE WITNESS:  When a medical emergency

Page 71

1       is called over the radio, any available officer
2       responds.  If there's only three, three respond;
3       if there's six, six respond.
4            And on third shift, there's going
5       to be a lot less officers than on first or
6       second.
7  BY MS. DAVIS:
8  Q    So any correctional officer who is not busy would
9       report for -- or assist with a medical emergency?
10 A    Correct.
11 Q    Is there any chance that someone wouldn't respond
12      to a medical emergency call?
13           MS. KUGLER:  Objection; foundation.
14           MR. ARNOLD:  Join.
15 BY MS. DAVIS:
16 Q    Can you recall any instance where someone would
17      not respond to an emergency medical call?
18 A    Unless they're occupied with something else -- if
19      they're in the booking room, they're not going to
20      respond because they're probably booking an
21      inmate in.
22 Q    So just hypothetically, if there were ten
23      officers who were not busy, ten people could show
24      up?
25 A    Ten people would respond.  If 20 were

Page 72

1       available -- and I've seen where 20, 30 people
2       show up, and if they're not needed, some of them
3       are told, "You can go back to your posts."
4  Q    Okay.  Do other supervisors respond?
5  A    If they're available.  Again, on third shift it's
6       a much smaller staff, so hopefully -- I mean, if
7       you're available, you respond; if they're not
8       available, they don't respond.
9            Unless they're specifically
10      called, we need additional supervisors,
11      additional whatever.
12 Q    And so would you find out a medical emergency
13      over the radio?
14 A    Correct.
15 Q    When you found out about it, is there any
16      description of what's happening, or do you just
17      hear that it's a medical emergency?
18 A    It depends on the -- most officers try to say
19      something like -- and I don't know what he would
20      have said -- you know, "Medical emergency:
21      Inmate appears to be in labor," or "Medical
22      emergency:  Inmate complaining of severe
23      abdominal pain; Medical emergency:  Inmate
24      appears to be self-harming."
25           They don't want to say too much

Page 73

1       because of HIPAA.
2  Q    Do you remember what was said over the radio that
3       day?
4  A    I absolutely don't recall.
5  Q    Did you stay in the SMU until Miss Terry was
6       taken out via ambulance?
7  A    I don't recall.
8  Q    Outside of reviewing this document, do you recall
9       anything about Miss Terry giving birth in the SMU
10      on March 10th, 2014?
11 A    No.  I wasn't there for the actual birth, so I
12      don't know.
13 Q    Do you remember anything about reporting to
14      assist until you looked at this incident report?
15           MS. KUGLER:  Objection; form.
16           THE WITNESS:  No.
17 BY MS. DAVIS:
18 Q    Did you have any independent recollection about
19      the morning of March 10th, 2014, before this
20      deposition was scheduled?
21 A    No.
22 Q    Going back to when you were talking about Terrill
23      Thomas and -- let me get it right this time --
24      the inquest about Terrill Thomas, do you know if
25      other correctional officers were asked to testify

Page 74

1    about that?
2  A    Yes.
3  Q    Do you know how many other officers?
4  A    I don't know the exact number, no.
5  Q    Do you recall any other inquests being done about
6       inmates either having medical emergencies or
7       dying while in the jail?
8            MS. KUGLER:  Objection; form.
9            THE WITNESS:  I don't recall.
10 BY MS. DAVIS:
11 Q    Do you recall any other deaths happening in the
12      jail while you were a CO or a lieutenant?
13 A    Yes, but I couldn't tell you names or when.
14 Q    Do you recall other deaths happening in the jail
15      while Armor Correctional Health had a contract
16      with the Milwaukee County Jail?
17 A    That I don't recall.
18 Q    Are there inquests done outside of an inmate
19      death?
20           MR. ARNOLD:  Objection; foundation.  If
21      you know.
22           MS. KUGLER:  Join.
23 BY MS. DAVIS:
24 Q    I'll rephrase the question.
25           In your experience do you know of

Page 75

1       any other inquests that were done when an inmate
2       death was not involved?
3  A    I have no -- no, I don't have any knowledge or
4       recollection.
5  Q    Okay.  Why were you asked to testify during the
6       inquest?
7            MS. KUGLER:  Objection; foundation.
8            MR. ARNOLD:  If you know.
9            THE WITNESS:  Probably because I was a
10      lieutenant.  I mean, they literally asked me my
11      name, my position, and do I work at the Milwaukee
12      County Jail.
13           And did I have any involvement
14      with that?  Absolutely not.  I wasn't even -- I
15      don't think I was working those days that that
16      occurred.  I was scheduled off.
17           MS. DAVIS:  Okay.  I think that's all
18      that I have.
19           MS. KUGLER:  No questions.
20           MR. ARNOLD:  You are done.  Thank you
21      very much.
22           (Deposition concluded at 11:44 a.m.)
23           (Original exhibits attached to original
24      transcript.  Copies of exhibits attached to
25      copies of transcripts.)

Page 76

1     STATE OF WISCONSIN )
                         ) SS:
2     MILWAUKEE COUNTY   )
3          I, Sandra K. Nelson, RPR and Notary
4     Public in and for the State of Wisconsin, do
5     hereby certify that the preceding deposition was
6     recorded by me and reduced to writing under my
7     personal direction.
8          I further certify that said deposition
9     was taken at LEIB KNOTT GAYNOR, 219 North
10    Milwaukee Street, Milwaukee, Wisconsin, 53202, on
11    the 16th day of April, 2018 commencing at
12    10:02 a.m.
13         I further certify that I am not a
14    relative or employee or attorney or counsel of
15    any of the parties, or a relative or employee of
16    such attorney or counsel, or financially
17    interested, directly or indirectly, in this
18    action.
19         In witness whereof, I have hereunto set
20    my hand and affixed my seal of office on this 5th
21    day of June, 2018.
22
23         _____
              SANDRA K. NELSON, RPR
24              Notary Public
      My commission expires December 28, 2018.

