# Rebecca Terry v. County of Milwaukee, et al.

17CV1112

Transcript of the Testimony of:

## Amika Avery

April 5, 2018





**EXHIBIT 44**

### Page 20

1 A No.
2 Q And you don't remember one way or the other whether
3 she responded to you?
4 A No.
5 Q Did anybody ever come to you after March 10th --
6 well, on March 10th or after March 10th, and ask
7 you about your interactions with Ms. Terry?
8 A No.
9 Q Have you ever seen any reports about what happened
10 to Ms. Terry?
11 A No.
12 Q Have you ever heard of another inmate giving birth
13 to a baby in the jail?
14 A Yes.
15 Q And were you involved in any way in that incident?
16 A Yes.
17 Q And can you tell me what your involvement was in
18 that incident?
19 A Assigning an inmate to a housing unit when she gave
20 birth.
21 Q And which inmate are you talking about?
22 A Inmate Swazer (phonetic).
23 Q Did you have any other interaction other than
24 assigning her to a housing unit?
25 A No. Can I restate that?

### Page 21

1 Q Sure.
2 A Yes, I did.
3 Q Okay. What else?
4 A I escorted her to the new housing assignment.
5 Q Once you're done escorting -- well, let me ask, is
6 that a full job escorting someone -- escorting
7 people back and forth?
8     MR. ARNOLD: Objection.
9     THE WITNESS: Yes.
10     MR. ARNOLD: I'm just going to object,
11 it's vague. What do you mean by a full time?
12     MR. RAUSCHER: That's a fair objection.
13 Q Once you're done escorting an inmate to where
14 they're supposed to be, do you have any further
15 interaction with that inmate?
16 A No.
17 Q Do you know what your assignment was on the third
18 shift, March 10th, 2014?
19 A No.
20 Q Is escorting inmates back and forth an assignment
21 for a shift?
22 A Yes.
23 Q And so does the fact that you escorted Ms. Terry
24 suggest that you were assigned to escort inmates?
25 A Yes.

### Page 22

1 Q Are there times when you're assigned to escort
2 inmates and do other jobs?
3 A Yes.
4 Q Do you know what determines whether you're going to
5 have other responsibilities?
6 A No.
7 Q You don't know what determines that?
8 A Let me restate that.
9 Q Okay.
10 A Our master control officers will let us know if we
11 need to do other duties that are available in the
12 jail.
13 Q Okay. So someone tells you, but you're not aware
14 of any other policy of why you might have other
15 duties one night and not on a different night?
16 A No.
17 Q What shift do you currently work?
18 A Second shift.
19 Q How long have you been on the second shift?
20 A A month as of April 4th.
21 Q Were you on third shift up until a month ago?
22 A Yes.
23 Q Do you know whether there's any policy at the jail
24 about accepting inmates upon return from the
25 hospital?

### Page 23

1 A Can't remember.
2 Q Have you ever received any training from Armor?
3 A No.
4 Q Do you know what Armor is?
5 A Yes.
6 Q What's Armor?
7 A It's our medical staffing that provides medical
8 attention with doctors, nurses, nurse
9 practitioners.
10 Q Have you ever been invited to attend any training
11 that Armor is conducting?
12 A No.
13 Q And have you ever read any of Armor's policies for
14 the Milwaukee County Jail?
15 A No.
16 Q Have you ever seen any of Armor's policies for the
17 Milwaukee County Jail?
18 A Not that I remember, no.
19 Q **Have you ever received any medical training while**
20 **you worked at the Milwaukee County Jail?**
21 A **Yes.**
22 Q And tell me what training -- what medical training
23 you've received at the jail?
24 A If I could restate that?
25 Q Sure.

## Page 24

1  A   We had a nurse come up to the academy when I was in
2      the process of graduating, basically gave us
3      insight on what to do as far as helping the
4      inmates.
5          And, um, went over slideshows, and just
6      basically stating what Armor do. At the time it
7      was Milwaukee County. Let me restate that. It was
8      Milwaukee County, it was not Armor.
9  Q   So you -- when were you at the academy?
10 A   I was at academy June -- No, excuse me, let me
11     restate that. January of 2013.
12 Q   Did you receive any -- you said there were slides,
13     slideshows?
14 A   Yes.
15 Q   Did you get copies of those slideshows?
16 A   No.
17 Q   Do you remember the contents of the slideshows?
18 A   No.
19 Q   Do you remember which nurse provided that training?
20 A   I just remember her first name was Lisa.
21 Q   Does she still work at the jail?
22 A   No.
23 Q   Do you know when she stopped working at the jail?
24 A   No.
25 Q   Has anyone from Armor ever told you when you should

## Page 25

1      be informing medical personnel about inmate
2      illnesses?
3  A   No.
4  Q   Has anyone from Armor ever told you about when you
5      should inform medical about any inmate complaints
6      about medical issues?
7          MR. ARNOLD: Did you say has anyone from
8      Armor ever told you that?
9          MR. RAUSCHER: Yeah.
10         MR. ARNOLD: Thank you.
11         THE WITNESS: No.
12 BY MR. RAUSCHER:
13 Q   Do you have discretion whether to decide to call
14     medical?
15 A   No.
16 Q   How do you decide whether you should call medical?
17 A   I call medical any time an inmate is stating
18     they're having any kind of discomfort.
19 Q   You call medical immediately?
20 A   Yes.
21 Q   So if an inmate says their finger hurts, you call
22     medical immediately?
23 A   I'll contact the clinic, or I'll have the inmate
24     fill out a medical form.
25 Q   And what do you do if you have the inmate fill out

