Rebecca Terry vs County of Milwaukee, et al.

17-CV-1112

Transcript of the Testimony of:

# DASHYLA ELLIOTT

April 24, 2018





**EXHIBIT 45**

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF WISCONSIN

 3   -------------------------------------------------------

 4   REBECCA TERRY,

 5              Plaintiff,

 6     -vs-                        Case No. 17-CV-1112

 7   COUNTY OF MILWAUKEE, et al.

 8              Defendants.

 9   -------------------------------------------------------

10

11

12              Deposition of DASHYLA ELLIOTT

13              Thursday, April 24th, 2018

14                    10:03 a.m.

15                       at

16           LEIB, KNOTT & GAYNOR, LLC
        219 North Milwaukee Street, Suite 710
17              Milwaukee, Wisconsin

18

19

20       Reported by:  Wendy L. Hanneman, RPR

21

22

23

24

25
```

Page 2

```
 1            Deposition of DASHYLA ELLIOTT, a witness in
 2   the above-entitled action, taken at the instance of the
 3   Defendants, pursuant to the Federal Rules of Civil
 4   Procedure, pursuant to notice, before WENDY L. HANNEMAN,
 5   Registered Professional Reporter and Notary Public in
 6   and for the State of Wisconsin, at LEIB, KNOTT & GAYNOR,
 7   LLC, 219 North Milwaukee Street, Suite 710, Milwaukee,
 8   Wisconsin, on the 24th day of April, 2018, commencing at
 9   10:03 a.m. and concluding at 11:42 a.m.
10
11   A P P E A R A N C E S:
12        LOEVY & LOEVY, by
               Ms. Aisha N. Davis
13             311 North Aberdeen Street, 3rd Floor
               Chicago, Illinois 60607
14             Appeared on behalf of the Plaintiff.
15
          LEIB, KNOTT & GAYNOR, LLC, by
16             Mr. Randal N. Arnold
               219 North Milwaukee Street, Suite 710
17             Milwaukee, Wisconsin 53202
               Appeared on behalf of Defendants, County of
18             Milwaukee, David A. Clarke, Jr., Officer
               Brian Wenzel, Carolyn Exum, Morgan Bevenue,
19             and Margaret Hoover.
20
          HINSHAW & CULBERTSON, by
21             Ms. Mollie T. Kugler
               100 East Wisconsin Avenue, Suite 2600
22             Milwaukee, Wisconsin 53202
               Appeared on behalf of Defendant, Armor
23             Correctional Health Services.
24
25
```

Page 3

```
 1                  I N D E X
 2   EXAMINATION                          PAGE
 3   MS. DAVIS                            4, 78
 4   MR. ARNOLD                           74
 5   MS. KUGLER                           76
 6
 7               E X H I B I T S
 8   NO.      DESCRIPTION          PAGE IDENTIFIED
 9   Exh. 1   Logs, records and
              reports policy               16
10
     Exh. 2   Updated logs, records and
11            reports policy               18
12   Exh. 3   Detention Bureau Infirmary IM 8   20
13   Exh. 4   Updated Detention Bureau Infirmary
              IM 8                         24
14
     Exh. 5   Supervise "Special" Needs
15            Inmates/Crisis Intervention  28
16   Exh. 6   Jail health care training guide   33
17   Exh. 7   Health care PowerPoint       35
18   Exh. 8   Monthly shift assignments    39
19   Exh. 9   Jail log                     43
20   Exh. 10  Jail log                     48
21   Exh. 11  Incident report             54
22
23   (Exhibits were retained by the court reporter.
24     Originals attached to original transcript and
25          copies to copy transcripts.)
```

Page 4

```
 1            TRANSCRIPT OF PROCEEDINGS
 2            DASHYLA ELLIOTT, called as a witness
 3   herein, having been first duly sworn on oath, was
 4   examined and testified as follows:
 5            E X A M I N A T I O N
 6   BY MS. DAVIS:
 7   Q   Good morning.
 8   A   Good morning.
 9   Q   Could you please state and spell your name for the
10       record?
11   A   Dashyla Elliott.  D-A-S-H-Y-L-A.  Elliott,
12       E-L-L-I-O-T-T.
13   Q   Have you ever been deposed before?
14   A   No.
15   Q   Okay.  So I'm just going to let you know a couple
16       of the rules.  The first is that we have to not
17       talk over each other.
18   A   Mm-hmm.
19   Q   So I'm going to ask a question, you're going to
20       answer.  I'm not going to interrupt you, you're not
21       going to interrupt me.  If you ever need a break
22       for any reason, just let me know.  And the only
23       reason that we might pause on a break is if there's
24       a question that's been asked, so you just give us
25       the answer, and we'll take a break.
```

Page 5

```
 1            If you don't understand a question, let me
 2       know, I'll rephrase it.  And if you answer, I'm
 3       going to assume that you understood what I was
 4       asking.
 5   A   Okay.
 6   Q   And then answers need to be verbal as opposed to
 7       nodding or shaking your head.  I do that as well,
 8       so.  Just got to be very audible with our answers.
 9       And, then, have you ever been a defendant in a
10       lawsuit before?
11   A   Correct.
12   Q   Okay.
13   A   Health care, you know, bills.
14   Q   Mm-hmm.  Okay.  And have you ever testified in
15       court before?
16   A   No.
17   Q   Okay.  Leading up to the deposition -- well, before
18       we started, I was handed a couple documents that I
19       was told you reviewed leading up to the deposition.
20   A   Yes.
21   Q   Are those the only two documents?
22   A   Yes.
23   Q   And that would be a jail log marked Milwaukee
24       County 175, and the incident report, Milwaukee
25       County Pages 11 through 14?
```

Page 6

```
1   A    That's correct.
2   Q    Okay.  Where are you currently employed?
3   A    Outagamie County Sheriff.
4   Q    Outagamie County.  What state is that?
5   A    It's in Wisconsin.
6   Q    I'm only asking because it's Allegheny County out
7        in Virginia.
8   A    Oh, okay.
9             MS. KUGLER:  It's Outagamie County.
10  BY MS. DAVIS:
11  Q    Oh, could you spell that for me?
12  A    O-U-T-A-G-A-M-I-E.
13  Q    What are you currently doing with Outagamie
14       County?
15  A    Telecommunicator, dispatch.
16  Q    Is that with a particular department, or is it a --
17  A    With the sheriff's office, I'm sorry, yes.  Mm-hmm.
18  Q    And prior to working with Outagamie County, what
19       was your position?
20  A    I was a correctional officer.
21  Q    When did you stop doing that?
22  A    In January of this year.
23  Q    When did you start?
24  A    February of '12.  2012.
25  Q    Okay.  And was that all with the Milwaukee County
```

Page 7

```
1        Sheriff's Office?
2   A    Yes.  But it was -- I started out at the Milwaukee
3        House of Corrections.  It was all under the
4        Milwaukee County Sheriff's Office at the time,
5        though.
6   Q    Okay.  So you started in February of 2012 at the
7        Milwaukee County House of Corrections?
8   A    Yes.
9   Q    How long were you there?
10  A    Until November of 2012.
11  Q    And then where did you go?
12  A    To Milwaukee County Jail.
13  Q    And were you there throughout -- until January
14       2018?
15  A    Yes.
16  Q    Okay.  When you left the Milwaukee County Jail,
17       were you a corrections officer, or were you
18       promoted at any point?
19  A    I was a corrections officer.
20  Q    Prior to working with the Milwaukee County Jail,
21       where did you work?
22  A    I worked for Aldi, Inc.
23  Q    How long did you work there?
24  A    February 2010 until February 2012.
25  Q    Okay.  And prior to working with Aldi, where did
```

Page 8

```
1        you work?
2   A    Loft.  It was called Ann Taylor Loft at the time.
3   Q    Mm-hmm.  And how long did you work there?
4   A    October of 2006 until December 2010.
5   Q    Okay.  Where did you work before that, if you
6        remember?
7   A    Dillard's.  It was a department store.
8   Q    Mm-hmm.  Any other jobs prior to that?
9   A    Best Buy.  This is all part-time jobs in college.
10  Q    Okay.  Was Dillard's part time as well?
11  A    Yes.  The only full-time job I had was Milwaukee
12       County Jail.
13  Q    Okay.  Got it.  And when did you graduate from
14       college?
15  A    In 2005.
16  Q    What college did you go to?
17  A    UW-Milwaukee.
18  Q    So prior to working with the Milwaukee County Jail,
19       did you have any prior correctional officer
20       experience?
21  A    No.
22  Q    Any other law enforcement experience?
23  A    No.
24  Q    When you were hired as a corrections officer with
25       Milwaukee County, did you undergo any training?
```

Page 9

```
1   A    Yes.
2   Q    Okay.  Was that the academy?
3   A    Yes.
4   Q    Okay.  How long was that training program?
5   A    Six-week training.
6   Q    Was there any other training after that?
7   A    Annual training.
8   Q    What was the annual training?
9   A    I don't know.  It varied every year.  I was there
10       for six years, so I don't know what training was
11       about every time.
12  Q    Okay.
13  A    I don't remember, I'm sorry.
14  Q    No, that's fair.  Were there any annual trainings
15       that were repeated?
16  A    Yes.
17  Q    Okay.  Do you remember which ones those were?
18  A    CPR.  Um, dealing with, um, mental health inmates.
19  Q    Okay.
20  A    Always POSC, which is basically subject control.
21            MR. ARNOLD:  I'm sorry, what's the word
22       you're using?
23            THE WITNESS:  POSC is an acronym.
24       P-O-S-C.
25
```

Page 10

```
 1   BY MS. DAVIS:
 2   Q    And outside of those repeated trainings, there were
 3        just others that happened during that annual time
 4        of training?
 5   A    Yeah.
 6            MS. KUGLER:  Objection.  Form.
 7   BY MS. DAVIS:
 8   Q    When you were at the academy, were there any tests
 9        given after courses?
10   A    After the academy?
11   Q    Yeah.
12   A    There were no testing really after academy.
13   Q    All right.  Were there any tests after the annual
14        training sessions?
15   A    Yes.
16   Q    What was the format of those?
17            MS. KUGLER:  Objection.  Form.
18            THE WITNESS:  CPR training.  We had to
19        perform CPR on the dummy.  Principles of subject
20        control, we had to be able to perform the positions
21        and moves they trained us.
22   BY MS. DAVIS:
23   Q    Okay.  Were there any written exams?
24   A    There's probably like worksheets.  But not any
25        serious tests where, you know, it was serious like
```

Page 11

```
 1        this is a test.
 2   Q    Okay.
 3   A    A pass/fail test type of thing, you know.
 4   Q    Okay.
 5   A    There were worksheets, though.
 6   Q    Okay.  Were there any of the -- sorry, strike that.
 7            During any of those annual trainings, were
 8        there any mental health trainings, outside of the
 9        one that you mentioned earlier with inmates?
10   A    I guess I don't understand the question.
11   Q    Okay.  You mentioned earlier that there was some
12        mental health trainings annually?
13   A    Mm-hmm.
14   Q    Do you --
15   A    It was repeated.  Not annually.
16   Q    It was repeated?
17   A    Mm-hmm.
18   Q    How often?
19   A    Um, I remember it being at least twice that we had
20        an annual training.
21   Q    And you don't remember -- well, do you remember
22        exactly what years those were?
23   A    We, um, we just had one recently.  I went in -- I quit
24        in January, so I want to say the most recent was
25        maybe in October of 2017.
```

Page 12

```
 1   Q    Okay.  And during those trainings, do you remember
 2        what subjects were covered?
 3   A    Um, vaguely.
 4   Q    Can you tell me a little about them?  Anything you
 5        remember.
 6   A    Recognizing when somebody might be going through a
 7        crisis-type situation.  Um, suicide watch training.
 8        Um, just basically things to look out for.
 9   Q    Okay.  So while you were a corrections officer,
10        where were you stationed, or what were all of the
11        places that you were stationed in the jail?
12            MR. ARNOLD:  When she was at the jail?
13            MS. DAVIS:  Mm-hmm.
14            MR. ARNOLD:  Rather than House of
15        Corrections?
16            MS. DAVIS:  Yes.  Sorry.
17   Q    So the questions I'm going to ask about working at
18        a jail, I'm specifically talking about the
19        Milwaukee County Jail, not the House of
20        Corrections, okay?
21   A    Okay.
22   Q    So where in the jail were you stationed?
23   A    Everywhere.
24   Q    Okay.  Were there any places you were stationed
25        more often than others?
```

Page 13

```
 1   A    Towards the end, yes.  My last few years I was
 2        mainly on the G level, which consists of our
 3        booking department and our jail records area.
 4   Q    Were there any specialized trainings that you
 5        needed to go through to work in any of the pods or
 6        housing units?
 7   A    Yes, the regular academy training.
 8   Q    Okay.  Any other training that was specific to the
 9        different housing units in the jail?
10            MS. KUGLER:  Objection to form.
11            THE WITNESS:  Not that I -- no, not that
12        I can remember.
13   BY MS. DAVIS:
14   Q    Okay.  Were you ever stationed in the Special
15        Medical Unit in the jail?
16   A    Yes.
17   Q    Do you know about how often you were stationed
18        there?
19   A    I -- a lot in the course of my six years.  A lot.
20        Um, it was a time when they tried to do rotations,
21        um, where that was my specific rotation for about
22        60 days.  Also, um, I worked a lot of overtime
23        there on first or second shift.
24   Q    When you say you had that rotation for 60 days,
25        does that mean you were there for all 60 of those
```

Page 14

```
1        days?
2    A   If I worked that specific day, that was where I was
3        working.
4    Q   Okay.
5    A   And I was third shift, so that's where I was at.
6    Q   Okay.  While you were working at the Milwaukee
7        County Jail, did you ever hear the SMU referred to
8        as the "infirmary"?
9    A   Yes.
10   Q   Was it common to switch between the two terms?
11   A   It depends on who it was.
12   Q   Who would refer to it more as an infirmary?
13   A   Officers that --
14           MS. KUGLER:  Objection.  Form.
15           THE WITNESS:  Officers that had been
16       there for some time.
17   BY MS. DAVIS:
18   Q   Do you remember when it was renamed to the SMU?
19   A   It was always called SMU throughout my tenure
20       there, so.
21   Q   Okay.
22   A   I always called it SMU.
23   Q   Are there any other names that the SMU is referred
24       to besides "SMU" and "infirmary"?
25   A   Not that I can think of.
```

Page 15

```
1    Q   Okay.  While you were working at the Milwaukee
2        County Jail, were you there when Armor Correctional
3        Health began working with the Jail?
4    A   Yes.
5    Q   Okay.  Did you ever receive any special training
6        from Armor Correctional?
7            MS. KUGLER:  Objection, form.
8            THE WITNESS:  Yes.
9    BY MS. DAVIS:
10   Q   What training did you receive from Armor?
11   A   They were the ones that gave us the latest -- the
12       most recent mental health training.
13   Q   Is that the one that you said happened in
14       October --
15   A   October, yes.  Mm-hmm.
16   Q   -- of 2017?
17           MR. ARNOLD:  Try not to talk at the same
18       time.  It's easy to do, but.
19   BY MS. DAVIS:
20   Q   Do you remember who led that training?
21   A   I can't remember her name, but it was a black lady.
22   Q   Were there any other trainings that were hosted by
23       Armor?
24   A   Not that I can remember.
25   Q   How long was that mental health training in
```

Page 16

