# Milwaukee County Case Number 2013CF003503 State of Wisconsin vs. Rebecca L Terry

## Case summary

**Filing date**
08-11-2013

**Case type**
Criminal

**Case status**
Closed

**Defendant date of birth**
10-08-1981

**Address**
3625 West Ohio Ave,
Milwaukee, WI 53215

**Branch ID**
03

**DA case number**
2013ML017567

## Charges

**Responsible official**
Fiorenza-03, Clare L.

**Prosecuting agency**
District Attorney

**Prosecuting agency attorney**
Murphy, Dennis Patrick

Printable version

Defendant owes the court: $0.00

| Count no. | Statute | Description | Severity | Disposition |
|---|---|---|---|---|
| 1 | 961.41(1m)(cm)2 | Possess w/Intent-Cocaine (>5-15g) | Felony E | Guilty Due to Guilty Plea |

## Defendant

**Defendant name**
Terry, Rebecca L

**Date of birth**
10-08-1981

**Sex**
Female

**Race**
Caucasian

**Address (last updated 08-26-2014)**
3625 West Ohio Ave,
Milwaukee, WI 53215

**JUSTIS ID**

**Fingerprint ID**
1296058

### Attorneys

| Attorney name | Entered | Withdrawn |
|---|---|---|
| Lockwood, Alejandro A | 09-26-2013 | 03-26-2014 |
| Schwarz, Jeff Allen | 04-28-2014 | |
| Kronenwetter, Jay Travis | 03-27-2014 | 04-16-2014 |

## Court record

| Date | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| 01-19-2018 | Notice of case status change | | | |
| 11-16-2017 | Records of prosec. are converted data. See file. | | | |
| 09-25-2015 | Records scanned | Fiorenza-03, Clare L. | | |
| 09-22-2015 | Amended judgment of conviction | Barrett, John | | |

Privacy - Terms

**EXHIBIT 46**

| Date | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| | **Additional text:** | | | |
| | Reflects 09-18-15 AMended order imposing 70 days of condition time | | | |
| 09-18-2015 | Order | Wagner-38, Jeffrey A. | | |
| | **Additional text:** | | | |
| | AMENDED Order for Commitment for Condition Time for Non-Compliance with Probation Condtions - signed and filed (70 days straight time). | | | |
| 06-16-2015 | Amended judgment of conviction | Barrett, John | | |
| 06-15-2015 | Order | Wagner-38, Jeffrey A. | Richmond, Donna | |
| | **Additional text:** | | | |
| | for commitment signed and filed. | | | |
| 06-15-2015 | Review hearing | Wagner-38, Jeffrey A. | Richmond, Donna | |
| | **Additional text:** | | | |
| | Defendant Rebecca L Terry not in court. Michael Thurston appeared for the State of Wisconsin. Defendant is in absconder status. At request of Department of Corrections the court will issue an order for commitment for non-compliance with conditions of probation. Court lifts the stay on condition time and orders a commitment be issued FORTHWITH for 90 days HOUSE OF CORRECTION, straight time with no good time credit. | | | |
| 02-17-2015 | Records scanned | | | |
| | **Additional text:** | | | |
| | Bail Refund Packet. | | | |
| 01-15-2015 | Assessment Report | | | |
| 01-15-2015 | Judgment of conviction | Barrett, John | | |
| 01-15-2015 | Cash bond applied | | | $2,018.00 |
| | **Additional text:** | | | |
| | 15A 001431 | | | |
| 01-14-2015 | Dispositional order/judgment | Wagner-38, Jeffrey A. | | |
| 01-14-2015 | Sentencing hearing for Terry, Rebecca L | Wagner-38, Jeffrey A. | Richmond, Donna | |

