# Detention Bureau – Inmate Transportation OP 5

Original Issue Date: 11/22/1993                                                      Revision Date: 07/02/08

## POLICY

The Milwaukee County Jail will pro-vide the necessary level of super-vision and control for inmates who must be transferred to and from state institutions, taken for treatment to local medical facilities or who otherwise must be escorted outside the secure confines of the jail and into the community.

## PROCEDURE

Transportation Deputies have a precarious assignment, which demands their constant attention and vigilance when conveying inmates to and from prison facilities, medical appointments, and other areas outside the confines of a secured facility.

The primary responsibility of a Transportation Deputy is to ensure the safe and secure conveyance of prisoners.

### OP 5.1 Transport Deputies

Transport deputies drive inmates to and from other institutions, to medical appointments and/or to other destinations away from the facility.  Movement/Transportation Deputies assist the Transport Deputies by preparing inmates, their property and paperwork for transport.

The Transportation Liaison is responsible for scheduling all inmate transport.  The liaison will verify all writs and will ensure that all transports are done in the most efficient, cost effective and safest manner.

### OP 5.2 Number of Deputies

Sergeants will consider inmate history, charges, bail, threats, type and destination of transport when determining the number of deputies assigned to a transport.  A minimum of two deputies will be assigned to inmate transport.

Deputies of the same sex as the prisoner(s) shall be assigned to transport prisoners.  When scheduling Transportation Deputies, the Sergeant shall assign at least one deputy of the same sex as the prisoner(s) on said transport.  Prisoner(s) add-ons while the Transportation Unit is in transport, will only be made if there is a deputy of the same sex as the add-on prisoner(s) working the Unit.  If a transport must be conducted and there is not a deputy of the same sex as the inmate, the deputy will seek approval from the Transportation Sergeant prior to conducting the transport.  If the transport is approved, the deputies must call in the beginning and ending mileage to MCSO Dispatch once the inmate is in their custody.

### OP 5.3 License

Deputies must possess a valid license with proper endorsements to operate any vehicle that requires Commercial Drivers Licenses.

### OP 5.4 Uniform / Equipment Requirements

Light duty deputies, deputies who do not have their duty weapon and correctional officers shall not be assigned to transport inmates.  A full duty, armed, plain clothes sworn officer may accompany the two or more full duty uniformed deputies on an inmate transport for investigative purposes, i.e. Detective. Additional sets or other types of approved handcuffs are optional.  All Transportation Deputies shall wear MCSO issued body armor and carry issued Taser.

**See MCSO uniform regulations.**

**OP 5.5 Transportation Vehicles**

Transportation Deputies are responsible for the MCSO vehicles they use.  Deputies will operate transportation vehicles in a reasonable and safe manner.

**See MCSO Policy regarding emergency vehicle operation.**

Private vehicles will not be used for inmate transportation.

**OP 5.6 Keys**

Transportation vehicle keys will be kept in the Jail Records key storage area. DEPUTIES SHALL SIGN TRANSPORTATION VEHICLE KEYS IN AND OUT, whenever used, in a log in Jail Records.

**Transporting deputies will ensure that vehicles are locked after use.**

**OP 5.7 Restraints**

Restraints will be stored in transport- tation vehicles. The number of re- straints available will be equal to the number of inmates it is possible to transport in the vehicle at one time.

Transporting deputies shall inventory restraints and inspect them for full functionality before and after each transport.

Additional sets of restraints will be stored in the Booking Sergeant's office, Special Needs, Infirmary, Discipline\Administrative Segregation pods and the Armory and may be used for transportation in emergencies only.

Transportation restraints may include standard handcuffs and belly chains and/or soft restraints. Leg irons or appropriate soft restraints shall be used.  If an inmate is being transported in leg restraints (s)he will be moved to and from the vehicle, to restroom etc. in a wheelchair when necessary.

RESTRAINTS ARE NOT DEPUTIES' PERSONAL EQUIPMENT AND ARE NOT TO BE TREATED AS SUCH.

**OP 5.8 Inspection**

Transporting deputies shall inspect the vehicle and all equipment for obvious signs of damage or need for maintenance prior to placing inmates in the vehicle.

This inspection will include but is not limited to a test of:

- Emergency lights
- Headlights

- Interior lights
- Locks
- Windows
- Wipers
- Emergency brakes
- Shotgun rack
- Tires
- Siren

Deputies will ensure that all equipment is operational prior to operating the vehicle.

