IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| REBECCA TERRY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 17-cv-01112 |
| COUNTY OF MILWAUKEE, *et al.*, | ) ) | Hon. J.P. Stadtmueller |
| Defendants. | ) ) ) ) | JURY TRIAL DEMANDED |

# EXHIBIT 41


FH - FROEDTERT HOSPITAL
9200 W Wisconsin Ave
Milwaukee WI 53226-3522

Terry, Rebecca
MRN: 10670537, DOB: 10/8/1981, Sex: F
Acct #: 6001281947
Adm: 3/9/2014, D/C: 3/10/2014

**Interface, Scanned_Docs_In Signed By: Interface, Scanned_Docs_In at 3/11/2014 2:54 PM (continued)**

Electronically signed by Interface, Scanned_Docs_In at 3/11/2014 2:54 PM

**Discharge Summaries Signed By: Narayan, Raj, MD at 3/10/2014 6:52 AM**

Author: Narayan, Raj, MD  Service: Obstetrics/Gynecology  Author Type: Physician
Filed: 3/10/2014 6:52 AM  Date of Service: 3/10/2014 1:12 AM  Status: Signed
Editor: Narayan, Raj, MD (Physician)
Related Notes: Original Note by Dickerhoff, Lindsay A, MD (Resident) filed at 3/10/2014 1:14 AM

## Discharge Summary-Obstetrics

Rebecca Terry a(n) 32 Y old female admitted on 3/9/2014 and discharged on 3/10/2014.
Estimated Date of Delivery: 3/18/14

Active Problems:
 Uterine contractions at greater than 20 weeks of gestation (3/10/2014)

Patient was a G13P2092 @ 38w6d who presented for medical clearance to be transferred to jail. Pregnancy had been complicated by minimal prenatal care and drug use (marijuana and heroin). She denied leaking of fluid, vaginal bleeding, and decreased fetal movement. She had been experiencing intermittent abdominal cramping since this morning. Patient made no cervical change and was discharged.

**Prenatal Course:**
Dated by 8 week US at St Joseph's.
OB panel: preliminary: A Pos, no antibodies, 13.7/40, rubella immune, Hep B negative.
Urine drug panel positive for cocaine, marijuana and opiates.

Discharge condition: stable
Will get prenatal care through the Jail.

3/10/2014 1:12 AM Lindsay A Dickerhoff, MD

Electronically signed by Narayan, Raj, MD at 3/10/2014 6:52 AM

**H&P Signed By: Narayan, Raj, MD at 3/10/2014 6:49 AM**

Author: Narayan, Raj, MD  Service: Obstetrics/Gynecology  Author Type: Physician
Filed: 3/10/2014 6:49 AM  Date of Service: 3/9/2014 10:54 PM  Status: Signed
Editor: Narayan, Raj, MD (Physician)
Related Notes: Original Note by Dickerhoff, Lindsay A, MD (Resident) filed at 3/10/2014 1:12 AM

## OB History and Physical

Terry, Rebecca
MRN: 10670537, DOB: 10/8/1981, Sex: F

Printed by 65264 at 2/1/18 4:31 PM

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER TERRY 000316