IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| REBECCA TERRY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 17-cv-01112 |
| COUNTY OF MILWAUKEE, *et al.*, | ) ) | Hon. J.P. Stadtmueller |
| Defendants. | ) ) ) | JURY TRIAL DEMAND |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41, all parties, by and through their counsel, stipulate that all of Plaintiff's claims against Defendant Margaret Hoover are hereby dismissed with prejudice, with the respective parties to bear their own costs.

Respectfully submitted,

/s/ Scott Rauscher
Arthur Loevy
Jon Loevy
Scott Rauscher
Theresa Kleinhaus
Aisha N. Davis
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
*Attorneys for Plaintiff*

/s/ Douglas S. Knott
*Attorney for Defendant Margaret Hoover*
Douglas S. Knott
Randy Arnold
Leib Knott Gaynor LLC
219 N. Milwaukee Street, Suite 710
Milwaukee, WI 53202

/s/ Mollie Kugler
Michael P. Russart
Mollie Kugler
Hinshaw & Culbertson LLP
100 E. Wisconsin Avenue, Suite 2600
Milwaukee, WI 53202
414-225-4803
*Attorneys for Defendant Armor Correctional Health Services*

# CERTIFICATE OF SERVICE

  I, Scott Rauscher, an attorney, certify that on September 28, 2018, I caused the foregoing to be filed via the Court's CM/ECF electronic filing system, which effected service on all counsel of record.

                     <u>/s/ Scott Rauscher</u>
                     Scott Rauscher