IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

REBECCA TERRY,

                Plaintiff,

v.                             Case No. 17-CV-1112

COUNTY OF MILWAUKEE, et al.,

                Defendants.

---

## NOTICE OF APPEARANCE

---

**PLEASE TAKE NOTICE** that Charles R. Starnes of Leib Knott Gaynor LLC, whose address is 219 North Milwaukee Street, Suite 710, Milwaukee, Wisconsin 53202, hereby enters an appearance on behalf of Defendants Milwaukee County, Richard Schmidt, Brian Wenzel, Carolyn Exum, Morgan Bevenue and Margaret Hoover. All pleadings and other documents should be served upon him by ECF or at the foregoing address.

Dated this 12th day of November, 2018.

                **LEIB KNOTT GAYNOR LLC**

                By: *s/ Charles R. Starnes*
                      Charles R. Starnes, SBN 1113293
                      Attorneys for Defendants Milwaukee County,
                      Richard Schmidt, Brian Wenzel, Carolyn Exum,
                      Margaret Hoover and Morgan Bevenue
                      219 N. Milwaukee Street, Suite 710
                      Milwaukee, WI 53202
                      Telephone: (414) 635-7675
                      Fax (414) 276-2140
                      Email: cstarnes@lkglaw.net