# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| REBECCA TERRY,<br><br>                      Plaintiff,<br><br>v.<br><br>COUNTY OF MILWAUKEE, RICHARD R. SCHMIDT, OFFICER BRIAN WENZEL, UNKNOWN EMPLOYEES OF MILWAUKEE COUNTY JAIL, UNKNOWN JAIL SUPERVISORS, ARMOR CORRECTIONAL HEALTH SERVICES INC., CAROLYN EXUM, MORGAN BEVENUE, and MARGARET HOOVER,<br><br>                      Defendants. | Case No. 17-CV-1112-JPS<br><br><br>**ORDER** |

      Presently before the Court is an expedited non-dispositive motion filed pursuant to Civ. L.R. 7(h) by Morgan Bevenue, County of Milwaukee, Carolyn Exum, Margaret Hoover, Richard R. Schmidt, and Brian Wenzel ("County Defendants"). In their motion filed on November 6, 2018, the County Defendants seek an extension of time to complete discovery and to compel depositions of Plaintiff's witnesses. (Docket #199). Plaintiff opposed this motion that same day. (Docket #201).

      The Court notes that there is a fully briefed motion for summary judgment pending. In light of this, the December 3, 2018 trial date, the November 27, 2018 final pretrial conference, and the other pending deadlines of the Court's July 2, 2018 Second Amended Trial Scheduling Order (Docket # 148) will be removed from the Court's calendar. The Court

will replace such dates with a status conference to be held on Thursday, February 7, 2019 at 8:30 AM. This leaves the parties with ample time to resolve their discovery disputes, and they are strongly encouraged to do so.

Accordingly,

**IT IS ORDERED** that the December 3, 2018 trial date, the November 27, 2018 final pretrial conference, and the other pending deadlines of the Court's July 2, 2018 Second Amended Trial Scheduling Order (Docket #148) be and the same are hereby **ADJOURNED** and **REPLACED** with a status conference to be held on **Thursday, February 7, 2019 at 8:30 AM**; and

**IT IS FURTHER ORDERED** that the County Defendants' expedited non-dispositive motion to extend discovery and compel depositions (Docket #199) be and the same is hereby **DENIED without prejudice**; the Court strongly encourages the parties to work cooperatively to resolve the discovery dispute at issue before the February 7, 2019 status conference.

Dated at Milwaukee, Wisconsin, this 13th day of November, 2018.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge