IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| REBECCA TERRY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 17-cv-01112 |
| ) | |
| COUNTY OF MILWAUKEE, *et al.*, ) | Hon. J.P. Stadtmueller |
| ) | |
| Defendants. ) | |

## Notice of Withdrawal of Motion

Rebecca Terry, through her attorneys, Loevy & Loevy, respectfully withdraws her Motion to Substitute Exhibit. Dkt. 206.

Plaintiff moved to substitute an exhibit submitted in her response to summary judgment. *Id.* The Milwaukee County Defendants point out that the necessary exhibit is already on the docket at No. 174-27 (the restraint policy in place at the jail at the time of the events giving rise to Ms. Terry's complaint). Dkt. No. 207. Plaintiff agrees that Dkt. No. 174-27 is the operative policy and no additional policy needs to be filed.

Wherefore, Plaintiff respectfully withdraws her Motion to Substitute Exhibit (Dkt. No. 206).

RESPECTFULLY SUBMITTED,

/s/ Theresa Kleinhaus

*One of the Attorneys for Plaintiff*

Arthur Loevy
Jon Loevy
Scott Rauscher
Theresa Kleinhaus
LOEVY & LOEVY
311 North Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

I, Theresa Kleinhaus, an attorney, certify that on November 29, 2018 I caused the foregoing **Notice of Withdrawal of Motion** to be filed via the Court's CM/ECF electronic filing system, which effected service on all counsel of record.

/s/ Theresa Kleinhaus

Theresa Kleinhaus

*One of Plaintiff's Attorneys*