# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

| | |
|---|---|
| REBBECCA TERRY, <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF MILWAUKEE, RICHARD SCHMIDT in his official capacity, OFFICER BRIAN WENZEL, JANE AND JOHN DOE, UNKNOWN EMPLOYEES OF MILWAUKEE COUNTY JAIL, JANE AND JOHN DOE, UNKNOWN JAIL SUPERVISORS, ARMOR CORRECTIONAL HEALTH SERVICES CAROLYN EXUM, MORGAN BEVENUE, MARGARET HOOVER, JANE AND JOHN DOE, UNKNOWN EMPLOYEES OF ARMOR CORRECTIONAL HEALTH SERVICES, JANE AND JOHN DOE, UNKNOWN ARMOR HEALTHCARE SUPERVISORS, <br><br> Defendants. | Case Number 2:17cv1112 <br><br> Hon. Judge J.P. Stadtmueller |

## NOTICE OF SUBSTITUTION OF COUNSEL

I, John J. Reid, of CASSIDAY SCHADE LLP, do hereby substitute as counsel for Defendant ARMOR CORRECTIONAL HEALTH SERVICES, INC., in lieu of Michael P. Russart, Mollie T. Kugler, and Paige L. McCreary, of Hinshaw & Culbertson, LLP, withdrawn.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: /s/John J. Reid
Attorneys for Defendant ARMOR CORRECTIONAL HEALTH SERVICES, INC.

John J. Reid | 1057458
CASSIDAY SCHADE LLP
111 East Wisconsin Avenue, Suite 2100
Milwaukee, WI 53202
(414) 224-1086
(414) 224-6044 (Fax)
jreid@cassiday.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2019, I electronically filed the foregoing document with the clerk of the court for the Eastern District of Wisconsin using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

/s/John J. Reid

9044600