# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

STEPHEN C. DRIES
CLERK

TEL: 414-297-3372
FAX: 414-297-3253
[www.wied.uscourts.gov](www.wied.uscourts.gov)

January 29, 2019

John J Reid
Cassiday Schade LLP
111 E Wisconsin Ave - Ste 2100
Milwaukee, WI 53202

Re: **Terry v. Armor Correctional Health Services, Inc. et al**
**Case No. 17-CV-1112**

Dear Counsel:

Today, I received the defendants' proposed Bill of Costs in the above case. In order to dispose of this matter without a hearing, I am asking plaintiff to advise me in writing on or before **February 12, 2019** whether there are objections to any of the costs.

If there are <u>no objections</u> to the proposed costs, plaintiff should promptly notify the court in writing, with a copy to opposing counsel.

If plaintiff does file an objection, it should be accompanied by a brief memorandum. Defendant will have until **February 19, 2019** to file a response and any reply by plaintiff should be filed on or before **February 26, 2019**. The matter will then be decided on the written memoranda. Thank you for your cooperation.

Very truly yours,

STEPHEN C. DRIES
Clerk of Court

By: s/ Amanda Chasteen
Deputy Clerk