# COURT MINUTES OF CONFERENCE

REBECCA TERRY,

     v.                                                               CASE NO. 17-CV-1112-JPS

COUNTY OF MILWAUKEE, OFFICER BRIAN WENZEL,
and MORGAN BEVENUE.

## HON. J. P. STADTMUELLER PRESIDING

DATE: February 7, 2019                             TIME SCHEDULED: 8:30 a.m.

COURT DEPUTY/CLERK: Nathan Bader        TIME CALLED: 8:36 a.m.

COURT REPORTER: John Schindhelm          TIME FINISHED: 8:42 a.m.

PURPOSE: Status Conference

PLAINTIFF BY: Teresa Kleinhaus and Scott Rauscher

DEFENDANTS BY: Charles Starnes and Douglas Knott

Notes:

8:36 a.m. Case called; appearances

8:36 Court comments on background of case and the current judicial vacancy which limits the Court's availability for trial dates

8:37 Court notes that it has Monday, April 22, 2019 at 8:30 a.m. available for a trial date; further dates and deadlines are a final pretrial conference at 8:30 a.m. on April 16, 2019, a final pretrial report due on April 10, 2019, motions in limine and other trial-related motions due on April 5, 2019, and a final settlement report due on April 1, 2019

8:38 Counsel state that they are available for those dates and will confirm the availability of clients and witnesses

8:39 Court directs that parties take video depositions of witnesses who may have scheduling conflicts

8:40 Court notes that parties may request magistrate judge mediation if they desire

8:41 Plaintiff's counsel comments on bill of costs, Court responds that the issue should be presented to the Clerk of the Court

8:42 Court stands in recess