**0**

**0190179** 34:12
**04:46** 67:4
**05** 8:9
**06** 8:8

**1**

**1** 18:19,22 57:9
**10** 67:8
**100** 54:1 63:9
**10:51** 50:6 56:2,6,8
**10:52** 56:3,6,9
**10th** 73:10,19
**11** 30:11,12 40:15 61:21 64:10 65:4,17 66:3
**11:44** 75:22
**11:47** 47:25
**12** 66:15
**14** 66:16
**18** 53:10
**1981** 8:23

**2**

**2** 24:19,20,23 57:9
**20** 60:23 71:25 72:1
**2006/2007** 7:20
**2007** 7:21
**2008** 7:23
**2009** 7:25
**2010** 7:25 9:2 25:6
**2014** 7:3 15:4 19:17 67:8 70:13,15 73:10,19
**2016** 17:3
**2018** 6:23 9:2

**3**

**3** 47:8,12 50:11
**3/10/14** 47:24
**3/9/14** 47:25 50:5
**30** 38:14 41:21 43:23 44:19 51:20 72:1
**30-minute** 36:24,25 37:6 38:18 40:14,24 41:23 42:4 44:3 47:3

**4**

**4** 57:4 60:12
**45** 51:24
**46** 30:18
**47** 34:11
**48** 30:15 44:16 49:13
**49** 34:11
**4B** 49:9,10

**5**

**51** 22:9
**5:23** 63:7 66:12

**6**

**64** 30:15 44:16 49:13

**8**

**8.1** 30:18
**8.1.12** 34:14
**8.1.14** 36:14
**8.1.8** 30:19

**9**

**986** 55:25
**992** 47:20,21

**996** 50:3

**A**

**a.m.** 13:20 75:22
**abdominal** 72:23
**absolutely** 10:23 18:16 37:18 57:2 73:4 75:14
**academy** 9:20,22 12:4,9,12,15 18:13 19:7,11,21 20:7,18 23:22 24:4,12 39:24 40:1,3 45:23 46:15 55:20
**access** 19:7 20:4 26:8,9 55:18 64:25
**accurately** 5:7
**acronym** 6:1
**actions** 67:21
**actual** 73:11
**added** 63:25
**additional** 17:14 33:5 34:23 40:6 53:22 54:17 72:10, 11
**address** 12:3
**admission** 27:3,6 30:19
**advanced** 33:22
**agree** 5:5
**ahead** 45:19 52:10
**alarms** 26:3
**alert** 32:6
**alive** 37:11 38:10
**Alliance** 13:9 16:1
**ambulance** 73:6
**annual** 24:9
**answers** 5:9
**anymore** 52:2 61:11
**appeared** 38:23

**appearing** 66:25
**appears** 72:21,24
**application** 9:10,12
**apply** 9:7,13
**appointments** 33:24 34:1,2
**approve** 63:18
**approved** 20:12,14, 24 63:21,22,25 64:6, 8
**area** 10:24 14:22 19:9 25:12 26:18 51:11
**areas** 17:7,18 66:18, 20
**Armor** 13:21 14:2, 18 16:4,20 59:25 60:10 74:15
**ARNOLD** 6:19,21 14:4,13 19:12 20:15 21:8 23:2 27:18,23 28:5,17,25 29:9 30:21 31:5,22 34:25 35:21 37:15 38:5 39:5,19 40:9,16 41:14 42:25 43:15, 21 45:5,18 46:8,19 47:5 48:7,21 51:1,9 52:9,14,17,20 57:14 58:1,17 61:24 62:12 64:18 65:7 70:24 71:14 74:20 75:8,20
**arrested** 54:13,14
**arrived** 56:13,16
**asks** 49:25
**asleep** 38:3,8,16
**assault** 60:22
**assigned** 22:14 53:3,19 67:15
**assignment** 17:10
**assignments** 59:7
**assist** 33:13 50:10 54:19 71:9 73:14
**assisted** 56:17

**assisting** 55:13 70:18,22
**assume** 5:14 11:2 48:8
**assuming** 40:16,17
**attached** 75:23,24
**attack** 37:20
**attacked** 10:8
**attempt** 48:11,25
**attempted** 48:19 49:3,16
**attend** 15:25
**attention** 11:24

**B**

**baby** 67:25 68:14 69:16
**Bachelor's** 8:15
**back** 8:8 20:24 24:3 31:11 40:1 49:6 55:25 57:8 58:6,20 65:11,25 68:15 72:3 73:22
**background** 8:4
**bag** 33:14
**base** 39:1,2,15
**based** 18:9 27:2 29:14 34:18 39:6 58:9,15,25 69:14
**basically** 33:15 54:18 61:9 68:17
**basis** 54:6
**bed** 50:11 51:25 52:2 53:5 56:5,20
**beds** 52:23
**began** 13:22 44:4
**begins** 67:4
**behaving** 68:7
**bigger** 40:21
**biohazard** 26:16,22