## Page 26

1      the medical form? What do you do with the form?
2  A   Then the form gets turned over to Armor.
3  Q   So you'll never just ignore an inmate if they
4      complain to you?
5  A   No.
6  Q   But you won't always call medical immediately; is
7      that right?
8  A   I'll contact the clinic and let the clinic medical
9      assistant pass on the message, and let the nursing
10     staff decide if they're going to handle it, or if
11     the inmate needs to fill out a medical form.
12 Q   So before you give a form, you will call the
13     clinic?
14 A   Yes.
15 Q   No matter how small the complaint seems to
16     somebody?
17 A   Yes.
18 Q   Someone says, "I have a headache," you'll call
19     medical immediately?
20 A   Yes.
21 Q   If someone says, "I want a Band-Aid," you'll call
22     medical immediately?
23 A   I'll inform the inmate at that time when the
24     medical nursing staff comes to pass out med pass,
25     to ask for a Band-Aid.

## Page 27

1  Q   So if something seems minor, you won't call medical
2      immediately?
3  A   No, I won't.
4  Q   If something seems more major, you will call
5      medical immediately?
6  A   Yes.
7  Q   And nobody has ever told you when something is?
8      Has anybody ever told you when a condition or a
9      complaint is considered serious enough that you
10     should call medical?
11 A   Yes.
12 Q   Who has told you?
13 A   The training that I received at the academy.
14 Q   In January 2013?
15 A   Yes.
16 Q   From a Milwaukee County nurse?
17 A   Yes.
18 Q   And what did that nurse tell you about when you
19     should be calling medical?
20 A   Let me restate that. Actually, it was the
21     correctional officer that told us that, that was
22     training us. And the lieutenant, the training
23     lieutenant.
24 Q   Okay. Who were those people?
25 A   At the time it was Lieutenant Washington and

Page 28

1      Officer Shot-Schneider (phonetic).
2 Q   Shot-Schneider?
3 A   Shot-Schneider.
4 Q   Okay. Is that the first name "Shot", or that's a
5      last name?
6 A   Her last name.
7 Q   Okay. Do you know Lieutenant Washington's first
8      name?
9 A   No.
10 Q   Were they both lieutenants?
11 A   No.
12 Q   Okay, what was Shot-Schneider's title?
13 A   She was a correctional officer at the HOC.
14 Q   Was Lieutenant Washington at the jail?
15 A   He was at the training academy.
16 Q   Okay. What did Lieutenant Washington and
17      Lieutenant -- and CO Shot-Schneider tell you about
18      when you should be calling medical?
19 A   ==They informed us any time someone has any medical==
20      ==attention that's needed, that's highly important,==
21      ==and we're not medical, to inform medical and let==
22      ==medical decide if medical attention is needed.==
23 Q   Now, did they tell you how to decide whether
24      medical attention was needed?
25 A   Just basically more like if inmates are complaining

Page 29

1      about difficulty breathing, if inmates having
2      severe chest pains, if a female inmate is
3      complaining about labor pains, or complications in
4      her pregnancy. It was just basically major medical
5      attention.
6 Q   And do you remember specifically being told at that
7      training that if a female is complaining about
8      labor pains --
9 A   It was just basically major.
10 Q   I want to know if you were specifically being told
11      that if a female complains of labor pains, you
12      should immediately call medical?
13 A   No.
14 Q   Which conditions do you recall being told
15      specifically, if you were told about these by an
16      inmate, call medical immediately?
17 A   Mainly chest pains -- let me restate that. Just
18      any major medical.
19 Q   They just said major medical?
20 A   Major.
21 Q   They didn't describe what major medical means?
22 A   They used examples of different inmates having --
23      in the training, issues with any type of medical
24      situations.
25 Q   What examples do you remember?

Page 30

1 A   Asthma. There was a case about a lady having an
2      asthma attack. Cases about inmates having chest
3      pains. Difficulty breathing.
4 Q   But in your experience, you'll call medical for
5      conditions that are far less serious than those?
6 A   Yes.
7 Q   Have you observed other CO's practices?
8 A   No.
9 Q   In your experience, do inmates fake conditions
10     frequently?
11 A   No.
12 Q   No. So if they say there's a complaint, it's
13     usually legitimate?
14 A   Yes.
15 Q   Do you know if other correctional officers share
16     your view on that?
17       MR. ARNOLD: If you know.
18       THE WITNESS: Yes.
19 BY MR. RAUSCHER:
20 Q   Yes, they do share your view that if inmates
21     complain, it's legitimate?
22 A   We have to call medical regardless, yes.
23 Q   Well, you -- I'm not asking if you have to call,
24     I'm asking typically in your experience, if inmates
25     complain about something, are they legitimately

Page 31

1      complaining, or do inmates frequently --
2 A   Yes.
3 Q   They are legitimately complaining?
4 A   Yes.
5 Q   Do you know if other officers share your view on
6     that?
7 A   Yes.
8 Q   Yes, other officers who you know also are of the
9     view that if inmates are making medical complaints,
10     the complaints are legitimate?
11 A   Yes.
12 Q   Have you ever been reprimanded for missing
13     inspections?
14 A   No.
15 Q   Are you aware of any other officers being
16     reprimanded for missing inspections?
17 A   No.
18 Q   Have you ever skipped doing an inspection?
19 A   No.
20 Q   Are you aware of any officers who have skipped
21     doing inspections?
22 A   No.
23 Q   Let me -- let's mark this as Exhibit 2. This is
24     the roll call announcement.
25      (Exh. 2 marked for identification.)