```
1        October?
2    A   Maybe an hour or two.  I don't remember.
3    Q   Okay.  When you were going through the six-week
4        academy, did you receive any paperwork for the
5        trainings that you attended?
6    A   Yes.
7    Q   Okay.  Now we'll talk about a few different
8        policies.  I'm just going to walk through it.
9        Let's start with this one.
10           (Exh. 1 marked for identification.)
11   BY MS. DAVIS:
12   Q   Okay, I'm going to hand you what's been marked as
13       Exhibit 1.  This is the logs, records and reports
14       policy.  Do you recognize this policy?
15   A   Yes.
16   Q   Did you receive a copy of this?
17   A   Yes.
18   Q   Was it during the academy that you received a copy
19       of this?
20   A   Yes.
21   Q   Were you -- was there specific training on this
22       policy?
23   A   Yes.
24           MS. KUGLER:  Objection.  Form.
25
```

Page 17

```
1    BY MS. DAVIS:
2    Q   To the best of your recollection, were you trained
3        on maintaining jail logs?
4    A   Yes.
5    Q   Okay.  Did this training include any security
6        training?
7    A   Yes.
8    Q   Okay.  Do you remember what was covered in the
9        security training?
10   A   Yes.
11   Q   Can you tell me a little bit about it?
12   A   Basically that, um, it was confidential, that it
13       had to be accurate, it could be used to -- it could
14       be used in court, and it's a legal document.
15   Q   Okay.  When you were a corrections officer, did
16       anyone review your logs and records?
17   A   Yes.
18   Q   Who would review those?
19   A   The captains and the lieutenants.  The command
20       staff.
21   Q   Okay.  And is this document -- I'm sorry, let me go
22       back.  Are you sure that this is the exact document
23       that you received when you were in the academy?
24   A   I don't know if it's the exact one, no.
25   Q   Okay.
```

Page 18

```
1   A    But it is a policy that I know we had.
2   Q    Okay.  Did you ever receive any updated versions of
3        this policy?
4   A    Yes.
5   Q    Okay.
6            (Exh. 2 marked for identification.)
7   BY MS. DAVIS:
8   Q    I'm handing you what's been marked as Exhibit 2.
9        Is that the updated version of the policy, to the
10       best of your knowledge?
11           MR. ARNOLD:  If you know.
12           THE WITNESS:  I don't know.
13  BY MS. DAVIS:
14  Q    Okay.  That's fine.  If you look at the top, it
15       notes the second revision is October 2014.  Do you
16       see that?
17  A    Yes.
18  Q    Do you remember around October of 2014 receiving
19       any updated policy around logs, records and
20       reports?
21  A    I remember getting an updated version, but I don't
22       know when it was.
23  Q    Okay.  Was there any training when you received
24       that updated version?
25  A    Yes.
```

Page 19

```
1   Q    Okay.
2   A    They talked about jail logs a lot, so I don't know
3        if it was then, or after, before.
4   Q    When you say they talked about jail logs a lot, who
5        do you mean?
6   A    The command staff.
7   Q    What would they talk about?
8   A    Making sure we enter everything as accurately as
9        possible, and that all things that were required
10       were entered.
11  Q    Okay.  Were there ever any concerns about logs not
12       being updated properly?
13  A    Well, not being updated, we can't update a log, we
14       just have to enter it.
15  Q    Were there ever any times where command staff would
16       train you or have another follow-up training
17       because the jail logs were entered incorrectly?
18  A    Yes.
19  Q    Did that happen more than once, to your knowledge?
20  A    Yes.
21  Q    Did it happen often?
22  A    Yes.
23  Q    Okay.  Could you estimate about how often that
24       happened?
25  A    It was almost a daily -- a daily roll call issue
```

Page 20

```
1        that was basically a reminder, um, examples were
2        given of how people entered it correctly, examples
3        were given of what not to do.
4   Q    Okay.  Do you recall any training on the Special
5        Medical Unit in particular while you were in the
6        academy?
7            MS. KUGLER:  Objection.  Form.
8            THE WITNESS:  Special training?
9   BY MS. DAVIS:
10  Q    Or let me rephrase it.  Do you remember receiving
11       any policies about the Special Medical Unit?
12  A    No.
13  Q    Okay.
14  A    I don't remember.
15  Q    Let's mark this one.
16           (Exh. 3 marked for identification.)
17  BY MS. DAVIS:
18  Q    Okay, I'm handing you what's been marked as
19       Exhibit 3.  If you could take a second and look
20       that over, if you would like.
21  A    Okay.
22  Q    Okay.  So the title of this document is "Detention
23       Bureau Infirmary IM 8."  Do you see that?
24  A    Yes.
25  Q    Okay.  And the revision date is January 1st, 2008.
```

Page 21

```
1        Do you see that?
2   A    Yes.
3   Q    Okay.  Does this document look familiar to you?
4   A    I've seen it before.
5   Q    Okay.  And on the document that you've seen, it
6        said "infirmary", not Special Medical Unit?
7   A    That's correct.
8   Q    Okay.  To the best of your recollection, were you
9        trained on maintaining the workstation at the
10       infirmary?
11  A    Yes.
12  Q    Were you trained on maintaining the jail log at the
13       infirmary?
14  A    Yes.
15  Q    Were you trained on the use of telephones in the
16       infirmary?
17  A    Yes.
18  Q    Radios?
19  A    Yes.
20  Q    And television use?
21  A    Yes.
22  Q    If we turn to Milwaukee County 108, at IM 8.1.6,
23       where it says "Pod Access", is the "pod" referring
24       to the entire infirmary, or the cells within the
25       infirmary?
```

Page 22

```
1    A    The pod access?
2    Q    Yeah.
3              MR. ARNOLD:  If you know.
4              THE WITNESS:  The pod is the SMU.
5              MS. DAVIS:  Okay.
6    Q    And then going down to IM 8.1.7 on the same page,
7         the first bullet point under the infirmary,
8         "Officer shall:  Conduct 30-minute inspections of
9         inmate cells and general living areas and document
10        the inspection in the pod logbook," correct?
11   A    Yes.
12   Q    Did you have to conduct these 30-minute inspections
13        when you were stationed in the SMU?
14   A    Yes.
15   Q    Were there ever any instructions during the roll
16        call about conducting these inspections?
17   A    Conducting the inspections in general, yes.
18   Q    Okay.  When you say "in general", do you mean in
19        all the housing units?
20   A    Yes.
21   Q    Okay.  Were there ever -- well, earlier you said
22        that there were reminders of how to enter jail logs
23        at roll call?
24   A    Yes.
25   Q    Were there reminders about entering the information
```

Page 23

```
1         for 30-minute inspections at roll call?
2              MS. KUGLER:  Objection.  Form.
3              THE WITNESS:  Just make sure we were
4         doing within 30 minutes.
5    BY MS. DAVIS:
6    Q    Okay.  And when you were trained on conducting the
7         30-minute inspections, were you told how to either
8         start or stop a timer that would monitor when you
9         did the inspection?
10   A    I was initially trained at the House of
11        Corrections, and we did not start or -- start
12        inspections, but we always marked them complete.
13   Q    Okay.  And was there any subsequent training at the
14        jail, as opposed to at House of Corrections, about
15        entering the inspection time?
16   A    When I came down, some officers were doing it like
17        that, but some were not.
18   Q    Okay.
19   A    I was told that you do everything that was issued a
20        button in the jail log, and there was no start
21        button for inspections in the jail log.
22   Q    Okay.  Do you remember receiving any updated
23        policies about the infirmary or the SMU?
24   A    I don't remember.
25             (Exh. 4 marked for identification.)
```

Page 24

```
1    BY MS. DAVIS:
2    Q    Okay.  I'm handing you what's been marked as
3         Exhibit Number 4.  You can take a second to look
4         that over.
5    A    Okay.
6    Q    Okay.  Do you recognize this document?
7    A    Mm-hmm.
8    Q    Do you remember receiving a copy of it?
9    A    I don't --
10   Q    Okay.
11   A    -- remember.
12   Q    Do you remember having any trainings on an updated
13        policy for the Special Medical Unit?
14   A    I don't remember.
15   Q    And then at the top of the first page, it says,
16        "Second revision, 10/20/14," correct?
17   A    Mm-hmm.
18   Q    And that was during your time at the Milwaukee
19        County Jail, correct?
20   A    That's true.
21   Q    Okay.  You mentioned that you were stationed in the
22        Special Medical Unit occasionally, right?
23   A    Yes.
24   Q    While you were stationed there, did you have any
25        training on how to communicate with the medical
```

Page 25

```
1         staff at the jail?
2              MS. KUGLER:  Objection.  Form.
3              THE WITNESS:  That was covered in our
4         regular training.
5    BY MS. DAVIS:
6    Q    In the regular training, okay.  Do you remember the
7         training about communicating with the medical
8         staff?
9    A    Yes.
10   Q    Do you remember what subjects were covered?
11   A    Yes.
12   Q    Okay.  Could you tell me a little bit about that
13        training?
14   A    As far as communication with the nurses, you call
15        them when an inmate was in distress, call them,
16        talk to -- I don't know, you just talk to them if
17        you need to.
18   Q    Okay.  And how would you know if an inmate was in
19        distress in the Special Medical Unit?
20   A    They would either yell out and tell you, they'd be
21        in the day room and tell you, or they'll use their
22        call button.
23   Q    And during those 30-minute inspections, or the
24        inspections that were every 30 minutes, did you
25        have to check and see if any of the inmates were in
```

Page 26

```
1    distress?
2                    MS. KUGLER:  Objection.  Form.
3                    THE WITNESS:  It was a visual inspection.
4    BY MS. DAVIS:
5    Q    What is a visual inspection?
6    A    Looking at the individual to see if they're in
7         obvious distress.
8    Q    Did you ever work in the Special Needs Unit?
9    A    Rarely, but I have worked in there before.
10   Q    Okay.  Did you receive any training on working in
11        the Special Needs Unit?
12   A    Rarely -- no, because I hardly ever worked in
13        there.
14   Q    Did you --
15   A    I could tell you that if I worked in there, it was
16        always with a partner that was trained in that
17        area, and that the times that I have worked in
18        there, it was on a special watch.
19   Q    So you said you worked with people that were
20        trained to work in there?
21   A    (Witness nods head.)
22   Q    Do you know what that training entailed?
23   A    Not all of it, no.
24   Q    Do you know some of it?
25   A    No, I don't know specifically.  I was given a
```

Page 27

```
1         general training.
2    Q    Mm-hmm.
3    A    But not the more specific word that they called it,
4         CIT training.
5    Q    Do you know what that stands for?
6    A    No, because I'm not trained in it.
7    Q    Okay, that's okay.  Who decided who was given the
8         CIT training?
9    A    Um, it was usually a roll call issue where they
10        asked if you wanted specialized training in this
11        area, to sign up for it.
12   Q    Was there any other specialized training announced
13        during roll call?
14   A    As far as what?  It was always announced that if
15        you wanted additional training in different areas.
16   Q    Okay.  Do you remember any of the areas that they
17        offered specialized or additional training on?
18   A    Yeah, if you wanted to be an AFIS officer, a
19        weapons officer.  If you wanted to be trained in
20        release.  Different areas.  All areas of the jail.
21        If you wanted to be a CERT member, Corrections
22        Emergency Response Team.  Yeah.
23   Q    Okay.  All right.
24             (Exh. 5 marked for identification.)
25
```

Page 28

```
1    BY MS. DAVIS:
2    Q    Handing you what's been marked as Exhibit Number 5.
3         We don't need to look through the whole thing, I'm
4         just going to ask you a few questions.
5    A    Okay.
6    Q    I'm giving you the whole document, just because we
7         have the whole document.  Do you recognize this
8         jail training?
9    A    Yes.
10   Q    Okay.  Did you receive a copy of it ever?
11   A    Yes.
12   Q    When did you receive a copy of it?
13   A    When I began in training with the academy.
14   Q    Okay.  So every CO went through a training on this
15        "Supervise "Special" Needs Inmates/Crisis
16        Intervention"?
17   A    In training.
18   Q    To the best of your recollection, during the
19        training guide -- or during the training for this
20        guide, were you trained on how to determine if an
21        inmate was undergoing what was considered normal
22        emotional distress?
23             MS. KUGLER:  Objection.  Form.
24             THE WITNESS:  Yes.
25
```

Page 29