| Date | Event | Court official | Court reporter | Amount |
|------|-------|----------------|----------------|--------|
| | **Additional text:** | | | |
| | Defendant Rebecca L Terry in court with attorney Jeffrey A. Schwarz. Dennis Patrick Murphy appeared for the State of Wisconsin. CASE HEARD FOR BRANCH 3. Sentencing proceeded. Statements by state, defendant and defendant. The Court sentenced the defendant to serve a term of IMPRISONMENT of 3 YEARS in the Wisconsin State Prisons, with credit for 18 days time served. CONFINEMENT of 1 YEARS and EXTENDED SUPERVISION of 2 YEARS. The Court STAYED the sentence and placed the defendant on probation to the State Department of Corrections for a period of 3 YEARS. Conditions of probation include: -Serve 90 DAYS in the House of Correction STAYED for review on 6-15-2015 at 8:15 in Branch 38. -The Court ordered that all court costs, fines, surcharges and/or restitution be paid through collection by the Department of Corrections from 25% of prison funds under Sec. 973.05(4)(b) and as a condition of extended supervision. Any amount remaining due and owing is subject to civil judgment. -Pay all court costs, assessments and victim/witness surcharges, DNA surcharge. -Provide a DNA sample for the Data Bank and pay all appropriate costs. Any cash bail on deposit to be applied. -ABSOLUTE SOBRIETY. -AODA and other counseling needs to be determined; random urine screens. -Seek and maintain full-time employment. -No contact with Cory Toliver. The defendant is advised as a convicted felon she may not carry or possess any firearms/body armor. The defendant is advised that voting rights are suspended during length of sentence. The defendant is advised of her appeal rights by defense counsel. The defendant is eligible for the Challenge Incarceration Program. The defendant is eligible for the Wisconsin Substance Abuse Program. Notice of right to seek postconviction relief; pretrial credit | | | |
| 12-01-2014 | Report | Fiorenza-03, Clare L. | | |
| | **Additional text:** | | | |
| | Justice Point Pretrial Services Violation Report received and filed due to missed office contact. aw | | | |
| 11-10-2014 | Rescheduled | Fiorenza-03, Clare L. | Carter (McIlnay), Jennifer | |
| | **Additional text:** | | | |
| | Defendant Rebecca L Terry in court with attorney Jeffrey A. Schwarz. Dennis Patrick Murphy appeared for the State of Wisconsin. Case scheduled for sentencing. Attorney advises court that defendant will be attending inpatient at Meta House. Defendant advises court that she was on a waiting list and now she is able to attend treatment. Defendant to complete treatment and provide court with a letter from Meta House regarding her treatment and stay. Defendant advises that she has been in outpatient treatment 3 times a week at Meta House. Court advises defendant to keep in contact with attorney Schwarz regarding progress of treatment. Court ordered case adjourned for sentencing in Branch 3. Sentencing hearing scheduled for January 14, 2015 at 08:30 am. | | | |
| 11-10-2014 | Report | Fiorenza-03, Clare L. | | |
| | **Additional text:** | | | |
| | JusticePoint Pretrial Services Report received and filed. | | | |
| 10-27-2014 | Report | Fiorenza-03, Clare L. | | |

| Date | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|

**Additional text:**

Justice Point Pretrial Services Violation Report received and filed due to missed office contact. aw

| 09-29-2014 | Report | Fiorenza-03, Clare L. | | |

**Additional text:**

Justice Point Pretrial Services Violation Report received and filed due to missed office contact. aw

| 09-05-2014 | Cash bond forfeited | | | $200.00 |

**Additional text:**

No reply from defendant or surety, gl

| 09-05-2014 | Cash bond forfeited | | | $1,000.00 |

**Additional text:**

No reply from defendant or surety, gl

| 08-26-2014 | Plea hearing | Fiorenza-03, Clare L. | Carter (McIlnay), Jennifer | |