The deputy who drives is responsible for the vehicle and equipment.   Written reports must be submitted to the Transportation Sergeant immediately when there is damage to vehicles or equipment.

## OP 5.9 Maintenance

Deputies assigned to transportation are responsible for vehicle maintenance. They are responsible for checking oil levels and washer fluid after each refueling and will ensure routine oil and filter changes are completed.

The Transportation Sergeant and/or Liaison will authorize deputies to take vehicles for immediate repair when necessary. Non-emergency vehicle repairs will be scheduled through CAMD.

Deputies must inspect their vehicles for cleanliness.  At the end of each transport, vehicles will be washed, all debris will be disposed of and contraband reported according to policy SC5.2.

## OP 5.10 Radios/Phones

## OP 5.10.1 Radios

## Portable Radios:

Hand-held radios and spare batteries will be stored in charging racks in the Transportation Office, the nurses work area, and in the 2nd Floor Sergeants office.

Transportation Deputies shall test radios BEFORE leaving the MCJ.  If a radio does not work, the deputy will try a new battery or get a new radio.  The deputy will return the inoperative radio to the Transportation Sergeant who will arrange to have it repaired.

Transporting deputies will sign radios out and in.

## Vehicle Radio:

Transporting deputies shall test vehicle radios before the transport and will shut the radios off after each transport.

## OP 5.11 Cellular Phones

Transporting deputies will use cellular telephones as needed for conducting official business. Personal calls are not allowed on agency cell phones. Transporting deputies will shut phones off at the end their shift.

## OP 5.12 Inmates

## OP 5.12.1 Search

Inmates shall be searched before and after each transport and properly restrained during transport.

A custodial search shall be conducted for all inmates transported outside the secure perimeter of the MCJ. This is a complete search from head to the feet after removal of all secondary outer clothing (not including underwear or the brassiere of a female) and personal property from the inmate's control. This includes the removal of shoes and socks.

The Watch Commander may order a more thorough type of search. See Policy and Procedure Section SC6.2.

## OP 5.12.2 Inmate Attire

Inmates leaving the MCJ will be transported in MCJ clothing.

## <u>Exceptions:</u>

- Previously produced State Prisoners will wear their state issued clothing
- Emergency hospital transports from the booking area or short term inmate housing areas etc. may wear either civilian clothes or          jail clothing
- Federal inmates listed as "Will Not Return"
      Movement/Transportation and Transporting Deputies will ensure that inmates have weather appropriate clothing when                    necessary.

Newly sentenced inmates transported to Dodge Correctional, Milwaukee Secure Detention Facility and Taycheedah will be shipped in MCJ clothing. Transporting deputies will pick up the MCJ clothing at a later date.

## OP 5.12.3 Inmate Segregation

Adult male, adult female, juvenile male and juvenile female inmates will be physically kept separate from each other whenever possible.

Separate segregation areas within the transportation vehicle will be used for this purpose.

## OP 5.13 Inmate Property

When possible, inmates permanently leaving the MCJ will be transported with their property.

## OP 5.13.1 Inmate Property from the Property Room/Pod

Transporting deputies will ensure that personal property, except perishable items, is transported with inmates.

**Movement/Transportation Deputies will:**

- Verify that all inmate property is ready for transport
- Escort the inmate to the Transportation Staging area
- In the presence of the inmate, obtain the inmate's clothing and property, in see-through plastic bag, from the Property Clerk
- Have the inmate confirm that all property is there
- Have inmate sign the receipt stating he/she received the property. If the inmate refuses to sign the property receipt the officer shall write "refused," their initials, and badge number on the receipt
- The officer will return the receipt to the Property Clerk
- Give the inmate his/her clothing so that (s)he can change
- Dispose of perishable items

**OP 5.13.2 Packaging Inmate Property**

The Property Clerk will package inmate property and staple a receipt to the bag. Bulk items too large to package will be handled as received.

**OP 5.13.3 Storing Property During Transportation**

The transporting deputy will store all inmate property outside of the inmate's reach in the transportation vehicle.

**OP 5.14 Dodge Correctional and Taycheedah**

Inmates may take a specific amount of property when they are shipped to Dodge Correctional and Taycheedah.

These inmates must sign a form acknowledging that someone must pick up their remaining property at the MCJ within 10 days.

On the form, the inmate must list:

- the person's name who will pick up the property
- the persons' address
- their relationship to the person picking up the property

A list of property accepted at the above institutions will be posted in the Transportation Office.