**birth** 73:9,11

**bit** 8:4 18:23 46:16 55:5 56:23 60:4

**blood** 68:2

**blurry** 34:10

**body** 63:6,10

**booking** 29:15 71:19,20

**bottom** 21:2,3 47:21,23 61:21 62:6 64:10 66:16

**boxes** 61:22

**break** 4:25 5:2,3 57:1

**breakdown** 54:15

**breathing** 37:10,14 38:22,23 39:14

**bring** 8:3

**Bureau** 19:4

**busy** 71:8,23

**C**

**call** 28:7 31:2,8 32:23 37:25 38:4,20, 24 52:23 57:18 59:4, 6 60:9 71:12,17

**called** 4:2 11:25 28:22 38:24 48:10 49:5 71:1 72:10

**calling** 37:24

**calls** 59:5

**calm** 68:11

**calmed** 54:19

**Captain** 15:11

**captains** 22:21

**care** 7:13,14 10:11, 14 12:8 13:25 22:11 31:20,21 32:4 34:15, 19,23 35:3,6,8 36:15

**career** 36:1

**carried** 33:14

**Carroll** 8:17,19,20

**case** 6:2 22:25

**cases** 4:17 5:22

**cell** 17:6 26:8 27:8 30:9,20 31:3,8

**cells** 27:4 30:7,8,11, 12,14 31:3 40:15,23 43:10 44:16 49:13, 20,22 53:7

**certified** 9:25

**chair** 43:24

**chance** 71:11

**change** 14:9,19 15:21

**changed** 35:13

**Chapter** 22:9

**check** 21:11 36:16, 17 37:2,5,13 38:3 42:13 43:11,20 44:4 49:22

**checked** 37:8

**checking** 49:20

**checks** 36:20,22 38:18 40:14,25 41:6, 13,18,20,24 42:4,16, 24 44:2,18 47:1,4

**chronic** 29:16

**CITS** 54:6

**classification** 12:25

**classroom** 59:13

**clean** 27:1

**cleaning** 26:22

**cleared** 61:23 62:8 64:11 66:7

**click** 45:17

**clinic** 33:16,19,20, 25 34:6 51:18,22

**clock** 45:16

**close** 47:23 68:17

**code** 65:23

**command** 57:17

**common** 70:21

**communicate** 11:18

**communication** 10:5 54:18

**communications** 8:15

**Companies** 6:18,20

**Company** 7:12,14, 24

**complained** 31:13

**complaining** 11:24 32:16,25 72:22

**complete** 42:15 43:19

**completed** 44:8,14, 23 56:18

**computer** 62:9,10, 19 63:8 64:3,8,12,21 65:6,15,18,21 66:4, 9,10,19,21

**concern** 14:22 38:16

**concluded** 75:22

**conduct** 36:16 41:20

**conducted** 12:11

**conference** 40:21

**confidentiality** 28:13

**considered** 13:18 30:9 60:18

**contact** 32:10

**contract** 13:22 74:15

**conversation** 14:16 36:9

**Cook** 7:9

**copies** 63:23 75:24, 25

**copy** 57:13,25 58:4 70:5

**correct** 21:23 23:9, 23 24:6,14,16,17 25:16 26:24 31:1 45:12 47:2 71:10 72:14

**correctional** 7:4 10:1,5 13:22 60:10 70:19,22 71:8 73:25 74:15

**correctly** 21:7 26:16 39:14

**corresponded** 27:15

**COS** 11:9 13:10 26:23 34:24 39:22 46:17 61:2,17 69:21

**count** 37:5

**count/wristband** 36:16

**County** 4:18 6:13 7:9 8:25 9:4,8,15 47:21 50:3 58:16 59:1 60:8 61:21 64:10 65:4,17 66:3, 15 69:17 70:15 74:16 75:12

**couple** 35:14

**court** 4:14,16 5:21 14:15 16:9

**covered** 54:20

**CPR** 24:9

**created** 47:18

**crises** 54:8

**crisis** 13:8 24:4 53:22,24 54:1,2,3,4, 9,10,22

**crying** 54:15 68:14

**Crystalina** 64:15

**Curry** 8:18

**custody** 4:19

**cut** 5:7

**D**

**daily** 21:18

**date** 41:1

**date/time** 47:24

**DAVIS** 4:6 6:22 10:16 11:7,12,13 12:7 14:8,17 15:1 17:24 18:17,21 19:19 20:3,20 21:1, 9,14 23:5,14 24:2, 18,22 27:19 28:2,9, 21 29:6,21 30:5,24 31:6,18 32:2 33:2 34:9,22 35:2 36:2 37:21 38:11 39:8,21 40:13,17,22 41:11, 16 42:10 43:2,4,17 44:1 45:9 46:4,14,22 47:10 48:9,23 51:2, 4,15 52:12,16,18,21 55:10,12 57:2,6,20 58:5,13,20,23 59:15 60:7 62:2,15,21 63:16 65:3,9 67:2 68:10 69:5 70:15,17 71:7,15 73:17 74:10, 23 75:17