```
1    BY MS. DAVIS:
2    Q    Okay.  Were you trained on how to determine if an
3         inmate was undergoing possibly serious emotional
4         distress?
5    A    Yes.  General training.
6    Q    Were you trained on how to supervise inmates who
7         may be suicide risks?
8    A    Yes.
9    Q    Were you trained on how to supervise inmates with
10        intellectual disabilities?
11   A    Yes.
12   Q    Were you trained on how to intervene in a crisis?
13   A    Yes.
14   Q    Was this training specific for inmates who were
15        housed in the Special Needs Unit?
16   A    Um, well, sometimes you don't -- you see it in the
17        booking room, you don't always see it in -- when
18        they make it this far.
19   Q    So is it fair to say that you would apply this
20        training to any area of the jail that you were
21        working in?
22   A    Yes.
23   Q    And was there additional training offered during
24        roll call for working in the Special Needs Unit?
25   A    There was sometimes roll call reminders about that,
```

Page 30

1    yeah.
2  Q  Okay.  Was there any certification that you
3     received after this training?
4          MR. ARNOLD:  Object to the form of the
5     question.  Which training are you referring to?
6  BY MS. DAVIS:
7  Q  Was there any certification that you received after
8     the Supervise "Special" Needs Inmates/Crisis
9     Intervention training?
10         MS. KUGLER:  Thank you.
11         THE WITNESS:  You mean additional
12    training?
13 BY MS. DAVIS:
14 Q  Any certification?
15 A  Me specifically, no.
16 Q  Okay.  Do you know how long the training was for
17    the Supervise "Special" Needs Inmates/Crisis
18    Intervention training?
19 A  No.
20 Q  Okay.
21 A  Because I'm not trained in it.
22 Q  So when they gave you this guide during the
23    academy, did they do any training related to it?
24 A  We got very general training.  And this -- I'm not
25    even sure if this is the right document, if this is

Page 31

1     a CIT training document, or if this is basically
2     how to spot inmates that may be going through a
3     crisis.
4  Q  Okay.
5  A  So I don't know by looking at this.  This might be
6     the specialized training document, I'm not sure.
7  Q  Okay.
8  A  For the CIT.
9  Q  So when you did receive training on recognizing
10    emotional distress at the academy, about how long
11    was that training?
12 A  It was six years ago, I don't remember.
13 Q  Okay.  Earlier you mentioned you had that
14    mental health training hosted by Armor in
15    October 2017, right?
16 A  What was the question?
17 Q  You mentioned earlier that there was a mental
18    health training in October 2017?
19 A  Yes.
20 Q  Did that cover any of the topics that are covered
21    in this training guide?
22 A  I didn't look through all of it, but.
23 Q  Take your time and you can flip through the table
24    of contents if you want.
25 A  I do remember talking about suicide risk and

Page 32

1     suicide.  Um, I do remember talking about getting
2     inmates PSWs, which is psych social workers, if
3     they asked for them.
4  Q  Mm-hmm.
5  A  Some of this stuff was covered, yes.
6  Q  Okay.  Can you tell me which areas were covered,
7     outside of the suicide risk, suicide, and PSW?
8          MS. KUGLER:  Objection.  Form,
9     foundation.
10         MR. ARNOLD:  If you remember.
11         MS. DAVIS:  If you remember.
12         THE WITNESS:  That's all I remember.
13 BY MS. DAVIS:
14 Q  Okay.  Do you remember going through any training
15    on jail health care while you were in the academy?
16 A  Yes.
17 Q  Do you remember during that training there was a
18    PowerPoint that was used to go over the
19    information?
20 A  I don't remember, but it was almost a PowerPoint
21    for everything in training, so.
22 Q  Okay.
23     (Exh. 6 marked for identification.)
24 BY MS. DAVIS:
25 Q  I'm handing you what's marked as Exhibit 6.

Page 33

1  A  Mm-hmm.
2  Q  Again, we're not going to go through all of this
3     document, I just wanted to give you the whole thing
4     in case you wanted to look through it.  Do you
5     recognize this document?
6  A  Um, yes.
7  Q  Is it one of the documents that you received during
8     the academy?
9          MR. ARNOLD:  If you know.
10         THE WITNESS:  It probably was.  I don't
11    remember every single document that was given to me
12    in training.
13 BY MS. DAVIS:
14 Q  Okay.  That's fair.  So to the best of your
15    recollection during the training on jail health
16    care, do you remember being trained on assisting
17    people housed in the Special Medical Unit?
18 A  It was no specialized training for that.
19 Q  Okay.  Did the training include instructions on
20    helping to provide health care to inmates?
21 A  Yes.
22 Q  Did it include training on administering
23    medication?
24 A  We don't give medication.
25 Q  Okay.  Who gives the medication in the jail?

Page 34

1   A   The nurse.
2   Q   And do you ever have to notify the nurse that an
3       inmate needs medication?
4   A   They have med passes. We notify a nurse if an
5       inmate says they didn't get their meds.
6   Q   Was there any training on following medical orders?
7   A   Yes.
8   Q   To the best of your recollection, were you trained
9       on the duty to care for inmates?
10   A   Yes.
11          MS. KUGLER: Objection. Form.
12   BY MS. DAVIS:
13   Q   To the best of your recollection, were you trained
14       on how to respond to requests for medical care?
15   A   Yes.
16   Q   Going back to the training on the duty to care for
17       inmates, do you remember any part of that training
18       in particular?
19   A   Basically that we have a duty to get inmates help
20       if they ask. Um, and if we don't do that, we could
21       be criminally charged and sued civilly.
22   Q   So they walked you through legal, like I guess
23       legal consequences of the duty to --
24   A   Yes.
25   Q   Okay. I asked you about PowerPoints, so we're

Page 35

1       going to go ahead and look through this one.
2          (Exh. 7 marked for identification.)
3   BY MS. DAVIS:
4   Q   I'm handing you what's been marked as
5       Exhibit Number 7. Do you recognize this
6       PowerPoint?
7   A   Not specifically.
8   Q   Okay. Let's just walk through a couple of things,
9       then. Do you remember being trained on Wisconsin
10       State Statute 302.38? That's on the first page.
11   A   I remember hearing about that.
12   Q   Do you remember hearing about Wisconsin Statute
13       302.365? It's on the second page.
14   A   I remember hearing about this.
15   Q   Okay. Then turning to the third page, do you
16       remember hearing about Administrative Code 350?
17   A   Yes.
18   Q   On the top left slide on Page 3, is that the legal
19       requirement that you remember being trained on?
20   A   Yes.
21   Q   If you turn to Page 9, do you remember being
22       trained on the case law listed on this page?
23   A   Yep. Yes.
24   Q   And if you flip over to Page 10, on the top right
25       slide it says, "Duties of the Jail Officer.

Page 36

1       Conduct screening for inmate health." Were you
2       trained on conducting screenings for inmate health?
3   A   I don't know what that is.
4   Q   Okay. Going down to the slide on the bottom right
5       side. Do you remember being trained on responding
6       to inmate needs or request for medical care?
7   A   Yes.
8   Q   Okay.
9          MR. ARNOLD: I'm sorry, where were you
10       referring to?
11          MS. DAVIS: Page 10, bottom right slide.
12          MR. ARNOLD: Okay, thank you.
13          MS. DAVIS: Mm-hmm.
14   Q   And then if we go to Page 11, the top right slide.
15       Were you trained on controlling, administering,
16       and/or delivering medication?
17   A   We don't administer medication, the nurse does
18       that.
19   Q   Okay. Were you trained on providing health care,
20       emergency and non-emergency?
21   A   I call the nurse. I don't provide health care, I'm
22       not trained to do that.
23   Q   Okay. And, then, were you trained to maintain
24       health care records?
25   A   I don't -- I don't maintain health care records.

Page 37

1   Q   Okay. So is it fair to say that of those three
2       topics we talked about on this slide, would those
3       be areas where you would call the nurse as opposed
4       to doing something yourself?
5   A   Yes.
6          MS. KUGLER: Objection to form.
7   BY MS. DAVIS:
8   Q   Was this training -- scratch that. During this
9       training, were you instructed on when you were to
10       contact medical staff?
11   A   Yes.
12   Q   Okay. All right. The training for jail health
13       care and working with special needs inmates were
14       both done during the academy, correct?
15   A   A general training, yes.
16   Q   Okay. Who led the trainings in the academy?
17          MR. ARNOLD: If you know.
18          THE WITNESS: There was this nurse named
19       Lisa. I don't remember her -- Krueger. Krueger,
20       maybe. She did one of the trainings that I
21       remember specifically. But that's the only one I
22       remember.
23   BY MS. DAVIS:
24   Q   Okay. Were any of the trainings conducted by staff
25       from the Milwaukee County Sheriff's Office?

Page 38

1    A    I believe she did work for the Milwaukee County
2         Sheriff's Office.
3    Q    So were all the instructors employees of the
4         Milwaukee County Sheriff's Office?
5              MR. ARNOLD:  Objection.  Foundation.
6              MS. KUGLER:  Objection.
7    BY MS. DAVIS:
8    Q    If you know, were the trainings provided by
9         employees of the Milwaukee County Sheriff's Office?
10   A    The only one I remember was Lisa, and she was
11        employed by the Milwaukee County Sheriff's Office.
12   Q    Okay.  Did you have any trainings for employees of
13        the Milwaukee County Sheriff's Office, where
14        someone that did not work for the Milwaukee County
15        Sheriff's Office was brought in to conduct the
16        training?
17   A    Just the times when Armor gave presentations.
18        That's the only one I remember.
19   Q    Okay.  Outside of Armor and the Milwaukee County
20        Sheriff's Office, do you recall any other group
21        that conducted a training that you attended while
22        working for the Milwaukee County Jail?
23             MS. KUGLER:  Objection.  Form.
24             THE WITNESS:  Not that I can remember
25        right away.

Page 39

1              MS. DAVIS:  Okay.  All right.
2              (Exh. 8 marked for identification.)
3    BY MS. DAVIS:
4    Q    I'm handing you what's been marked as
5         Exhibit Number 8.  Do you recognize this document?
6    A    No.
7    Q    Okay.  Based on the title of the document, do you
8         know what it is?
9    A    It looks like the monthly shift assignments.
10   Q    Okay.  And is that your name in the bottom left
11        column close to where the word "3rd" is written?
12   A    Yes.  Towards the middle.
13   Q    And next to your name it says "4FC"?
14   A    Yes.
15   Q    What does that stand for?
16   A    "Fourth floor control."
17   Q    And what does that mean?
18   A    That means for third shift on that specific date, I
19        was working on fourth floor control.
20   Q    Is that the entire fourth floor?
21   A    Yes.
22   Q    Okay.  And then almost parallel in the next column
23        over, is that your name as well?
24   A    Yes.
25   Q    And is that because the third shift carried over

Page 40

1         from the 9th into the 10th of March in 2014?
2              MS. KUGLER:  Objection.  Form.
3              MS. DAVIS:  Actually, let me take it
4         back.
5    Q    Why is your name in both of these columns?
6    A    Because I worked on both of those days.
7    Q    Okay.  Did you work the third shift on both days?
8    A    It says I did.
9    Q    Okay.  And you were in the fourth floor control on
10        both days?
11   A    Yes.
12   Q    Okay.  Being stationed on the fourth floor control,
13        did you ever leave and go to any other housing
14        units?
15   A    Well, on fourth floor control, we sit on the floor
16        control, and every 30 minutes we go into the three
17        housing units and conduct inspections.
18   Q    What are the three housing units?
19   A    4A, 4B, and 4C.
20   Q    Would you inspect all three of those units by
21        yourself?
22   A    No, um, we have a partner.  So on that specific
23        day, we come up with a, um, method, a way -- we
24        come up with an agreement of how we're going to do
25        the inspections.

Page 41

1    Q    Okay.  And would both of you do the inspection at
2         the same time?
3    A    No.  Somebody has to sit on the floor control.
4    Q    Okay.
5    A    At all times.
6    Q    How do you -- how do you conduct the inspection?
7         Can you just walk me through what that process is?
8    A    Well, like I said, you and your partner come up
9         with an agreement of how you're going to do the
10        inspections, and you can start in any -- any one of
11        the three housing units I just named, you can start
12        on any one.
13             Um, sometimes, um, based off the sex of the
14        inmates, the female would just do the female pods
15        and the male would do -- would not go in there at
16        all.  So at one time the females were in A and
17        C, so then I would have to do those the entire
18        night, while the male officer would just do B.
19             Or me and my partner, if we were both
20        females, we would go in and do the inspections.
21        We'll do A, B, and C a couple times, and the next
22        person will do it a couple times.  We'll do half of
23        the inspections a night, and then the second half
24        of the shift the other person will do them.
25   Q    Okay.

1   A   It all depends on the agreement you have with
2     whoever you're working with.
3   Q   Okay. And how did you mark that an inspection was
4     done?
5   A   We started it on the floor control that we started
6     it at that time. And then we would go into the
7     housing units and mark it completed once it was
8     completed.
9   Q   Did you do that electronically?
10   A   On the computer. The jail log is electronic.
11   Q   Okay.
12        MR. ARNOLD: Can I just ask a
13     clarification question?
14        MS. DAVIS: Sure.
15        MR. ARNOLD: This 4A, 4B, and 4C; is that
16     correct?
17        THE WITNESS: Yes, sir.
18        MR. ARNOLD: Which were the male units
19     and which were the female units?
20        THE WITNESS: It depends. Um, at one
21     time 4A was males. More times than not, it was all
22     females. Sometimes it's females and males.
23        MR. ARNOLD: Okay, so it would vary from
24     time to time?
25        THE WITNESS: It would vary from time to

1     time.
2        MR. ARNOLD: Okay. Thank you.
3        THE WITNESS: Sometimes 4C was female
4     only, and other times it was males only.
5        MR. ARNOLD: Thank you for letting me do
6     that.
7        MS. DAVIS: Yeah, no problem.
8        (Exh. 9 marked for identification.)
9   BY MS. DAVIS:
10   Q   I'm handing you what's been marked as Exhibit 9.
11     Do you recognize this document?
12   A   Yes.
13   Q   What is it?
14   A   It's a jail log.
15   Q   And is this what the jail logs that you had to do
16     every night looked like?
17   A   Yes.
18   Q   At the bottom of the page under 4C Count 8, and
19     above 4FC Count 1, do you see your name on the top
20     line in the log text?
21   A   Yes.
22   Q   And it states that you ended your break and
23     reported to medical emergency in SMU, correct?
24   A   Yes.
25   Q   You were stationed on the fourth floor that night,

1     and still reported to the SMU?
2   A   Yes.
3   Q   Okay. How is it -- sorry, strike that.
4        Who determines who responds to a medical
5     emergency?
6   A   Well, we're told that -- I was always told that if
7     you can respond, to respond.
8   Q   Okay.
9   A   It's an emergency.
10   Q   And if we look at the User ID that states, or it
11     reads "DLEDE", is that you?
12   A   That is.
13   Q   Okay. So you wrote this entry?
14   A   Yes.
15   Q   Okay. That night, did you -- were you reporting to
16     Lieutenant Crystalina Montano?
17   A   Um, I think so.
18   Q   Okay, how many lieutenants were stationed in the
19     jail during the third shift, if you know?
20   A   At least three, I would say.
21   Q   And if you know, how many housing units does each
22     lieutenant supervise?
23   A   Well, they're usually divided up. If there's three
24     lieutenants, one does booking and intake, one does
25     housing, and that's all of the housing units, and

1     the other one does operations, which is basically
2     staying in the office.
3   Q   Okay.
4   A   Making schedules, answering the phones and things
5     like that.
6   Q   Sorry. Okay. So you have that at 0445 hours, you