**Additional text:**

Defendant Rebecca L Terry in court with attorney Jeffrey A. Schwarz. Dennis P. Murphy appeared for the State of Wisconsin. Defendant was advised of constitutional rights and maximum penalties, waived all rights, and plead GUILTY. Defendant examined as to the plea. Plea Questionnaire/Waiver of Rights and Addendum received and filed. Stipulation by parties to the Criminal Complaint as a factual basis to sustain the plea. Court found the defendant guilty. Judgment of conviction entered. Court advised defendant that as a convicted felon he may never possess any gun or other firearms. Court advised defendant that his voting rights are suspended, and may not vote in any election until his civil rights are restored. Court also advises defendant if he is not a citizen of the United States of America, that upon a plea of guilty or no contest for this offense, he could be deported, excluded from admission to his country, or denied naturalization under federal law. Court advised that the defendant will have to provide a DNA sample, to the Wisconsin State Crime Laboratory for DNA testing. Case adjourned for sentencing on 11/10/2014 at 8:30 am, branch 3. Defendant to bring in detailed letter from Meta House as to treatment, and information about employment. Ineligible Voting Notice and Acknowledgement, received and filed. aw Sentencing hearing scheduled for November 10, 2014 at 08:30 am.

| 08-26-2014 | Change of address notification for Terry, Rebecca L | | | |

**Additional text:**

ADDRESS INFO for Rebecca L Terry Current: 3625 West Ohio Ave, Milwaukee, WI 53215 United States (Effective: 08-26-2014) Prior: 5781 S. Packard Ave #30, Cudahy, WI 53110

| 08-14-2014 | Report | Fiorenza-03, Clare L. | | |

**Additional text:**

Justice Point Pretrial Services Violation Report received and filed due to missed office contact. aw

| Date | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| 08-05-2014 | Notes | | | |

**Additional text:**

Defendant's Bail Forfeiture Notice returned undeliverable.

| | | | | |
|---|---|---|---|---|
| 07-28-2014 | Notice | | | |

**Additional text:**

Notice of bail/bond forfeiture mailed to surety and defendant; Original in file. ($200.00) ad

| | | | | |
|---|---|---|---|---|
| 07-15-2014 | Cash bond posted | | | $200.00 |

**Additional text:**

14RM034609 Actual Date Bond Posted with Sheriff: 07-11-14

| | | | | |
|---|---|---|---|---|
| 07-10-2014 | Cash bond ordered forfeited | Konkol, Daniel L. | Vafiades, Jeannie | $200.00 |
| 07-10-2014 | Further proceedings | Konkol, Daniel L. | Vafiades, Jeannie | |

**Additional text:**

Defendant Rebecca L Terry in court. No Assistant District Attorney Available appeared for the State of Wisconsin. Deputy Clerk;ds NO FILE IN COURT. Case heard for Br. 03. Defendant appears in Court on a violation with a positive breathalyzer. Court finds the defendant is not in compliance with monitoring. Court forfeits $200 of the bail. Bail remains the same. Defendant to post another $200 cash TOT to Justice Point, same conditions. Case remains set for 8-26-14.

| | | | | |
|---|---|---|---|---|
| 07-03-2014 | Report | Barillas, Rosa M | Digital Recording | |

**Additional text:**

Defendant Rebecca L Terry in court with attorney Mary G Guimont. Carole R Manchester appeared for the State of Wisconsin. Deputy Court Clerk: bm ENTRY MADE WITHOUT THE COURT FILE. Present in court is Justice Point Worker Teisha Sanders. Case in court due to violation. Arguments heard as to bail. Court admonishes Defendant. No action taken at this time. Case remains calendared for Plea and Sentencing on August 26, 2014 at 8:30 am in Branch 3.

| | | | | |
|---|---|---|---|---|
| 06-16-2014 | Status conference | Fiorenza-03, Clare L. | Carter (McIlnay), Jennifer | |

**Additional text:**

Defendant Rebecca L Terry in court with attorney Jeffrey A Schwarz. Antonella Aleman appeared for the State of Wisconsin for Dennis Murphy. Defense counsel requests a plea and sentencing date. Case adjourned for plea and sentencing on 8/26/2014 at 8:30 am, branch 3. Court reminds defendant to continue to go to Justice Point. aw Plea/sentencing hearing scheduled for August 26, 2014 at 08:30 am.

| | | | | |
|---|---|---|---|---|
| 06-16-2014 | Report | Fiorenza-03, Clare L. | | |