**OP 5.15 Paper Work**

**Movement/Transportation Deputies shall:**

- Pick up transportation paperwork including medical, when necessary
- Make sure there is correct paperwork for each inmate scheduled for transfer or pick-up
- Make sure that the property receipt(s) is signed and any refusal to sign is witnessed
- Deliver ADR packets to the Release Deputy for release
- Deliver tier cards to Jail Records

**Transporting Deputies shall:**

- Deliver paperwork with inmate to appropriate receiving agency
- Complete a Transportation Unit Trip Report each day and give it to the Transportation Clerk in Jail Records prior to the end of                their shift.  Note excessive transportation delays on the form
- Deputies assigned to use jail vehicles during non-day shift operations, (i.e. medical emergencies, special transports, etc.) must        submit
  a mileage trip slip upon completion of the run. The trip slip will be placed on the Transportation Clerk's desk.

## OP 5.16  Additional Security Measures

## OP 5.16.1 Phone Calls

The Pod Officer shall ensure that inmate(s) being transported do not have access to a phone for **at least one half hour** prior to shipment.

## OP 5.16.2 Keep Separates

The Transportation Clerk shall place "Keep Separate" notifications on shipment papers when the information has been provided.

The Movement/Transportation Deputy will review the paperwork for "Keep Separates" and will notify a sergeant when inmates who should be kept separate are scheduled for the same transport.

The Transportation Sergeant/Liaison  will authorize the Transportation Clerk and/or transporting deputies to make other transportation arrangements.

## OP 5.16.3 Inmate Contact With the Public

Transportation deputies will ensure that inmates have minimum contact with the public.

The Transportation Deputy shall not allow inmates to have any physical contact with the public nor allow them to pass anything to or receive anything from the public.

## OP 5.17 State Trips, Non-Emergency Medical, CCC, etc

### Inmate Notification:

The MCJ staff shall not notify an inmate of a scheduled transport in advance. Inmates will be given enough time to get ready for the trip and will not be allowed to participate in activities or make phone calls after notification of a transport.  Should security be breached an alternative trip will be scheduled.

### Escort Responsibilities:

Deputies assigned to transportation are responsible for the safety and security of inmate(s), public and staff.

At least one deputy shall remain with the inmate(s) at all times.

## 5.18 Emergency Medical Transports

MKE County 2970

Typical emergency medical transports require two deputies, one in the emergency vehicle and one following in a squad.

Sergeants may vary the number of deputies, based on the inmate's history, charges, bail, threats, type of and destination of transport.

**Emergency Vehicle:**

A sergeant will assign a deputy to accompany emergency vehicles transporting inmates outside the MCJ.

The assigned deputy will retrieve the appropriate equipment and paperwork and meet the emergency vehicle in the sally port.

The assigned deputy will travel with the inmate inside the transporting vehicle and assume normal escort duties.

**Accompanying Vehicle:**

A sergeant will assign a deputy to follow the emergency vehicle in a MCSO vehicle. The assigned deputy will pick up squad keys and additional paperwork, retrieve his\her gear and go to the sally port to get the vehicle.

The deputy will check the vehicle, proceed to the location where the inmate was transported and with the escorting deputy, provide secure custody of the inmate.

While at the hospital an escorting deputy will periodically inform the sergeant of the inmate's status.

When the inmate has been medically released the deputies will transport him/her in the agency vehicle and return to the MCJ.

Deputies will notify the sergeant when they return and give the paperwork to the nurse.

**OP 5.19 Court Ordered Transports**

Inmates are allowed community related transports (funerals, wakes, etc.) only with a signed Court Order.

Family members inquiring about an inmate's attendance at a funeral visitation should be directed to consult with their attorney to obtain a court order authorizing the inmate's attendance.

The inmate is not permitted to attend the funeral service but only a private visitation with the deceased. The inmate will remain in restraints and there will be no family contact.

All information concerning the identity of the deceased, relationship to the inmate, location of funeral home, date and time of services and a contact number for the family should be noted.

Inmate status and location must be checked. Inmates housed at the House of Correction are escorted by House of Correction Officers. Family members should be directed to call the House of Correction for instructions. Inmates housed as Safekeepers for the U.S. Marshals must attain a court

MKE County 2979

order authorizing a funeral visitation signed by a U.S. Magistrate. U.S. Marshals will conduct the escort. Family members shall be instructed to contact the U.S. Marshals Office for assistance.