**day** 16:16,25 17:10 27:2 56:22 67:15 73:3

**day-to-day** 15:23

**days** 75:15

**deal** 10:6

**dealing** 10:10

**death** 4:19 16:13,20 74:19 75:2

**deaths** 74:11,14

**debrief** 36:11

**defend** 10:7

**defendant** 6:2

**degree** 8:15

**Delaware** 6:18,20 7:12,24

**delivered** 69:17

**dentists** 33:23

**Department** 54:5

**depended** 30:16 31:16,25 34:4 41:1

**depending** 34:5
51:12

**depends** 32:15 41:1
72:18

**deposed** 4:13

**deposition** 4:15,25
6:4,11 70:2,7 73:20
75:22

**Depot** 8:2,6,11

**deputies** 22:10
53:19

**deputy** 53:20 54:24
55:3,13

**description** 72:16

**Detention** 19:4

**determination** 29:4
39:1,15

**determine** 22:13
28:19 34:7 37:22
39:10

**died** 16:23,25 17:5

**diets** 27:12

**difference** 25:13
26:8,11,15 27:3,10,
13,14 33:18 47:3

**differently** 30:17

**direct** 20:23 47:20
64:25

**directly** 15:5,22
29:12 51:11 67:17,
18

**disappear** 64:9

**disciplinary** 17:6

**discuss** 57:19

**discussed** 55:5

**discusses** 34:14

**discussion** 31:11

**disorders** 55:1

**distress** 54:8

**doctors** 33:22

**document** 18:25
19:1,14,23 20:4

22:11 24:25 25:1,4
30:18 47:13 49:8
60:13,16 73:8

**documents** 6:5
59:19 61:10

**door** 37:24 43:24

**doors** 49:21,23

**doubled** 32:22

**doubled-over-in-
pain** 33:7

**doubt** 44:11

**draft** 63:22 64:2,4,7

**dressing** 35:13

**Duerr** 50:11

**duly** 4:3

**duties** 15:17,18

**duty** 36:10

**dying** 74:7

———

**E**

**earlier** 5:17 55:5
69:21

**education** 8:14

**emergencies** 34:2
40:8 74:6

**emergency** 21:25
26:5 32:23,24 33:4,9
37:25 38:25 39:10
60:25 61:14 65:23
70:23,25 71:9,12,17
72:12,17,20,22,23

**employed** 6:13

**employees** 15:19

**end** 36:19 56:2 67:5

**enforcement** 9:5

**enter** 56:8 63:2,7,14
64:15 65:15 66:8

**entered** 21:13 63:6,
7 64:17 65:19

**entering** 27:7 56:8

**enters** 66:24

**entries** 21:4,5

**entry** 47:23 48:4
50:5 56:15

**escort** 33:3,16

**estimate** 51:17

**evaluation** 34:6

**exact** 74:4

**EXAMINATION** 4:5

**examined** 4:4

**exhibit** 18:19,22
24:19,20,23 47:8,12
57:4 60:12

**exhibits** 57:9,11
75:23,24

**experience** 70:21
74:25

**Explain** 23:13

**eye** 35:13 53:6

**eyes** 37:4

———

**F**

**fair** 41:5 58:14

**fall** 37:11

**familiar** 18:3

**February** 6:16,23

**fight** 22:1

**fighting** 60:23

**fill** 32:17 62:6 65:18

**filled** 62:7

**filling** 65:12

**find** 72:12

**fingerprint** 12:24
13:2

**fingerprinting**
12:23

**finish** 46:8,19

**finished** 46:23

**finishes** 14:14

**fit** 54:15

**fix** 20:25

**flashlight** 37:4

**follow-ups** 29:14

**followup** 29:18
59:16 68:25

**food** 27:10

**force** 22:1,20 64:8

**form** 10:12 11:5,11
12:5 14:4,20 17:22
20:1,15 23:12,24
27:18 30:3 31:15,22
32:14,18 34:3,20
35:21 37:15 38:5
39:4,17 40:9 41:9
42:6 43:14 45:5,18
48:6 50:25 51:8 55:8
58:10 59:14 60:2
62:18,22 63:3,4 64:2
66:22 68:8 69:2
73:15 74:8

**formal** 15:14 36:16
59:18

**found** 72:15

**foundation** 14:5
20:16 27:23 28:5,17
29:9 30:21 31:4
35:22 38:6 43:15,21
45:6,19 48:21 55:9
57:14 58:2,17 60:3
61:24 62:12 64:18
65:7 70:24 71:13
74:20 75:7

**front** 68:16

**full** 40:16,18,23

**function** 62:9 64:3

———

**G**

**gave** 5:20

**general** 11:21 22:19
29:5,7,22,25 54:11

**generally** 67:11

**generate** 62:10,24
66:9

**generated** 48:25
61:19 64:12 65:2,5
66:3,19,20,25

**generates** 65:21

**generic** 10:15

**gentleman** 70:5

**give** 4:16 5:2 18:23
24:24

**giving** 73:9

**good** 4:7,8 5:4

**Goodwill** 7:6,10

**Gotcha** 52:20

**graduate** 8:22

**Grow** 7:14,15,21

**growers** 8:13

**guess** 16:6 56:10
60:5

———

**H**

**hallway** 51:24

**hand** 47:11 60:12

**handed** 57:25

**handing** 18:22
24:23 57:17

**handle** 26:20

**hangnail** 29:19

**happen** 18:4 26:25
36:9 42:5 49:7

**happened** 16:20
41:20 43:11 48:14,
16 60:1 61:9 63:11
65:22 69:7,10

**happening** 72:16
74:11,14

**hard** 14:14,15

**head** 5:10

**headache** 32:17,20

**heading** 54:11

**health** 10:11,14
11:3,8,15,17,18

12:3,8 13:9,22,25
15:25 16:2 31:20
34:14,19,23 35:3,5,8
36:15 50:16 54:3,4,
7,10 55:1,23 74:15

**healthy** 28:15,19

**hear** 9:10 72:17

**held** 24:11

**helped** 46:2 55:3

**highest** 7:1 8:14

**highly** 43:23 44:10

**HIPAA** 28:1 73:1

**hired** 7:8 9:18

**hit** 56:8 64:7

**Home** 8:2,5,11

**hospital** 22:5,7

**hours** 13:19 35:14
67:4

**housed** 27:22 28:23
29:4 36:6

**housing** 17:6 25:22,
23 26:6,9,13 27:5,
11,16 28:12,24 29:5,
7,22,25 30:10,14,16
34:8 35:7,11 42:25
43:2 44:15 47:4
49:7,9,10,11,12,16

**human** 39:13

**hypothetically**
71:22

**I**

**ID** 66:17

**idea** 28:11

**identification**
12:24 13:2 18:20
24:21 47:9 57:5

**ill** 10:6 50:21

**IM** 30:18 34:14 36:14

**in-depth** 55:19

**incident** 6:7 20:22
21:21,24 22:16,25

23:7 48:20,24 56:23
57:7 60:17,18,20,21
61:1,2,4,8,13,19
62:4,16,25 63:18,20
65:20 68:22 69:1,7,
9,23 70:10 73:14

**incidents** 69:22

**included** 46:10

**independent** 73:18

**individual** 30:12

**Industries** 7:6,10

**influence** 5:25

**informal** 15:15
46:16 55:4 59:13,16

**information** 8:5
63:8 65:16 66:5

**informed** 60:6

**initial** 4:11 19:6

**inmate** 10:8 16:23
26:21 27:1 28:4,11
29:7 30:19 31:13,19
32:24 33:6,16 34:14,
18 36:15 38:1 48:10,
19,25 71:21 72:21,
22,23 74:18 75:1