7     ended your break and responded to the SMU, right?
8   A   Yes.
9   Q   And you returned at 0524 hours, correct?
10   A   Yep.
11   Q   Okay. During that time, do you remember what you
12     did while you were at the SMU?
13   A   I was -- I ended my break and responded to the SMU
14     for the medical emergency.
15   Q   Okay. Do you recall anything about that medical
16     emergency?
17   A   Yes.
18   Q   What do you remember about it?
19   A   I remember going, because I got a radio call, and
20     then, um, I didn't know what I was responding to.
21     And then there was a baby in there on the bed.
22   Q   Okay. Do you remember seeing the baby that night?
23   A   Yes.
24   Q   Did you see any blood?
25   A   I don't remember.

Page 46

1  Q  Okay.  Do you remember seeing the mother?
2  A  I did.
3  Q  Can you describe what she looked like, if you
4     remember?
5  A  I remember she was laying in the bed, and she was
6     looking like she was sleeping, waking up, and going
7     back to sleep type of thing.
8  Q  Okay.  So it looked like she was going in and out
9     of consciousness?
10 A  Exactly.
11 Q  Okay.  Did she look calm to you?
12 A  Yes, because she was in a sleeping, like looked
13    like she was in a sleeping, out of conscious -- not
14    conscious state.
15 Q  Okay.  And prior to that medical emergency, do you
16    remember any other medical emergencies where
17    someone delivered a baby in the Milwaukee County
18    Jail?
19 A  No.
20 Q  Do you remember anything after that delivery, where
21    a woman delivered a baby in the Milwaukee County
22    Jail?
23 A  Yes.
24 Q  Can you describe what that -- like can you describe
25    that incident?

Page 47

1  A  Well, I was working when it happened.  Um, and I
2     don't want to say similar circumstances, but one
3     thing that they also said is that no one heard this
4     lady screaming, and she had a baby in her cell.
5  Q  Okay.  Were you working in the housing unit where
6     that woman had her baby?
7  A  No.
8  Q  Okay.  You said that they said that no one heard
9     her make any sounds.  Did anyone talk about whether
10    Rebecca Terry made any sounds when she delivered
11    her child?
12 A  That was never brought up.  I didn't hear that
13    until I was told that this lawsuit was brought
14    about.
15 Q  Okay.  When you were stationed in the SMU, could
16    you easily hear sounds from the different cells?
17 A  It depends.
18 Q  On what?
19 A  If you're first shift and you have inmates out and
20    you have nurses in, you have the TV going, you have
21    radio traffic, you may not hear.
22        On third shift it's a little quieter,
23    because there's no TV going.  You do have radio
24    traffic.  Um, you do have three cells that have
25    double doors.  There may be something that could

Page 48

1     keep you from hearing -- the double doors may keep
2     you from hearing the inmate if they were screaming.
3  Q  Okay.  When you were stationed in the SMU at any
4     point, do you remember hearing anyone screaming in
5     the cells?
6  A  Somebody would yell out "CO".
7  Q  Okay.  And I think earlier you mentioned that there
8     is an emergency notification button or system?
9  A  Yes.
10 Q  How did that -- well, excuse me, scratch that.  How
11    would an inmate use that to notify you about a
12    medical emergency?
13 A  They would press the button, and the light above
14    their door would come on.
15 Q  Is that light visible where you're stationed?
16 A  Yes.
17 Q  Okay.
18        (Exh. 10 marked for identification.)
19 BY MS. DAVIS:
20 Q  I'm handing you what's been marked as Exhibit 10.
21    Is this another jail log?
22 A  Yes.
23 Q  So if we turn to Page 992, on the opposite side of
24    the first page, if you look at the entry about a
25    third of the way down with the time 10:22 --

Page 49

1  A  Mm-hmm.
2  Q  -- do you see your name?
3  A  Yes.
4  Q  Okay.  And it states that you attended roll call?
5  A  Yes.
6  Q  Do you know who Bridgette Green is?
7  A  Yes.
8  Q  Who is that?
9  A  An officer.
10 Q  Okay.  Why are both of your names listed upon this
11    line?
12 A  Because we were both assigned for floor control.
13 Q  Okay.  So would she have been your partner that
14    night?
15 A  Yes.
16 Q  Okay.  And then in the User ID section, "BAGBG", is
17    that Bridgette Green's ID number?
18 A  Yes.
19 Q  Okay.  And then two rows down it states that
20    Bridgette Green and yourself were debriefed and
21    relieved previous shift?
22 A  Yes.
23 Q  During the debriefing, what information would you
24    get from the COs who were on the shift before you?
25 A  Second shift will tell us, um -- the officer will

Page 50

1   come out in the specific units and they would tell
2   us what issues they had in there during their
3   shift.
4      Um, they would tell us if -- because of
5   certain things, certain things didn't happen, like
6   if med pass hasn't happened yet. Um, they would
7   just tell us what their day was like in that
8   housing unit.
9 Q   Okay. And then if we go down towards the bottom of
10   the page where that first black line, or black bar
11   is?
12 A   Mm-hmm.
13 Q   Excuse me. The log text states that an inmate
14   attempted suicide?
15 A   Mm-hmm.
16 Q   Do you remember that happening?
17 A   Well, there's no name there, so I don't know.
18 Q   That's fair.
19 A   And it was four years ago, so I don't know.
20 Q   Do you recall any attempted suicides the same night
21   that Rebecca Terry delivered her baby?
22 A   I don't.
23 Q   Okay. But if it happened at 11:52 p.m. on
24   March 9th, 2014, in 4FC, is it fair to say and
25   assume that you were present?

Page 51

1 A   Yes.
2 Q   Okay. At the bottom, the last line, or the last
3   section of log text, it states that whoever's name
4   is redacted was escorted to the Special Needs to be
5   placed on suicide watch. Do you see that?
6 A   Yes.
7 Q   Would you have gone with Officer Green to do that,
8   or would that have been someone else?
9 A   Officer Green was sitting on the floor control
10   writing this.
11 Q   Okay.
12 A   Somebody has to stay on the floor control, so she
13   would have never left.
14 Q   Okay. Do you know if you escorted that person --
15   do you remember if you escorted that person?
16 A   I don't.
17 Q   Okay. Would you have -- if you escorted that
18   person, would you have done so by yourself, or with
19   another officer?
20 A   Never by myself. It would have been with another
21   officer, at least one other officer and a
22   lieutenant.
23 Q   Okay. Is that common for escorting inmates from
24   one housing unit to another?
25 A   It depends on what they're being escorted for.

Page 52

1 Q   Okay. Why would the inmate need two officers and a
2   lieutenant to escort them?
3 A   Because if he's being escorted, um, to Special
4   Needs, and being placed on suicide watch, he's in
5   restraints, he's in arm restraints. So he has to
6   be held on each side, so in case he falls, there's
7   someone there, because he can't stop his own fall
8   if his hands are restrained.
9 Q   And earlier you mentioned that during roll call,
10   the command officers would talk about additional
11   trainings that were available. What else did they
12   talk about during roll call?
13 A   Whatever happened earlier. Whatever happened on
14   previous shifts.
15 Q   Okay.
16 A   Major incidents, basically.
17 Q   What would be considered a major incident?
18 A   If there was a fight. If there was an officer
19   assault. If a high-profile inmate came into the
20   jail. If there were a lot of medical emergencies.
21   Flooding. Um, a major medical emergency.
22 Q   Okay. Would, for example, an attempted suicide be
23   something that would be mentioned during a roll
24   call?
25 A   Yes.

Page 53

1 Q   And delivery of a baby, would that be mentioned --
2 A   Most definitely. That doesn't happen all the time.
3 Q   That's probably a good thing. Flipping back over
4   to MKE991, the first page. At the entry stamped
5   10:38, the second one.
6 A   Mm-hmm.
7 Q   Again, that User ID is you?
8 A   Yes. Mm-hmm.
9 Q   Okay. And, again, is this your entry stating that
10   you attended roll call?
11 A   Yes.
12 Q   Is there a reason why you didn't include Officer
13   Green in yours?
14 A   Because that would mean I'm the only one doing
15   inspections in that housing unit.
16 Q   Okay. I notice that the times are different
17   between the two entries about you attending roll
18   call. One is at 10:38 and the other is at 10:22.
19   Is that just because you two entered the
20   information differently?
21 A   Yeah. She could be on the floor control entering
22   the information, I could have already been starting
23   the inspection.
24 Q   Okay. Okay.
25      (Exh. 11 marked for identification.)

Page 54

1   BY MS. DAVIS:
2   Q    Okay, I'm handing you what's been marked as
3        Exhibit 11.  Earlier you said that you reviewed
4        this document before today's deposition?
5   A    Yes.
6   Q    Did you review that with anyone in particular, or
7        did you just review it by yourself?
8   A    I reviewed it by myself.
9   Q    Other than reviewing it for today's deposition, had
10       you seen this document before?
11  A    No.
12  Q    Okay.  What kind of document is this?
13  A    This is a report.
14  Q    Okay.  Would this incident report be considered a
15       major incident?
16            MS. KUGLER:  Objection.  Form.
17            THE WITNESS:  Um --
18  BY MS. DAVIS:
19  Q    Well, let me actually rephrase that.  Would
20       delivering a baby in the SMU at Milwaukee County
21       Jail be considered a major incident?
22            MR. ARNOLD:  Objection.  Form and
23       foundation.
24            MS. KUGLER:  Join.
25

Page 55

1   BY MS. DAVIS:
2   Q    In your experience?
3   A    The lieutenants and command staff are trained
4        what's considered a major incident, not us as
5        officers.
6   Q    Okay.  Earlier you said that major incidents would
7        be discussed during roll call, right?
8   A    Mm-hmm.
9   Q    How would you know that it was a major incident?
10  A    They would tell us if it was a major incident.
11  Q    So that's just a title they would give to specific
12       occurrences?
13  A    Um, yes.
14  Q    Okay.  Would there ever be -- as a corrections
15       officer, would there ever be a time where you would
16       determine something was a major incident?
17  A    No.
18  Q    Okay.  Let's turn to Page 2 of 4.  Do you see your
19       name in the third paragraph from the bottom?
20  A    I do.
21  Q    Okay.  It states that you arrive on the scene at
22       0446 hours, right?
23  A    Yes.
24  Q    Do you remember reporting to the scene because of
25       this medical emergency?

Page 56

1   A    Yes.
2   Q    How were you contacted?
3   A    Over radio from master control.  I wasn't contacted
4        specifically, it was just a general message that
5        there's a medical emergency in SMU.
6   Q    Okay.  And you were reporting from the fourth floor
7        control, right?
8   A    No.  If I ended my break and reported there, I was
9        coming off of break.
10  Q    Where would you be taking your break?
11  A    On the second floor.
12  Q    Okay.  So you said when you arrived, you saw
13       Rebecca Terry?
14  A    Yes.
15  Q    Was she laying down on the bed?
16  A    Yes.
17  Q    And you saw her baby?
18  A    Yes.
19  Q    Do you remember seeing whether her umbilical cord
20       was still attached to the baby?
21  A    I don't remember seeing that.
22  Q    Okay.  Do you remember seeing any blood on the
23       floor?
24  A    There was blood on the floor by -- by the toilet.
25  Q    Okay.  Do you remember seeing any blood on the

Page 57

1        walls?
2   A    I don't remember seeing that.
3   Q    Do you remember seeing blood on the door?
4   A    I don't remember seeing that.
5   Q    Do you remember seeing any blood on the bed?
6   A    I don't remember seeing that.
7   Q    Do you remember seeing any blood on Rebecca
8        herself?
9   A    I don't remember seeing that.
10  Q    Okay.  Was there anything on the baby, or covering
11       the baby?
12            MS. KUGLER:  Objection.  Form.
13  BY MS. DAVIS:
14  Q    Let me rephrase.  Was there anything covering the
15       baby, to your recollection?
16  A    No.
17  Q    Okay.  Was there anything covering Rebecca, to your
18       recollection?
19  A    There was a blanket over her.
20  Q    Okay.  Do you recall anyone saying that they didn't
21       want to go near Rebecca?
22  A    No.
23  Q    Do you recall anyone saying that they didn't want
24       to touch her or her baby?
25  A    No.

Case 2:17-cv-01112-JPS   Filed 09/04/18   Page 16 of 30   Document 175-15

Page 58

| | | |
|---|---|---|
| 1 | Q | Do you remember how long you were on the scene for |
| 2 | | that medical emergency? |
| 3 | A | I can only go off what's on the documents. |
| 4 | Q | Okay. After that night, was there any follow-up |
| 5 | | about this medical incident? |
| 6 | | MR. ARNOLD: Objection. Form and |
| 7 | | foundation. |
| 8 | BY MS. DAVIS: | |
| 9 | Q | I'll rephrase it. After Rebecca delivered her baby |
| 10 | | in the SMU, did anyone talk to you about her |
| 11 | | delivering the baby in the SMU? |
| 12 | A | No. |
| 13 | Q | Prior to finding out about this lawsuit, did you |
| 14 | | talk to anybody else about Rebecca delivering her |
| 15 | | baby in the SMU? |
| 16 | A | No. |
| 17 | Q | Did you talk to any other officers that night about |
| 18 | | Rebecca delivering her baby in the SMU? |
| 19 | A | Just that it was crazy to respond to a medical |
| 20 | | emergency and see a baby there, because they didn't |
| 21 | | tell us over the air what was going on. |
| 22 | Q | Okay. Do you know if anyone received any |
| 23 | | commendations after Rebecca delivered her baby in |
| 24 | | the SMU? |
| 25 | A | No, I don't know that. |

Page 59

| | | |
|---|---|---|
| 1 | Q | Okay. Would you be surprised to learn that someone |
| 2 | | did receive a commendation for handling the |
| 3 | | situation of Rebecca delivering her baby in the |
| 4 | | SMU? |
| 5 | | MR. ARNOLD: Objection. Foundation. |
| 6 | | MS. KUGLER: Join. |
| 7 | | THE WITNESS: Would I be surprised? Yes. |
| 8 | BY MS. DAVIS: | |
| 9 | Q | Okay. Did you ever talk to Brian Wenzel about |
| 10 | | Rebecca delivering her baby in the SMU? |
| 11 | A | Yes. |
| 12 | Q | When did you talk to him about it? |
| 13 | A | After it happened. |
| 14 | Q | That same day? |
| 15 | A | Yes. |
| 16 | Q | Okay. Do you remember what you talked about? |
| 17 | A | Yes. |
| 18 | Q | What did you talk about? |
| 19 | A | Um, the radio call. |
| 20 | Q | Anything else? |
| 21 | A | No. |
| 22 | Q | Okay. What about the radio call did you talk |
| 23 | | about? |
| 24 | A | Because master control made the radio call, not |
| 25 | | him. |

Page 60

| | | |
|---|---|---|
| 1 | Q | Is that unusual? |
| 2 | A | Yes. The officer in the area that sees the medical |
| 3 | | emergency going on usually makes the radio call. |
| 4 | Q | Is there a reason why he wouldn't be the one making |
| 5 | | the radio call? |
| 6 | A | Yes. |
| 7 | Q | Why? |
| 8 | A | His radio wasn't working for him to make it. |
| 9 | Q | Do you check your radio before you start your |
| 10 | | shift? |
| 11 | A | Yes. |
| 12 | Q | And if your radio isn't working, would you need to |
| 13 | | report that to someone? |
| 14 | | MS. KUGLER: Objection. Form. |
| 15 | | THE WITNESS: The only reason why it |
| 16 | | wouldn't work is the battery is dead. |
| 17 | BY MS. DAVIS: | |
| 18 | Q | Do you know if that's why his radio wasn't working? |
| 19 | A | That's exactly what he told me. |
| 20 | Q | Is it your responsibility to charge the radios? |
| 21 | A | We don't charge the radios, we charge the |
| 22 | | batteries. |
| 23 | Q | Is it your responsibility to charge the batteries? |
| 24 | A | To get a new battery, yes. |
| 25 | Q | Where would you get the new battery? |

Page 61

| | | |
|---|---|---|
| 1 | A | From another officer if you're in the SMU. |
| 2 | Q | Okay. And outside of that conversation, did you |
| 3 | | have any other conversations with Brian Wenzel |
| 4 | | about the incident? |
| 5 | A | Yes. |
| 6 | Q | What else -- what other conversations did you have? |
| 7 | A | When he told me that he got paperwork that he was |
| 8 | | being sued. |
| 9 | Q | Okay. Do you remember what you talked about in |
| 10 | | that conversation? |
| 11 | A | I said, "Yeah, why?" I asked him why was he being |
| 12 | | sued. |
| 13 | Q | Did he tell you? |
| 14 | A | He said because she was saying that she -- that he |
| 15 | | ignored her screams when she was having the baby. |
| 16 | Q | Okay. Do you know Brian Wenzel? |
| 17 | A | Yes. |
| 18 | Q | Okay. Would you consider yourself friends? |
| 19 | A | We were co-workers. |
| 20 | Q | Okay. Did you all hang out outside of work? |
| 21 | A | No, never. |
| 22 | Q | Okay. Was it surprising to you that he was sued in |
| 23 | | this incident? |
| 24 | A | Absolutely. |
| 25 | | MS. KUGLER: Objection to form. |

Page 62