**Additional text:**

Justice Point Pretrial Services Report received and filed. aw

| | | | | |
|---|---|---|---|---|
| 06-13-2014 | Other in-court activity | Fiorenza-03, Clare L. | | |

| Date | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|

**Additional text:**

Defendant Rebecca L Terry in court with attorney Jeffrey A Schwarz. Antonella Aleman appeared for the State of Wisconsin for Dennis Murphy. Violation report received and filed. Court addresses violation report. Defendant was only able to produce enough of a sample to be tested yesterday. Defendant came to Justice Point early to do her assessment, and came back late for drug testing due to having an assessment with UMOS, and a supervised visit with child. Defendant came this morning and tested negative. Court orders defendant to make all appointments with Justice Point, and be ready to produce a sample. Defendant has not been accepted into drug treatment court. Negotiations ongoing. Case remains set for status on 6/16/2014 at 8:30 am, branch 3. aw

| 05-29-2014 | Scheduling conference | Fiorenza-03, Clare L. | Carter (McIlnay), Jennifer | |

**Additional text:**

Defendant Rebecca L Terry in court with attorney Jeffrey A Schwarz. Dennis P Murphy appeared for the State of Wisconsin. Defense counsel has no motions to be filed, and will refer case to drug treatment court. Case adjourned for status on 6/16/2014 at 8:30 am, branch 3. aw Status conference scheduled for June 16, 2014 at 08:30 am.

| 05-29-2014 | Report | Fiorenza-03, Clare L. | | |

**Additional text:**

Justice Point Pretrial Services Report received and filed. aw

| 05-13-2014 | Scheduling conference | Fiorenza-03, Clare L. | Carter (McIlnay), Jennifer | |

**Additional text:**

Defendant Rebecca L Terry in court with attorney Jeffrey A Schwarz. Antonella Aleman appeared for the State of Wisconsin for Dennis Murphy. Defense counsel needs time to talk with the defendant. Court ordered defendant to make appointments with defense counsel. Case adjourned for scheduling conference on 5/29/2014 at 8:30 am, branch 3. Court ordered all motions be filed by the next court date. aw

| 05-13-2014 | Report | Fiorenza-03, Clare L. | | |

**Additional text:**

Justice Point Pretrial Services Report received and filed. aw

| 04-28-2014 | Status conference | Fiorenza-03, Clare L. | Carter (McIlnay), Jennifer | |

**Additional text:**

Defendant Rebecca L Terry in court with attorney Jeffrey A Schwarz. Dennis P Murphy appeared for the State of Wisconsin. Defense counsel was just appointed, and needs time to go over all discovery with client. Case adjourned for scheduling conference on 5/13/2014 at 8:30 am, branch 3. Court ordered all motions be filed by the next court date. Court reminds defendant to comply with Justice Point, and to not use or possess any controlled substances without a valid prescription. aw Scheduling conference scheduled for May 13, 2014 at 08:30 am.

| Date | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| 04-28-2014 | Report | Fiorenza-03, Clare L. | | |

**Additional text:**

Justice Point Pretrial Services Report received and filed. aw

| | | | | |
|---|---|---|---|---|
| 04-16-2014 | Motion to withdraw as counsel | Fiorenza-03, Clare L. | Carter (McIlnay), Jennifer | |

**Additional text:**

Defendant Rebecca L Terry in court with attorney Jay Kronenwetter. Stephan E Nolten appeared for the State of Wisconsin for Dennis Murphy. Attorney Kronenwetter informs the court that he did not get paid, due to her bounced check. Case passed to have defendant drug tested. Case resumed. Defendant test came back negative for drugs. Court grants defense counsel's motion to withdraw. Court sends defendant to public defender's office to be I formed. Case passed. Case resumed. Defendant does qualify for representation through the public defender's office. Case adjourned for status of counsel on 4/28/2014 at 8:30 am, branch 3. aw Status conference scheduled for April 28, 2014 at 08:30 am.

| | | | | |
|---|---|---|---|---|
| 04-16-2014 | Motion | Fiorenza-03, Clare L. | | |