Family members requesting attendance of an inmate at a funeral should be directed through their attorney to the Circuit Court Branch currently hearing or which has ruled on that inmate's case. The Court Services Sergeant and Bailiff assigned to that Court Branch should be notified.

Notification should be made to the Sheriff's Office 48 hours in advance to any visitation to allow for coordination with the funeral parlor, background investigation and reconnaissance of the site.

Upon receipt of the court order authorizing the inmate's attendance, the requesting party must deposit a money amount with the Sheriff (Cashier window CJF) covering the cost of two deputies (top pay w/ benefits – minimum of 3 hours) & Transportation (Contact Fiscal).

Based on the situation, the Sheriff's Office may require move than two deputies be assigned.

Coordination for transport should be done between Detention, Court Services and TEU for needed personnel, vehicles and equipment. SWAT technicians should be used for this assignment as much as possible.

Inmates released for a funeral visitation will be picked up from the CJF Release Office. A release form will be filled out by the transporting officer and the inmate will be listed as In-But-Out (IBO). Upon return, the inmate will be returned to their housing unit and their location updated.

## OP 5.20 Transporting Inmates to the Jail

If there is a medical reason for refusing to bring an inmate to the jail, the transporting deputy will contact a jail sergeant who may approve the refusal. (See OP 5.26)

### Return to Housing:

Movement/Transportation Deputies will take inmates back to their housing pod after they are searched. Move- ment Deputies may assist when needed.

New inmates will be left in Booking.

Those inmates brought in for court will be taken to Court Staging after being searched.

## OP 5.21 Inmates Transferred to HOC

The Court Staging Officer will ensure that HOC Officers picking up prisoners at the Jail sign for the inmates on the Jail Records copy of the shipment list.

The shipment list will contain only the names of inmates who are being physically transferred. Notations regarding paper only transfers may be made at the bottom of the page.

## OP 5.22 Unauthorized Stops

Deputies shall not make unnecessary stops, i.e.: restaurants, car washes, while inmates are in the vehicle, unless exigent circumstances exist.

## OP 5.23 Mechanical Failures

When Transportation Deputies encounter mechanical vehicle failures, their only duty and responsibility shall be the security of the prisoners. No attempt at vehicle repairs will be done by a deputy if it compromises prisoner security.

Deputies will, via "Point-to-Point" radio, advise the local Police Department or Sheriff's Office of their location, the number of prisoners in the van, and nature of the mechanical difficulty. If possible, Fleet should be notified to make tow arrangements. If Fleet is closed have the local department contact a local station for tow arrangements.

If Point-to-Point communications is not available, cellular communications may be utilized by dialing "911".

Transportation Deputies will notify the Transportation Sergeant of their situation and status.

If the breakdown is such that the vehicle must be towed, the deputies shall immediately Transportation Sergeant/Liaison who will make arrangements for alternate transportation.

## OP 5.24 Emergency Communications

In an emergency situation, the primary mode of communications shall be Point-to-Point radio, the cellular phone being secondary.

Transportation Deputies will request assistance from the local Police Department or Sheriff's Office. Deputies will notify the agency of their location, the number of prisoners and the nature of the emergency. When the emergency has been stabilized, Transportation Deputies will notify the Duty Captain.

## OP 5.25 Non - Jail Transports

Transportation Deputies will ONLY transport inmates. No civilians shall be transported in CJF vehicles unless approved by the sergeant.

## OP 5.26 Medical

Transporting deputies may call a sergeant, who will coordinate ambulance or handicap transportation with the HSU supervisor for non-ambulatory inmate(s) or inmates(s) with serious medical conditions that may be affected by transport.

## OP 5.27 Transportation of Inmates with Non-Weight Bearing Injuries/ Conditions, or Other Serious Health Concerns

Any inmate who requires being lifted into a vehicle for transport must be transported by ambulance or wheelchair van. This includes, but is not limited to, those individuals who are non-weight bearing (NWB) on both legs, paraplegic, or quadriplegic.

Any inmate with serious health problems or untreated injuries should not be accepted for transport without notification to the Health Services Supervisor.

Any questions on this matter should be directed to the Health Services Supervisor.

## OP 5.28 Juvenile/Mental Health

### Transporting to the Jail:

The following procedure will be adhered to when transporting juvenile(s) to the Jail for turnover to Court Services for trials in the Safety Building and Courthouse.