**inmate's** 35:5 36:5

**inmates** 10:6 13:16
27:14 29:22,24 32:4,
7 35:19 43:10 49:19
50:16 53:6 55:22
60:23 74:6

**inquest** 4:18,20
5:19,20 16:15 73:24
75:6

**inquests** 74:5,18
75:1

**inquisition** 5:18

**inspection** 44:8,13,
23 45:1 50:10

**inspections** 43:9
45:3,17 52:24 56:18

**instance** 71:16

**instances** 24:7
57:24 58:7

**instruct** 63:2

**instructed** 45:15

**instruction** 10:19
68:18

**instructions** 11:3
36:5 68:19

**intakes** 13:3

**interact** 14:2 17:17

**interacted** 11:9

**interactions** 14:10

**interested** 13:15

**interrupt** 56:25

**interval** 40:25 41:23

**intervals** 37:6 44:3

**intervention** 13:8
24:5 53:22,24 54:1,
9,22

**Intoximeter** 5:22
16:10,12

**involved** 14:24
15:23 22:2,20,21
29:19 61:7,11 75:2

**involvement** 16:15
75:13

**involves** 28:1 61:5

**issue** 29:8,17 31:17

**issues** 11:19 12:3
28:14 50:17 55:23

**J**

**J-U-L-I-E** 4:11

**jail** 4:18,22 6:14,24
7:5 8:25 9:4,8,15
12:12,20,24 13:3,21,
23 14:1,3,18 15:2,20
16:5,14,21 17:5,7,9,
18,21 20:21 24:11
25:15,17 42:22,23
45:10,11 46:2 47:14,
15,17 48:11 53:20
58:7,16 59:2 60:1,9
69:6,17 74:7,12,14,
16 75:12

**job** 8:5

**jobs** 8:13 9:5

**Join** 14:7 20:17
27:24 28:6 29:2
31:5,24 35:23 37:16
38:7 39:5,19 40:11
45:7,20 48:22 64:19
65:8 71:14 74:22

**joined** 14:9

**Julie** 4:2,11

**K**

**keeping** 18:12
19:20 45:10,11

**kind** 5:8 11:14 13:17
31:20 32:4 34:10
35:16 47:12 55:7
63:24

**knew** 30:1

**knocking** 37:24

**knowledge** 31:7
40:12 50:23 75:3

**knowledgeable**
55:2

**KUGLER** 10:12
11:5,11 12:5 14:7,20
17:22 20:1,17 23:12,
24 27:24 28:6 29:2
30:3 31:4,15,24
32:14 34:3,20 35:23
37:16 38:7 39:4,17
40:11 41:9 42:6
43:14 45:4,7,20
48:6,22 50:25 51:8
55:8 56:25 58:10
59:14 60:2 62:18
63:4 64:19 65:8
66:22 68:8 69:2
70:14 71:13 73:15
74:8,22 75:7,19

**L**

**labor** 72:21

**labored** 38:23

**larger** 44:15

**law** 9:5

**lawn** 7:13,14

**laws** 10:8

**Leading** 6:4

**learn** 12:23 15:16

**learned** 54:23

**learning** 10:5

**leaving** 6:23

**lecture** 55:24

**left** 56:10,13,15

**legal** 22:11

**legs** 5:4

**level** 8:14

**lieutenant** 7:2
14:23 15:6,10,12,16
20:24 21:15 22:18,
23 36:10 42:1,3,8,12
61:5 62:3 63:17
64:15 66:2 74:12
75:10

**lieutenants** 21:10,
22

**lifting** 50:2

**light** 37:3

**Limited** 18:14

**listed** 30:8 56:2
57:12 61:18

**listening** 55:23

**lists** 70:18

**literally** 35:25 75:10

**Lock-up** 36:14

**log** 21:4,5 41:24
42:1,3,19,22,23
44:2,19,25 45:3
46:2,25 47:14 48:2
50:8 62:17 64:22

**logged** 44:22

**logging** 47:3

**logs** 12:12 15:20
19:4 20:8,11,21
21:11,16 23:10,17
25:18 42:13 45:10,

11 47:15,18 62:20

**long** 6:23 7:7 8:6,24 12:8 15:3 40:14 41:3 42:24 51:16,21 56:4, 9 69:12

**longer** 6:15 41:6 44:12

**looked** 37:14 47:18 57:9 73:14

**lot** 54:24 71:5

**Lowe's** 7:17,18,19 8:1

**Ls** 8:20

---

**M**

**made** 56:14 57:16, 17

**main** 49:18

**maintain** 12:12 25:9

**maintaining** 20:8 25:17

**maintenance** 26:11

**major** 60:18,20,21, 24,25 61:2,4,8

**make** 5:11 21:6,11 37:2,10,11 42:18,21 46:10 49:19

**makes** 29:4

**management** 8:13

**mandated** 9:25

**March** 7:3 67:8 73:10,19

**marked** 18:18,19,22 24:18,20,23 34:12 47:8,11 57:4 60:12 61:21 63:20

**marketing** 8:12

**materials** 54:25

**matter** 13:14 25:12

**means** 49:20 52:4

**meant** 16:13 37:3

**med** 51:13

**med-compliant** 50:18

**medical** 10:14,15 11:10,14,15,21 12:3 14:2,10,19 17:17 21:25 23:21 24:3,8, 16 27:22 28:1,13,22 29:3,7,13,20 30:1,2 31:11,13,17,20 32:1, 4,6,7,11,12,13,16, 17,19,22,24 33:4,5, 8,9,11,20 34:2,5 36:5 37:25 38:4,20, 25 39:10 40:8 50:23 51:6,18,22 52:19 60:25 61:14 65:23 67:17 70:22,25 71:9, 12,17 72:12,17,20, 21,23 74:6