```
 1  BY MS. DAVIS:
 2  Q   Why?
 3  A   Because of the reasons why he was being sued.
 4  Q   What do you mean?
 5  A   The first time we -- he said, and we both said the
 6      first time we heard about her saying she was
 7      screaming, was when he told me about the lawsuit.
 8  Q   Okay.  Were there any other officers in the SMU
 9      that night?
10  A   No, that's only a one-person post.
11  Q   Okay.  And did you talk to any of the other inmates
12      housed in the SMU that night?
13  A   No.
14  Q   Okay.  Excuse me.  Did you talk to Lieutenant
15      Montano about the incident that night?
16  A   No.
17  Q   Would it surprise you if someone delivered a baby
18      without screaming?
19              MS. KUGLER:  Objection.  Form.
20              MR. ARNOLD:  And foundation.
21              MS. KUGLER:  Join.
22              THE WITNESS:  I don't know.
23  BY MS. DAVIS:
24  Q   Okay.  Have you ever seen a baby delivered?
25  A   Yes.
```

Page 63

```
 1  Q   When you saw a baby delivered, did the mother
 2      scream at all?
 3  A   In one instance, no.
 4  Q   Okay.
 5  A   I slept right through it.
 6  Q   Oh, okay.  Was that you?
 7  A   No.  I don't have any kids.  My sister.
 8  Q   Okay, I was -- okay.  My apologies, okay.
 9          So outside off that instance, do you recall
10      anyone delivering a baby and not making any sound?
11  A   No.  I haven't seen very many, but no.
12  Q   Okay.  And if someone said that they could hear
13      rustling from behind both doors of the cell in
14      Rebecca's -- or in the cell Rebecca was housed in,
15      do you think they would be able to hear yelling as
16      well?
17              MS. KUGLER:  Objection.  Form.
18              THE WITNESS:  Possibly.
19              MS. KUGLER:  Foundation.
20  BY MS. DAVIS:
21  Q   And when you were housed -- not housed, I'm sorry,
22      when you were stationed in the SMU, could you hear
23      people moving around in the cells?
24  A   Not all the time.
25  Q   Okay.  When could you not hear them moving around?
```

Page 64

```
 1              MS. KUGLER:  Objection.  Form.
 2              THE WITNESS:  I don't know.  If I didn't
 3      hear them moving, I don't know what they were doing
 4      for me not to hear it.  I don't know.
 5  BY MS. DAVIS:
 6  Q   Okay, well, how about this, if you were stationed
 7      in the SMU and someone was moving around in one of
 8      those cells with the double doors on it, could you
 9      hear it?
10  A   If someone were to get up and use the bathroom, the
11      only way I would hear it is if the toilet flushed.
12  Q   Okay.  And if someone -- sorry, when you were
13      stationed in the SMU, has any -- do you remember
14      anyone ever yelling through those two double doors?
15  A   Yes.
16  Q   And you could hear them?
17  A   Yes.
18  Q   Okay.  Would they have had to yell loudly?
19              MS. KUGLER:  Objection.  Form,
20      foundation.
21              MR. ARNOLD:  Join.
22              THE WITNESS:  I don't know how their loud
23      could be different from somebody else's, I don't
24      know.
25
```

Page 65

```
 1  BY MS. DAVIS:
 2  Q   Okay, if you had to -- well, scratch that.  Outside
 3      of speaking with Brian Wenzel about the lawsuit,
 4      and after the incident on that same night, did you
 5      talk to anyone else about Rebecca Terry delivering
 6      her baby in the SMU at the Milwaukee County Jail?
 7  A   No.
 8  Q   Okay.
 9  A   I talked to my mom.  You mean somebody that works
10      there?
11  Q   Anybody.
12  A   Just my mom.
13  Q   Do you remember what you all talked about?
14  A   About the lady having a baby in the jail, and she
15      thought it was the one where they said the baby
16      died.  I said, "No, it was one before that."  And
17      she said she had never known that.  And I was like,
18      "Because I never mentioned it."
19          She asked me why did I never mention it.
20      The baby was, from my opinion, the baby was fine
21      and the mother was fine, it's just she had the baby
22      in the jail.
23  Q   And you mentioned a time when the woman had a baby
24      in the jail and the baby died.  Were you there when
25      that happened?
```

1 A I was there when that happened, but I didn't

2  respond to that area.

3 Q Okay. Did you have to give any statements about

4  that incident?

5 A No.

6 Q Have you ever had to give any other statements

7  about medical emergencies at the Milwaukee County

8  Jail?

9 A Um, outside of work? What do you mean?

10 Q Just in the course of any investigation or

11  follow-up after a medical emergency, were you ever

12  questioned about what happened in the jail?

13   MS. KUGLER: Objection. Form.

14   THE WITNESS: On different medical

15  emergencies, yes.

16 BY MS. DAVIS:

17 Q Could you tell me a little bit about that?

18 A Well, we had deaths in the jail and I was there, so

19  I had to write supplemental reports and speak to

20  detectives.

21 Q Do you remember if any of those deaths happened

22  after Armor Correctional started their contract

23  with the Milwaukee County Jail?

24 A All of them did.

25 Q All of them happened after Armor Correctional came

1  on?

2 A Yes.

3 Q Do you know --

4 A It all happened within a year when I was working

5  there.

6 Q What time period was that, if you remember?

7 A April 2016, and the most recent was October of

8  2017.

9 Q Was there ever any -- scratch that.

10   How many deaths do you remember happening

11  in the course of that time period, April 2016 to

12  October 2017?

13   MR. ARNOLD: Thank you.

14   THE WITNESS: Seven, I believe.

15 BY MS. DAVIS:

16 Q Does that include the baby that died?

17 A Yes.

18 Q Of those seven deaths, how many were you questioned

19  about?

20 A Two.

21 Q And which two were those?

22 A The first one in April. And then maybe the last

23  one in October.

24 Q Okay.

25 A I wasn't there for that one. Um, I think it was in

1  the month before that, in September, maybe.

2 Q Okay. And the one that you were questioned about

3  in April of 2016, do you remember the circumstances

4  surrounding that death?

5 A Yes.

6 Q What happened?

7 A Um, an inmate died of dehydration.

8 Q Do you remember where that person was housed?

9 A In the disciplinary housing unit, 4D, David.

10 Q Okay. And then the incident that happened in

11  September of 2017, do you remember the

12  circumstances of that death?

13 A Yes.

14 Q Was that the baby?

15 A No.

16 Q Okay. Which -- what were the circumstances of that

17  one?

18 A Um, he died in the clinic.

19 Q Okay. Do you know if that person was housed in the

20  SMU before going to the clinic?

21 A No.

22 Q Okay.

23 A He wasn't.

24 Q He wasn't. Do you know where he was before he was

25  in the clinic?

1 A A general population housing unit.

2 Q Do you know how he died?

3 A No.

4 Q Okay. And then outside of the deaths, do you

5  remember any other medical emergencies that

6  happened where there was no death that you were

7  questioned about?

8   MS. KUGLER: Objection. Form,

9  foundation.

10   THE WITNESS: Questioned about as far as

11  by who and what do you mean?

12 BY MS. DAVIS:

13 Q Well, if there's a medical emergency at the jail,

14  are there any internal investigations that happen?

15 A Sometimes.

16 Q Okay. Were you part of any of those internal

17  investigations?

18 A No.

19 Q Okay. Did you ever give any statements in relation

20  to any of those internal investigations?

21 A For -- I think for that last one, I guess you could

22  say that was internal, because I was questioned by

23  one of our captains.

24 Q Okay. And then outside of internal investigations,

25  are there any other situations where you would be

witranscripts@uslegalsupport.com   **U. S. LEGAL SUPPORT / GRAMANN REPORTING**   Phone: (800) 899-7222

Case 2:17-cv-01112-JPS  Filed 09/04/18  Page 19 of 30  Document 175-15

Page 70

1   questioned about a medical emergency that happened
2   in the jail?
3        MS. KUGLER: Objection. Form.
4        THE WITNESS: I mean, if it wasn't a
5   death, I guess we wouldn't be questioned outside of
6   the agency.
7 BY MS. DAVIS:
8 Q   Okay. In terms of major incidents, do you remember
9   any major incidents happening at the SMU after
10   Armor Correctional began working with the Milwaukee
11   County Jail?
12        MR. ARNOLD: Objection. Form,
13   foundation.
14        MS. KUGLER: Join.
15 BY MS. DAVIS:
16 Q   To the best of your recollection, do you know of
17   any major incidents around a medical emergency that
18   happened after Armor Correctional started working
19   with the Milwaukee County Jail?
20        MR. ARNOLD: Object again as to
21   foundation. My specific objection is to
22   foundation, because I'm not sure we've agreed on
23   what a major incident is, or what this witness
24   believes a major incident is.
25        MS. KUGLER: Join.

Page 71

1 BY MS. DAVIS:
2 Q   I think we talked about it, but we can go through
3   it again. To your understanding, what is a major
4   incident?
5 A   When something completely abnormal happens in the
6   jail, um, and the lieutenants and the captains have
7   to get together and write a report.
8 Q   Okay. And would you hear about these major
9   incidents during roll call?
10 A   Yes.
11 Q   Okay.
12 A   If you go to roll call every day.
13 Q   Did you go to roll call every day?
14 A   No.
15 Q   Were you supposed to go to roll call every day?
16 A   Yeah, but if you start on the shift before, you're
17   not expected to go to roll call.
18 Q   Were there ever any times where you didn't start
19   from a shift before and you didn't go to roll call?
20        MS. KUGLER: Objection. Form.
21        THE WITNESS: Yes.
22 BY MS. DAVIS:
23 Q   Okay. During roll call, do you remember hearing
24   about major incidents from the command staff?
25 A   Yes.

Page 72

1 Q   Did any of those major incidents relate to a
2   medical emergency?
3 A   Yes. They're not always called major incidents.
4   They tell us what happened during the day.
5 Q   Okay.
6 A   So we wouldn't know all the time if it was a major
7   incident or not.
8 Q   Okay. To your -- to the best of your recollection,
9   did any of those medical emergencies mentioned
10   during roll call happen after Armor Correctional
11   started working in the Milwaukee County Jail?
12 A   Were major medical emergencies after Armor?
13 Q   Mm-hmm.
14 A   Yes.
15 Q   Okay. And if you can estimate, would you say that
16   there were more after Armor started, or before?
17        MS. KUGLER: Objection. Form,
18   foundation.
19        MR. ARNOLD: Join. If you know.
20 BY MS. DAVIS:
21 Q   If you can remember. Do you remember whether there
22   were more medical emergencies mentioned during roll
23   call before or after Armor started working with the
24   Milwaukee County Jail?
25        MS. KUGLER: Same objections.

Page 73

1        THE WITNESS: I would have to say yes,
2   there were more.
3 BY MS. DAVIS:
4 Q   There were more after Armor started working with
5   the Jail?
6 A   Yes.
7 Q   Okay.
8 A   We didn't have deaths at all prior to Armor, and
9   then we had them.
10 Q   Okay. And when Armor started working in the jail,
11   outside of that mental health training that you
12   mentioned in October 2017, do you remember any
13   other trainings that Armor specifically led for the
14   COs?
15 A   I don't remember.
16 Q   I think that's all for me. Thank you.
17        MR. ARNOLD: Let me go through my notes.
18   I think there's a couple things that I wanted to
19   clarify.
20        MS. DAVIS: Can we take a quick break
21   real quick?
22        MR. ARNOLD: Of course.
23        (Short recess taken.)
24
25

Case 2:17-cv-01112-JPS   Filed 09/04/18   Page 20 of 30   Document 175-15

Page 74

```
1              E X A M I N A T I O N
2   BY MR. ARNOLD:
3   Q    You were asked some questions about your training
4        during the academy, whether there was testing after
5        the academy.  Do you remember that?
6   A    Yes, sir.
7   Q    What I'm trying to understand is, I understand that
8        there was -- that once the academy was completed,
9        you weren't going to the academy anymore, right?
10  A    Some of those annual trainings were at the academy.
11  Q    Okay.  Let's just talk about the initial training
12       that you had.  That was at the academy?
13  A    Yes, sir.
14  Q    Once that training was completed, then your
15       assignment was to go somewhere else other than the
16       academy when you got to work, right?
17  A    Yes.
18  Q    What I want to find out is, while you were still at
19       the academy doing the training, was there any
20       testing that was done during the training, as
21       opposed to after the training was done?
22  A    Yes.
23  Q    Okay.  Tell me about that.
24  A    Basically there were, I believe it was six tests.
25       You were only able to fail one or two.
```

Page 75

```
1   Q    Okay.
2   A    And then when the second or third one, if you
3        failed the second or the third one, whichever one
4        it was, you were asked to leave.
5   Q    I see.  And you completed that testing during the
6        academy training?
7   A    Yes, sir.
8   Q    And successfully so?
9   A    Yes, I never failed a test.
10  Q    And I can't remember whether you said whether there
11       was any testing at any of the follow-up training
12       that occurred after the initial training academy?
13  A    There were worksheets to be completed.
14  Q    That's right.
15  A    But not a pass/fail sort of thing.
16  Q    Okay.  Thank you.  My notes say that you said
17       something along the lines of you could hear
18       somebody call out "CO" from the -- if it was quiet
19       on the third shift in the SMU.  Did I have that
20       right?
21  A    Yes.
22  Q    What do you recall about that?
23  A    What do I recall about saying that?
24  Q    No, I'm sorry.  What do you recall about hearing
25       that, or being able to hear that?
```

Page 76

```
1   A    If somebody would call out for me, I would go see
2        what they wanted.
3   Q    Okay.  And you didn't have any difficulty hearing
4        that from where you were stationed?
5   A    No.
6   Q    Okay.  That's all I have.  Thank you.
7            MS. KUGLER:  I have just a couple of
8        follow-ups.
9              E X A M I N A T I O N
10  BY MS. KUGLER:
11  Q    I believe that you testified that you started at
12       Milwaukee County Jail in November of 2012; is that
13       correct?
14  A    In February of 2012.
15  Q    Okay, I might be mistaken.
16  A    I went to Milwaukee County Jail in November of
17       2012.
18  Q    Okay, because prior to that you were at the House
19       of Corrections, correct?
20  A    Mm-hmm.
21  Q    Okay.  Do you know when Armor started at Milwaukee
22       County Jail?
23  A    It was sometime after the split in 2013.
24  Q    What do you mean by "after the split"?
25  A    Um, Sheriff Clarke, David Clarke, he had control
```

Page 77