**Additional text:**

Attorney Kronenwetter's notice of motion and motion to withdraw, received and filed. aw

| | | | | |
|---|---|---|---|---|
| 04-16-2014 | Report | Fiorenza-03, Clare L. | | |

**Additional text:**

Justice Point Pretrial Services Report received and filed. aw

| | | | | |
|---|---|---|---|---|
| 03-27-2014 | Notes | | | |

**Additional text:**

Defendant/Surety's Bail Forfeiture Notice returned undeliverable.

| | | | | |
|---|---|---|---|---|
| 03-26-2014 | Report | Fiorenza-03, Clare L. | | |

**Additional text:**

Justice Point Pretrial Services Report received and filed. aw

| | | | | |
|---|---|---|---|---|
| 03-26-2014 | Substitution of attorney | Fiorenza-03, Clare L. | Carter (McIlnay), Jennifer | |

**Additional text:**

Defendant Rebecca L Terry in court with attorney Alejandro Lockwood and attorney Jay Kronenwetter. Dennis P. Murphy appeared for the State of Wisconsin. Attorney Kronenwetter has been retained. Court grants substitution of counsel. Notice of appearance, received and filed. Case adjourned for scheduling conference on 4/16/2014 at 1:30 pm, branch 3. Court ordered all motions be filed by the next court date. Court reminds defendant to not use or possess any controlled substances without a valid prescription, and to make all appointments with Justice Point. aw Defendant Rebecca L Terry in court with attorney . Dennis P. Murphy appeared for the State of Wisconsin. Scheduling conference scheduled for April 16, 2014 at 01:30 pm.

Case 2:17-cv-01112-JPS    Filed 09/04/18    Page 7 of 13    Document 175-16

| Date | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| 03-20-2014 | Cash bond posted | | | $2,500.00 |

**Additional text:**

14RM015512 Actual Date Bond Posted with Sheriff: 03-19-2014

| | | | | |
|---|---|---|---|---|
| 03-18-2014 | Cash bond set for Terry, Rebecca L | Fiorenza-03, Clare L. | Carter (McIlnay), Jennifer | $2,500.00 |

**Additional text:**

Court orders defendant TURNED OVER to JUSTICE Point for INTENSIVE Supervision. ABSOLUTE SOBRIETY to be monitored by drug testing and portable breathalyzers. Court ordered no possession or use of controlled substances without a valid prescription, no drug paraphernalia or no dangerous weapons or firearms.

| | | | |
|---|---|---|---|
| 03-18-2014 | Warrant/Capias/Commitment served for Terry, Rebecca L | Fiorenza-03, Clare L. | Carter (McIlnay), Jennifer |
| 03-18-2014 | Return on warrant | Fiorenza-03, Clare L. | Carter (McIlnay), Jennifer |

**Additional text:**

Attorney Alejandro A. Lockwood in court, defendant Rebecca L Terry not in court, in custody. Stephan Eduard Nolten appeared for the State of Wisconsin for Dennis Murphy. Defendant was picked up on a warrant. Court sets bail. Case adjourned for scheduling conference on 3/26/2014 at 8:30 am, branch 3. aw Scheduling conference scheduled for March 26, 2014 at 08:30 am.

| | | | |
|---|---|---|---|
| 03-12-2014 | Notes | Fiorenza-03, Clare L. | |

**Additional text:**

Defendant was picked up on a warrant. Clerk contacted attorney Lockwood. Case adjourned for return on warrant on 3/18/2014 at 1:30 pm, branch 3. aw

| | | | |
|---|---|---|---|
| 03-10-2014 | Notice | | |

**Additional text:**

Notice of bail/bond forfeiture mailed to surety and defendant; Original in file. ($1,000.00) ad

| | | | | |
|---|---|---|---|---|
| 02-28-2014 | Bench warrant issued for Terry, Rebecca L | Fiorenza-03, Clare L. | O'Claire, Francine | |

**Additional text:**

COURT ORDERED DEFENDANT REMANDED TO THE JUDGE ON RETURN OF THE BENCH WARRANT.