- The deputies transporting the juvenile(s) will call the appropriate courtroom when exiting the expressway prior to arrival at the          CJF, notifying the Court Services Deputies assigned to the appropriate courtroom of the expected arrival time at the CJF sally          port
- Upon arrival in the sally port, at least one deputy will remain with the juvenile(s), who will remain in the van
- Upon arrival of the Court Services Deputies, the juvenile(s) will be taken into the Express Release vestibule where the restraints    will be changed over
- Court Services Deputies will then proceed through Court Staging with their prisoner(s) to the Safety Building or Courthouse
- If Court Services Deputies do not arrive to take charge of their prisoner(s) within 15 minutes of the initial call, the transporting          deputies will notify the Jail Transportation Sergeant who will locate a Court Services Sergeant, or the Court Services Captain          and determine when the prisoner(s) will be picked up
- Juvenile(s) will not be booked into the Jail unless properly waived.

### Transporting from the Jail:

When juvenile(s) are to be returned to any facility by Jail Transportation, the following procedure will be adhered to:

- The Court Services Deputies will notify the Jail Transportation Sergeant of the need, number, and destination of juvenile(s) to be          transported
- The Jail Transportation Sergeant /Liaison will use the most expedient means available to return the juvenile(s) to the intended          destination
- The Jail Transportation Sergeant/Liaison will contact a trip van and determine an arrival time to the CJF.  The sergeant will relay  this information to the Court Services Deputies
- The trip van will notify the appropriate Court Services Deputies when they are approaching the CJF.  Juvenile(s) will not be          brought down to the Booking Room prior to the arrival of the van
- Court Services Deputies with juvenile(s) will enter the Jail through Court Staging and proceed directly to the Express Release          vestibule for restraint exchange
- Upon the completion of the restraint changeover, Jail Transportation Deputies will assume charge of the juvenile(s) and transport    as needed.

## OP 5.29 Transportation of Type II Youths

State law identifies a class of juvenile offenders as "Type II Youths".  When a Type II Youth violates the conditions of placement, they can be ordered into confinement in a state institution.  The Detention Bureau will transport these juveniles upon receipt of a request from the Children's Detention Center (CDC).

**OP 5.29.1 Procedure**

CDC will fax their request to the Transportation and Records Sergeant's fax line (226-7066). A copy of the blanket letter of authority from a Children's Court Judge will accompany the fax. The Transportation Sergeant will confirm receipt of the fax by completing the infor- mation requested and faxing a copy back to CDC at 257-7773.

The Transportation Sergeant/Liaison will then schedule the juvenile for shipment. If a Transportation Sergeant/Liaison is not on duty, the Shift Commander will be notified of the receipt of the fax. It will be the Shift Commander's responsibility to assign a sergeant or deputy to respond to the fax and schedule the juvenile for transport with the earliest scheduled trip van. Juveniles will be picked up at CDC and conveyed to the designated institution.

The Transportation Request will then be placed on the Transportation Clerk's desk. Upon completion of the trip, the Transportation Request will be forwarded to the day shift Administrative Assistant, who will complete billing requirements.

Juveniles transported by authority of this Directive shall be treated in the same manner as any other prisoner in the custody of the Milwaukee County Sheriff.


# Detention Services Bureau – Jail Records OP 6

Original Issue Date:                                                                                    Revision Date:  01/01/08


## PURPOSE:

The purpose of the Milwaukee County Sheriff's Office Jail Records Division is to accurately detain and release persons from the Milwaukee County Jail, assist the citizens of Milwaukee County with questions regarding inmates in the Milwaukee County Jail and the transportation of prisoners to and from the Milwaukee County Jail from various institutions throughout the State of Wisconsin.

## POLICY

The Jail Records Division will accurately maintain inmate records consistent to that which is required to prevent the improper release or custody of inmates in the Milwaukee County Jail. The Jail Records Division will also arrange the transportation of inmates between State of Wisconsin correctional facilities, the jails of other Wisconsin counties and the Milwaukee County Jail.

## DEFINITIONS

**1047:** Court Bailiff worksheet
**ADR:** Arrest Detention Report
**DA :** District Attorney

**OP 6.1 Booking Breakdown**

Jail Records Officers will, "break- down" all booking packets and check every charge for correctness and perform quality assurance checks on the booking demographics. Jail Records Officers will then distribute all paperwork required to move a defendant through the Criminal Justice system.