**medicated** 50:18,19

**medications** 29:18 55:1

**meds** 50:17

**mental** 10:11,14 11:15,17,18 13:9 15:25 16:2 50:16 54:3,4,7,8,10 55:1, 23

**mentally** 10:6 50:20

**mentioned** 18:11 21:20 38:20

**Merchandise** 7:13

**merchandising** 8:12

**middle** 4:11

**Milwaukee** 4:18 6:13 8:25 9:4,7,15 54:5 58:16 59:1 60:8 69:17 74:16 75:11

**minute** 43:12,20 51:20,24

**minutes** 38:14 40:19 41:7,13,18,21 44:19

**Miracle** 7:14,15,21

**missing** 42:20

**misstates** 23:24 39:17

**MKE** 47:21 50:3 61:21 64:10 65:4,17 66:3,15 70:13,15

**Mm-hmm** 12:16 25:7 34:13,16 44:21 47:22 50:7 60:15

**monitor** 35:8

**monitored** 36:13

**monitoring** 26:3 35:5

**Montano** 64:14,15 66:2

**months** 7:8 8:7

**morning** 4:7,8 67:7, 20 73:19

**moved** 18:10

**multiple** 27:2 31:23 33:10 53:16,21

---

**N**

**names** 74:13

**National** 13:9 16:1

**natural** 13:17

**nature** 26:17

**needed** 8:3 17:14 19:8 21:12 29:19 33:14,16 46:13 72:2

**nevermind** 23:20

**news** 60:5

**night** 49:21 69:13

**nodding** 5:10

**North** 6:18,20 7:12, 24

**notation** 42:19

**notice** 35:15

**noticed** 14:19 42:15 43:11

**notification** 60:9

**notified** 57:22 60:1

**number** 41:2 65:21 74:4

**numbers** 34:10

**numerous** 61:17

**nurse** 49:25

**nurses** 33:22 35:10, 18 68:16

**nurses'** 51:10

**nursing** 11:9 51:5, 18,23

---

**O**

**oath** 4:3

**object** 10:12 19:12 20:15 31:22 37:15 40:9 43:14

**objection** 11:5,11 12:5 14:4,20 17:22 20:1 23:12,24 27:18, 23 28:5,17,25 29:9 30:3,21 31:4,15 32:14 34:3,20 35:21 38:5 39:4,17 41:9 42:6 43:21 45:4,5,18 48:6,21 50:25 51:8 52:9 55:8 57:14 58:1,10,17 59:14 60:2 61:24 62:12,18 63:4 64:18 65:7 66:22 68:8 69:2 70:24 71:13 73:15 74:8,20 75:7

**observation** 36:24, 25 39:7

**observe** 38:22 40:15 56:20

**observed** 44:9

**obvious** 19:14

**occasion** 59:22

**Occasionally** 17:13 29:13

**occupied** 71:18

**occurred** 66:11 75:16

**occurrence** 48:4

**October** 19:16

**office** 24:13

**officer** 7:4 10:1,5 14:23 18:14 29:12 42:9,21 46:12 53:3 55:2 65:25 66:1,17, 24 70:19 71:1,8

**officers** 15:24 33:6 45:24 54:7 60:23 61:7 70:22 71:5,23 72:18 73:25 74:3

**offices** 51:10

**on-site** 55:14

**on-the-job** 55:4

**one-time** 13:5 53:16

**open** 9:10,12

**Operating** 5:25

**operator** 5:23 16:10,12

**opposed** 13:12 17:18 26:12 27:4,11 28:12,24 31:3,8 65:5

**option** 18:7

**order** 39:9

**original** 19:24 75:23

**overwhelmed** 46:12

**OWI** 4:17 5:22,24

**oxygen** 33:14

---

**P**

**p.m.** 47:25 50:6

**pages** 57:11 66:17

**pain** 32:22,25 72:23

**paperwork** 10:18, 20

**paragraph** 67:3

**part** 7:25 17:8 51:18, 23 59:6

**partnered** 45:23

**parts** 65:4 66:3

**pay** 11:24

**people** 10:15 11:18, 22 18:10 22:4,5 26:20 27:21 28:15 30:13 32:11 40:7 41:2 44:11 54:8,13 68:15 71:23,25 72:1

**percent** 54:1 63:9

**perform** 43:8

**permanent** 54:4

**person** 22:8 32:9, 12,13,20 33:3 34:7 38:4,22 50:2 54:2 65:5

**personally** 39:20 44:20

**phrased** 55:11

**physically** 51:14

**pickups** 26:17

**place** 40:20

**pod** 26:8 27:7 30:11, 19,20,23 31:3,8 50:10,13

**pods** 27:4 30:6,8,10, 14

**point** 57:17 64:5

**police** 54:5,7

**policies** 55:16 57:8, 21

**policy** 55:14 57:12, 25 58:8,15 59:1,3,8, 21

**poorly** 55:11

**position** 7:10 18:15 31:12 75:11

**positions** 12:19

**post** 22:14 25:14

**posts** 72:3

**practice** 33:22

**preparation** 70:6

**preparing** 70:1

**pretending** 37:20

**pretty** 10:14

**prior** 7:12 9:4,15 16:8 23:25 34:17 39:18 60:5

**procedures** 55:17

**proceed** 65:16,18

**PROCEEDINGS** 4:1

**process** 18:5 21:6

**professionals** 14:11

**program** 64:22 65:2

**programs** 23:11

**promoted** 15:4

**proper** 65:22

**properly** 42:5,21

**provide** 32:4 33:13 49:24

**provided** 6:6 40:6

**provider** 33:21

**providers** 32:18

**providing** 22:5

**purposes** 37:19

**put** 13:14 24:13

**putting** 21:12 65:22

---

**Q**

**question** 5:1,12,13 14:14 19:13 31:23 40:10 41:22 46:20 55:11 58:21,22 74:24

**questions** 75:19

---

**R**

**radio** 32:23 71:1 72:13 73:2

**radios** 25:23

**rank** 7:1,3

**rarely** 60:21

**read** 54:25 58:20,22 59:23

**reason** 31:2,7

**reasonable** 39:12, 16

**Rebecca** 23:8 67:23 68:6

**recall** 23:19 25:19 26:16,25 27:2 30:6 34:21 35:1 36:4,7 41:8,10,19 43:22 45:2 48:13 49:4 56:21 57:23,24 58:3, 7,11 60:9,11 67:7,25 68:4,9,11,14,15,21, 22,24 69:3,8,11,12, 14,16,18 70:11,12 71:16 73:4,7,8 74:5, 9,11,14,17