```
1        over the House of Corrections and Milwaukee County
2        Jail.  And in mid-2013, the County Board split it
3        and let the County -- the House of Correction be
4        its own entity ran by a superintendent, and then
5        Milwaukee County Jail was left under the direction
6        of David Clarke.
7   Q    Okay, so your recollection is that Armor started at
8        Milwaukee County Jail in mid-2013; is that correct?
9   A    No.  No.  Because the nurses were there, and a lot
10       of them stayed until the end of the year.  Because
11       I think as of January 1st of 2014, they were being
12       ran by Armor, but don't quote me on that.
13           Because the split happened, they were still
14       County nurses there, they didn't just leave because
15       of that split.  And I don't think that was even
16       related to the split.
17  Q    Okay.  So your understanding is Armor started at
18       Milwaukee County Jail --
19  A    In January 2014, is what I believe.
20  Q    Okay.  So when counsel asked you about your
21       understanding of deaths before and after Armor
22       started, the time period you're using with respect
23       to your answer is limited to November 2012 to when
24       Armor started, which you believe happened in about
25       January 2014?
```

Page 78

```
1   A    I would say April, because I was working for
2        Milwaukee County Sheriff's Office, so we would know
3        about deaths at the jail.
4   Q    Okay.  And you don't know anything about the
5        situation at Milwaukee County Jail prior to your
6        time working for the Sheriff's Office in general?
7   A    I think in December of 2011 there was a suicide,
8        but it wasn't like a death, he did that to himself.
9   Q    Okay.  Okay, that's all I have.
10            MS. DAVIS:  Just one question.
11              E X A M I N A T I O N
12  BY MS. DAVIS:
13  Q    Outside of that suicide, do you remember any other
14       deaths being talked about at Milwaukee County Jail
15       during the time that you were employed by the
16       Milwaukee County Sheriff's Office?
17            MS. KUGLER:  Objection.  Foundation.
18            THE WITNESS:  While I was working there,
19       the only deaths that happened there started in
20       April of 2016.  Those were the only deaths while I
21       was employed there, from April until that October.
22  BY MS. DAVIS:
23  Q    And you're sure that in April of 2016, Armor
24       Correctional was working with the Milwaukee County
25       Jail?
```

Page 79

```
1   A    Most definitely.
2   Q    Okay.  All right, that's all for me.
3            MR. ARNOLD:  Thank you.  You're done.
4            THE WITNESS:  Oh, good.
5            (Deposition concluded at 11:42 a.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 80

```
1   STATE OF WISCONSIN  )
                        )  SS:
2   COUNTY OF MILWAUKEE )
3         I, Wendy L. Hanneman, Registered
4   Professional Reporter and Notary Public in and for the
5   State of Wisconsin, do hereby certify that the
6   deposition of DASHYLA ELLIOT was reported by me and
7   reduced to writing under my personal direction.
8         I further certify that said deposition was
9   taken at LEIB, KNOTT & GAYNOR, LLC, 219 North Milwaukee
10  Street, Suite 710, Milwaukee, Wisconsin, on the 24th day
11  of April, 2018, commencing at 10:03 a.m. and concluding
12  at 11:42 a.m.
13        I further certify that I am not a relative
14  or employee or attorney or counsel of any of the
15  parties, or a relative or employee of such attorney or
16  counsel, or financially interested directly or
17  indirectly in this action.
18        In witness whereof, I have hereunto set my
19  hand and affixed my seal of office at Milwaukee,
20  Wisconsin, this 4th day of May, 2018.
21
22            Wendy L. Hanneman - Notary Public
                 In and for the State of Wisconsin
23
      My Commission Expires:  October 9, 2021.
24
25
```

**0**

**0445** 45:6

**0446** 55:22

**0524** 45:9

**1**

**1** 16:10,13 43:19

**10** 35:24 36:11 48:18,20

**10/20/14** 24:16

**108** 21:22

**10:22** 48:25 53:18

**10:38** 53:5,18

**10th** 40:1

**11** 5:25 36:14 53:25 54:3

**11:42** 79:5

**11:52** 50:23

**12** 6:24

**14** 5:25

**175** 5:24

**1st** 20:25 77:11

**2**

**2** 18:6,8 55:18

**2005** 8:15

**2006** 8:4

**2008** 20:25

**2010** 7:24 8:4

**2011** 78:7

**2012** 6:24 7:6,10,24 76:12,14,17 77:23

**2013** 76:23

**2014** 18:15,18 40:1 50:24 77:11,19,25

**2016** 67:7,11 68:3 78:20,23

**2017** 11:25 15:16 31:15,18 67:8,12 68:11 73:12

**2018** 7:14

**3**

**3** 20:16,19 35:18

**30** 23:4 25:24 40:16

**30-minute** 22:8,12 23:1,7 25:23

**302.365** 35:13

**302.38** 35:10

**350** 35:16

**3rd** 39:11

**4**

**4** 23:25 24:3 55:18

**4A** 40:19 42:15,21

**4B** 40:19 42:15

**4C** 40:19 42:15 43:3,18

**4D** 68:9

**4FC** 39:13 43:19 50:24

**5**

**5** 27:24 28:2

**6**

**6** 32:23,25

**60** 13:22,24,25

**7**

**7** 35:2,5

**8**

**8** 20:23 39:2,5 43:18

**8.1.6** 21:22

**8.1.7** 22:6

**9**

**9** 35:21 43:8,10

**992** 48:23

**9th** 40:1 50:24

**A**

**a.m.** 79:5

**abnormal** 71:5

**Absolutely** 61:24

**academy** 9:2 10:8, 10,12 13:7 16:4,18 17:23 20:6 28:13 30:23 31:10 32:15 33:8 37:14,16 74:4, 5,8,9,10,12,16,19 75:6,12

**access** 21:23 22:1

**accurate** 17:13

**accurately** 19:8

**acronym** 9:23

**additional** 27:15,17 29:23 30:11 52:10

**administer** 36:17

**administering** 33:22 36:15

**Administrative** 35:16

**AFIS** 27:18

**agency** 70:6

**agreed** 70:22

**agreement** 40:24 41:9 42:1

**ahead** 35:1

**air** 58:21

**Aldi** 7:22,25

**Allegheny** 6:6

**and/or** 36:16

**Ann** 8:2

**announced** 27:12, 14

**annual** 9:7,8,14 10:3,13 11:7,20 74:10

**annually** 11:12,15

**answering** 45:4

**answers** 5:6,8

**anymore** 74:9

**apologies** 63:8

**apply** 29:19

**April** 67:7,11,22 68:3 78:1,20,21,23

**area** 13:3 26:17 27:11 29:20 60:2 66:2

**areas** 22:9 27:15,16, 20 32:6 37:3

**arm** 52:5

**Armor** 15:2,6,10,23 31:14 38:17,19 66:22,25 70:10,18 72:10,12,16,23 73:4, 8,10,13 76:21 77:7, 12,17,21,24 78:23

**ARNOLD** 9:21 12:12,14 15:17 18:11 22:3 30:4 32:10 33:9 36:9,12 37:17 38:5 42:12,15, 18,23 43:2,5 54:22 58:6 59:5 62:20 64:21 67:13 70:12, 20 72:19 73:17,22 74:2 79:3

**arrive** 55:21

**arrived** 56:12

**assault** 52:19

**assigned** 49:12

**assignment** 74:15

**assignments** 39:9

**assisting** 33:16

**assume** 5:3 50:25

**attached** 56:20

**attempted** 50:14,20 52:22

**attended** 16:5 38:21 49:4 53:10

**attending** 53:17

**audible** 5:8

**B**

**baby** 45:21,22 46:17,21 47:4,6 50:21 53:1 54:20 56:17,20 57:10,11, 15,24 58:9,11,15,18, 20,23 59:3,10 61:15 62:17,24 63:1,10 65:6,14,15,20,21,23, 24 67:16 68:14

**back** 17:22 34:16 40:4 46:7 53:3

**BAGBG** 49:16

**bar** 50:10

**based** 39:7 41:13

**basically** 9:20 12:8 17:12 20:1 31:1 34:19 45:1 52:16 74:24

**bathroom** 64:10

**batteries** 60:22,23

**battery** 60:16,24,25

**bed** 45:21 46:5 56:15 57:5

**began** 15:3 28:13 70:10

**believes** 70:24

**bills** 5:13

**bit** 17:11 25:12 66:17

**black** 15:21 50:10

**blanket** 57:19

**blood** 45:24 56:22, 24,25 57:3,5,7

**Board** 77:2

**booking** 13:3 29:17 44:24

**bottom** 36:4,11 39:10 43:18 50:9 51:2 55:19

**break** 4:21,23,25 43:22 45:7,13 56:8, 9,10 73:20

**Brian** 59:9 61:3,16 65:3

**Bridgette** 49:6,17, 20

**brought** 38:15 47:12,13

**bullet** 22:7

**Bureau** 20:23

**button** 23:20,21 25:22 48:8,13

**Buy** 8:9

---

**C**

**call** 19:25 22:16,23 23:1 25:14,15,22 27:9,13 29:24,25 36:21 37:3 45:19 49:4 52:9,12,24 53:10,18 55:7 59:19, 22,24 60:3,5 71:9, 12,13,15,17,19,23 72:10,23 75:18 76:1

**called** 4:2 8:2 14:19, 22 27:3 72:3

**calm** 46:11

**captains** 17:19 69:23 71:6

**care** 5:13 32:15 33:16,20 34:9,14,16 36:6,19,21,24,25 37:13

**carried** 39:25

**case** 33:4 35:22 52:6

**cell** 47:4 63:13,14

**cells** 21:24 22:9 47:16,24 48:5 63:23 64:8

**CERT** 27:21

**certification** 30:2,7, 14

**charge** 60:20,21,23

**charged** 34:21

**check** 25:25 60:9

**child** 47:11

**circumstances** 47:2 68:3,12,16

**CIT** 27:4,8 31:1,8

**civilly** 34:21

**clarification** 42:13

**clarify** 73:19

**Clarke** 76:25 77:6

**clinic** 68:18,20,25

**close** 39:11

**co-workers** 61:19

**Code** 35:16

**college** 8:9,14,16

**column** 39:11,22

**columns** 40:5

**command** 17:19 19:6,15 52:10 55:3 71:24

**commendation** 59:2

**commendations** 58:23

**common** 14:10 51:23

**communicate** 24:25

**communicating** 25:7

**communication** 25:14

**complete** 23:12

**completed** 42:7,8 74:8,14 75:5,13

**completely** 71:5

**computer** 42:10

**concerns** 19:11

**concluded** 79:5

**conduct** 22:8,12 36:1 38:15 40:17 41:6

**conducted** 37:24 38:21

**conducting** 22:16, 17 23:6 36:2

**confidential** 17:12

**conscious** 46:13,14

**consciousness** 46:9

**consequences** 34:23

**considered** 28:21 52:17 54:14,21 55:4

**consists** 13:2

**contact** 37:10

**contacted** 56:2,3

**contents** 31:24

**contract** 66:22

**control** 9:20 10:20 39:16,19 40:9,12,15, 16 41:3 42:5 49:12 51:9,12 53:21 56:3,7 59:24 76:25

**controlling** 36:15

**conversation** 61:2, 10

**conversations** 61:3,6

**copy** 16:16,18 24:8 28:10,12

**cord** 56:19

**correct** 5:11 6:1 21:7 22:10 24:16,19

37:14 42:16 43:23 45:9 76:13,19 77:8

**Correction** 77:3

**correctional** 6:20 8:19 15:2,6 66:22,25 70:10,18 72:10 78:24

**corrections** 7:3,7, 17,19 8:24 12:9,15, 20 17:15 23:11,14 27:21 55:14 76:19 77:1

**correctly** 20:2

**COS** 49:24 73:14

**counsel** 77:20

**Count** 43:18,19

**County** 5:24,25 6:3, 4,6,9,14,18,25 7:4,7, 12,16,20 8:12,18,25 12:19 14:7 15:2 21:22 24:19 37:25 38:1,4,9,11,13,14, 19,22 46:17,21 54:20 65:6 66:7,23 70:11,19 72:11,24 76:12,16,22 77:1,2, 3,5,8,14,18 78:2,5, 14,16,24

**couple** 4:15 5:18 35:8 41:21,22 73:18 76:7

**courses** 10:9

**court** 5:15 17:14

**cover** 31:20

**covered** 12:2 17:8 25:3,10 31:20 32:5,6

**covering** 57:10,14, 17

**CPR** 9:18 10:18,19

**crazy** 58:19

**criminally** 34:21

**crisis** 29:12 31:3

**crisis-type** 12:7

**Crystalina** 44:16

---

**D**

**D-A-S-H-Y-L-A** 4:11

**daily** 19:25

**Dashyla** 4:2,11

**date** 20:25 39:18

**David** 68:9 76:25 77:6

**DAVIS** 4:6 6:10 10:1,7,22 12:13,16 13:13 14:17 15:9,19 16:11 17:1 18:7,13 20:9,17 22:5 23:5 24:1 25:5 26:4 28:1 29:1 30:6,13 32:11, 13,24 33:13 34:12 35:3 36:11,13 37:7, 23 38:7 39:1,3 40:3 42:14 43:7,9 48:19 54:1,18 55:1 57:13 58:8 59:8 60:17 62:1,23 63:20 64:5 65:1 66:16 67:15 69:12 70:7,15 71:1, 22 72:20 73:3,20 78:10,12,22