| | | | | |
|---|---|---|---|---|
| 02-28-2014 | Cash bond ordered forfeited | Fiorenza-03, Clare L. | O'Claire, Francine | $1,000.00 |
| 02-28-2014 | Other in-court activity | Fiorenza-03, Clare L. | O'Claire, Francine | |

| Date | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| | **Additional text:** | | | |
| | ADA Megan M Williamson on behalf of Dennis P Murphy appeared for the State of Wisconsin. Deputy court clerk ccp. FILE NOT IN COURT. Defendant not in court. Attorney Lockwood notified of today's proceedings. Justice Point violation report received and filed. Defendant refused two drug tests. Due to defendant failing to comply with conditions of bail, Court ordered a Bench Warrant to be issued. COURT ORDERED DEFENDANT REMANDED TO THE JUDGE ON RETURN OF THE BENCH WARRANT. Court ordered cash bail forfeited. Court vacated all future court dates. | | | |
| 02-27-2014 | Adjourned hearing | Fiorenza-03, Clare L. | Carter (McIlnay), Jennifer | |
| | **Additional text:** | | | |
| | Defendant Rebecca L Terry in court with attorney Alejandro A Lockwood. Dennis P Murphy appeared for the State of Wisconsin. Deputy court clerk ccp. Case set for motion hearing. Discussion regarding defense motion. Defense counsel is having trouble reviewings discs from discovery. Discussion regarding missing supplemental police report. Defense counsel now has police report. Parties request additional time to review DVD. Court grants request for additional motion hearing date. State to file any reply by 03/06/2014. Case remains scheduled for trial on 03/26/2014 at 8:30 a.m. Case adjourned to Branch 03. Motion hearing scheduled for March 12, 2014 at 01:30 pm. Final pre-trial scheduled for March 12, 2014 at 01:30 pm. | | | |
| 02-27-2014 | Report | Fiorenza-03, Clare L. | | |
| | **Additional text:** | | | |
| | Justice Point report received and filed. Deputy Court Clerk ccp. | | | |
| 01-14-2014 | Judgment for unpaid fine/forfeiture/other | | | $1,500.00 |
| 01-14-2014 | Signature bond forfeited | | | $1,500.00 |
| 12-13-2013 | Notice | | | |
| | **Additional text:** | | | |
| | Notice of bail/bond forfeiture mailed to surety and defendant; Original in file. ($1500.00 signature bond) ad | | | |
| 12-04-2013 | Scheduling conference | Fiorenza-03, Clare L. | Carter (McIlnay), Jennifer | |
| | **Additional text:** | | | |
| | Defendant Rebecca L Terry in court with attorney Alejandro A Lockwood. Stephan E. Nolten appeared for the State of Wisconsin for Dennis Murphy. Defense counsel has filed a motion. State to respond by 1/31/2014. Case adjourned for final pretrial and motion hearing on 2/27/2014 at 1:30 pm, and for jury trial on 3/26/2014 at 8:30 am, branch 3. Filed, signed Felony Pretrial Scheduling Order. Court reminds defendant to continue with Justice Point supervision. aw Motion hearing scheduled for February 27, 2014 at 01:30 pm. Final pre-trial scheduled for February 27, 2014 at 01:30 pm. Jury trial scheduled for March 26, 2014 at 08:30 am. | | | |
| 12-04-2013 | Motion | Fiorenza-03, Clare L. | | |