**receive** 19:23 62:24

**received** 18:11 19:15 24:8 55:20 58:8 59:22 61:22 62:8 64:11 66:7 70:5

**recertification** 24:9,10

**recess** 57:3

**recognize** 47:12

**recollection** 25:8 41:12,17 58:24 73:18 75:4

**record** 4:10 18:12 19:20

**records** 12:24 18:12,14 19:4 20:8, 11 23:11,17

**refer** 30:10

**regular** 35:11 54:6 61:1

**regularly** 36:17

**regularly-scheduled** 43:9

**related** 22:25 23:11,

17 53:24

**remember** 8:10 11:2 12:6,10 16:3,7, 23 17:1 19:22,25 20:2 30:4 34:17 41:14,15 44:24 45:8 48:15,18 49:5 53:8 58:18,19,24 61:4,11 67:10,12,14,21 68:2, 6 73:2,13

**Remind** 8:24

**rephrase** 5:13 11:12 45:10 55:10 65:10 68:5 69:22 74:24

**report** 6:7 20:22 22:2,6,12,13,17,18, 25 23:6,7 48:20,24 49:15 56:23 57:7 60:17,18,20,21 61:1, 8,13,15,19 62:16 63:11,13,15,20 64:21,22 65:2,21 66:11,12,14 67:1 69:14,22,23,24 70:7 71:9 73:14

**reported** 35:17 36:8 67:12,16,18

**reporter** 14:15

**reporting** 19:21 65:20,24 66:1,16,24 67:7 73:13

**reports** 10:7 11:1 19:5 20:8,12 21:21, 24 22:9 23:11,17 61:2,4,6 62:4,25 63:18 65:13

**request** 29:13 32:17

**requesting** 31:19

**required** 43:8

**requires** 65:15

**resolved** 68:23

**respond** 11:23 33:6 38:2 48:10 49:18 54:7 71:2,3,11,17, 20,25 72:4,7,8

**responded** 33:8,11

54:12

**responder** 22:15

**responds** 71:2

**response** 31:14 37:23 48:4

**responsibilities** 15:17

**responsible** 35:5

**restraint** 52:1,2,23

**resume** 8:3

**retail** 7:6

**review** 6:4 21:6,11, 16 62:4 69:22,23

**reviewed** 21:22 22:18 42:1,3,19,23 55:16 56:24 60:14 63:17 64:14

**reviewing** 15:20 18:25 24:25 73:8

**revised** 19:16,24 20:5

**revisions** 57:12

**RIPP** 50:11 51:25

**role** 33:12 49:17

**roll** 57:18 59:4,5,6 60:9

**room** 29:15 40:21 71:19

**rotating** 17:25

**rounds** 36:24,25 44:19 51:13 56:19

**routine** 20:14

**row** 56:1

**rows** 48:5 50:5

**Rs** 8:20

**rules** 4:24

**run** 22:6

---

**S**

S-H-A-N-A-H-A-N

4:12

**sales** 8:12

**sanitation** 26:12

**scene** 34:7 61:18

**schedule** 17:25 18:5

**scheduled** 26:16 73:20 75:16

**schedules** 18:3

**Scott's** 7:13,14,15, 21

**scratch** 23:20 42:2, 11 69:20

**screaming** 68:12

**seconds** 43:23 51:20,24

**section** 10:13 23:16 34:14 62:6

**sections** 65:13,17

**secured** 49:20

**security** 22:5 23:11, 13,16,18 26:3 33:13 37:18 52:5

**selected** 13:12

**selecting** 18:8

**self-harming** 72:24

**sense** 27:6

**separate** 23:16

**service** 27:10

**Services** 19:4

**set** 18:3 30:16 41:3 51:25 52:22 56:5,20

**sets** 50:11

**setting** 18:5 52:4 53:5

**severe** 32:25 50:16 72:22

**severely** 50:20

**shaking** 5:10

**Shanahan** 4:2,11

**sheriff's** 9:22 24:13

**shift** 13:16,18 17:20 18:8 35:17 36:8,18, 19,21,23 38:13 53:2, 4 59:7 71:4 72:5

**shining** 37:3

**short** 22:6 57:1

**show** 62:22 63:25 64:5 71:23 72:2

**shows** 56:15

**sign** 59:19,22,24

**signature** 63:24

**signed** 59:24

**situation** 32:1,16 33:7 61:16

**situations** 26:5

**six-week** 12:4

**skills** 10:6

**sleeping** 39:13

**slip** 29:13

**small** 40:20 44:10, 13

**smaller** 53:11 72:6

**SMU** 17:12,15,18 25:10,14,18,21 26:6, 12 27:4,11,15,22 28:4,10,11,16,24 29:5,25 30:6,11,12, 20,25 31:3 33:19 34:18,24 35:4,9,18 36:6,8 39:11,23 40:4,7,15 41:6 43:12,19 44:25 47:4 49:6,10 51:6,11,19 52:17,18 53:11 67:7, 20 69:12 73:5,9