**day** 14:2 25:21 40:23 50:7 59:14 71:12,13,15 72:4

**days** 13:22,24 14:1 40:6,7,10

**dead** 60:16

**dealing** 9:18

**death** 68:4,12 69:6 70:5 78:8

**deaths** 66:18,21 67:10,18 69:4 73:8 77:21 78:3,14,19,20

**debriefed** 49:20

**debriefing** 49:23

**December** 8:4 78:7

**decided** 27:7

**defendant** 5:9

**dehydration** 68:7

**delivered** 46:17,21 47:10 50:21 58:9,23 62:17,24 63:1

**delivering** 36:16 54:20 58:11,14,18 59:3,10 63:10 65:5

**delivery** 46:20 53:1

**department** 6:16 8:7 13:3

**depends** 14:11 42:1,20 47:17 51:25

**deposed** 4:13

**deposition** 5:17,19 54:4,9 79:5

**describe** 46:3,24

**detectives** 66:20

**Detention** 20:22

**determine** 28:20 29:2 55:16

**determines** 44:4

**died** 65:16,24 67:16 68:7,18 69:2

**differently** 53:20

**difficulty** 76:3

**Dillard's** 8:7,10

**direction** 77:5

**disabilities** 29:10

**disciplinary** 68:9

**discussed** 55:7

**dispatch** 6:15

**distress** 25:15,19 26:1,7 28:22 29:4 31:10

**divided** 44:23

**DLEDE** 44:11

**document** 17:14, 21,22 20:22 21:3,5 22:9 24:6 28:6,7 30:25 31:1,6 33:3,5, 11 39:5,7 43:11 54:4,10,12

**documents** 5:18,21

33:7 58:3

**door** 48:14 57:3

**doors** 47:25 48:1 63:13 64:8,14

**double** 47:25 48:1 64:8,14

**duly** 4:3

**dummy** 10:19

**Duties** 35:25

**duty** 34:9,16,19,23

---

**E**

**E-L-L-I-O-T-T** 4:12

**earlier** 11:9,11 22:21 31:13,17 48:7 52:9,13 54:3 55:6

**easily** 47:16

**easy** 15:18

**electronic** 42:10

**electronically** 42:9

**Elliott** 4:2,11

**else's** 64:23

**emergencies** 46:16 52:20 66:7,15 69:5 72:9,12,22

**emergency** 27:22 36:20 43:23 44:5,9 45:14,16 46:15 48:8, 12 52:21 55:25 56:5 58:2,20 60:3 66:11 69:13 70:1,17 72:2

**emotional** 28:22 29:3 31:10

**employed** 6:2 38:11 78:15,21

**employees** 38:3,9, 12

**end** 13:1 77:10

**ended** 43:22 45:7,13 56:8

**enforcement** 8:22

**entailed** 26:22

**enter** 19:8,14 22:22

**entered** 19:10,17 20:2 53:19

**entering** 22:25 23:15 53:21

**entire** 21:24 39:20 41:17

**entity** 77:4

**entries** 53:17

**entry** 44:13 48:24 53:4,9

**escort** 52:2

**escorted** 51:4,14, 15,17,25 52:3

**escorting** 51:23

**estimate** 19:23 72:15

**exact** 17:22,24

**examined** 4:4

**examples** 20:1,2

**exams** 10:23

**excuse** 48:10 50:13 62:14

**exh** 16:10 18:6 20:16 23:25 27:24 32:23 35:2 39:2 43:8 48:18 53:25

**Exhibit** 16:13 18:8 20:19 24:3 28:2 32:25 35:5 39:5 43:10 48:20 54:3

**expected** 71:17

**experience** 8:20,22 55:2

---

**F**

**fail** 74:25

**failed** 75:3,9

**fair** 9:14 29:19 33:14 37:1 50:18,24

**fall** 52:7

**falls** 52:6

**familiar** 21:3

**February** 6:24 7:6, 24 76:14

**female** 41:14 42:19 43:3

**females** 41:16,20 42:22

**fight** 52:18

**find** 74:18

**finding** 58:13

**fine** 18:14 65:20,21

**flip** 31:23 35:24

**Flipping** 53:3

**Flooding** 52:21

**floor** 39:16,19,20 40:9,12,15 41:3 42:5 43:25 49:12 51:9,12 53:21 56:6,11,23,24

**flushed** 64:11

**follow-up** 19:16 58:4 66:11 75:11

**follow-ups** 76:8

**form** 10:6,17 13:10 14:14 15:7 16:24 20:7 23:2 25:2 26:2 28:23 30:4 32:8 34:11 37:6 38:23 40:2 54:16,22 57:12 58:6 60:14 61:25 62:19 63:17 64:1,19 66:13 69:8 70:3,12 71:20 72:17

**format** 10:16

**foundation** 32:9 38:5 54:23 58:7 59:5 62:20 63:19 64:20 69:9 70:13,21,22 72:18 78:17

**fourth** 39:16,19,20 40:9,12,15 43:25 56:6

**friends** 61:18

**full-time** 8:11

---

**G**

**gave** 15:11 30:22 38:17

**general** 22:9,17,18 27:1 29:5 30:24 37:15 56:4 69:1 78:6

**give** 4:24 33:3,24 55:11 66:3,6 69:19

**giving** 28:6

**good** 4:7,8 53:3 79:4

**graduate** 8:13

**Green** 49:6,20 51:7, 9 53:13

**Green's** 49:17

**group** 38:20

**guess** 11:10 34:22 69:21 70:5

**guide** 28:19,20 30:22 31:21

---

**H**

**half** 41:22,23

**hand** 16:12

**handed** 5:18

**handing** 18:8 20:18 24:2 28:2 32:25 35:4 39:4 43:10 48:20 54:2

**handling** 59:2

**hands** 52:8

**hang** 61:20

**happen** 19:19,21 50:5 53:2 69:14 72:10

**happened** 10:3 15:13 19:24 47:1 50:6,23 52:13 59:13 65:25 66:1,12,21,25 67:4 68:6,10 69:6 70:1,18 72:4 77:13,

24 78:19

**happening** 50:16
67:10 70:9

**head** 5:7 26:21

**health** 5:13 9:18
11:8,12 15:3,12,25
31:14,18 32:15
33:15,20 36:1,2,19,
21,24,25 37:12
73:11

**hear** 14:7 47:12,16,
21 63:12,15,22,25
64:3,4,9,11,16 71:8
75:17,25

**heard** 47:3,8 62:6

**hearing** 35:11,12,
14,16 48:1,2,4 71:23
75:24 76:3

**held** 52:6

**helping** 33:20

**high-profile** 52:19

**hired** 8:24

**hosted** 15:22 31:14

**hour** 16:2

**hours** 45:6,9 55:22

**House** 7:3,7 12:14,
19 23:10,14 76:18
77:1,3

**housed** 29:15 33:11
62:12 63:14,21 68:8,
19

**housing** 13:6,9
22:19 40:13,17,18
41:11 42:7 44:21,25
47:5 50:8 51:24
53:15 68:9 69:1

---

**I**

**ID** 44:10 49:16,17
53:7

**identification**
16:10 18:6 20:16
23:25 27:24 32:23
35:2 39:2 43:8 48:18
53:25

**IM** 20:23 21:22 22:6

**incident** 5:24 46:25
52:17 54:14,15,21
55:4,9,10,16 58:5
61:4,23 62:15 65:4
66:4 68:10 70:23,24
71:4 72:7

**incidents** 52:16
55:6 70:8,9,17 71:9,
24 72:1,3

**include** 17:5 33:19,
22 53:12 67:16

**incorrectly** 19:17

**individual** 26:6

**infirmary** 14:8,12,
24 20:23 21:6,10,13,
16,24,25 22:7 23:23

**information** 22:25
32:19 49:23 53:20,
22

**initial** 74:11 75:12

**initially** 23:10

**inmate** 22:9 25:15,
18 28:21 29:3 34:3,5
36:1,2,6 48:2,11
50:13 52:1,19 68:7

**inmates** 9:18 11:9
25:25 29:6,9,14 31:2
32:2 33:20 34:9,17,
19 37:13 41:14
47:19 51:23 62:11

**Inmates/crisis**
28:15 30:8,17

**inspect** 40:20

**inspection** 22:10
23:9,15 26:3,5 41:1,
6 42:3 53:23

**inspections** 22:8,
12,16,17 23:1,7,12,
21 25:23,24 40:17,
25 41:10,20,23
53:15

**instance** 63:3,9

**instructed** 37:9

**instructions** 22:15
33:19

**instructors** 38:3

**intake** 44:24

**intellectual** 29:10

**internal** 69:14,16,
20,22,24

**interrupt** 4:20,21

**intervene** 29:12

**Intervention** 28:16
30:9,18

**investigation** 66:10

**investigations**
69:14,17,20,24

**issue** 19:25 27:9

**issued** 23:19

**issues** 50:2

---

**J**

**jail** 5:23 7:12,16,20
8:12,18 12:11,12,18,
19,22 13:3,9,15 14:7
15:2,3 17:3 19:2,4,
17 21:12 22:22
23:14,20,21 24:19
25:1 27:20 28:8
29:20 32:15 33:15,
25 35:25 37:12
38:22 42:10 43:14,
15 44:19 46:18,22
48:21 52:20 54:21
65:6,14,22,24 66:8,
12,18,23 69:13 70:2,
11,19 71:6 72:11,24
73:5,10 76:12,16,22
77:2,5,8,18 78:3,5,
14,25

**January** 6:22 7:13
11:24 20:25 77:11,
19,25

**job** 8:11

**jobs** 8:8,9

**Join** 54:24 59:6
62:21 64:21 70:14,
25 72:19

**K**

**kids** 63:7

**kind** 54:12

**knowledge** 18:10
19:19

**Krueger** 37:19

**KUGLER** 6:9 10:6,
17 13:10 14:14 15:7
16:24 20:7 23:2 25:2
26:2 28:23 30:10
32:8 34:11 37:6
38:6,23 40:2 54:16,
24 57:12 59:6 60:14
61:25 62:19,21
63:17,19 64:1,19
66:13 69:8 70:3,14,
25 71:20 72:17,25
76:7,10 78:17

---

**L**

**lady** 15:21 47:4
65:14

**latest** 15:11

**law** 8:22 35:22

**lawsuit** 5:10 47:13
58:13 62:7 65:3

**laying** 46:5 56:15

**leading** 5:17,19

**learn** 59:1

**leave** 40:13 75:4
77:14

**led** 15:20 37:16
73:13

**left** 7:16 35:18 39:10
51:13 77:5

**legal** 17:14 34:22,23
35:18

**letting** 43:5

**level** 13:2

**lieutenant** 44:16,22
51:22 52:2 62:14

**lieutenants** 17:19
44:18,24 55:3 71:6

**light** 48:13,15

**limited** 77:23

**lines** 75:17

**Lisa** 37:19 38:10

**listed** 35:22 49:10

**living** 22:9

**Loft** 8:2

**log** 5:23 19:13 21:12
23:20,21 42:10
43:14,20 48:21
50:13 51:3

**logbook** 22:10

**logs** 16:13 17:3,16
18:19 19:2,4,11,17
22:22 43:15

**long** 7:9,23 8:3 9:4
15:25 30:16 31:10
58:1

**looked** 43:16 46:3,
8,12

**lot** 13:19,22 19:2,4
52:20 77:9

**loud** 64:22

**loudly** 64:18

---

**M**

**made** 47:10 59:24

**maintain** 36:23,25

**maintaining** 17:3
21:9,12

**major** 52:16,17,21
54:15,21 55:4,6,9,
10,16 70:8,9,17,23,
24 71:3,8,24 72:1,3,
6,12

**make** 23:3 29:18
47:9 60:8

**makes** 60:3

**making** 19:8 45:4
60:4 63:10

**male** 41:15,18 42:18

**males** 42:21,22 43:4

**March** 40:1 50:24

**mark** 20:15 42:3,7

**marked** 5:23 16:10, 12 18:6,8 20:16,18 23:12,25 24:2 27:24 28:2 32:23,25 35:2,4 39:2,4 43:8,10 48:18,20 53:25 54:2

**master** 56:3 59:24

**means** 39:18

**med** 34:4 50:6

**medical** 13:15 20:5, 11 21:6 24:13,22,25 25:7,19 33:17 34:6, 14 36:6 37:10 43:23 44:4 45:14,15 46:15, 16 48:12 52:20,21 55:25 56:5 58:2,5,19 60:2 66:7,11,14 69:5,13 70:1,17 72:2,9,12,22

**medication** 33:23, 24,25 34:3 36:16,17

**meds** 34:5

**member** 27:21

**mental** 9:18 11:8,12 15:12,25 31:14,17 73:11

**mention** 65:19

**mentioned** 11:9,11 24:21 31:13,17 48:7 52:9,23 53:1 65:18, 23 72:9,22 73:12

**message** 56:4

**method** 40:23

**mid-2013** 77:2,8

**middle** 39:12

**Milwaukee** 5:23,24 6:25 7:2,4,7,12,16, 20 8:11,18,25 12:19 14:6 15:1 21:22 24:18 37:25 38:1,4, 9,11,13,14,19,22

**mention** 65:19

**mentioned** 11:9,11 24:21 31:13,17 48:7 52:9,23 53:1 65:18, 23 72:9,22 73:12

**message** 56:4

**method** 40:23

**mid-2013** 77:2,8

**middle** 39:12

46:17,21 54:20 65:6 66:7,23 70:10,19 72:11,24 76:12,16, 21 77:1,5,8,18 78:2, 5,14,16,24

**minutes** 23:4 25:24 40:16

**mistaken** 76:15

**MKE991** 53:4

**Mm-hmm** 4:18 5:14 6:17 8:3,8 11:13,17 12:13 15:15 24:7,17 27:2 32:4 33:1 36:13 49:1 50:12,15 53:6,8 55:8 72:13 76:20

**mom** 65:9,12

**monitor** 23:8

**Montano** 44:16 62:15

**month** 68:1

**monthly** 39:9

**morning** 4:7,8

**mother** 46:1 63:1 65:21

**moves** 10:21

**moving** 63:23,25 64:3,7

**N**

**named** 37:18 41:11

**names** 14:23 49:10

**needed** 13:5

**night** 41:18,23 43:16,25 44:15 45:22 49:14 50:20 58:4,17 62:9,12,15 65:4

**nodding** 5:7

**nods** 26:21

**non-emergency** 36:20

**normal** 28:21

**notes** 18:15 73:17 75:16

**notice** 53:16

**notification** 48:8

**notify** 34:2,4 48:11

**November** 7:10 76:12,16 77:23

**number** 24:3 28:2 35:5 39:5 49:17

**nurse** 34:1,2,4 36:17,21 37:3,18

**nurses** 25:14 47:20 77:9,14

**O**

**O-U-T-A-G-A-M-I-E** 6:12

**oath** 4:3

**Object** 30:4 70:20

**objection** 10:6,17 13:10 14:14 15:7 16:24 20:7 23:2 25:2 26:2 28:23 32:8 34:11 37:6 38:5,6,23 40:2 54:16,22 57:12 58:6 59:5 60:14 61:25 62:19 63:17 64:1,19 66:13 69:8 70:3,12,21 71:20 72:17 78:17