| Date | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| | **Additional text:** | | | |
| | Notice of motion and motion to suppress evidence, received and filed. aw | | | |
| 12-04-2013 | Report | Fiorenza-03, Clare L. | | |
| | **Additional text:** | | | |
| | Justice Point Pretrial Services Report received and filed. aw | | | |
| 11-25-2013 | Cash bond posted | | | $1,000.00 |
| | **Additional text:** | | | |
| | 13RM060327 Actual Date Bond Posted with Sheriff: 11-21-2013 | | | |
| 11-20-2013 | Cash bond set for Terry, Rebecca L | Fiorenza-03, Clare L. | Carter (McIlnay), Jennifer | $1,000.00 |
| | **Additional text:** | | | |
| | Court orders defendant TURNED OVER to JUSTICE Point for ENHANCEDs Supervision. ABSOLUTE SOBRIETY to be monitored by drug testing and portable breathalyzers. No use or possession of illegal or controlled substances without a valid prescription. | | | |
| 11-20-2013 | Warrant/Capias/Commitment served for Terry, Rebecca L | Fiorenza-03, Clare L. | Carter (McIlnay), Jennifer | |
| 11-20-2013 | Return on warrant | Fiorenza-03, Clare L. | Carter (McIlnay), Jennifer | |
| | **Additional text:** | | | |
| | Attorney Alejandro A Lockwood in court, defendant Rebecca L Terry not in court, in custody. Stephan E. Nolten appeared for the State of Wisconsin for Dennis Murphy. Defendant was picked up on a warrant. Case adjourned for scheduling conference on 12/4/2013 at 1:30 pm, branch 3. aw Scheduling conference scheduled for December 4, 2013 at 01:30 pm. | | | |
| 11-15-2013 | Notes | Fiorenza-03, Clare L. | | |
| | **Additional text:** | | | |
| | Case was in warrant status, and defendant was taken into custody after she appeared in court this morning. Court contacted attorney Lockwood. Case adjourned for return on warrant on 11/20/2013 at 8:30 am, branch 3. aw | | | |
| 11-14-2013 | Signature bond ordered forfeited | Fiorenza-03, Clare L. | Ross, Jackie | $1,500.00 |
| | **Additional text:** | | | |
| | Signature bond ordered to be forfeited in the amount of 1500.00. | | | |
| 11-14-2013 | Bench warrant issued for Terry, Rebecca L | Fiorenza-03, Clare L. | Ross, Jackie | |
| 11-14-2013 | Non appearance for Terry, Rebecca L | Fiorenza-03, Clare L. | Ross, Jackie | |

| Date | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|

**Additional text:**

Attorney Alejandro A Lockwood in court. Dennis P Murphy appeared for the State of Wisconsin. Defendant failing to appear, Court ordered a bench warrant to be issued. State's motion for Judgment of Bond Forfeiture 30 days after notification from Clerk of Circuit Court's Office is granted by the Court. Court makes findings that there is no possible victim identified therefore recompense is not an issue COURT ORDERED DEFENDANT REMANDED TO THE JUDGE ON RETURN OF THE BENCH WARRANT.

| Date | Event | Court official | Court reporter |
|---|---|---|---|
| 10-30-2013 | Scheduling conference | Fiorenza-03, Clare L. | Carter (McIlnay), Jennifer |

**Additional text:**

Defendant Rebecca L Terry in court with attorney Alejandro A Lockwood. Dennis P Murphy appeared for the State of Wisconsin. Defense needs additional time to file motions. Attorney Lockwood informs court he is trying to get defendant into Drug Treatment Court. Court granted defense motion for adjournment to file motions on next court date. Case adjourned to Branch 3. Court reminds defendant to not use or possess any controlled substances without a valid prescription. Status conference scheduled for November 14, 2013 at 01:30 pm.

| 10-17-2013 | Calendar call | Fiorenza-03, Clare L. | Carter (McIlnay), Jennifer |
|---|---|---|---|

**Additional text:**

Defendant Rebecca L Terry in court with attorney Alejandro A Lockwood. Dennis P Murphy appeared for the State of Wisconsin. Court cancels warrant stayed to today's date. Defendant miscalendared the court date. Case adjourned for scheduling conference on 10/30/2013 at 8:30 am, branch 3. Court ordered all motions be filed by the next court date. Court reminds defendant to not use or possess any controlled substances without a valid prescription, and to make all court appearances. aw Scheduling conference scheduled for October 30, 2013 at 08:30 am.

| 10-16-2013 | Non appearance | Fiorenza-03, Clare L. | Domask, Bonnie |
|---|---|---|---|

**Additional text:**

Attorney Alejandro A Lockwood in court. Dennis P Murphy appeared for the State of Wisconsin. Defense believes the defendant may be at the META house, and will check tonight. Defendant failing to appear, Court ordered a bench warrant issued but stayed the issuance until 10/17/2013 at 8:30 am, branch 3. aw

| 09-26-2013 | Waiver of preliminary hearing | Barillas, Rosa M | Roth, Jessica |
|---|---|---|---|