**SNA** 50:11

**speak** 5:5 6:11 38:10 69:6

**special** 13:16 24:15, 16 27:12 28:22 50:14,15,24 51:23 52:6,14,19 53:7,14, 25 54:21,23

**specialized** 12:18 13:1,7 18:15

**specific** 9:23 10:10 11:22 17:7 23:10 36:7 40:3 55:18 56:22 58:12 59:3 67:22 68:21 70:12

**specifically** 25:18 32:12 39:12 54:10 67:21 69:4 72:9

**Speculating** 42:7

**spell** 4:9

**SPND** 50:13

**spoke** 42:18

**stacks** 10:20

**staff** 11:10 14:2,19 17:17 32:6,9,19 33:5,9,11 38:21 50:23 51:5,6,18,23 57:17 67:17 72:6

**staffing** 14:24 18:9 51:12

**stand** 33:15 43:13 49:24 50:1

**stands** 52:1

**start** 36:19 44:3,22 45:1,15 46:11,16 56:1,7

**started** 13:25 15:2 16:5 18:7 40:2 44:7 45:23 53:18 56:7 59:25 70:1

**state** 4:9 9:25

**stating** 13:14

**station** 25:9,11,14

**stationed** 34:18 40:4 41:6 50:23 51:6 52:6

**statutes** 10:8

**stay** 34:8 73:5

**step** 13:17 15:7 49:6 65:10

**steps** 15:8,10

**stomach** 32:25

**stop** 45:15

**straps** 52:5

**stretch** 5:4

**strike** 19:9 20:10 35:3 47:16

**stuff** 10:9

**subject** 10:24

**submit** 62:16,20

**submitted** 20:23 64:20 69:24

**subsequent** 12:2, 14 58:9

**suicide** 48:11,19,25 49:3,16

**summary** 66:6

**supervised** 26:23

**supervising** 15:19, 23

**supervisor** 20:13, 23 66:1

**supervisors** 72:4, 10

**supplemental** 61:6

**supposed** 21:10 32:10 42:16 56:12

**surety** 63:9

**sworn** 4:3

**synopsis** 61:9

**systems** 26:3

---

**T**

**takes** 41:4 43:23

**taking** 13:25 64:2,4

**talk** 21:5 23:3 29:12 35:18 56:23 57:8 69:9 70:9

**talked** 16:1 55:15 59:9,10,12

**talking** 15:19 23:7

73:22

**taught** 46:25

**telephones** 25:20

**televisions** 26:1

**temporary** 54:3,15

**ten** 13:20 71:22,23, 25

**term** 16:7

**terms** 5:16 11:9 14:9,10 26:11 27:7

**Terrill** 16:24 73:22, 24

**Terry** 23:8 34:12 67:23 68:6 73:5,9

**test** 10:24 11:1 19:20

**tested** 19:11

**testified** 4:4 47:6

**testify** 73:25 75:5

**testifying** 5:17

**testimony** 4:14,16 5:21 16:8 23:25 39:18

**tests** 10:22 11:3

**text** 48:2 50:8

**theory** 43:16

**thing** 5:1,8 8:3 12:1 15:20 22:10,22,24 63:6,10

**things** 11:21 46:13

**Thinking** 58:6

**Thomas** 16:24 73:23,24

**till** 69:15

**time** 4:22,25 5:6,20 7:18,25 14:16 18:23 20:20 21:8 40:24 41:3 49:21 51:1 56:1,2 57:22 58:4 61:22,23 62:8,17,20 63:2,5,11 64:10,11 65:20 66:7,10,11 68:7 73:23

**timer** 44:3 45:16

**times** 27:2 33:10 35:9 36:1,3 41:5 43:18 44:24,25 48:13,17 51:1,2,7 56:4,12 69:16

**timestamps** 62:11

**today's** 6:4

**told** 5:17 8:2 33:15 65:13 72:3

**top** 57:10

**topics** 54:20

**track** 55:7

**trade** 45:25

**train** 55:3

**trained** 20:7 25:9, 17,20 26:21 31:14, 21 32:3,6 39:9 45:3 53:18,20 54:17 65:12 66:8

**training** 9:16,19,21, 22 10:2,10 11:4,8,14 12:2,8,11,14,18 13:1,5,7,8,10 14:1 15:13,25 17:14 18:11 19:3,6,16,17 23:10,17,22 24:3,5, 8,15 25:5,13 26:5 28:19 31:12 34:17, 23 39:3,23,24 40:4,6 45:11,14 46:16 53:13,16,23,24 54:18,20,23 55:4,7, 14,19 58:9,15,25 59:5,11,13,17 62:24

**trainings** 10:17 12:22 15:15 53:17

**transcript** 4:1 75:24

**transcripts** 75:25

**transferred** 29:25

**transporting** 22:4

**treat** 11:22

**treatment** 29:20

**turning** 21:20 37:3

**type** 11:25 15:20 22:22,24 23:6,10 29:16 41:2 44:7 54:2 61:16 66:5

**typed** 65:1 66:5

**types** 10:2

**typical** 47:15

**U**

**undergo** 9:16

**understand** 5:12 11:16 38:15 41:22 45:19

**understanding** 28:3

**understood** 5:14 59:20

**unit** 17:6 24:16 25:22 28:12,23,24 34:8 35:7,11 43:1,2 44:10,13 49:7,9,10, 11,16 50:14,15,21, 24 51:23 52:7,19 53:3,8,11,14,25 54:21 55:18

**units** 25:24 26:6,9, 13 27:5,11,16 30:10 44:15 47:4 49:12

**University** 8:17

**unresponsive** 37:25

**update** 58:9 59:20

**updated** 57:12,21 58:8,15,25

**upset** 54:14

**user** 47:24

**V**

**Vaguely** 67:11

**varied** 17:11 30:15 33:17

**variety** 8:12

**verbal** 5:9 54:18

**version** 19:23 20:5 25:2,3

**versus** 27:7 29:5 39:14 55:23 59:13

**W**

**wait** 14:13 63:14

**waiting** 68:17

**waking** 38:9

**walk** 43:24

**wanted** 18:8 19:8 20:5 55:2

**watched** 22:7

**week** 33:23

**weeks** 9:18,21 10:3

**Wenzel** 64:17 70:9

**wholesale** 8:13

**work** 6:15,17 7:5,7, 11,16,19 8:1,6 17:8, 12,15,20 18:8 24:15 25:9,11,14 39:23 53:14,21 54:6,21 75:11

**worked** 8:11,24 13:15 17:8,11 35:9, 25 38:12 43:19 48:11 53:20 54:24 58:6,16 59:1

**worker** 27:1

**workers** 26:21

**working** 4:22 6:18, 24 7:5 9:15 13:21 15:2,16 16:5,21 25:12 28:10 29:23 34:24 40:7 45:24 53:25 59:25 60:8 75:15

**wristband** 37:5

**write** 10:7 20:22 22:13 63:12,15 65:14

**writes** 61:5

**writing** 11:1

**written** 10:17 21:21, 24 22:12 23:8 48:20 49:2 61:2,15 65:5

**wrote** 22:6,17

**Y**

**year** 6:16 7:19 8:22

**years** 4:21 6:25 9:1 17:2 53:21 58:6

**yelling** 68:12