**objections** 72:25

**obvious** 26:7

**occasionally** 24:22

**occurred** 75:12

**occurrences** 55:12

**October** 8:4 11:25 15:14,15 16:1 18:15, 18 31:15,18 67:7,12, 23 73:12 78:21

**offered** 27:17 29:23

**office** 6:17 7:1,4 37:25 38:2,4,9,11, 13,15,20 45:2 78:2, 6,16

**officer** 6:20 7:17,19 8:19,24 12:9 17:15 22:8 27:18,19 35:25 41:18 49:9,25 51:7, 9,19,21 52:18 53:12 55:15 60:2 61:1

**officers** 14:13,15 23:16 52:1,10 55:5 58:17 62:8

**one-person** 62:10

**operations** 45:1

**opinion** 65:20

**opposed** 5:6 23:14 37:3 74:21

**opposite** 48:23

**orders** 34:6

**Outagamie** 6:3,4,9, 13,18

**overtime** 13:22

**P**

**P-O-S-C** 9:24

**p.m.** 50:23

**Pages** 5:25

**paperwork** 16:4 61:7

**paragraph** 55:19

**parallel** 39:22

**part** 8:10 34:17 69:16

**part-time** 8:9

**partner** 26:16 40:22 41:8,19 49:13

**pass** 50:6

**pass/fail** 11:3 75:15

**passes** 34:4

**pause** 4:23

**people** 20:2 26:19 33:17 63:23

**perform** 10:19,20

**period** 67:6,11

**officer** 6:20 7:17,19 8:19,24 12:9 17:15 22:8 27:18,19 35:25 41:18 49:9,25 51:7, 9,19,21 52:18 53:12 55:15 60:2 61:1

77:22

**person** 41:22,24 51:14,15,18 68:8,19

**phones** 45:4

**places** 12:11,24

**pod** 21:23 22:1,4,10

**pods** 13:5 41:14

**point** 7:18 22:7 48:4

**policies** 16:8 20:11 23:23

**policy** 16:14,22 18:1,3,9,19 24:13

**population** 69:1

**POSC** 9:20,23

**position** 6:19

**positions** 10:20

**possibly** 29:3 63:18

**post** 62:10

**Powerpoint** 32:18, 20 35:6

**Powerpoints** 34:25

**present** 50:25

**presentations** 38:17

**press** 48:13

**previous** 49:21 52:14

**Principles** 10:19

**prior** 6:18 7:20,25 8:8,18,19 46:15 58:13 73:8 76:18 78:5

**problem** 43:7

**PROCEEDINGS** 4:1

**process** 41:7

**program** 9:4

**promoted** 7:18

**properly** 19:12

**provide** 33:20 36:21

**provided** 38:8

**providing** 36:19

**PSW** 32:7

**PSWS** 32:2

**psych** 32:2

### Q

**question** 4:19,24 5:1 11:10 30:5 31:16 42:13 78:10

**questioned** 66:12 67:18 68:2 69:7,10, 22 70:1,5

**questions** 12:17 28:4 74:3

**quick** 73:20,21

**quiet** 75:18

**quieter** 47:22

**quit** 11:23

**quote** 77:12

### R

**radio** 45:19 47:21,23 56:3 59:19,22,24 60:3,5,8,9,12,18

**radios** 21:18 60:20, 21

**ran** 77:4,12

**Rarely** 26:9,12

**reads** 44:11

**real** 73:21

**reason** 4:22,23 53:12 60:4,15

**reasons** 62:3

**Rebecca** 47:10 50:21 56:13 57:7,17, 21 58:9,14,18,23 59:3,10 63:14 65:5

**Rebecca's** 63:14

**recall** 20:4 38:20 45:15 50:20 57:20,

23 63:9 75:22,23,24

**receive** 15:5,10 16:4,16 18:2 26:10 28:10,12 31:9 59:2

**received** 16:18 17:23 18:23 30:3,7 33:7 58:22

**receiving** 18:18 20:10 23:22 24:8

**recent** 11:24 15:12 67:7

**recently** 11:23

**recess** 73:23

**recognize** 16:14 24:6 28:7 33:5 35:5 39:5 43:11

**recognizing** 12:6 31:9

**recollection** 17:2 21:8 28:18 33:15 34:8,13 57:15,18 70:16 72:8 77:7

**record** 4:10

**records** 13:3 16:13 17:16 18:19 36:24, 25

**redacted** 51:4

**refer** 14:12

**referred** 14:7,23

**referring** 21:23 30:5 36:10

**regular** 13:7 25:4,6

**relate** 72:1

**related** 30:23 77:16

**relation** 69:19

**release** 27:20

**relieved** 49:21

**remember** 8:6 9:13, 17 11:19,21 12:1,5 13:12 14:18 15:20, 21,24 16:2 17:8 18:18,21 20:10,14 23:22,24 24:8,11,12, 14 25:6,10 27:16

31:12,25 32:1,10,11, 12,14,17,20 33:11, 16 34:17 35:9,11,12, 14,16,19,21 36:5 37:19,21,22 38:10, 18,24 45:11,18,19, 22,25 46:1,4,5,16,20 48:4 50:16 51:15 55:24 56:19,21,22, 25 57:2,3,4,5,6,7,9 58:1 59:16 61:9 64:13 65:13 66:21 67:6,10 68:3,8,11 69:5 70:8 71:23 72:21 73:12,15 74:5 75:10 78:13

**reminder** 20:1

**reminders** 22:22,25 29:25

**renamed** 14:18

**repeated** 9:15 10:2 11:15,16

**rephrase** 5:2 20:10 54:19 57:14 58:9

**report** 5:24 54:13,14 60:13 71:7

**reported** 43:23 44:1 56:8

**reporting** 44:15 55:24 56:6

**reports** 16:13 18:20 66:19

**request** 36:6

**requests** 34:14

**required** 19:9

**requirement** 35:19

**respect** 77:22

**respond** 34:14 44:7 58:19 66:2

**responded** 45:7,13

**responding** 36:5 45:20

**responds** 44:4

**Response** 27:22

**responsibility** 60:20,23

**restrained** 52:8

**restraints** 52:5

**returned** 45:9

**review** 17:16,18 54:6,7

**reviewed** 5:19 54:3, 8

**reviewing** 54:9

**revision** 18:15 20:25 24:16

**risk** 31:25 32:7

**risks** 29:7

**roll** 19:25 22:15,23 23:1 27:9,13 29:24, 25 49:4 52:9,12,23 53:10,17 55:7 71:9, 12,13,15,17,19,23 72:10,22

**room** 25:21 29:17

**rotation** 13:21,24

**rotations** 13:20

**rows** 49:19

**rules** 4:16

**rustling** 63:13

### S

**scene** 55:21,24 58:1

**schedules** 45:4

**scratch** 37:8 48:10 65:2 67:9

**scream** 63:2

**screaming** 47:4 48:2,4 62:7,18

**screams** 61:15

**screening** 36:1

**screenings** 36:2

**section** 49:16 51:3

**security** 17:5,9

**sees** 60:2

**September** 68:1,11

**sessions** 10:14

**sex** 41:13

**shaking** 5:7

**Sheriff** 6:3 76:25

**sheriff's** 6:17 7:1,4 37:25 38:2,4,9,11, 13,15,20 78:2,6,16

**shift** 13:23 14:5 39:9,18,25 40:7 41:24 44:19 47:19, 22 49:21,24,25 50:3 60:10 71:16,19 75:19

**shifts** 52:14

**short** 73:23

**side** 36:5 48:23 52:6

**sign** 27:11

**similar** 47:2

**single** 33:11

**sir** 42:17 74:6,13 75:7

**sister** 63:7

**sit** 40:15 41:3

**sitting** 51:9

**situation** 12:7 59:3 78:5

**situations** 69:25

**six-week** 9:5 16:3

**sleep** 46:7

**sleeping** 46:6,12,13

**slept** 63:5

**slide** 35:18,25 36:4, 11,14 37:2

**SMU** 14:7,18,19,22, 23,24 22:4,13 23:23 43:23 44:1 45:7,12, 13 47:15 48:3 54:20 56:5 58:10,11,15,18, 24 59:4,10 61:1 62:8,12 63:22 64:7,

13 65:6 68:20 70:9
75:19

**social** 32:2

**sort** 75:15

**sound** 63:10

**sounds** 47:9,10,16

**speak** 66:19

**speaking** 65:3

**special** 13:14 15:5
20:4,8,11 21:6
24:13,22 25:19 26:8,
11,18 28:15 29:15,
24 30:8,17 33:17
37:13 51:4 52:3

**specialized** 13:4
27:10,12,17 31:6
33:18

**specific** 13:8,21
14:2 16:21 27:3
29:14 39:18 40:22
50:1 55:11 70:21

**specifically** 12:18
26:25 30:15 35:7
37:21 56:4 73:13

**spell** 4:9 6:11

**split** 76:23,24 77:2,
13,15,16

**spot** 31:2

**staff** 17:20 19:6,15
25:1,8 37:10,24 55:3
71:24

**stamped** 53:4

**stand** 39:15

**stands** 27:5

**start** 6:23 16:9 23:8,
11,20 41:10,11 60:9
71:16,18

**started** 5:18 7:2,6
42:5 66:22 70:18
72:11,16,23 73:4,10
76:11,21 77:7,17,22,
24 78:19

**starting** 53:22

**state** 4:9 6:4 35:10

46:14

**statements** 66:3,6
69:19

**states** 43:22 44:10
49:4,19 50:13 51:3
55:21

**stating** 53:9

**stationed** 12:10,11,
22,24 13:14,17
22:13 24:21,24
40:12 43:25 44:18
47:15 48:3,15 63:22
64:6,13 76:4

**Statute** 35:10,12

**stay** 51:12

**stayed** 77:10

**staying** 45:2

**stop** 6:21 23:8 52:7

**store** 8:7

**strike** 11:6 44:3

**stuff** 32:5

**subject** 9:20 10:19

**subjects** 12:2 25:10

**subsequent** 23:13

**successfully** 75:8

**sued** 34:21 61:8,12,
22 62:3

**suicide** 12:7 29:7
31:25 32:1,7 50:14
51:5 52:4,22 78:7,13

**suicides** 50:20

**superintendent**
77:4

**supervise** 28:15
29:6,9 30:8,17 44:22

**supplemental**
66:19

**supposed** 71:15

**surprise** 62:17

**surprised** 59:1,7

**surprising** 61:22

**surrounding** 68:4

**switch** 14:10

**sworn** 4:3

**system** 48:8

---

**T**

**table** 31:23

**taking** 56:10

**talk** 4:17 15:17 16:7
19:7 25:16 47:9
52:10,12 58:10,14,
17 59:9,12,18,22
62:11,14 65:5 74:11

**talked** 19:2,4 37:2
59:16 61:9 65:9,13
71:2 78:14

**talking** 12:18 31:25
32:1

**Taylor** 8:2

**Team** 27:22

**Telecommunicator**
6:15

**telephones** 21:15

**television** 21:20

**tenure** 14:19

**terms** 14:10 70:8

**Terry** 47:10 50:21
56:13 65:5

**test** 11:1,3 75:9

**testified** 4:4 5:14
76:11

**testing** 10:12 74:4,
20 75:5,11

**tests** 10:8,13,25
74:24

**text** 43:20 50:13
51:3

**thing** 11:3 28:3 33:3
46:7 47:3 53:3 75:15

**things** 12:8 19:9
35:8 45:4 50:5 73:18

**thought** 65:15

**time** 7:4 8:2,10 9:11
10:3 13:20 14:16
15:18 23:15 24:18
31:23 41:2,16 42:6,
21,24,25 43:1 45:11
48:25 53:2 55:15
62:5,6 63:24 65:23
67:6,11 72:6 77:22
78:6,15

**timer** 23:8

**times** 19:15 26:17
38:17 41:5,21,22
42:21 43:4 53:16
71:18

**title** 20:22 39:7
55:11

**today's** 54:4,9

**toilet** 56:24 64:11

**told** 5:19 23:7,19
44:6 47:13 60:19
61:7 62:7

**top** 18:14 24:15
35:18,24 36:14
43:19

**topics** 31:20 37:2

**touch** 57:24

**traffic** 47:21,24

**train** 19:16

**trained** 10:21 17:2
21:9,12,15 23:6,10
26:16,20 27:6,19
28:20 29:2,6,9,12
30:21 33:16 34:8,13
35:9,19,22 36:2,5,
15,19,22,23 55:3

**training** 8:25 9:4,5,
6,7,8,10 10:4,14,18
11:20 12:7 13:7,8
15:5,10,12,20,25
16:21 17:5,6,9 18:23
19:16 20:4,8 23:13
24:25 25:4,6,7,13
26:10,22 27:1,4,8,
10,12,15,17 28:8,13,
14,17,19 29:5,14,20,
23 30:3,5,9,12,16,
18,23,24 31:1,6,9,

11,14,18,21 32:14,
17,21 33:12,15,18,
19,22 34:6,16,17
37:8,9,12,15 38:16,
21 73:11 74:3,11,14,
19,20,21 75:6,11,12

**trainings** 9:14 10:2
11:7,8,12 12:1 13:4
15:22 16:5 24:12
37:16,20,24 38:8,12
52:11 73:13 74:10

**TRANSCRIPT** 4:1

**true** 24:20

**turn** 21:22 35:21
48:23 55:18

**turning** 35:15

**TV** 47:20,23

**type** 11:3 46:7

---

**U**

**umbilical** 56:19

**undergo** 8:25

**undergoing** 28:21
29:3

**understand** 5:1
11:10 74:7

**understanding**
71:3 77:17,21

**understood** 5:3

**unit** 13:15 20:5,11
21:6 24:13,22 25:19
26:8,11 29:15,24
33:17 47:5 50:8
51:24 53:15 68:9
69:1

**units** 13:6,9 22:19
40:14,17,18,20
41:11 42:7,18,19
44:21,25 50:1

**unusual** 60:1

**update** 19:13

**updated** 18:2,9,19,
21,24 19:12,13
23:22 24:12

**User** 44:10 49:16
53:7

**UW-MILWAUKEE**
8:17

---

**V**

---

**vaguely** 12:3

**varied** 9:9

**vary** 42:23,25

**verbal** 5:6

**version** 18:9,21,24

**versions** 18:2

**Virginia** 6:7

**visible** 48:15

**visual** 26:3,5

---

**W**

---

**waking** 46:6

**walk** 16:8 35:8 41:7

**walked** 34:22

**walls** 57:1

**wanted** 27:10,15,18,
19,21 33:3,4 73:18
76:2

**watch** 12:7 26:18
51:5 52:4

**weapons** 27:19

**Wenzel** 59:9 61:3,16
65:3

**whichever** 75:3

**whoever's** 51:3

**Wisconsin** 6:5
35:9,12

**woman** 46:21 47:6
65:23

**word** 9:21 27:3
39:11

**work** 7:21,23 8:1,3,5
13:5 26:8,20 38:1,14
40:7 60:16 61:20

66:9 74:16

**worked** 7:22 13:22
14:2 26:9,12,15,17,
19 40:6

**workers** 32:2

**working** 6:18 7:20,
25 8:18 12:17 14:3,6
15:1,3 26:10 29:21,
24 37:13 38:22
39:19 42:2 47:1,5
60:8,12,18 67:4
70:10,18 72:11,23
73:4,10 78:1,6,18,24

**works** 65:9

**worksheets** 10:24
11:5 75:13

**workstation** 21:9

**write** 66:19 71:7

**writing** 51:10

**written** 10:23 39:11

**wrote** 44:13

---

**Y**

---

**year** 6:22 9:9 67:4
77:10

**years** 9:10 11:22
13:1,19 31:12 50:19

**yell** 25:20 48:6 64:18

**yelling** 63:15 64:14