**Additional text:**

Defendant Rebecca L Terry in court with attorney Alejandro A Lockwood. Step Nolten for Dennis P Murphy appeared for the State of Wisconsin. ENTRY MADE WITHOUT COURT FILE. Defendant waived Preliminary Hearing. Preliminary Hearing Questionnaire and Waiver received and filed. Court found probable cause and bound defendant over for trial. Defendant is advised this case is assigned to Judge Fiorenza, Branch 03. Original Information filed. Copy given to defense counsel who waived reading. Defendant pled not guilty. Scheduling conference scheduled for October 16, 2013 at 01:30 pm.

| Date | Event | Court official | Court reporter | Amount |
|---|---|---|---|---|
| 09-18-2013 | Notice of hearing | | | |

**Additional text:**

Preliminary hearing on September 26, 2013 at 08:30 am.

| | | | | |
|---|---|---|---|---|
| 09-18-2013 | Signature bond set for Terry, Rebecca L | Traffic/Out-of-Custody Intake Court | Digital Recording | $1,500.00 |

**Additional text:**

Court ordered Defendant not to be in possession of any illegal drugs.

| | | | | |
|---|---|---|---|---|
| 09-18-2013 | Initial appearance | Traffic/Out-of-Custody Intake Court | Digital Recording | |

**Additional text:**

Defendant Rebecca L Terry in court. Carole R Manchester appeared for the State of Wisconsin. Defendant is advised this case is assigned to Judge Fiorenza, Branch 3. Defendant given a copy of complaint and advised of maximum penalties, right to counsel and right to a preliminary hearing. Court reviewed complaint and found probable cause to hold Defendant for further proceedings. DEFENDANT DOES NOT QUALIFY FOR PUBLIC DEFENDER REPRESENTATION. Case is adjourned for Preliminary Hearing in Branch PE. Preliminary hearing scheduled for September 26, 2013 at 08:30 am.

| | | | | |
|---|---|---|---|---|
| 08-11-2013 | Summons and complaint | | | |

**Additional text:**

SUMMONS MAILED. DEFENDANT ORDERED INTO ROOM 221 SAFETY BUILDING ON 9-18-13 @ 1:30 P.M.

---

## Civil judgment details

**Judgment for money**

| | | |
|---|---|---|
| **County** <br> Milwaukee | **Case number** <br> 2013CF003503 | **Caption** <br> State of Wisconsin vs. Rebecca L Terry |
| **Judgment/lien date** <br> 01-14-2014 | **Total amount** <br> $1,500.00 | **Type of tax** |
| **Warrant number** | **Date and time docketed** <br> 01-14-2014 at 01:53 pm | **Service/event date** |
| **Satisfaction** <br> No | **Judgment status** | **Date** |
| **Property/remarks** | | |

**Judgment parties**

| Party type | Name | Dismissed | Status | Address | Attorney name |
|---|---|---|---|---|---|

Case 2:17-cv-01112-JPS   Filed 09/04/18   Page 12 of 13   Document 175-16

| Party type | Name | Dismissed | Status | Address | Attorney name |
|---|---|---|---|---|---|
| Debtor | Rebecca L Terry | No | Active | 3625 West Ohio Ave, Milwaukee, WI 53215 | |
| Creditor | Milwaukee County Clerk of Circuit Court | No | Active | 901 N 9th Street, Courthouse Room 104, Milwaukee, WI 53233 | |

**Costs / amounts**

| Description | Amount |
|---|---|
| Judgment amount | $1,500.00 |

## Total receivables

| Court assessments | Adjustments | Paid to the court | Probation/other agency amount | Balance due to court | Due date |
|---|---|---|---|---|---|
| $1,500.00 | $0.00 | $1,500.00 | $0.00 | $0.00 | |
| $518.00 | $0.00 | $518.00 | $0.00 | $0.00 | |